**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DRAFTKINGS INC.<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL HERMALYN<br><br>Defendants. | Civil Action No. 1:24-cv-10299 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff DraftKings Inc. states that it is a Nevada corporation and is not owned by a parent corporation. No publicly held corporation owns 10% or more of DraftKings Inc.

[SIGNATURE PAGE FOLLOWS]

Dated: February 5, 2024

Respectfully submitted,

*/s/ Andrew S. Dulberg*

William F. Lee (BBO #291960)
Andrew S. Dulberg (BBO #675405)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
617-526-6000 (t)
andrew.dulberg@wilmerhale.com
william.lee@wilmerhale.com

Orin Snyder (*pro hac vice pending*)
Harris M. Mufson (*pro hac vice pending*)
Justin M. DiGennaro (*pro hac vice pending*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.4000
Fax: 212.351.4035
OSnyder@gibsondunn.com
HMufson@gibsondunn.com
JDiGennaro@gibsondunn.com

Jason C. Schwartz (*pro hac vice pending*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8500
JSchwartz@gibsondunn.com

*Attorneys for Plaintiff DraftKings Inc.*