IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DRAFTKINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL HERMALYN, <br><br> Defendant. | Civil Action No. 1:24-cv-10299 |

**AFFIDAVIT OF GREGORY KARAMITIS IN SUPPORT
OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Gregory Karamitis, upon being duly sworn, do hereby testify under oath as follows:

1. I am over the age of eighteen. I make this affidavit in support of Plaintiff DraftKings Inc.'s ("DraftKings" or the "Company") Motion for Temporary Restraining Order.

2. I am DraftKings' Chief Revenue Officer, and I have been employed by DraftKings since January 2014.

3. DraftKings is a digital sports entertainment and gaming company. Its business-to-consumer segment provides, among other things, users with online daily fantasy sports ("DFS"), online and retail sports betting (collectively, "Sportsbook"), and online casino ("iGaming") products. DraftKings' DFS products are available to customers in more than 40 states; the Sportsbook currently operates in 24 states across America. DraftKings also maintains offices and conducts business in Canada, Israel and parts of Europe.

4. I started at DraftKings as a VP of analytics approximately ten years ago. I was promoted to Chief Revenue Officer in November 2023 and have served in that role since that time.

1

5. In my role as Chief Revenue Officer, I am responsible for driving DraftKings' revenue, including revenue from, among other things, DFS, Sportsbook, and iGaming product offerings. I am also responsible for overseeing the operational management of DraftKings product lines, including by defining content strategy and promotional strategy, forecasting, budgeting, pricing, and site merchandising.

6. I understand that DraftKings has brought this action against Michael Hermalyn. I know Mr. Hermalyn, and am aware that he most recently held the title of Vice President of VIP Management at DraftKings until February 1, 2024, when he left DraftKings. I understand that he alleges to now be working for Fanatics as President of VIP.

7. Mr. Hermalyn began working at DraftKings on September 14, 2020. He first held the position of Senior Vice President of Business Development. In that role, Mr. Hermalyn was responsible for increasing market share for DraftKings' products through sales, advertising, and developing relationships with external partners, including both businesses and individuals.

8. In May 2022, Mr. Hermalyn left our Business Development team to lead and grow DraftKings' VIP department as Vice President of VIP Management. His primary functions related to the supervision, operation, and development of DraftKings' VIP business. In that role, Mr. Hermalyn was responsible for increasing market share for DraftKings' products through developing and maintaining relationships with high-value individual customers.

9. High-value individual customers are important to generating revenue at DraftKings and other companies in the digital sports entertainment and gaming industry. A large portion of DraftKings' revenue from individual customers is generated by a relatively small number of customers. The activity of that relatively small number of customers significantly impacts the ability of DraftKings and similar companies to generate revenue. DraftKings and its

competitors invest in developing and maintaining relationships with high-value individual customers. These companies, including DraftKings, often refer to such customers as "VIP" customers.

10. In his most recent role, Mr. Hermalyn developed and maintained relationships with VIP customers in two primary ways.

11. First, Mr. Hermalyn managed DraftKings' VIP Hosts program. VIP Hosts are DraftKings employees who serve as liaisons between the DraftKings and VIP customers. VIP customers include high volume players and customers identified through DraftKings' loyalty program. Once DraftKings identifies certain VIP customers, a VIP Host makes and maintains contact with that customer and serves as the face of the company to the VIP. Through the VIP Host, DraftKings develops its relationship with the VIP customer, including by providing high-value benefits, such as trips, dinners, gifts, and access to special events. As the manager of DraftKings' VIP Hosts program, Mr. Hermalyn had oversight over, and access to, detailed information regarding DraftKings' high-value individual customers.

12. Second, Mr. Hermalyn managed events that DraftKings hosted for VIP customers. Many of these events are around major sporting events that contribute in a meaningful way to DraftKings' gaming revenue. Those events include, among others, the Super Bowl, the March Madness NCAA basketball tournament, and the NBA Finals. The Super Bowl, in particular, has outsized importance for DraftKings—both generating business through DraftKings' Sportsbook and bringing together key DraftKings customers, clients, and business partners.

13. Mr. Hermalyn managed VIP attendance at these events by identifying VIP customers with whom DraftKings has a relationship or is working to develop a relationship and

inviting such customers—either directly or indirectly (through a VIP Host or other DraftKings point of contact)—to the events.

14. Throughout his employment, including in the six months before his resignation, Mr. Hermalyn had access to DraftKings' proprietary and confidential information, including business plans, marketing plans, products, promotions, costs, pricing, customer data, and product development plans. This information was especially commercially sensitive and was not generally available outside the Company.

