IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DRAFTKINGS INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL HERMALYN,<br><br>Defendant. | Civil Action No. 1:24-cv-10299 |

**AFFIDAVIT OF BRIAN HARRIS IN SUPPORT OF PLAINTIFF'S MOTION FOR <u>TEMPORARY RESTRAINING ORDER</u>**

I, Brian Harris, upon being duly sworn, do hereby testify under oath as follows:

1. I am over the age of eighteen. I make this affidavit in support of Plaintiff DraftKings Inc.'s ("DraftKings" or the "Company") Motion for Temporary Restraining Order.

2. I joined DraftKings as its Director of IT in December 2014, and have managed the Company's information technology and security program continuously since then. Today, I hold the title of Chief Information Security Officer and Senior Vice President of Technical Operations. I am responsible for all aspects of DraftKings' information technology and security.

3. I hold a number of industry certifications, including a Certified Information Security Manager (CISM), a Certified Information Systems Security Professional (CISSP), and a Certified Cloud Security Professional (CCSP). These certifications reflect the importance to me and to DraftKings of operating at the cutting edge of information technology and security.

4. Information security is critically important at DraftKings. Among other types of highly confidential and proprietary information, by virtue of our business, DraftKings is

1

entrusted with sensitive personally identifiable information, banking and financial information of our customers.  Safeguarding this information is essential to DraftKings' business.

5. DraftKings deploys numerous information security protection measures through information policies as it pertains to how our employees are exposed to and handle confidential and proprietary information, as well as sophisticated technological applications to ensure the data is protected from a systems perspective.

6. At the time of onboarding, employees receive training on our information security policies and are required to refresh such training on an annual basis thereafter.  The training is computer-based and requires employees to actively demonstrate their understanding of the Company's policies.  Employees also receive data privacy training on an annual basis.

7. DraftKings typically reviews and updates its information security policies at least once per calendar year.  The most recent update was in September 2023.

8. One of the critical concepts expressly described in our information security policies is the Principle of Least Privilege.  The intention is for Company employees to be given the *least* amount of access necessary to do their jobs.  It means that employees should not be able to access all Company documents, but only those documents that they actually need.  Our information security policies also explain that employees "must maintain data security by protecting the confidentiality" of DraftKings' information, such that "only people who have a legitimate need to know and are authorized to use [certain information] can access it."

9. DraftKings also requires its employees to agree to confidentiality provisions in their confidentiality agreements they sign at the commencement of their employment with the Company.  DraftKings likewise enters into non-disclosure agreements with third-party customers

with whom it partners and to the extent it has a need to share its confidential and proprietary information with those customers.

10. In addition, DraftKings takes technological measures to ensure the security of the Company's—and its customers'—information. DraftKings provides its employees with laptops, which are encrypted and protected by firewalls. It is not possible for employees to turn off the firewalls or the encryption, and the firewalls are designed to protect the laptops from improper external penetration (e.g., hackers).

11. To help ensure that only DraftKings employees log into Company-issued devices, employees are given unique usernames that, in combination with their passwords, are needed to sign in. Employees are required to update their passwords every 90 days. This is consistent with industry best practices, which are referred to as ISO 27001. DraftKings meets or exceeds the ISO 27001 standard.

12. After logging into a DraftKings-issued laptop, an employee still cannot access all of DraftKings' documents. This is because DraftKings uses, among other things, a secure document management system provided by Google. To access "Google Workspace"—which is one of the Company's document repositories—users are required to provide multi-factor authentication. This typically means that an employee must confirm through a mobile phone that they are the individual seeking to access the document database.

13. Our security as it pertains to individual documents is robust. Once an employee has logged into the Google Workspace repository, they still cannot access all the Company's documents. By default, they can *only* access documents authored by them or affirmatively shared with them.

14. The Google Workspace environment contains its own protections and security measures and allows DraftKings to limit the ability to share documents within and beyond the Company. DraftKings uses additional security measures on top of the many security features that Google provides.

15. Among other things, we use technology provided by BetterCloud to help "whitelist" recipients of DraftKings documents. In technological terms, BetterCloud is a protection wrapper for the Google product suite, providing even more security than Google. It works by monitoring inappropriate sharing of documents and prevents individuals from accessing documents that they are not permitted to access. For example, Company employees cannot simply share documents with anyone they want. By default, they are prohibited from sharing documents with non-DraftKings individuals (i.e. individuals that do not possess DraftKings-issued account credentials). If an employee wishes to share a document with an external user, that user must be "whitelisted" (e.g., approved) to receive that document by my team. To be clear, only the IT team has the ability to whitelist individuals to receive Company documents.

