UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DRAFTKINGS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MICHAEL Z. HERMALYN, <br><br> *Defendant.* | Civil Action No. 1:24-cv-10299-JEK <br><br> **Oral Argument Requested** |

**DEFENDANT'S EMERGENCY MOTION TO STAY
PURSUANT TO THE FIRST-FILED RULE**

Defendant Michael Z. Hermalyn ("Hermalyn") respectfully moves on an emergency basis for an entry of a stay of all claims asserted against him in Plaintiff DraftKings, Inc.'s ("DraftKings") Complaint (ECF No. 1) and that the Court defer any action on DraftKings' Motion for Temporary Restraining Order (ECF No. 3), pending the resolution of a first-filed action which is now pending in the U.S. District Court for the Central District of California, captioned: *Hermalyn et al. v. DraftKings, Inc.*, Case No. Case No. 2:24-cv-00997, and which was first filed on February 1, 2024. As grounds for the present motion, Defendant states as follows, and respectfully requests that the Court **grant** this motion for the reasons set forth more fully in the accompanying memorandum of law.

Defendant Hermalyn—who has never lived or worked in the Commonwealth of Massachusetts—is a California resident who recently accepted an offer of employment with Fanatics VIP in Los Angeles, California. On February 1, 2024, Hermalyn and his employer Fanatics VIP filed a complaint in the Superior Court of the State of California in the County of Los Angeles, seeking a declaratory judgment and injunctive relief to enjoin Plaintiff from prohibiting Hermalyn from working for Fanatics VIP through the enforcement of post-

1

employment restrictive covenants, including a 12-month, worldwide non-compete and non-solicitation covenants contained in Hermalyn's agreements with DraftKings. Hermalyn submitted an application for a temporary restraining order and order to show cause on a preliminary injunction in that action, and a request is already pending for a hearing to be held on that application on February 7, 2024. DraftKings removed the California action to federal court late in the evening of February 5, 2024.

The key issue in DraftKings' claims in this litigation is the enforceability of the post-employment restrictive covenants, which Hermalyn and DraftKings are already actively litigating in the California action. Because the California action was filed first and involves the same parties, factual background, and overlapping legal issues as this action, interstate comity and judicial economy strongly favor staying this later-filed litigation pending resolution of the first-filed California action.

WHEREFORE, Defendant respectfully requests that the Court stay this action in its entirety, including any action on Plaintiff's Motion for a Temporary Restraining Order, pending the resolution of the California action, and that it grant such further relief as it deems just and proper.

Dated: February 6, 2024               Respectfully submitted,

*Attorneys for Defendant Michael Z. Hermalyn*

/s/  Russell Beck
Russell Beck (BBO# 561031)
Stephen Riden (BBO# 644451)
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Tel.: (617) 500-8660
Fax: (617) 500-8665
rbeck@beckreed.com
sriden@beckreed.com

## LOCAL RULE 7.1 CERTIFICATION

I certify that Defendant has complied with the provisions of Local Rule 7.1 by attempting to confer with counsel for Plaintiff regarding this motion on February 6, 2024, and that Plaintiff has responded that it intends to oppose this motion.

/s/  Russell Beck

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed on February 6, 2024 through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  February 6, 2024                            /s/  Russell Beck