UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DRAFTKINGS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MICHAEL Z. HERMALYN, <br><br> *Defendant.* | Civil Action No. 1:24-cv-10299-JEK |

**DECLARATION OF RUSSELL BECK IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR TEMPORARY RESTRAINING ORDER**

1

## DECLARATION OF RUSSELL BECK

I, Russell Beck, hereby declare under penalty of perjury, pursuant to 29 U.S.C. § 1746:

1. I am an attorney admitted to practice before this Court, and a member in good standing of the bar of the Commonwealth of Massachusetts.

2. I am a name Partner at the law firm of Beck Reed Riden LLP in Boston, Massachusetts, and counsel for Defendant Michael Z. Hermalyn ("Hermalyn").

3. I entered my Notice of Appearance as counsel for Hermalyn in the above-captioned action on February 6, 2024 (ECF No. 15).

4. I submit this declaration in support of Defendant's Opposition to Plaintiff's Motion for Temporary Restraining Order (the "Opposition"), filed concurrently herewith.

5. I have personal knowledge of the facts presented in this declaration, and personal familiarity with the documents and filings at issue in the Opposition.

6. A true and correct copy of the California State Assembly's Commission on Labor & Employment's *Background Information Request* for Senate Bill 699 from the 2023–2024 Regular Session is attached hereto as Exhibit A.

7. A true and correct copy of the Senate Committee Bill Analysis for California Senate Bill 699 dated April 18, 2023 is attached hereto as Exhibit B.

8. A true and correct copy of California Senate Bill 699 from the 2023–2024 Regular Session is attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed: February 7, 2024

By: _____
Russell Beck (BBO# 561031)
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Tel.: (617) 500-8660
Fax: (617) 500-8665
rbeck@beckreed.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on Plaintiff's counsel on the date below via email and will be filed through the ECF System and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 7, 2024

/s/   Russell Beck