Home   My Network   Jobs   Messaging   Notifications   Me ▼   For Business ▼  Lear



**Michael Hermalyn**
Sports & Entertainment Executive

**View full profile**

---

 **Michael Hermalyn** • You
Sports & Entertainment Executive
1w • 🌐

Death.
The finality of it is striking.
Sobering maybe? Perspective driving… 1000000000%.

**Ben Jankowski** was a friend of mine. Friend of the Advertising / Media industry. Dude was VERY legit. One of those old school big bad a$$ marketing execs that everyone (everyone) in sales wanted to call on. Literally everyone knew his name. Big personality, BIG. Ben was smart… super smart. He was a guy that knew your business better than you did. He prepared. He understood people. A++++++++.

We would always bet (experiences) and I would always lose (NY Giants have been off for the past decade). One year, the loser had to buy the other person the jersey of his choice. My GMEN lost (classic), he picked out a Reggie White jersey. #92. I found out today that he is being buried wearing it.

Net. Call your friends, call your family, tell them you love them. Take in every minute. If you are having a bad day, week, month, year… just know that you will be ok. Everything will be ok. Prioritize your health. Drink water. Go to the doctor. Cold plunge. Breathe in and out and just live. But seriously, call someone today and tell them how much you care about them. It matters. Ben, love you dude. We all miss you. And yes, same page, watching the Cowboys lose to the Packers in the first round was the best day of 2024, by far.

****this photo was taken after Iowa hit a buzzer beater in the NCAA tournament over Temple (2016). Hahahahah, he did not know I took it.



👍❤️ Frank Trofa and 1,040 others          97 comments • 9 reposts

Reactions

...

Like Comment Repost Send

300,282 impressions View analytics

Add a comment...

Most relevant

**Gary Vaynerchuk** · 1st 1w
Chairman - VaynerX, CEO - VaynerMedia & Veefriends , Co-Founder VaynerSports, VCR Group and VaynerWatt

this hit my heart :( i miss him already ..RIP BEN!

Like · 40 | Reply · 4 Replies

Load previous replies

**Nick Marucci** · 3rd+ 51m
Director of Operations for Liquor & Wine for Sunrise Shop-Rite

Gary Vaynerchuk What's up Gary, hope you are well. Let's connect soon

Like | Reply

**Traci Spiegelman** · 2nd 1w
Vice President, Global Media at Mastercard

Love this, Mike. One of of my fave pictures of Ben- even though he hated it, he still shared it ;).

Like · 10 | Reply · 2 Replies

Load previous replies

**Traci Spiegelman** · 2nd 1w
Vice President, Global Media at Mastercard

Michael Hermalyn aww man here come the tears again...thank you so much for saying that...means a lot ❤️ . Also know that the stories he told about your times together were always the ones that got the best laughs. And you're right- he would love it- and he would also be floored- he knew he was what we called the mayor, but I ...see more

Like · 2 | Reply

**Elizabeth Firth** · 1st 1w
VP Brand Partnerships at Influential

Michael Hermalyn this may just be the best tribute yet. What an impact he made on all of us!

Like · 4 | Reply · 2 Replies

Load previous replies

**Elizabeth Firth** · 1st 6d
VP Brand Partnerships at Influential

Michael Hermalyn this will happen in short order!

Like · 1 | Reply

**Taylor Wood** · 1st 1w
Director of Inventory Strategies

Mike - thanks for sharing this. I didn't know. I sat outside Ben's office at my first job at OMD. A true legend. He was the nicest, kindest mentor I've ever had. He left a mark on many of us.

Like · 10 | Reply · 2 Replies

Load previous replies

**Natan Cohen** (He/Him) · 1st 6d
Brand & Performance Marketing Strategy / Digital Marketing / Diversity Champion / #GirlDad / Servant Leader / Podcast Host / Ex New York Life (my views are my own)

**Taylor Wood** it's so nice to see your name

Like | Reply

**Will Wiseman** (He/Him) • 1st — 1w •••
U.S. Chief Strategy Officer at Initiative

I love the story about the Reggie White jersey. Fly Eagles Fly!
We love you Ben. Rest assured your fan club will remain loud and proud.

Like · 6 | Reply

**Paul Furia** • 1st — 1w •••
Senior Executive in Entertainment, Content, Marketing and Strategy; William Morris Agency alumni

Thank you, **Michael Hermalyn**. Ben was very gracious to me many -- many many mannnny -- times over the years. Always happy to grab a drink or a meal and talk things through and share advice. To your point, I thought to reach out just a couple weeks ago to catch up...and didn't. He'll be very missed. ...see more

Like · 10 | Reply

**Tom Healey** • 2nd — 6d (edited) •••
Global Sports Marketing & Brand Partnerships | Sponsorships I Financial Services | Marketing Academy Scholar 2021

Thank you for sharing a wonderful tribute.

Whilst working together in Tokyo, Ben joined me in a sports bar to watch my beloved Sydney Roosters play in the NRL Grand Final. He quickly jumped on the Roosters bandwagon & by the time the full time ...see more

Like · 5 | Reply

**Trixie Ferguson Gray** (She/Her) • 1st — 6d •••
Accelerator of Transformational Brand Ideas | Creative Marketing Leader Cultivating Ideal Mix of Culture, Content & Channels for Business Impact and Growth | Board Member | Bias Towards Diversity & Inclusion

Beautiful tribute **Michael Hermalyn**! I wouldn't have met you without Ben. Gone too soon. Thank you, **Ben Jankowski** for the education, the memories and the laughs!

Like · 4 | Reply

**Steve Pacheco** (He/Him) • 2nd — 6d (edited) •••
President / CEO at American Advertising Federation

Ben was the realest of the real! I will miss him and I know you all will too.

Like · 5 | Reply

**Susan P. Johnson** • 1st — 4d •••
Interior Design

I ❤️ you, Mike. So sorry for your loss.

Like | Reply

**Load more comments**

Ad •••
Is your Sales Intelligence tool costing you more than it's making?

Connect with precision, sell with confidence.

**Book a Demo**

About  Accessibility  Help Center  Privacy & Terms  Ad Choices  Advertising
Business Services  Get the LinkedIn app  More

LinkedIn LinkedIn Corporation © 2024



