UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DRAFTKINGS, INC.,

          *Plaintiff*,

v.

MICHAEL Z. HERMALYN,

          *Defendant.*

Civil Action No. 1:24-cv-10299-JEK

## DEFENDANT'S EMERGENCY MOTION TO CONTINUE HEARING

Defendant Michael Z. Hermalyn ("Hermalyn") respectfully moves the Court to continue the parties' hearing on, *inter alia*, Plaintiff DraftKings, Inc.'s ("DraftKings") Motion for a Temporary Restraining Order ("TRO") and Motion for Expedited Discovery (collectively, the "Motions"), currently scheduled for Thursday, February 8, 2024, at 1:00 p.m. (Dkt. No. 23). Mr. Hermalyn seeks to move this hearing to at least the following day: Friday, Feburary 9, 2024, at 1:00 p.m.

As grounds for this motion, Mr. Hermalyn states as follows:

- DraftKings brought this action on Monday, February 5, 2024. Along with its Complaint, DraftKings filed a Motion for a TRO and a Motion for Expedited Discovery.

- Pursuant to an Order dated February 6, 2024, the Court ordered Mr. Hermalyn to respond to the Motions "by 4pm on Wednesday, February 7." (Dkt. No. 24.)

- Today, at 2:39 p.m., about an hour before the deadline for Mr. Hermalyn's opposition papers, counsel for DraftKings emailed and requested a meet-and-confer regarding "a motion we anticipate filing in the DraftKings v. Hermalyn matter." When undersigned counsel asked for more information, counsel for DraftKings very generally indicated the filing would be "a motion to supplement the record with newly discovered evidence."

- The parties then held a call shortly after 3:00 p.m. ET—less than one hour before Mr. Hermalyn's filing deadline. Despite undersigned counsel's request for more information about Plaintiff's forthcoming motion and the substance of the motion, in order to confer and proceed and good faith, Plaintiff did not disclose any information whatsoever about its "newly discovered evidence." This is prejudicial. On Mr. Hermalyn's behalf, undersigned counsel indicated that he would oppose any such motion.

- Consistent with the Court's schedule, Mr. Hermalyn timely filed his opposition papers today.

- We are now past the deadline for Mr. Hermalyn's opposition to DraftKings' moving papers. It appears that DraftKings strategically waited until *after* Mr. Hermalyn had the opportunity provided to him by the Court to respond to its "new evidence" in a meaningful way.

- DraftKings' timing is even more suspect because DraftKings reached out the hour prior to Defendant's deadline, but—hours later—still has not shared the "new evidence" that it wishes to present to the Court.

- DraftKings' delay has prejudiced Mr. Hermalyn's ability to oppose DraftKings' Motions and prepare for tomorrow's hearing. This follows a series of delay and stall tactics designed to give DraftKings an improper litigation advantage in these actions. Such manipulation extends to the California action between the parties (currently, *Hermalyn v. DraftKings, Inc.*, No. 2:24-cv-00997 (C.D. Cal.)) in which—since this past Friday, February 2—DraftKings has engaged in serial removals of Plaintiffs' non-diverse, California state-law claims—flouting a court order remainding the case—all in an effort to prevent the rightful California state court from hearing Mr. Hermalyn's pending Motion for a TRO (which, when heard, will determine whether DraftKings is enjoined from enforcing its void restrictive covenants against Mr. Hermalyn).

- A delay of at least 24 hours for the hearing on DraftKings' Motions is appropriate to afford Mr. Hermalyn time to review and respond to DraftKings' forthcoming "new evidence."

- There is no harm in putting off the hearing for this short period, especially given Mr. Hermalyn's Declaration filed with his opposition papers today, in which he extensively attests that he has *none* of DraftKings' purported "confidential information," is not using it during the course of his new employment with FVP, LLC ("Fanatics VIP") in California, and has provided all DraftKings-related materials to his counsel.

WHEREFORE, Mr. Hermalyn respectfully moves the Court to continue the hearing currently set for Thursday, February 8, 2024, at 1:00 p.m. until at least the following afternoon (or later, depending on when Plaintiff discloses such "new evidence").

Dated: February 7, 2024

Respectfully submitted,

*Attorneys for Defendant Michael Z. Hermalyn*

/s/ *Stephen Riden*
Russell Beck (BBO# 561031)
Stephen Riden (BBO# 644451)
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Tel.: (617) 500-8660
Fax: (617) 500-8665
rbeck@beckreed.com
sriden@beckreed.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed on February 7, 2024, through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: February 7, 2024  /s/ _Stephen Riden_

## LOCAL RULE 7.1 CERTIFICATION

I certify that Defendant has complied with the provisions of Local Rule 7.1 by confering with counsel for Plaintiff regarding this motion on February 7, 2024, and I understand that Plaintiff is currently considering whether or not to submit newly discovered evidence after all, or seek leave for a reply, but nevertheless intends to oppose this motion.

/s/ _Stephen Riden_