IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DRAFTKINGS INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>MICHAEL HERMALYN,<br><br>                    Defendant. | Civil Action No. 1:24-cv-10299 |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S
EMERGENCY MOTION TO CONTINUE TRO HEARING**

Plaintiff respectfully opposes Defendant's Emergency Motion to Continue the Hearing. Plaintiff does not intend to submit additional evidence or seek leave to file a reply in advance of the hearing. As a result, there is no reason for a continuance, and Defendant's Motion is moot.

Dated: February 7, 2024

Respectfully submitted,

*/s/ Andrew S. Dulberg*
William F. Lee (BBO #291960)
Andrew Scott Dulberg (BBO #675405)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
617-526-6352 (t)
william.lee@wilmerhale.com
andrew.dulberg@wilmerhale.com

Orin Snyder (*pro hac vice*)
Harris M. Mufson (*pro hac vice*)
Justine Goeke (*pro hac vice*)
Justin M. DiGennaro (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Tel:  212.351.4000
Fax:  212.351.4035
OSnyder@gibsondunn.com
HMufson@gibsondunn.com
JGoeke@gibsondunn.com
JDiGennaro@gibsondunn.com

Jason C. Schwartz (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel:  202.955.8500
JSchwartz@gibsondunn.com

*Attorneys for Plaintiff DraftKings Inc.*

## CERTIFICATE OF SERVICE

I, Andrew S. Dulberg, hereby certify that on February 7, 2024, I caused the foregoing Motion to Seal to be electronically filed with the Clerk of the Court using the CM/ECF system, which will simultaneously serve notice of such filing to counsel of record to their registered electronic mail addresses.

/s/ Andrew S. Dulberg<br>
Andrew S. Dulberg