# TEMPORARY RESTRAINING ORDER BOND

Bond No. 3516886
Civil Action No. 1:24-cv-10299

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DRAFTKINGS INC.,

           Plaintiff,

v.

MICHAEL HERMALYN,

           Defendant.

WHEREAS, Draftkings Inc., ("Plaintiff") has applied for and received a Temporary Restraining Order dated February 8, 2024 in the above entitled action restraining and enjoining Michael Hermalyn (the "Defendant") from the commission of certain things more fully described in the Temporary Restraining Order dated February 8, 2024 upon the filing of a bond in the amount of Twenty Thousand and No/100--------($20,000.00) Dollars;

NOW, THEREFORE, SureTec Insurance Company, a Texas corporation authorized to conduct business in the State of Massachusetts, does hereby, pursuant to the Statute in such case made and provided, undertake that the Plaintiff will pay to the Defendant, so enjoined, such damages and costs not exceeding the sum of Twenty Thousand and No/100---($20,000.00) Dollars, as the Defendant may sustain by reason of the temporary restraining order if the Court shall finally decide that the Plaintiff is not entitled thereto; such damages and costs to be ascertained by a reference or otherwise as the court shall direct.

In no event shall SureTec Insurance Company be liable for an amount to exceed Twenty Thousand and No/100-----($20,000.00) dollars.

Dated: February 9, 2024.

SureTec Insurance Company

By: _____
Thomas M. Whittemore
Attorney in Fact

## ACKNOWLEDGMENT OF SURETY

**STATE OF FLORIDA**

**COUNTY OF SARASOTA**

On this 9th day of February, 2024, before me personally come(s) Thomas M. Whittemore, **Attorney in Fact** of <u>SureTec Insurance Company</u> with whom I am personally acquainted, and who, being by me duly sworn, says that he resides at 1 Madison Avenue, Suite 1W, Morristown, N.J. 07960, that he is the Attorney-in-Fact of <u>SureTec Insurance Company</u> the company described in and which executed the within instrument; that he knows the corporate seal of such Company; and that the seal affixed to the within instrument is such corporate seal and that it was affixed by order of the Board of Directors of said Company, and that he signed said instrument as Attorney-in-Fact of the said Company by like order.

_____, Notary Public

My commission expires: Dec. 8, 2024

Scott Weinstein
Comm. #HH062611
Expires: Dec. 8, 2024
Bonded Thru Aaron Notary

POA #: 3010001

# SureTec Insurance Company
## LIMITED POWER OF ATTORNEY

*Know All Men by These Presents,* That SURETEC INSURANCE COMPANY (the "Company"), a corporation duly organized and existing under the laws of the State of Texas, and having its principal office in Houston, Harris County, Texas, does by these presents make, constitute and appoint

Thomas M. Whittemore

its true and lawful Attorney-in-fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include waivers to the conditions of contracts and consents of surety for, providing the bond penalty does not exceed

Three Million and 00/100 Dollars ($3,000,000.00)

and to bind the Company thereby as fully and to the same extent as if such bond were signed by the President, sealed with the corporate seal of the Company and duly attested by its Secretary, hereby ratifying and confirming all that the said Attorney-in-Fact may do in the premises. Said appointment is made under and by authority of the following resolutions of the Board of Directors of the SureTec Insurance Company:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and of behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached. *(Adopted at a meeting held on 20th of April, 1999.)*

*In Witness Whereof,* SURETEC INSURANCE COMPANY has caused these presents to be signed by its President, and its corporate seal to be hereto affixed this 18th day of August A.D. 2020.

SURETEC INSURANCE COMPANY

By: _____
Michael C. Keimig, President

State of Texas
County of Harris } ss:

On this 18th day of August A.D. 2020 before me personally came Michael C. Keimig, to me known, who, being by me duly sworn, did depose and say that he resides in Houston, Texas, that he is President of SURETEC INSURANCE COMPANY, the company described in and which executed the above instrument, that he knows the seal of said Company, that the seal affixed to said instrument is such corporate seal, that it was so affixed by order of the Board of Directors of said Company, and that he signed his name thereto by like order



Tanya Sneed, Notary Public
My commission expires March 30, 2023

I, M. Brent Beaty, Assistant Secretary of SURETEC INSURANCE COMPANY, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Company, which is still in full force and effect; and furthermore, the resolutions of the Board of Directors, set out in the Power of Attorney are in full force and effect.

Given under my hand and the seal of said Company at Houston, Texas this 9th day of February 2024 A.D.

_____
M. Brent Beaty, Assistant Secretary

Any instrument issued in excess of the penalty stated above is totally void and without any validity. 3010001
For verification of the authority of this power you may call (713) 812-0800 any business day between 8:30 am and 5:00 pm CST.



SureTec Insurance Company
2103 CityWest Boulevard, Suite 1300
Houston, TX. 77042

FINANCIAL STATEMENT
as of December 31, 2022
Statutory Basis

| | | | |
|---|---:|---|---:|
| Bonds | $ 167,262,468 | Reserve for Losses and Loss Expense | $ — |
| Stocks | 100,917,540 | Reserve for Unearned Premiums | — |
| Cash & Short Term Investments | 61,395,608 | Other Liabilities | 200,129,944 |
| Agents Balances or Uncollected Premiums | 5,848,372 | TOTAL LIABILITIES | 200,129,944 |
| Other Admitted Assets | 3,878,356 | | |
| | | Capital Stock | 5,000,000 |
| | | Surplus | 124,172,400 |
| | | TOTAL POLICYHOLDERS SURPLUS | 129,172,400 |
| TOTAL ASSETS | $ 339,302,344 | TOTAL LIABILITIES AND POLICYHOLDERS SURPLUS | $ 329,302,344 |

Bonds and stocks are valued in accordance with the basis adopted by the National Association of Insurance Commissioners.
Securities carried in the above statement are deposited as required by law.

CERTIFICATE

David Allen Wisnoski, Secretary, and Michael Charles Keimig, President, of the SureTec Insurance Company, being duly sworn each for himself, deposes and says that they are the above described officers of the said Company and that on the 31st day of December, 2022, the Company actually possessed the assets set forth in the foregoing financial statement, except as hereinbefore indicated, and that the foregoing statement is a correct exhibit of such assets and liabilities of said Company on the 31st day of December, 2022, according to the best of their information, knowledge and belief.
167262

_____
President

_____
Secretary

STATE OF TEXAS
COUNTY OF HARRIS

On this 28th day of February, 2023, before me came the above named officers of SureTec Insurance Company to me known to be the individuals and officers described herein, and acknowledge that they executed the foregoing instrument and affixed the seal of the corporation thereto by the authority of their office.

_____
Notary Public



LINDA WHITE
Notary Public State of Texas
Commission # 123994008
Commission Expires 10/14/2025