2/20/24, 10:41 AM                    Beck Reed Riden LLP Mail - RE: Deposition of Defendant Michael Hermalyn - DraftKings Inc. v. Hermalyn (24-cv-10299-JEK)

Case 1:24-cv-10299-JEK   Document 54-1   Filed 02/20/24   Page 1 of 6



Stephen Riden <sriden@beckreed.com>

## RE: Deposition of Defendant Michael Hermalyn - DraftKings Inc. v. Hermalyn (24-cv-10299-JEK)
1 message

**Mufson, Harris M.** <HMufson@gibsondunn.com>  Sat, Feb 10, 2024 at 5:11 PM
To: Russell Beck <rbeck@beckreed.com>
Cc: "DiGennaro, Justin M." <JDiGennaro@gibsondunn.com>, "Stephen D. Riden" <sriden@beckreed.com>, "Schwartz, Jason C." <JSchwartz@gibsondunn.com>, "Dulberg, Andrew S." <Andrew.Dulberg@wilmerhale.com>, "Dario, Will C." <Will.Dario@wilmerhale.com>, "Sullivan, Connor S." <CSSullivan@gibsondunn.com>, "Goeke, Justine" <JGoeke@gibsondunn.com>, "Demana, Christine" <CDemana@gibsondunn.com>, "Spencer, Jacob T." <JSpencer@gibsondunn.com>, "Snyder, Orin" <OSnyder@gibsondunn.com>

Russell,

We are not available on March 7 to take Mr. Hermalyn's deposition. In order to move discovery along, and given the expedited schedule and parties' and counsel's schedules, we are attaching a deposition notice for Mr. Hermalyn on February 28. We are amenable to moving the date to February 27 or 29 or to March 1 or 4, and can begin at a time convenient for the witness so long as it is a reasonable time for those on the east coast. We will follow up regarding dates for Mr. Harris' deposition no later than Monday.

As for your other requests, the Court denied expedited document discovery. *See* Dkt. 42 (denying document discovery "at this stage of litigation"). Thank you, however, for confirming you will serve Mr. Hermalyn's interrogatory responses on February 20, 2024.

**Harris M. Mufson**
Partner

T: +1 212.351.3805 | M: +1 917.922.1740
HMufson@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Russell Beck <rbeck@beckreed.com>
**Sent:** Friday, February 9, 2024 7:16 PM
**To:** Snyder, Orin <OSnyder@gibsondunn.com>
**Cc:** DiGennaro, Justin M. <JDiGennaro@gibsondunn.com>; Stephen D. Riden <sriden@beckreed.com>; Schwartz, Jason C. <JSchwartz@gibsondunn.com>; Mufson, Harris M. <HMufson@gibsondunn.com>; Dulberg, Andrew S. <Andrew.Dulberg@wilmerhale.com>; Dario, Will C. <Will.Dario@wilmerhale.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Goeke, Justine <JGoeke@gibsondunn.com>; Demana, Christine <CDemana@gibsondunn.com>; Spencer, Jacob T. <JSpencer@gibsondunn.com>
**Subject:** Re: Deposition of Defendant Michael Hermalyn - DraftKings Inc. v. Hermalyn (24-cv-10299-JEK)

**[WARNING: External Email]**

All,

In order to conduct imminent discovery in this case, including the depositions of Mr. Hermalyn and Brian Harris, we respectfully request that DraftKings provide the following documents specifically referenced in their pleadings by the close of business on **Monday, February 12**:

  1. The documents specifically referred to in Mr. Harris' affidavit or elsewhere in DraftKings' filings, including the Verified Complaint: (1) (Master) SB 2024, (2) VIP Founders Club, (3) BD Team Tracker - Weekly Report, (4) BD_Gaming101, (5) DK Super Bowl LVII Attendees, and the full email chains of the February 17, 2023 email (referenced in ¶ 89 if the Verified Complaint) and the July 20, 2023 email (referenced in ¶ 91 of the Verified Complaint).

