# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DRAFTKINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL HERMALYN, <br><br> Defendant. | Civil Action No. 1:24-cv-10299-JEK |

## AFFIDAVIT OF BRIAN HARRIS IN OPPOSITION TO DEFENDANT'S MOTION FOR CLARIFICATION AND REFINEMENT

I, Brian Harris, upon being duly sworn, do hereby testify under oath as follows:

1. I previously submitted an affidavit in support of Plaintiff DraftKings Inc.'s ("DraftKings" or the "Company") Motion for Temporary Restraining Order. I hold the title of Chief Information Security Officer and Senior Vice President of Technical Operations. I am responsible for all aspects of DraftKings' information technology and security.

2. I submit this second affidavit in support of DraftKings' Opposition to Defendant Michael Hermalyn's ("Hermalyn") Motion for Clarification and Refinement of this Court's February 8, 2024 Temporary Restraining Order (ECF 44, the "Order").

3. I have reviewed logs, collected by DraftKings in the ordinary course of business, associated with Hermalyn's electronic activities during his employment—including logs reflecting Hermalyn's Slack activities. Slack is an instant messaging communications platform that enables users to share messages, data, and documents. Much the same way a person can email themselves a message or attachment, Slack users are able to send Slack messages to their own user accounts.

1

This functionality permits a user to access messages, data, and documents at a later time and on any device worldwide where the user logs into their Slack account.

4. On January 16, 2024 between 8:26 p.m. and 8:27 p.m. Eastern Time ("ET"), Hermalyn sent a series of Slack messages to his own Slack user account attaching nearly a dozen confidential DraftKings documents. Hermalyn had access to Slack on his personal devices, and could have downloaded certain of these confidential DraftKings documents onto a personal device.

5. Some of the files Hermalyn sent to himself contain highly sensitive commercial information. For example, Hermalyn sent to his own Slack account, and subsequently accessed, viewed, and/or downloaded a file called "MZH_ExecView.xlsx." This file contains a list of more than 100 DraftKings' current and former business partners, including sports leagues, individual teams, media companies, content companies, and marketplaces. By partner, the "MZH_ExecView.xlsx" document includes detailed information regarding DraftKings contracts, including the term of the contract, total contract value, average annual contract value, and internal notes. This file also contains contact information for over 500 individuals consisting of then-current or then-prospective partners. Hermalyn also sent to his Slack account documents containing confidential information about: (i) DraftKings' performance incentive plan; (ii) the financial performance of DraftKings' VIP program; and (iii) DraftKings' branded merchandise, among other highly-sensitive confidential information.

6. DraftKings has engaged a leading computer forensics expert to assist with the investigation into Hermalyn's electronic activities. Our forensics expert was able to ascertain the web browsing history on Hermalyn's laptop and collect records of file activity from operating system logs. I have reviewed web browsing history and file system event logs provided by our forensic expert.

7. Based on my review, I understand Hermalyn searched the phrase "move big files" on Google at or about 8:42 p.m. ET on January 16, 2024—approximately 15 minutes after sending nearly a dozen confidential DraftKings documents via Slack to his own Slack account. He then accessed a website at the URL "transfernow.net" at 8:43 p.m. ET. I have visited "Transfernow.net," and confirmed that this is an online platform designed for transferring large files and data.

8. I also understand that Hermalyn visited the website Dropbox.com and various sub-pages of the Dropbox website on January 16, 2024 at or about 4:20 p.m. ET. Dropbox is a cloud-based file storage service which permits its users to sync their files across multiple devices. A document uploaded into the Dropbox cloud on one device could be downloaded on another device where the user was logged into the same Dropbox account. Operating system logs of file activity indicate that a number of DraftKings documents were stored locally on the computer and synced with his personal Dropbox account.

9. Because Dropbox can readily be used to exfiltrate sensitive files, DraftKings prohibits employees from downloading Dropbox or similar file-sharing platforms onto their DraftKings devices absent special permission from the company. Hermalyn was not authorized to install Dropbox on any of his DraftKings devices.

I declare under the penalty of perjury that the foregoing facts are true and correct based on my personal knowledge and/or to the best of my knowledge and belief based on information that was provided to me.

Signed this 20th day of February 2024 under the pains and penalties of perjury.

_____
Brian Harris