**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DRAFTKINGS INC.,

Plaintiff,

v.

MICHAEL HERMALYN,

Defendant.

Civil Action No. 1:24-cv-10299-JEK

**NOTICE OF APPEARANCE OF COUNSEL**

The undersigned Justine Goeke, Esq., of the law firm Gibson, Dunn & Crutcher LLP, hereby enters an appearance as counsel to Plaintiff DraftKings Inc. in the above-referenced matter.

Dated: February 21, 2024

Respectfully Submitted,

*/s/ Justine Goeke*

Justine Goeke (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: 212-351-4000
Fax: 212-351-4035
JGoeke@gibsondunn.com

*Counsel for Plaintiff DraftKings Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of February, 2024, I filed the foregoing Notice of Appearance with this Court using the CM/ECF filing system. This system sends notifications of such filing and service to all counsel of record.

*/s/ Justine Goeke*

Justine Goeke (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: 212-351-4000
Fax: 212-351-4035
JGoeke@gibsondunn.com

*Counsel for Plaintiff DraftKings Inc.*