**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DRAFTKINGS INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL HERMALYN,<br><br>Defendant. | Civil Action No. 1:24-cv-10299 |

**JOINT MOTION TO MODIFY PAGE LIMITS FOR BRIEFING
RELATED TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff DraftKings Inc. ("DraftKings") and Defendant Michael Hermalyn ("Hermalyn") respectfully request that the Court modify the default page limits in connection with DraftKings' forthcoming motion for a preliminary injunction, which is currently due on March 14, 2024. *See* Dkt. 41.

The parties request that the Court adjust the page limits for the parties' briefing as follows:

- DraftKings may file a Memorandum in Support of its Motion for Preliminary Injunction that exceeds the 20-page limit set forth in Local Rule 7.1(b)(4) by 10 pages, for a total of up to **30 pages**;
- Hermalyn may file a Memorandum in Opposition to DraftKings' Motion for Preliminary Injunction in excess of the 20-page limit set forth in Local Rule 7.1(b)(4) by 10 pages, for a total of up to **30 pages**.

In support of this Motion, the parties state as follows:

1. DraftKings filed its Complaint on February 5, 2024. DraftKings' Complaint includes eight counts seeking relief and alleges violations of federal and state trade secret laws and claims for breach of contract, breach of duty of loyalty, misappropriation, and conversion. *See* Dkt. 1.

2. DraftKings intends to file a motion for preliminary injunction.

3. On February 8, 2024, the Court granted in part and denied in part DraftKings' Motion for a Temporary Restraining Order. *See* Dkts. 41, 44. That day, the Court set the following briefing schedule for DraftKings' forthcoming motion for a preliminary injunction:

a. Motion to be filed by March 14, 2024.

b. Opposition to be filed by March 21, 2024.

c. Reply (not to exceed 8 pages) to be filed by March 28, 2024.

*See* Dkt. 41.[1]

4. Local Rule 7.1(b)(4) states that "[m]emoranda supporting or opposing allowance of motions shall not, without leave of court, exceed 20 pages, double-spaced."

5. DraftKings believes that the factual record relevant to its motion is extensive, and the legal arguments it will advance are numerous and distinct. While DraftKings is working diligently to present the facts and arguments as concisely as possible, in order to adequately present its argument to the Court, DraftKings requests more than 20 pages to do so. DraftKings believes that an additional 10 pages are necessary to provide the Court with the information that is necessary to consider DraftKings' arguments. DraftKings believes that allowing it to submit a memorandum that is up to 30 pages will serve the goals of efficiency and judicial economy.

[1] The Court set the same briefing schedule for Hermalyn's anticipated motion to dismiss. *See* Dkt. 41.

6. If DraftKings is permitted to file a memorandum up to 30 pages in length, Hermalyn anticipates that he will require more than the 20 pages allowed by Local Rule 7.1(b)(4) to respond adequately in his opposition. Hermalyn therefore requests up to 30 pages for his opposition.

7. The parties do not request any modifications to the 8-page page limit that the Court previously set for DraftKings' reply brief in support of its motion for a preliminary injunction. *See* Dkt. 41.

## CONCLUSION

For the reasons set forth above, the parties respectfully request that this Court grant the parties leave to file briefs regarding DraftKings' forthcoming motion for preliminary injunction in excess of the default page limits.

Dated: March 8, 2024

Respectfully submitted,

DRAFTKINGS INC.

By its attorneys,

/s/ *Andrew Dulberg*
William F. Lee (BBO #291960)
Andrew S. Dulberg (BBO #675405)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
william.lee@wilmerhale.com
andrew.dulberg@wilmerhale.com

Orin Snyder (*pro hac vice*)
Harris M. Mufson (*pro hac vice*)
Justine Goeke (*pro hac vice*)
Justin M. DiGennaro (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP 200 Park Avenue
New York, NY 10166-0193
OSnyder@gibsondunn.com
HMufson@gibsondunn.com
JGoeke@gibsondunn.com
JDiGennaro@gibsondunn.com

Jason C. Schwartz (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
JSchwartz@gibsondunn.com

*Attorneys for Plaintiff DraftKings Inc.*

MICHAEL HERMALYN

By his attorneys,

/s/ *Stephen Riden*
Russell Beck (BBO #561031)
Stephen Riden (BBO #644451)
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
rbeck@beckreed.com
sriden@beckreed.com

*Attorneys for Defendant Michael Hermalyn*

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for the parties have conferred on the subject of this Motion. Counsel for Defendant has joined in this Motion.

/s/ Andrew S. Dulberg
Andrew S. Dulberg

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, March 8, 2024, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Andrew S. Dulberg
Andrew S. Dulberg