# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

DRAFTKINGS INC.,

            Plaintiff,

v.

MICHAEL HERMALYN,

            Defendant.

Civil Action No. 1:24-cv-10299

**DECLARATION OF CHRISTINE DEMANA IN SUPPORT OF PLAINTIFF'S MOTION TO SEAL CERTAIN INFORMATION FILED IN CONNECTION WITH ITS MOTION FOR PRELIMINARY INJUNCTION**

I, Christine Demana, declare:

1. I am an attorney authorized to practice before this court *pro hac vice*, and a member in good standing of the bars of the State of New York and the State of Texas.

2. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, attorneys for Plaintiff DraftKings Inc. ("DraftKings") in the above-captioned matter. I am fully familiar with the facts set forth in this Declaration.

3. I submit this declaration in support of DraftKings' Motion to Seal Certain Information Filed in Connection with its Motion for Preliminary Injunction.

4. The filings accompanying DraftKings' forthcoming Motion for Preliminary Injunction will contain, discuss, refer to, and/or append materials that constitute DraftKings' confidential and proprietary business information and/or trade secrets. These materials include, without limitation, the following categories:

    a. The confidential or trade secret contents of documents misappropriated by

1

Defendant Michael Hermalyn;

b. Affidavits submitted by DraftKings's employees describing confidential, proprietary, and/or trade secret aspects of DraftKings's online sports betting and gaming business, including the identities of its customers and/or partners; and

c. The transcript of Defendant's Court-ordered deposition, describing DraftKings' confidential, proprietary, and/or trade secret information, including without limitation the contents of information misappropriated by Defendant and information regarding DraftKings' business strategies.

5. The categories of information identified in Paragraph 4 may be of value to a potential competitor of DraftKings or otherwise unfairly harm DraftKings' competitive position.

6. Additionally, documents and information accompanying DraftKings' Motion for Preliminary Injunction will contain contact information (*e.g.,* phone numbers and email addresses) and other personal information of non-parties and Defendant, for example, in copies of text messages or other communications.

7. Redacting the contact information and other personal information of the non-parties and Defendant described in Paragraph 6 will protect their privacy interests.

8. Within seven (7) days after filing under seal the material subject to the Motion to Seal, DraftKings will file public, redacted versions of sealed documents, as applicable.

I declare under penalty of perjury, pursuant to 29 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 14, 2024            */s/ Christine Demana*
                                                                     Christine Demana