# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DRAFTKINGS, INC., *Plaintiff*, v. MICHAEL Z. HERMALYN, *Defendant.* | Civil Action No. 1:24-cv-10299-JEK |

### DEFENDANT'S UNOPPOSED MOTION TO SEAL (1) CERTAIN PORTIONS OF MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY, AND (2) ONE EXHIBIT

Defendant Michael Z. Hermalyn respectfully requests leave to file under seal an unredacted version of his forthcoming Memorandum of Law in Support of His Motion to Dismiss or, in the Alternative, to Stay (the "Memorandum"), and Exhibit A to the forthcoming Declaration of Stephen D. Riden in Support of Defendant's Motion to Dismiss or, In the Alternative, to Stay.  Exhibit A consists of excerpts of Plaintiff DraftKings, Inc.'s ("DraftKings") first amended responses and objections to Hermalyn's interrogatories, and the currently redacted portions of the Memorandum reflect information contained in those interrogatories.  Without conceding that any of the redacted or withheld information is, in fact, confidential, DraftKings has designated this material as confidential pursuant their proposed protective order, which the parties are negotiating.

DraftKings does not oppose this Motion.

| | |
|---|---|
| Dated: March 14, 2024 | Respectfully submitted,<br><br>*Attorneys for Defendant Michael Z. Hermalyn*<br><br>/s/ *Russell Beck*<br>Russell Beck (BBO# 561031)<br>Stephen D. Riden (BBO# 644451)<br>Beck Reed Riden LLP<br>155 Federal Street, Suite 1302<br>Boston, MA 02110<br>Tel.: (617) 500-8660<br>Fax: (617) 500-8665<br>rbeck@beckreed.com<br>sriden@beckreed.com |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that Defendants have complied with the provisions of Local Rule 7.1(a)(2) by attempting to confer with counsel for Plaintiff regarding this motion on March 14, 2024. Plaintiff does not oppose the relief sought in this motion.

/s/ *Russell Beck*
Russell Beck

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed on March 14, 2024, through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 14, 2024                        /s/ *Russell Beck*
                                             Russell Beck