# EXHIBIT F

**Sent:**  Sun 1/28/2024 10:10:46 PM (UTC)

Vote
Apt
Lease
Doctor