**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DRAFTKINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL HERMALYN, <br><br> Defendant. | Civil Action No. 1:24-cv-10299-JEK |

**AFFIDAVIT OF MITCHELL GREEN IN SUPPORT OF PLAINTIFF'S MOTION
<u>FOR PRELIMINARY INJUNCTION</u>**

I, Mitchell Green, upon being duly sworn, do hereby testify under oath as follows:

1. I make this affidavit in support of Plaintiff DraftKings Inc.'s ("DraftKings") Motion for Preliminary Injunction. I am over the age of eighteen.

2. I work for Stroz Friedberg as a Manager in the Digital Forensics and Incident Response Group. I hold a bachelor's degree in computer and digital forensics from Champlain College in Burlington, Vermont. My work regularly involves conducting digital forensic preservations, examinations, and analyses in support of civil litigations, criminal matters, internal investigations, data breach investigations, and incident response efforts. In my employment with Stroz Friedberg, I have led incident response teams in significant matters, including investigating data breaches within large financial networks, ransomware attacks, and state-sponsored cyber-attacks.

3. Stroz Friedberg is a leading risk management firm that specializes in digital forensics, incident response and investigation, and due diligence matters.

4. Stroz Friedberg was engaged to conduct a forensic investigation of the DraftKings devices issued to Michael Hermalyn during his employment with DraftKings, as well as activity logs and other files relating to Mr. Hermalyn's computer and internet usage that were retained by DraftKings in the ordinary course of business. The primary purpose of Stroz Friedberg's engagement is to enable Gibson Dunn to render legal advice to DraftKings in connection with DraftKings' ongoing litigation against Mr. Hermalyn. Stroz Friedberg is working under the instruction of Gibson Dunn.

5. I am the person responsible for the opinions contained in this affidavit. I have been assisted in this matter by Stroz Friedberg personnel. All analysis and other assistance in connection with the preparation of this affidavit was performed and provided by me or by Stroz Friedberg staff under my supervision and direction. References to "I" or "me" refer to both myself and the

1

staff members who assisted me in preparing this report. All opinions expressed in this affidavit are mine alone.

6. While the investigation is ongoing, an overview of my preliminary findings is below.

A. <u>Sources of Evidence Analyzed by Stroz Friedberg</u>

7. To date, Stroz Friedberg has analyzed the following DraftKings devices, which I understand were issued to Mr. Hermalyn during his employment and returned to DraftKings after he tendered his resignation: 16-inch Apple MacBook with Serial Number WRLHQV76XG ("Laptop 1"), 14-inch Apple MacBook with Serial Number HTXY6960MH ("Laptop 2"), 16-inch Apple MacBook with serial number C02CG0VWMD6P ("Laptop 3").

8. For ease of reference, I have included a summary table below reflecting the device name we assigned each device, the serial number, the date DraftKings reports that it issued the devices to Mr. Hermalyn, the date DraftKings reports the devices were returned to it, and the model of the device.

**Table 1**

| Device Name | Serial Number | Issue Date | Return Date | Model |
|---|---|---|---|---|
| Laptop 1 | WRLHQV76XG | June 27, 2022 | Feb. 4, 2024 | MacBook Pro (16-inch, 2021) |
| Laptop 2 | HTXY6960MH | Nov. 27, 2023 | Feb. 4, 2024 | MacBook Pro (14-inch, 2023) |
| Laptop 3 | C02CG0VWMD6P | Sept. 4, 2020 | Feb. 9, 2024 | MacBook Pro (16-inch, 2019) |

9. At the time of receipt, Laptops 1 and 3 were powered off, and Laptop 2 was powered on. The laptops were protected by passwords, which were provided to Stroz Friedberg by DraftKings in order to permit examination of the laptops.

2

10. Upon receipt of Laptop 3, I observed indications that the laptop had previously been wiped or otherwise reset. Based on timestamps associated with the data storage volume, it is likely that Laptop 3 was wiped or otherwise reset on or about March 7, 2023, such that all user configurations and data were no longer present on the device.

