# EXHIBIT C

Case 1:24-cv-10299-JEK   Document 76-3   Filed 03/14/24   Page 1 of 2

