# EXHIBIT L



# Director, VIP Customer Development

New York - New York / California - Los Angeles

Fanatics Inc. – Strategic Development /  Salaried /  Hybrid

**Company Overview**

Fanatics is building a leading global digital sports platform. The company ignites the passions of global sports fans and maximizes the presence and reach for hundreds of sports partners globally by offering innovative products and services across Fanatics Commerce, Fanatics Collectibles, and Fanatics Betting & Gaming, allowing sports fans to Buy, Collect and Bet. Through the Fanatics platform, sports fans can buy licensed fan gear, jerseys, lifestyle and streetwear products, headwear, and hardgoods; collect physical and digital trading cards, sports memorabilia, and other digital assets; and bet as the company builds its Sportsbook and iGaming platform. Fanatics has an established database of over 100 million global sports fans, a global partner network with over 900 sports properties, including major national and international professional sports leagues, teams, players associations, athletes, celebrities, colleges, and college conferences, and over 2,000 retail locations, including its Lids retail business stores.

As a market leader with more than 18,000 employees, and hundreds of partners, suppliers, and vendors worldwide, we take responsibility for driving toward more ethical and sustainable practices. We are committed to building an inclusive Fanatics community, reflecting and representing society at every level of the business, including our employees, vendors, partners and fans. Fanatics is also dedicated to making a positive impact in the communities where we all live, work, and play through strategic philanthropic initiatives.

**Overview**

This individual will leverage Fanatics' differentiated position with leagues, players, and teams as well as their current 90M users to create build out our unprecedented loyalty program, with focus on growth of our VIP program and customer base. They leverage data and insights from Fanatics' multiple lines of business to grow our high value customer segment. Furthermore, this individual will create new loyalty offerings and partnerships that unlock the value of the full Fanatics digital sports platform, including apparel, gaming, collectibles, tickets, and other offerings. Through a suite of innovative and compelling loyalty experiences, they will develop the strategy to acquire new customers and to reengage and enhance the lifetime value of existing Fanatics customers.

Fanatics **Director of Customer Development** will be instrumental in building strong relationships with high value customers, acquiring new business and driving incremental revenue throughout the Fanatics portfolio. They will also be critical in helping develop a personalized, strategic approach to building a top-tier customer base and driving brand loyalty. This individual should have deep relationships with high value sports and online gaming and/or collectibles customers, and utilize their networking skills to integrate, and maintain them, into the business. He or she will be entrepreneurial, passionate about launching new initiatives, and highly experienced at building a book of business across various categories. They will create long-lasting relationships with these high value customers by providing exemplary customer service, driving incremental revenue and finding new business through all appropriate networks. The VP of Customer Development will report directly to the head of VIP Customer Development and work closely with leadership, account managers and marketing teams, along the broader Fanatics businesses.

**What You'll Do:**

·   Utilize Fanatics programs, partnerships and strategic roadmaps to drive revenue, while maintaining strong brand affinity to the company and value to our customers

·   Develop strong relationships with high value customers to create brand loyalty and incremental revenue through all Fanatics businesses

·   Utilize existing networks to meet new customers, develop new leads and build long lasting relationships

·   Travel to prospect regions and markets to find key strategic relationships and high value customers to introduce to the Fanatics brand

·   Work with regional and local team members on all events and activations to ensure valued clients are in attendance, receive premium experiences and understand the long-term benefits being a Fanatics customer

·   Market Fanatics assets to new and existing customers to build and maintain strong relationships and brand loyalty while upholding the Fanatics brand

·   Assist other teams in building a pipeline of prospective customers, develop deep industry relationships, and formalize partnerships with top brands to generate value exchange between companies

- Observe and report back on key competitive insights and value propositions provided to customers of competing brands

**What We're Looking For:**

- 7 – 10+ years of business development and relationship marketing experience with a concentration in loyalty and experiential marketing for companies with an array of product offerings
- A successful track record in building strong, multi-dimensional customer relationships that create value for all customers, and ultimately both parties (i.e. Fanatics and customer) involved
- Experience working with internal and external teams to drive high impact partnerships
- Ability to travel to other cities to work remote, host events, meet customers and find new business through all marketing efforts available
- Experience building and maintaining relationships with high value customers on a continual basis
- Excellent decision making when it comes to customer reinvestment, building loyalty and maximizing customer gross profit
- A visionary marketing and industry leader laser-focused on Fanatics customers and their experience
- Intellectually curious, with the ability to make quick and nimble decisions
- Entrepreneurial with a "roll up your sleeves" attitude; comfortable with ambiguity
- An inspired marketing leader who can work cross functionally with the leadership team
- Humble, kind, and strong collaborator with all team members and partners
- A true believer in Fanatics' mission, and someone who embodies the values and embraces the goal of the company
- Exceptional communication skills; strong ability to distill complexity into crisp, easily comprehensible and compelling messaging; capacity for storytelling

The salary range for this position is **$150,000 to $200,000**, which represents base pay only and does not include short-term or long-term incentive compensation. When determining base pay, as part of a final compensation package, we consider several factors such as location, experience, qualifications, and training.

Ensure your Fanatics job offer is legitimate and don't fall victim to fraud.  Fanatics never seeks payment from job applicants. Feel free to ask your recruiter for a phone call or other type of communication for interview, and ensure your communication is coming from a Fanatics or Fanatics Brand email address.  For added security, where possible, apply through our company website at www.fanaticsinc.com/careers

Tryouts are open at Fanatics! Our team is passionate, talented, unified, and charged with creating the fan experience of tomorrow. The ball is in your court now.

Fanatics is committed to responsible planning and purchasing (RPP) practices, working with its business partners across its global and multi-layered supply chain, to ensure that planning, sourcing, and purchasing decisions, along with other supporting processes, do not impede or conflict with the fulfillment of Fanatics' fair labor practices.

**NOTICE TO CALIFORNIA RESIDENTS/APPLICANTS**: In connection with your application, we collect information that identifies, reasonably relates to or describes you ("Personal Information"). The categories of Personal Information that we collect include your name, government issued identification number(s), email address, mailing address, other contact information, emergency contact information, employment history, educational history, criminal record, and demographic information. We collect and use those categories of Personal Information about you for human resources and other business management purposes, including identifying and evaluating you as a candidate for potential or future employment or other types of positions, recordkeeping in relation to recruiting and hiring, conducting criminal background checks as permitted by law, conducting analytics, and ensuring compliance with applicable legal requirements and Company policies. For additional information on how we collect and use personal information in connection with your job application, review our Candidate Privacy Policy-CA

Fanatics Home Page

Jobs powered by    LEVER