**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DRAFTKINGS INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL HERMALYN,<br><br>Defendant. | Civil Action No. 1:24-cv-10299-JEK |

**NOTICE OF APPEARANCE OF COUNSEL**

The undersigned Christine Demana, Esq., of the law firm Gibson, Dunn & Crutcher LLP, hereby enters an appearance as counsel to Plaintiff DraftKings Inc. in the above-referenced matter.

Dated: March 15, 2024

Respectfully Submitted,

*/s/ Christine Demana*

Christine Demana (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3100
Facsimile: 214.571.2900
CDemana@gibsondunn.com

*Counsel for Plaintiff DraftKings Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2024, I filed the foregoing Notice of Appearance with this Court using the CM/ECF filing system. This system sends notifications of such filing and service to all counsel of record.

*/s/ Christine Demana*

Christine Demana (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3100
Facsimile: 214.571.2900
CDemana@gibsondunn.com

*Counsel for Plaintiff DraftKings Inc.*