15. The proprietary and confidential information that Mr. Hermalyn had access to included, without limitation, sensitive, personal and gaming information concerning VIP customers, and the identities of their DraftKings' liaison; information concerning DraftKings' development of VIP programs, including DraftKings' loyalty program and how DraftKings identifies, segments, and measures its customers; information concerning DraftKings' ongoing and future plans to access new markets, including information concerning likely third-party partners when such partners are necessary to enter a new market; and documents that reflect DraftKings' business-development, sales, and marketing plans. This information was important to DraftKings' business.

16. Mr. Hermalyn also had access to compensation information related to VIP Hosts and other DraftKings employees who maintain relationships with VIP customers and information related to how such compensation has changed over time, including during the previous two years.

17. DraftKings' above-described confidential and proprietary information is especially valuable in the context of the highly-competitive gaming industry. Each year, new

companies enter the industry, and gaming companies like DraftKings compete to acquire and retain customers.

18.     One of the main reasons why competition in the gaming industry is so fierce is that, as I mentioned earlier, a primary driver of revenue is VIP customers.  Yet the number of such customers is small.  VIP customers make up a relatively small portion of the betting and gaming market despite generating a high portion of revenue in that market.  As a result, the personal relationships that companies, including DraftKings, develop with VIP customers are important to successfully competing in the gaming industry.  Indeed, when DraftKings seeks to enter new markets, including markets outside the United States, it prioritizes capturing high-value customers at the outset of its operations.

19.     Fanatics competes directly with DraftKings.  Like DraftKings, Fanatics offers online sports betting and iGaming products.  Both DraftKings and Fanatics make these products available through mobile applications.  The applications of both companies allow customers to engage in online sports betting and iGaming within the same mobile application.

20.     I understand that, shortly before his resignation, Mr. Hermalyn viewed and/or downloaded several internal DraftKings documents.  I have reviewed these documents.

21.     I understand that on January 30, 2024, Mr. Hermalyn downloaded a document entitled "(Master) SB 2024" to a non-DraftKings device.  At the time that Mr. Hermalyn downloaded the "(Master) SB 2024" document, Mr. Hermalyn had informed certain people at DraftKings that he needed some time off due to a friend's death.  He resigned from DraftKings two days later on February 1, 2024.

22.     I have reviewed that spreadsheet.  It reflects the list of business partners, such as representatives of teams and leagues, as well as athletes, celebrities, influencers, vendors, and

corporate officers and directors who DraftKings invited (or intends/intended to invite) to attend the 2024 Super Bowl, with information about their travel plans. It categorizes those individuals by the organizations with which they are associate, and lists the DraftKings' point of contact for each person. It shows which individuals have responded to invitations from DraftKings and which events hosted by DraftKings they are attending the weekend of Super Bowl LVIII, including the Super Bowl itself. The spreadsheet also details the arrival and departure dates of the individuals and where they are staying. It also reflects the number of DraftKings VIP customers attending each DraftKings event across Super Bowl weekend. To be clear, the spreadsheet includes within it numerous worksheets, many of which contain highly sensitive information that is proprietary and confidential. This includes a list of contacts associated with executives of DraftKings.

23. The information contained in the DraftKings' "(Master) SB 2024" document is commercially valuable in the short and long term. It contains proprietary and confidential information crucial for leveraging relationships in the next week—leading up to and during the Super Bowl—and beyond. Disclosure of this information to a competitor like Fanatics would be competitively damaging and could harm DraftKings in the market during this pivotal revenue-generating time. Business partners like those identified in this document—including celebrities, athletes, influencers, and organizations like leagues and teams—are important elements of DraftKings' strategy for engaging and retaining VIP customers by developing and promoting DraftKings' close relationships with prominent individuals and organizations and providing VIP customers with access to those business partners. A competitor obtaining access to this information could seek to interfere with and commandeer the business partners with whom DraftKings has built relationships over time and attempt to use those relationships to drive their

own VIP customer engagement and retention.  In addition, access to sensitive information about where DraftKings VIP customers will be located over Super Bowl weekend and when would present a prime target for a competitor to meet and seek to interfere with and hijack DraftKings' carefully cultivated relationships with those customers.  In the longer term, this document includes information on business partners that—if disclosed—might be used by a competitor to poach DraftKings' relationships.