16. Members of my team have reviewed multiple activity logs associated with Michael Hermalyn's access to Google Workspace and to his DraftKings email account. We can see precisely which documents Mr. Hermalyn accessed or downloaded, and we are able to see where his device was at specific moments in time. After retrieving reports describing Mr. Hermalyn's activity, my team tested the reports to ensure their reliability, and cross-checked the data to confirm its accuracy.

17. Between January 24 and February 1, 2024, Mr. Hermalyn downloaded documents from DraftKings' Google Workspace. A screenshot containing an excerpt of a report showing this activity is pasted immediately below.

| Date | Title | Document type | Event | Description | Actor |
|---|---|---|---|---|---|
| 2024-02-01T09:32:49-05:00 | BD_Gaming101 | Google Presentation | Download | Michael Hermalyn downloaded an item | m.hermalyn@draftkings.com |
| 2024-01-30T11:28:48-05:00 | (MASTER) SB 2024 | Google Spreadsheet | Download | Michael Hermalyn downloaded an item | m.hermalyn@draftkings.com |
| 2024-01-30T01:03:23-05:00 | BD_Gaming101 | Google Presentation | Download | Michael Hermalyn downloaded an item | m.hermalyn@draftkings.com |
| 2024-01-29T14:16:56-05:00 | BD_Gaming101 | Google Presentation | Download | Michael Hermalyn downloaded an item | m.hermalyn@draftkings.com |
| 2024-01-29T08:36:46-05:00 | BD_Gaming101 | Google Presentation | Download | Michael Hermalyn downloaded an item | m.hermalyn@draftkings.com |
| 2024-01-24T09:45:45-05:00 | DK | Super Bowl LVIII Attendees | Google Spreadsheet | Download | Michael Hermalyn downloaded an item | m.hermalyn@draftkings.com |

18. My team was able to determine the number and identity of employees who may access these documents. DraftKings employs several thousand people worldwide. Across the entire Company, approximately seven employees are granted access to the document entitled "DK SuperBowl LVIII Attendees." Approximately 21 employees are granted access to the document entitled "(Master) SB 2024." Approximately 23 are granted access to the "VIP Founders Club" presentation and to the "BD Team Tracker Weekly Report." And approximately 150 are granted access to the "BD_Gaming101" document.

19. We were also able to locate Mr. Hermalyn's whereabouts as he was sending and receiving emails on January 29, 2024 and January 30, 2024. To do that, we used the "Message Trace" tool in Microsoft Exchange.

20. The Message Trace tool provided us with the IP addresses associated with each email message sent from Mr. Hermalyn's DraftKings email account. We then used a tool known as "whatismyipaddress.com" to identify the ownership and location of the IP address.

21. A representative excerpt of this analysis is shown below. Columns C and D show the date and time emails were sent from Mr. Hermalyn's email address; Column F shows the IP address associated with each email, and Column E shows the source of the IP address. Column G shows Mr. Hermalyn's email address, as the sender of the emails, and Column H shows each recipient of each email.



22. The data show that emails were being sent from Mr. Hermalyn's DraftKings email account using a Fanatics wireless network in Los Angeles, California on January 29, 2024 and January 30, 2024.

23. It appears based on this data that Mr. Hermalyn was physically present at Fanatics in Los Angeles, California on these dates, using Fanatics' wireless network to send emails from his DraftKings email account.

24. DraftKings' Google Workspace report also shows that Mr. Hermalyn downloaded two of DraftKings' documents on those same days. Specifically, the excerpt of the Google Workspace report below shows Mr. Hermalyn downloading the "(Master) SB 2024" spreadsheet, and the "BD_Gaming101" presentation on January 29, 2024 and January 30, 2024—the very same days that the above data show him sending emails from Fanatics' Los Angeles wireless network.



25. The Google Workspace report also shows that Mr. Hermalyn viewed DraftKings' "VIP Founders Club" presentation on January 23, 2024 and downloaded DraftKings' "Business Development Weekly Reports" tracker on January 24, 2024.



I declare under the penalty of perjury that the foregoing facts are true and correct based on my personal knowledge and/or to the best of my knowledge and belief based on information that was provided to me from DraftKings' records.

Signed this 4th day of February 2024 under the pains and penalties of perjury.

_____
Brian Harris