  2. The underlying reports and data referenced in the Affidavit of Brian Harris (¶¶ 16, 17, 24, & 25).

2/20/24, 10:41 AM	Beck Reed Riden LLP Mail - RE: Deposition of Defendant Michael Hermalyn / DraftKings Inc. v. Hermalyn (24-cv-10299-JEK)

Case 1:24-cv-10299-JEK Document 54-1 Filed 02/20/24 Page 2 of 6

As for the depositions, Mr. Hermalyn will be available for a remote deposition on March 7, and we would like to take Mr. Harris' deposition on March 4 (please let us know whether his preference is remote or in-person in Boston). Please confirm the dates by no later than close of business on **Monday, February 12**, so we can keep discovery moving efficiently.

Finally, I can confirm receipt of the plaintiff's updated interrogatories today. Per the Court's order setting an 8-day deadline following service, we will respond to DraftKings' First Set of Interrogatories to Michael Hermalyn by February 20.

RB

Russell Beck

Beck Reed Riden LLP

155 Federal Street, Suite 1302

Boston, MA 02110

Direct: 617-500-8670 | Fax: 617-500-8665 | Main: 617-500-8660

Web: beckreedriden.com

FCL Blog: faircompetitionlaw.com

LinkedIn: linkedin.com/in/russellbeckesq

CONFIDENTIALITY NOTICE: This email message and any attachments are confidential and may be protected by the attorney-client privilege or attorney work product doctrine. If you are not the intended recipient, please destroy and do not save this email, any attachments thereto, or copies thereof. Please notify the sender immediately by reply email or telephone. Please note that we do not provide tax advice, and this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties or in connection with marketing or promotional materials.

On Feb 9, 2024, at 2:09 PM, Snyder, Orin <OSnyder@gibsondunn.com> wrote:

And, if in person, what location?

Please let us know today.

Thank you.

Sent from my iPhone

On Feb 9, 2024, at 11:52 AM, DiGennaro, Justin M. <JDiGennaro@gibsondunn.com> wrote:

Counsel,

Please advise today whether Defendant Michael Hermalyn intends to appear in-person or virtually for his deposition. We will propose dates once we receive your response.

Regards,

Justin

**Justin M. DiGennaro**
Of Counsel

T: +1 212.351.3977
JDiGennaro@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

📄 **Notice of Deposition of M. Hermalyn - 2.10.2024.pdf**
113K


Stephen Riden <sriden@beckreed.com>

## RE: Mr. Harris's Deposition and Documents

**Mufson, Harris M.** <HMufson@gibsondunn.com>   Wed, Feb 14, 2024 at 10:34 PM
To: Russell Beck <rbeck@beckreed.com>
Cc: "DiGennaro, Justin M." <JDiGennaro@gibsondunn.com>, "Schwartz, Jason C." <JSchwartz@gibsondunn.com>, "Andrew S. Dulberg" <Andrew.Dulberg@wilmerhale.com>, "Will C. Dario" <Will.Dario@wilmerhale.com>, "Sullivan, Connor S." <CSSullivan@gibsondunn.com>, "Goeke, Justine" <JGoeke@gibsondunn.com>, "Demana, Christine" <CDemana@gibsondunn.com>, "Spencer, Jacob T." <JSpencer@gibsondunn.com>, "Snyder, Orin" <OSnyder@gibsondunn.com>, "Stephen D. Riden" <sriden@beckreed.com>

Russell,

Our position regarding your request for document discovery remains the same, as it was denied by the Court.

Best,

Harris

**Harris M. Mufson**
Partner

T: +1 212.351.3805 | M: +1 917.922.1740
HMufson@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Russell Beck <rbeck@beckreed.com>
**Sent:** Wednesday, February 14, 2024 5:00 PM
**To:** Mufson, Harris M. <HMufson@gibsondunn.com>
**Cc:** DiGennaro, Justin M. <JDiGennaro@gibsondunn.com>; Schwartz, Jason C. <JSchwartz@gibsondunn.com>; Andrew S. Dulberg <Andrew.Dulberg@wilmerhale.com>; Will C. Dario <Will.Dario@wilmerhale.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Goeke, Justine <JGoeke@gibsondunn.com>; Demana, Christine <CDemana@gibsondunn.com>; Spencer, Jacob T. <JSpencer@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; Stephen D. Riden <sriden@beckreed.com>
**Subject:** Re: Mr. Harris's Deposition and Documents

**[WARNING: External Email]**

Thanks Harris.

Will you be responding to that today?