11. I have also reviewed historical backup data captured by Carbonite and exported by DraftKings. Carbonite is an online backup service that automatically seeks out new and changed files on a user's computer and backs them up to the cloud. The Carbonite backup data shows the names and contents of certain files historically present on a user's device. I have reviewed Carbonite backup data collected by DraftKings' IT from Laptop 1 ("Backup 1") and Laptop 2 ("Backup 2").[1] I considered these backups as a source of evidence due to the data deletion on both laptops, which I explain below.

12. Further, I have reviewed the following materials and logs: a log export collected by DraftKings IT from the messaging platform, Slack, detailing Mr. Hermalyn's file-related activity occurring between August 7, 2023 and February 1, 2024 (the "Slack Log"); multiple Office 365 Logs (the "Office 365 Logs"); and a Google Drive Logs Export collected by DraftKings IT, detailing activity occurring between August 7, 2023 and February 1, 2024.

B. **File and Event Activity on January 16, 2024: Laptop 1 (16-inch laptop)**

13. My forensic investigation of Laptop 1 revealed operating system events and file activity on January 16, 2024, that appear consistent with user efforts to transfer or attempt to transfer files from Laptops 1 to other devices, including non-DraftKings devices as described below.

---

[1] Multiple exports were attempted and completed in order to create backups of Laptop 1 and Laptop 2.

14. **4:19–4:22 p.m. EST**: The web browsing history collected from Laptop 1 indicates that Mr. Hermalyn[2] conducted Google searches for "dropbox," and visited the website Dropbox.com and various sub-pages—including the log in page—of the Dropbox website at or about 4:20 p.m. EST. The web browsing history indicates he accessed at least six different subpages, including the account security page. Mr. Hermalyn navigated away from Dropbox.com or otherwise disconnected more than 3 hours later at 8:39 p.m. EST. Without access to Mr. Hermalyn's Dropbox account, we cannot identify if particular files were transferred when he visited Dropbox.com.[3]

15. **7:40 p.m. EST:** Logs from Laptop 1 indicate that shortly after this Dropbox activity, Mr. Hermalyn made seven "AirDrop" attempts from Laptop 1 to an iPhone 15 Pro Max named "MZH X (3)." AirDrop is a file transfer service built into Apple devices—including MacBooks, iPhones, and iPads—that permits users to wirelessly send photos, videos, documents, and other files to other nearby devices. Five of the seven AirDrops Mr. Hermalyn attempted on January 16 were completed successfully, but two of the AirDrops were declined or otherwise not completed because there was insufficient free storage space on the target device. To date, our investigation has not revealed the specific files transmitted via AirDrop or the serial number of the iPhone used to receive the AirDrop file transfers. "MZH X (3)" could be the iPhone 15 Pro Max previously connected to Laptop 1 or synced to Mr. Hermalyn's DraftKings Google Workspace Account (described in ¶¶ 45 – 46 herein) or another device entirely. Without access to the devices

---

[2] I refer to Mr. Hermalyn's use of Laptops 1 and 2 throughout this affidavit. Both laptops were password protected, and I have seen no indication of another user accessing the DraftKings laptops returned by Mr. Hermalyn.

[3] As described in ¶ 48 herein, since at least June 29, 2022—and until approximately January 16, 2024—the Dropbox application was installed locally on Laptop 1. It is unclear why Mr. Hermalyn visited the Dropbox website rather than accessing Dropbox through the application.

Mr. Hermalyn synced or connected to DraftKings' systems, we cannot definitively identify this device.

16. Five seconds after the last AirDrop event, an unidentified iPhone was connected to Laptop 1 via USB. Available system logs do not indicate the name, model, or serial number of the device or the purpose of the connection, including whether files were transferred. Based on investigation to date, Stroz Friedberg has been unable to confirm whether this is the same iPhone used in the AirDrop events described above.