24. I understand that the week prior, on January 22, 2024, Mr. Hermalyn viewed a PowerPoint presentation that described a rewards program for VIP customers, entitled "VIP Founders Club."  The presentation is dated April 2021.  I have reviewed that presentation.  It provides a roadmap for designing and executing a VIP rewards program in the gaming industry to recruit high-value VIP players.  It lays out the vision, mission, and sizing of a VIP rewards program.  In short, this document provides a blueprint for building a VIP program.  Disclosure of this information to a DraftKings competitor would be beneficial and could harm Draftkings' business by allowing for the creation of a competing VIP program.

25. Given the date appearing on the face of the document, it does not make any sense why Mr. Hermalyn would be viewing the presentation the week before his resignation.  Mr. Hermalyn was responsible for managing DraftKings' existing VIP program, which was developed and launched before Mr. Hermalyn occupied his role as the head of the VIP team.

26. I understand that Mr. Hermalyn downloaded a document titled "BD Team Tracker Weekly Report" on January 24, 2024.  I have reviewed that document.  That document provides details on the business-development work of DraftKings on a weekly basis dating back to May 2022 up to November 27, 2023.  It identifies the teams and leagues, marketplaces, media and platforms, influencers, and content-distribution platforms with which DraftKings is then-in

negotiations or with which DraftKings recently signed a deal. And it shows the priorities of DraftKings' business-development team and comments and questions from senior leadership of DraftKings.

27. Its distribution is limited. Disclosure of this business development tracker to a competitor would enable that competitor to identify DraftKings' business strategy, commercial opportunities and relationships. It does not make any sense why Mr. Hermalyn would have viewed this document one week before leaving DraftKings.

28. I also understand Mr. Hermalyn downloaded a document entitled "BD_Gaming101" on January 30 and 31, 2024, and then again on February 1, 2024, the day that he resigned from DraftKings. This document is used by DraftKings' employees to make presentations on the online gaming industry to potential business partners like sports leagues, sports teams, and other organizations that are considering partnering with DraftKings. DraftKings requires potential business partners to execute a non-disclosure agreement before viewing this document. The presentation is a pitch deck used to demonstrate DraftKings' value proposition to its prospective business partners. It contains DraftKings' confidential strategies for building partnerships with potential business partners. Once again, Mr. Hermalyn had no legitimate business reason to review this document while he was on leave and in California, as he was not participating in any partnership pitches and was not scheduled to participate in any partnership pitches in the near future. It is especially clear that Mr. Hermalyn had no legitimate DraftKings business reason to access this document given that he downloaded it on February 1, 2024, the same day he resigned from DraftKings.

29. Mr. Hermalyn's work for Fanatics and his viewing and accessing trade secrets and confidential documents of DraftKings could cause immediate and long-term competitive

damage to DraftKings in the market, as well as destroy DraftKings' long-term prospects. Mr. Hermalyn's knowledge of DraftKings' strategies and the documents he accessed and downloaded in the final days before he resigned from DraftKings would allow him to set up a competing VIP customer team at a competitor business overnight, without the need for that competitor to invest the time and resources DraftKings invested to build its own successful VIP customer program over many years. Most immediately, Mr. Hermalyn could disrupt and interfere with DraftKings' plans, including DraftKings' collaborations with its organizational and individual business partners at this week's Super Bowl LVIII based on the information reflected in the "(Master) SB 2024" spreadsheet that he downloaded, which again, indicates where those business partners will be located throughout Super Bowl weekend and who at DraftKings is responsible for working with those individuals. Mr. Hermalyn could also seek to interrupt DraftKings' relationships with its VIP customers at this week's Super Bowl LVIII by attending events where, as reflected in the "(Master) SB 2024" spreadsheet he downloaded, a significant number of DraftKings VIP customers will be physically located.

30.     Mr. Hermalyn has accessed and downloaded documents that include information that is critical to the success of DraftKings. This includes information relating to DraftKings' VIP strategy and DraftKings' business more broadly. Based on the information Mr. Hermalyn downloaded from DraftKings, DraftKings is exposed to the risk that Fanatics will seek to recruit and hire DraftKings VIP-facing employees. DraftKings also faces the risk that Fanatics will seek to engage DraftKings' VIP customers and divert those customers to game on Fanatics gaming products. That Mr. Hermalyn is now in a role at Fanatics called "President of VIP" is deeply troubling.

I declare under the penalty of perjury that the foregoing facts are true and correct based on my personal knowledge and/or to the best of my knowledge and belief based on information that was provided to me from DraftKings' records.

Signed this 5th day of February 2024 under the pains and penalties of perjury.

_____
Greg Karamitis