Russell Beck

Beck Reed Riden LLP

155 Federal Street, Suite 1302

Boston, MA  02110

Direct: 617-500-8670 | Fax: 617-500-8665 | Main: 617-500-8660

Web: beckreedriden.com

FCL Blog: faircompetitionlaw.com

LinkedIn: linkedin.com/in/russellbeckesq

CONFIDENTIALITY NOTICE:  This email message and any attachments are confidential and may be protected by the attorney-client privilege or attorney work product doctrine. If you are not the intended recipient, please destroy and do not save this email, any attachments thereto, or copies thereof. Please notify the sender immediately by reply email or telephone. Please note that we do not provide tax advice, and this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties or in connection with marketing or promotional materials.

On Feb 14, 2024, at 4:49 PM, Mufson, Harris M. <HMufson@gibsondunn.com> wrote:

Russell,

Mr. Harris' deposition will be in person.  We will respond separately regarding the balance of your email.

Harris

**Harris M. Mufson**
Partner

T: +1 212.351.3805 | M: +1 917.922.1740
HMufson@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Russell Beck <rbeck@beckreed.com>
**Sent:** Wednesday, February 14, 2024 4:19 PM
**To:** Mufson, Harris M. <HMufson@gibsondunn.com>
**Cc:** Stephen D. Riden <steveriden@gmail.com>; DiGennaro, Justin M. <JDiGennaro@gibsondunn.com>; Schwartz, Jason C. <JSchwartz@gibsondunn.com>; Andrew S. Dulberg <Andrew.Dulberg@wilmerhale.com>; Will C. Dario <Will.Dario@wilmerhale.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Goeke, Justine <JGoeke@gibsondunn.com>; Demana, Christine <CDemana@gibsondunn.com>; Spencer, Jacob T. <JSpencer@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>
**Subject:** Mr. Harris's Deposition and Documents

**[WARNING: External Email]**

Hi Harris,

I am following up to see if Mr. Harris's deposition will be remote or in person. Please let us know by 9:00 AM tomorrow.

Also, I am reiterating our request from my February 10 email for the documents below that were referenced in or purport to support Mr. Harris's affidavit and/or the Complaint, and are therefore related to Mr. Harris's testimony and will be the subject of examination at Mr. Harris's deposition testimony:

1. The underlying reports and data referenced in the Affidavit of Brian Harris (¶¶ 16, 17, 24, & 25), including the following five documents referenced in the reports:

    - (MASTER) SB 2024 (also referred to by Mr. Harris as "(Master) SB 2024)";
    - VIP (Founders Club) (also referred to by Mr. Harris as "VIP Founders Club");
    - BD Team Tracker - Weekly Report (also referred to by Mr. Harris as "BD Team Tracker Weekly Report");

- BD_Gaming101; and
- DK | Super Bowl LVII Attendees (also referred to by Mr. Harris as "DK Super Bowl LVII Attendees").

If Mr. Harris's use of two different names for any of the above documents indicates that there are actually two different documents, please provide both.

2. The full email chains of the February 17, 2023 email (referenced in ¶ 89 if the Verified Complaint) and the July 20, 2023 email (referenced in ¶ 91 of the Verified Complaint).

Given that the Court allowed us to take Mr. Harris's deposition, these documents are necessary to meaningfully effectuate that order. **We would prefer not to burden the Court with a motion on this point, but we believe these documents are essential to aid in the preparation of the deposition of your witness.** Accordingly, please let me know by close of business on Friday if you will reconsider turning those over to us this week.

RB

Russell Beck

Beck Reed Riden LLP

155 Federal Street, Suite 1302

Boston, MA  02110

Direct: 617-500-8670 | Fax: 617-500-8665 | Main: 617-500-8660

Web: beckreedriden.com

FCL Blog: faircompetitionlaw.com

LinkedIn: linkedin.com/in/russellbeckesq

CONFIDENTIALITY NOTICE:  This email message and any attachments are confidential and may be protected by the attorney-client privilege or attorney work product doctrine. If you are not the intended recipient, please destroy and do not save this email, any attachments thereto, or copies thereof. Please notify the sender immediately by reply email or telephone. Please note that we do not provide tax advice, and this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties or in connection with marketing or promotional materials.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.