17. **8:26 – 8:27 p.m. EST:** Based on a review of DraftKings' Slack logs, beginning at or about 8:26 p.m. EST, Mr. Hermalyn sent a series of Slack messages to his DraftKings Slack user account attaching 18 unique documents. (One document was sent twice.) The files Mr. Hermalyn sent to his own Slack account are listed in Appendix A. Appendix A indicates when the files were sent, if and when they were deleted from Laptop 1, and if and when they were later viewed or downloaded on another device.

18. **8:42 p.m. EST:** Web browsing history and activity logs from Laptop 1 reveal that approximately fifteen minutes after sending the Slack messages to his DraftKings Slack user account, Mr. Hermalyn conducted a Google search for "move big files" and subsequently visited a website called "Transfernow.net."[4] We cannot determine whether any files were uploaded to Transfernow.net and transferred to another device.

19. **10:02 p.m. EST:** Based on a review of DraftKings' Slack logs, at or about 10:02 p.m., Mr. Hermalyn viewed or downloaded at least seven of the files sent to his own Slack account using an iPhone running iOS version 17.1.2. Mr. Hermalyn viewed or downloaded those

---

[4] I have visited "Transfernow.net," and confirmed that this is an online platform designed for transferring large files and data.

files again on an iPhone running iOS version 17.1.2 on January 16 at or about 10:02 p.m. EST. *See* Appendix A.

    C. **Deletion Activity: Laptop 1 (16-inch laptop) and Laptop 2 (14-inch laptop)**

    20.    Based on my forensic investigation to date, including review of FSEvents logs, Mr. Hermalyn deleted or attempted to delete a significant amount of files and data from both Laptop 1 (Mr. Hermalyn's 16-inch laptop) and Laptop 2 (Mr. Hermalyn's 14-inch laptop) in mid to late January 2024.

    21.    When a file is changed on a MacBook—for example, by deleting the file—this change is recorded in an operating system log called "FSEvents." This log does not record the date and time each file change happens. Rather, a limited number of new FSEvents log files are created collectively to record these changes. Because the computer does not contain logs showing the specific time each file was modified, the time each new log file was created can be used as a proxy for the time of file modification. The FSEvents logs indicate the names of the files that existed on the device and the approximate date and time of file modification events, such as deletion, but they do not include the underlying content of the files.

    22.    Additionally, the FSEvents logs by default retain a limited amount of data. Over time and as new changes are made to files on the system, older FSEvents log entries will be removed from the system. We are only able to see FSEvents log activity dating back to January 16, 2024, at or about 4:06 p.m. EST for Laptop 1 and January 17, 2024, at or about 10:39 p.m. EST for Laptop 2. Based on my analysis of the deletion activity in the FSEvents logs and the files

present in the backup data, there may have been additional deletion activity predating the events reflected in the FSEvents logs.[5]

23. The deletion activity identified on Laptops 1 and 2 is consistent with an intentional effort to manually delete substantially all user-created files from the laptops. The devices were not wiped using a factory reset, and Stroz Friedberg has not identified evidence of automated file deletion tools on either device. Instead, the FSEvents logs reflect a pattern of deleting files and data from multiple locations by moving them to the trash and then permanently deleting them from the devices. It is unlikely that this pattern of deletion resulted from an accidental or automated process.

24. Based on analysis of the names of the files that were deleted from Laptops 1 and 2, Mr. Hermalyn likely intentionally deleted files used in the course of his employment with DraftKings—beginning by at least January 16 and continuing through January 28, 2024.

***January 16, 2024: Deletion Activity on Laptop 1 (16-inch laptop)***

25. Operating system logs, including the FSEvents log, confirm that at least 237,351 files were moved to the trash and then permanently deleted from Laptop 1 between January 16 and 17, 2024.

26. A graph illustrating the file deletion events on Laptop 1 is included in Figure 1 below. This data is based on the available evidence from the FSEvents log.

---

[5] There are files in the backup data for Laptop 2, which were not on the laptops when they were returned to DraftKings but for which we do not see deletion activity in the FSEvents logs. This suggests that the files were historically present on the devices but were deleted prior to the earliest bounds of the FSEvents logs.

7

**Figure 1**



27. **User-created Files.**[6] One user-created file existed on Laptop 1, when Stroz Friedberg received the device: a video of Mr. Hermalyn speaking on a panel at a conference with the file name "FSS_JasmineMaietta_MikeHermalyn_RichKleiman.mov." The FSEvents log indicates that at least 347 user-created files were moved to the trash and then permanently deleted from Laptop 1 on January 16, 2024.

28. The file deletion activity on Laptop 1 likely included the deletion of the locally synced files uploaded to Mr. Hermalyn's Dropbox through the Dropbox application described in ¶ 48 herein. Based on my review of the Laptop 1 FSEvents log and Backup 1, certain of the files associated with the Dropbox installation were historically saved to a Dropbox folder called "miscdk." A listing of 130 files saved to the "miscdk" folder is attached as Appendix B.[7] Based on the FSEvents timestamp associated with the directory "Users/m.hermalyn/.Trash/Dropbox," the Dropbox deletion activity likely occurred at or about 4:23 p.m. EST on January 16.

---

[6] Throughout this declaration, I use the phrase "user-created files" to refer to files with any of the following extensions: .docx, .doc, .xlsx, .xls, .pptx, .ppt, .pdf, .jpeg, .jpg, .png, .zip.

[7] I understand DraftKings previously represented that 132 documents were saved to the "miscdk" file path. Based on further testing, we have determined that the correct number is 130.

29.     Because the deletion of files from the laptop likely began before the earliest bounds of the FSEvents logs present on the device, additional deletion activity may have occurred that is not detectable by our review.

30.     **Web Browsing History.**  In addition to deleting nearly all user-created files, Mr. Hermalyn's activity is consistent with efforts to delete all Google Chrome ("Chrome") web browsing data from Laptop 1.  Based on our analysis, Chrome appears to have been the primary web browser used on Mr. Hermalyn's DraftKings laptops.  Chrome allows users to create profiles to store and track their information, such as bookmarked websites, browser history, and passwords.[8]  Users can maintain multiple profiles under a single Google account.  A user can remove a profile from Chrome and effectively delete this information from a device by navigating to the profile settings on the Chrome browser and deleting their profile.[9]  When a profile is removed in this manner, the removal activity is captured by, among other things, FSEvents logs but does not generate any files in the user's trash.

31.     Mr. Hermalyn had at least three Chrome profiles on Laptop 1 (labeled as Profiles 2, 4, and 5 within Chrome).[10]  Profiles 4 and 5 were successfully removed from the device on

---

[8] I have reviewed the transcript of Mr. Hermalyn's deposition and understand that he volunteered familiarity with the ability to browse privately online.  *See* Hermalyn Dep. Tr. 158:18–19; 159:5–8.  When a user browses the web using Chrome's private browsing option, Incognito Mode, Chrome does not retain the user's web browsing history.  If Mr. Hermalyn browsed the internet using Incognito Mode, his web browsing activity was not saved to his Chrome profiles and is not recoverable from any device.

[9] Guides explaining how to create and remove profiles are available on Google and other websites. *See* https://support.google.com/chrome/answer/2364824?co=GENIE.Platform%3DDesktop&hl=en&sjid=8048893872562987881-NA.

[10] Based on my understanding of Chrome, profiles are generally numbered sequentially.  The presence of profiles labeled 2, 4, and 5 on Laptop 1 suggests that Profiles labeled 1 and 3 previously existed on the device but were deleted some time before the earliest available entries on the FSEvents log.

9

January 16, 2024. Both profiles appear to have been removed by deleting the profiles from within the Chrome browser. The FSEvents log indicates that while Profile 5 was in the process of being deleted, certain files related to the profile were also moved to the trash and deleted from the device. Individual file deletion events such as these are not triggered by standard profile deletion from within the Chrome browser and instead suggest the user navigated to a local directory that a typical user would not use or access and manually moved these files to the trash.[11] Evidence in the FSEvents log indicates that the user also attempted to manually delete locally stored files related to Profile 2. However, the removal was unsuccessful and at least some data related to Profile 2 remained on Laptop 1. Stroz Friedberg was thus able to recover web browsing history from Profile 2.

32. **iMessages.** Forensic analysis indicates that during his DraftKings employment, Mr. Hermalyn synced his iMessage account to Laptop 1 via iCloud, meaning that messages sent or received by Mr. Hermalyn on his iPhone, iPad, or any other Apple device linked to his iMessage account were synced with the Messages application on Laptop 1. When an iMessage account is synced to a MacBook, the Messages Application stores chat and message data, including iMessage and text messages and other metadata, in a database file called "chat.db." Based on testing, if an iMessage account is merely unlinked from a MacBook, messages are removed from the Messages application, but the "chat.db" database and its contents remain intact on the operating system— meaning the messages and metadata remain saved to the device. In order to remove the contents of the "chat.db" database, a user must engage in more sophisticated deletion efforts, such as

---

[11] There are online guides that explain how to delete locally stored Chrome browser data in this manner. *See, e.g.*, https://crunchify.com/how-to-purge-all-your-google-chrome-user-data-on-mac-os-x/; https://nira.com/delete-chrome-history/.

navigating to a location within the operating system that a typical user would not access and manually deleting the database.[12]

33. On January 16 at 9:41 p.m. EST, the entire "chat.db" database on Laptop 1 was moved to the trash and then permanently deleted, effectively wiping the messages and metadata from the device. A "chat.db" database without any messages or metadata therein was then recreated in the original path four minutes later at 9:45 p.m. EST. Based on my testing, when a "chat.db" database file is deleted, the operating system automatically generates a new database file within the same path when the user restarts and logs back into the device. Accordingly, this recreation of the database was likely triggered automatically by the operating system. As explained in ¶ 43 below, Stroz Friedberg was nonetheless able to recover some messages from the "KnowledgeC.db" database within the operating system.[13]

34. There was no user activity on Laptop 1 post-dating January 16, 2024, when substantially all user-created files and activity were deleted from the device.

***January 28, 2024: Deletion Activity on Laptop 2 (14-inch laptop)***

35. Operating system logs, including the FSEvents log, confirm that at least 120 files were moved to the trash and then permanently deleted from Laptop 2 between January 17, 2024 and January 28, 2024. Based on the files present on Backup 2, it appears additional files existed on Laptop 2 and were presumably deleted prior to January 17, 2024.

---

[12] There are online guides that explain how to do this. *See, e.g.*, https://www.groovypost.com/howto/delete-messages-on-mac/; https://macpaw.com/how-to/delete-all-messages-mac.

[13] The "KnowledgeC.db" database stores among other things certain data related to Apple's "App Intents" framework, The App Intents framework makes an application's content and functionality available to system services like Siri and the Shortcuts app.

36. A graph illustrating the file deletion events on Laptop 2 is included in Figure 2 below. This data is based on the available evidence from the FSEvents log.

**Figure 2**



37. **User-created Files.** Two user-created files existed on Laptop 2 (the 14-inch laptop), when Stroz Friedberg received the device: a PDF version of a presentation providing an overview of DraftKings' VIP program with the file name "2024 - VIP.pdf" and a PDF providing an overview of Mr. Hermalyn's role and responsibilities at DraftKings with the file name "Mike Hermalyn - Roles & Responsibilities - Google Docs.pdf". The FSEvents log indicates that at least 115 user-created files were moved to the trash and then permanently deleted from Laptop 2 between January 17 and 28, 2024. Because the deletion of files from the laptop likely began before the earliest bounds of the FSEvents logs we were able to collect, additional deletion activity may have occurred that is not detectable by our review.

38. The activity on Laptop 2 is consistent with a user-initiated pattern of manual deletion that began on January 17, 2024 and concluded on January 28, 2024, while the laptop was located in the Pacific Time Zone, in the Los Angeles area. System logs indicate that at or about 3:37 p.m. PST on January 28, 2024, Laptop 2 accessed the United Airlines in-flight Wi-Fi network ("unitedwifi.com").[14]

---

[14] *See* https://www.united.com/en/us/fly/travel-experience/inflight-wifi.html.

39.     **Web Browsing History.**  In addition to deleting nearly all user-created files, Mr. Hermalyn removed all user profiles containing Chrome-related data, which substantially deleted his web browsing history from the device.  Mr. Hermalyn had three Chrome profiles on Laptop 2 (labeled as Profiles 1 through 3 within Chrome).  The FSEvents log indicates the Chrome profiles were removed on January 31, 2024.

40.     **iMessages.**  As with Laptop 1, forensic analysis indicates that Mr. Hermalyn had synced his iMessage account to Laptop 2 but deleted messages from the device prior to returning it to DraftKings.  The FSEvents log on Laptop 2 does not contain the specific "chat.db" deletion event observed on Laptop 1.  However, Backup 2 contains a "chat.db" database file with the messages and metadata intact, suggesting that the database was deleted prior to the earliest bounds of the FSEvents log.  Additionally, system logs indicate that a new database file without any messages or metadata therein was created on Laptop 2 on January 17, 2024, at 10:39 p.m. EST, which is concurrent with the earliest bounds of the FSEvents log on the device.  As described in ¶ 33, it appears that when a "chat.db" database is deleted, the MacBook operating system automatically generates a new database file when the user restarts and logs back into the device.  Given this evidence and the volume of deletion activity reflected in the FSEvents log on January 17, 2024, it is likely the user manually deleted the "chat.db" database at some point before 10:39 p.m. EST on January 17 in the same manner the database was deleted from Laptop 1.

41.     There was no user activity on Laptop 2 post-dating January 31, 2024.

**D. Recovered Data**

42.     **Local Files.**  As described in ¶¶ 27, 37, substantially all user-created files were deleted from both laptops.  Stroz Friedberg and DraftKings were able to recover some of these files from the laptops' backup data.  However, there are 118 user-created files referenced in the

13

deletion events in the FSEvents log that are not present on the backups. To date, we have been unable to recover those files.[15]

43. **iMessage.** As described in ¶¶ 32–33 and 40, the device activity observed in the FSEvents logs is consistent with efforts to delete the iMessage and text message data synced to Laptops 1 and 2 prior to the return of the devices to DraftKings. Through analysis of other databases within the operating systems of the laptops, Stroz Friedberg has recovered up to 18,159 deleted iMessages and SMS messages sent or received between November 29, 2023 and January 16, 2024.[16] However, the recovered text message conversations appear to be incomplete, and there are likely messages and potentially entire text threads that were completely deleted and are no longer recoverable from the devices. Stroz Friedberg has also recovered 10,473 deleted iMessages and SMS messages from Backup 1 and 6,295 deleted iMessages and SMS messages from Backup 2.[17] The backup data does not include any messages sent or received after December 29, 2023. Accordingly, there are likely messages and potentially entire text threads from the month preceding Mr. Hermalyn's resignation that Stroz Friedberg remains unable to recover. It is

---

[15] Significantly, the unrecovered files include 61 screenshots. On October 23, 2023, Laptop 1's web browsing history indicates that Mr. Hermalyn conducted Google searches for "how to shut off screenshot noise on apple computer." Evidence suggests that he frequently screenshotted content on his device(s). Within the evidence available, we have identified reference to 91 files for which the file names are consistent with Apple's screenshot naming convention ("Screenshot" or "Screen Shot" followed by YYYY-MM-DD H.MM.SS AM/PM). Based on our testing, screenshots taken on systems running MacOS 12 (such as Laptop 1) are named using "Screen Shot" by default, and screenshots taken on systems running MacOS 13 (such as Laptop 2) are named using "Screenshot" by default. A list of all likely screenshots taken within the 60 days leading up to Mr. Hermalyn's departure and indicating whether the files have been recovered is included as Appendix C.

[16] The recovered iMessages and text messages were found within the KnowledgeC.db database file within the macOS operating system.

[17] Many of the messages recovered from the backups are duplicative of messages recovered from the devices.

possible that the unrecovered messages continue to exist on another device that is or was linked to Mr. Hermalyn's iCloud account.

### E. Connected Devices and Accounts

44. Based on investigation, Stroz Friedberg has identified devices and accounts—likely belonging to Mr. Hermalyn—that interacted with DraftKings' networks, systems, and devices. These devices and accounts are identified in ¶¶ 45–49 below alongside a description of the interaction with DraftKings' networks, systems, and devices.

45. Based on a review of operating system logs on Laptops 1 and 2, at least four different Apple devices were connected with Mr. Hermalyn's DraftKings-issued laptops via USB. Operating system logs include limited information regarding these USB connection events, which permitted us to discern certain identifying information about the devices such as serial number, model, and, in limited instances, device name or iOS software version.[18] Without access to the devices, we cannot determine additional identifying information or whether files were transferred to the devices while they were connected.

    (a)    **iPhone 14 Pro Max bearing serial number T0XR477FVK.** On February 9, 2023, this device was connected to Laptop 1 via USB. According to operating system logs, the device was named "MZH X (2)."

    (b)    **iPad Pro 10.5-inch (Wi-Fi Only[19]) bearing serial number DLXV20NFHP83.** On December 9, 2023 at 1:43 a.m. EST, this device was connected to Laptop 1 via USB. This same device was connected to Laptop 2 via USB on December 30, 2023 at 9:00 p.m. EST.

---

[18] Device model was determined by entering the serial numbers into Apple's device lookup feature available at https://checkcoverage.apple.com/.

[19] "Wi-Fi Only" means the device was provisioned for Wi-Fi connection, but not cellular data.

(c) **iPad Pro 11-inch (Wi-Fi + Cellular[20]) bearing serial number DMPXL1P5KD8C**. On December 9, 2023 at 1:24 a.m. EST, this device was connected to Laptop 1 via USB.

(d) **iPhone 15 Pro Max bearing serial number GQMH5WT41F**. On December 8, 2023, this device was connected to Laptop 1 via USB. According to operating system logs, the device was running iOS 17.1.2 at the time it was connected to Laptop 1.

46. Based on a review of DraftKings' Google Workspace Activity logs, five different personal devices were synced with Mr. Hermalyn's DraftKings Google Workspace Account:

- an iPhone identified as "iPhone 16,2," which is consistent with an iPhone 15 Pro Max, and which was last synced on January 31, 2024;

- an iPad identified as device model "iPad Pro (3rd generation)," which was last synced on January 7, 2024;

- an iPhone identified as device model "iPhone 14 Pro Max," which was last synced on September 26, 2023;

- an iPhone identified as device model "iPhone 14 Pro Max," which was last synced on February 5, 2023; and

- an iPhone identified as device model "iPhone 11 Pro Max," which was last synced on August 2, 2022.

47. Based on a review of DraftKings' Slack log, up to 5 different devices were used by Mr. Hermalyn to view or download documents from his DraftKings Slack account since December 1, 2023. The Slack log identifies the iOS or MacOS operating system used by the device but not the serial number or model of the device. Over time, an Apple device's operating system software may update, so some of the devices listed below may be duplicates:

- An iPhone running iOS 17.2.1.

- An iPad running 16.6.1.

---

[20] "Wi-Fi + Cellular" means the device was provisioned for Wi-Fi connection and also was provisioned with cellular data.

- An Apple MacBook running macOS 12.6.6.

- An Apple MacBook running macOS 10.15.7.

- An Apple MacBook running macOS 13.5.0.

48. **Dropbox.** Since at least June 29, 2022—and until approximately January 16, 2024—Dropbox was installed on Laptop 1. Due to the nature of how Dropbox works, any content introduced to the Dropbox account through the installation on this system, including the files identified in Appendix B, could have been, or could still be, synced to numerous other devices and/or accessible from the web-based interface for Dropbox. Due to the nature of potential syncing or web-based access, documents synced to the Dropbox account could have been synced down, or otherwise downloaded to, the local storage of any number of devices, personal or otherwise.

49. **iCloud Account.** An iCloud account associated with the Gmail address ▮▮▮▮@gmail.com was synced with Laptops 1 and 2. iCloud allows users to sync photos, files, and backups across all devices synced to their iCloud account. Without access to Mr. Hermalyn's iCloud account, Stroz Friedberg cannot confirm if data historically accessed or downloaded on Laptops 1 and 2 was synced to his iCloud account and shared with other connected devices.

F. <u>Inconsistencies Between Forensic Findings and Deposition Statements</u>

50. I have reviewed excerpts of the transcript of Mr. Hermalyn's deposition and identified several, specific statements that are inconsistent with the findings of Stroz Friedberg's forensic investigation described above.

51. **Alleged Transfer of Materials to Laptop 2.** Mr. Hermalyn represented multiple times that he exported, or attempted to export, files off of Laptop 1, on January 16, 2024, as

described in ¶¶ 14–19, because he was transitioning to a new laptop (Laptop 2) and needed to transfer the files to his new device. Hermalyn Dep. Tr. 135:6–9; 136:19–22; 137:13–18. However, this explanation is inconsistent with the findings of Stroz Friedberg's investigation for several reasons:

52. First, based on user activity and the date Laptop 2 was first synced to Mr. Hermalyn's Google Workspace account, Mr. Hermalyn began using the device by at least December 18, 2024, nearly one month before he began exporting files off of Laptop 1 to purportedly transfer them to his new device. Among other user activity observed on December 18, browser history from Backup 2 indicates that Mr. Hermalyn began using Google Chrome on that date. Specifically, he conducted a Google search for "how to set up iMessage."

53. Second, the majority of the files Mr. Hermalyn transferred from Laptop 1 were never downloaded to Laptop 2. Specifically, of the 18 unique documents he sent on January 16 to his own Slack account—14 were never downloaded to, or even viewed, from Slack on Laptop 2. Further, we do not see any of the 130 documents historically saved to the "miscdk" Dropbox folder on Laptop 1 present on Laptop 2 or referenced in the FSEvents log for the device.[21] Finally, all of the "AirDrop" events initiated from Laptop 1 on January 16 were sent to an iPhone 15 Pro Max named "MZH X (3)"—not Laptop 2 or any other DraftKings device. Stroz Friedberg's review of the FSEvents log for Laptop 2 indicates that only 60 user-created files from any source were added to Laptop 2 after January 17.

54. Third, as explained in ¶¶ 35–41, the FSEvents log indicates that Mr. Hermalyn began deleting files from Laptop 2, on January 17, 2024, less than 24 hours after he allegedly

---

[21] It is possible that these Dropbox documents were downloaded or saved to Laptop 2 and then deleted from the device at some point before January 17, 2024, which is the earliest date reflected in the FSEvents log.

18

"chang[ed] computers" from Laptop 1 to 2. Hermalyn Dep. Tr. 135:8–9. And all user-created files on Laptop 2 with the exception of two PDFs were deleted by January 28, 2024.

55. **iMessage Deletion.** To the extent Mr. Hermalyn's deposition statement is meant to suggest that he removed iMessage data from his laptops by simply "deactivat[ing] [his] iCloud from [his] work computer," the findings of our forensic investigation are inconsistent with his claim. *See* Hermalyn Deposition Trans. 99:11–13. As described in ¶¶ 33, 40, system logs indicate that Mr. Hermalyn manually deleted the "chat.db" database file on at least Laptop 1 and possibly Laptop 2 by moving it to the trash and then permanently deleting it. If Mr. Hermalyn merely unlinked his iCloud account from the devices, the database file would have remained intact on the system. Additionally, his iCloud contacts would have been deleted from the devices, but they remained on both Laptops 1 and 2. By deleting the "chat.db" database, Mr. Hermalyn engaged in a more sophisticated and effective deletion effort.

I declare under the penalty of perjury that the foregoing facts are true and correct based on my personal knowledge.

Signed this 14th day of March 2024 under the pains and penalties of perjury.

_____

Mitchell Green