# Appendix A

PUBLIC VERSION

**Appendix A**

| No. | File Name | Event Description | Event Date | Event Time | IP address | Access Device |
|---|---|---|---|---|---|---|
| 1. | BD_Gaming101 | Download | 2024-02-01 | 09:32:49 | 44.202.167.22 | Non-DraftKings |
| 2. | VIP BI-MONTHLY UPDATE | Download | 2024-02-01 | 09:17:56 | 100.25.98.49 | Non-DraftKings |
| 3. | (MASTER) SB 2024 | Download | 2024-01-30 | 11:28:48 | 44.201.118.180 | Non-DraftKings |
| 4. | Tax Rate Slide | Download | 2024-01-29 | 09:32:11 | 23.20.147.52 | Non-DraftKings |
| 5. | [redacted] | View | 2024-01-26 | 12:27:29 | 136.226.80.171 | |
| 6. | January 2024 All Hands Outline | View | 2024-01-24 | 13:44:07 | 136.226.80.171 | |
| 7. | CUSTOMER QBR // VIP | Download | 2024-01-24 | 10:20:49 | 54.227.67.48 | Non-DraftKings |
| 8. | DK \| Super Bowl LVIII Attendees | Download | 2024-01-24 | 09:45:45 | 44.222.178.77 | Non-DraftKings |
| 9. | BD Team Tracker - Weekly Report | Download | 2024-01-24 | 09:00:20 | 44.197.205.186 | Non-DraftKings |
| 10. | HermalynResults_March2023 | View | 2024-01-23 | 14:01:53 | 2600:1017:b8c2:73fb:89db:6791:6736:92f4 | |
| 11. | [redacted] | View | 2024-01-23 | 12:16:07 | 2600:1017:b8c2:73fb:89db:6791:6736:92f4 | |
| 12. | MZH // Coordinator Handbook | View | 2024-01-23 | 11:59:43 | 165.225.38.122 | |
| 13. | Herm Super Bowl Schedule | View | 2024-01-23 | 09:53:44 | 136.226.60.193 | |
| 14. | Herm Guests // METLIFE | View | 2024-01-23 | 09:50:08 | 136.226.60.193 | |
| 15. | Events Team Roadshow | View | 2024-01-23 | 09:50:02 | 136.226.60.193 | |
| 16. | [redacted] | View | 2024-01-23 | 09:48:11 | 136.226.60.193 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17. | ███████ ) | View | 2024-01-23 | 09:39:14 | 136.226.60.193 | |
| 18. | Title Slide | Download | 2024-01-23 | 09:27:29 | 3.84.127.26 | Non-DraftKings |
| 19. | Maze Kick Off - 1/22 | View | 2024-01-22 | 17:33:34 | 136.226.60.171 | |
| 20. | Super Bowl User-Level | View | 2024-01-22 | 17:22:00 | 136.226.60.171 | |
| 21. | VIP Promo Candidates | View | 2024-01-22 | 17:21:57 | 136.226.60.171 | |
| 22. | 2024 Acq Ecosystem | View | 2024-01-22 | 17:21:52 | 136.226.60.171 | |
| 23. | Hermalyn_WMP OSB2023 | View | 2024-01-22 | 15:23:42 | 136.226.60.171 | |
| 24. | MZH // Itineraries | View | 2024-01-22 | 15:18:50 | 136.226.60.171 | |
| 25. | ███████ | View | 2024-01-22 | 15:18:44 | 136.226.60.171 | |
| 26. | FoDK Invite List // SB 2024 | View | 2024-01-22 | 15:03:14 | 136.226.60.171 | |
| 27. | VIP, Loyalty, Shop 2024 Goals | Download | 2024-01-22 | 12:04:55 | 3.238.182.206 | Non-DraftKings |
| 28. | Getting to Know You.... (Responses) | Download | 2024-01-22 | 11:58:30 | 136.226.60.171 | |
| 29. | ███████ | View | 2024-01-22 | 11:51:07 | 136.226.60.171 | |
| 30. | Mike Hermalyn - Roles & Responsibilities | View | 2024-01-22 | 11:46:06 | 136.226.60.171 | |
| 31. | (███████ | Download | 2024-01-22 | 11:31:45 | 52.90.44.115 | Non-DraftKings |
| 32. | (MZH) Week Of... | Download | 2024-01-22 | 11:05:53 | 54.90.162.52 | Non-DraftKings |
| 33. | Missing Attributes Responses | View | 2024-01-22 | 10:06:41 | 136.226.60.171 | |
| 34. | VIP / Casino | 9.26 | View | 2024-01-22 | 06:28:25 | 136.226.60.171 | |
| 35. | (EXEC) Loyalty Strategy 2024 | Download | 2024-01-22 | 06:20:41 | 136.226.60.171 | |
| 36. | ███████ | View | 2024-01-22 | 06:19:11 | 136.226.60.171 | |
| 37. | TAO_Gaming101 | Download | 2024-01-19 | 10:33:11 | 3.84.209.204 | Non-DraftKings |

| #   | Document | Action | Date | Time | IP | Flag |
|-----|----------|--------|------|------|----|------|
| 38. | Customer All Hands | View | 2024-01-19 | 09:56:58 | 136.226.60.171 | |
| 39. | Mike Hermalyn // Role & Key Activities | Download | 2024-01-19 | 09:44:11 | 44.195.36.220 | Non-DraftKings |
| 40. | ██████ | View | 2024-01-18 | 17:02:22 | 136.226.60.171 | |
| 41. | ██████ | Download | 2024-01-18 | 13:18:02 | 44.204.252.4 | Non-DraftKings |
| 42. | Customer Leadership Biweekly Updates | View | 2024-01-18 | 10:00:14 | 136.226.60.171 | |
| 43. | VIP ACQ & LIFECYCLE (Priority List) | View | 2024-01-18 | 09:49:54 | 136.226.60.171 | |
| 44. | 1/12 - VIP CAS - Hosp. & Gifting Update | View | 2024-01-17 | 22:56:14 | 165.225.38.115 | |
| 45. | EXEC // DK - Audit and Timeline | View | 2024-01-17 | 15:31:30 | 2600:1001:b11a:df9c:4571:296:6d17:3e31 | |
| 46. | Events SteerCo \| January | View | 2024-01-17 | 10:40:18 | 165.225.38.194 | |
| 47. | 2024 Super Bowl Gifting - MH | Download | 2024-01-17 | 10:34:31 | 44.211.171.111 | Non-DraftKings |
| 48. | Mike // Super Bowl List | View | 2024-01-16 | 16:33:35 | 165.225.38.194 | |
| 49. | Loyalty Rewards - Industry Research | View | 2024-01-16 | 16:33:35 | 165.225.38.194 | |
| 50. | Loyalty Budget Ownership | View | 2024-01-16 | 16:33:30 | 165.225.38.194 | |
| 51. | EL14.pptx | View | 2024-01-16 | 11:04:13 | 165.225.38.194 | |
| 52. | C133.pptx | View | 2024-01-16 | 11:04:10 | 165.225.38.194 | |
| 53. | Milestone Communication Plan | View | 2024-01-16 | 09:12:55 | 165.225.38.194 | |
| 54. | SB Prospects | View | 2024-01-16 | 08:39:52 | 165.225.38.194 | |
| 55. | MZH_FLIGHTS | View | 2024-01-15 | 18:58:12 | 165.225.38.194 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 56. | MZH / Calendar | View | 2024-01-15 | 18:53:50 | 165.225.38.194 | |
| 57. | Random | Edit | 2024-01-15 | 18:53:26 | 165.225.38.194 | |
| 58. | FoDK MASTER | View | 2024-01-15 | 18:52:24 | 165.225.38.194 | |
| 59. | Memo - Formal Fridays | Download | 2024-01-13 | 22:48:33 | 18.234.214.219 | Non-DraftKings |
| 60. | 2024 - VIP | Download | 2024-01-12 | 16:25:50 | 165.225.38.194 | |
| 61. | EOY ratings | View | 2024-01-12 | 16:24:31 | 165.225.38.194 | |
| 62. | Leveling Guide - Player Development | View | 2024-01-12 | 14:18:31 | 165.225.38.124 | |
| 63. | ▮▮▮ | View | 2024-01-12 | 13:45:23 | 165.225.38.194 | |
| 64. | ▮▮▮ | View | 2024-01-12 | 13:45:17 | 165.225.38.194 | |
| 65. | Copy of Loyalty Budget Ownership | View | 2024-01-12 | 13:24:52 | 165.225.38.194 | |
| 66. | VIP Org Charts | Download | 2024-01-12 | 11:22:23 | 54.81.13.233 | Non-DraftKings |
| 67. | Events SteerCo \| November | Download | 2024-01-12 | 09:34:09 | 44.206.234.34 | Non-DraftKings |
| 68. | ▮▮▮ | View | 2024-01-11 | 14:20:42 | 136.226.68.193 | |
| 69. | Hospitality Strategy - Project Outline | View | 2024-01-11 | 13:03:55 | 136.226.68.193 | |
| 70. | DK Shop - Initiative updates | View | 2024-01-11 | 13:03:53 | 136.226.68.193 | |
| 71. | ▮▮▮ | Download | 2024-01-11 | 11:37:55 | 54.242.99.61 | Non-DraftKings |
| 72. | ▮▮▮ | Download | 2024-01-11 | 09:41:11 | 34.204.172.187 | Non-DraftKings |
| 73. | ▮▮▮ | Download | 2024-01-11 | 09:41:10 | 3.91.7.92 | Non-DraftKings |

| 74. | Super Bowl LVIII.xlsx | Download | 2024-01-11 | 08:55:32 | 34.201.18.78 | Non-DraftKings |
|---|---|---|---|---|---|---|
| 75. | Copy of VIP SB Staffing & Tickets | Download | 2024-01-09 | 13:14:10 | 44.201.164.104 | Non-DraftKings |
| 76. | ▮▮▮▮▮ | Download | 2024-01-09 | 11:12:05 | 3.88.252.255 | Non-DraftKings |
| 77. | ▮▮▮▮▮ | Download | 2024-01-09 | 09:39:57 | 34.239.115.61 | Non-DraftKings |
| 78. | Workday calibration confirms | View | 2024-01-08 | 14:08:15 | 136.226.66.186 | |
| 79. | ▮▮▮▮▮ | View | 2024-01-08 | 05:22:43 | 165.225.8.171 | |
| 80. | VIP // Promo Candidates | Download | 2024-01-08 | 04:54:20 | 34.235.146.45 | Non-DraftKings |
| 81. | ▮▮▮▮▮ | Download | 2024-01-08 | 04:50:32 | 54.91.137.5 | Non-DraftKings |
| 82. | VIP Hospitality - Ticket Allocations | Download | 2024-01-05 | 11:34:50 | 54.145.145.26 | |
| 83. | HOBOKEN \| BOSTON Shipments | View | 2024-01-04 | 18:16:41 | 165.225.38.116 | |
| 84. | 2023 Annual Review - Manager FAQ | View | 2024-01-04 | 17:21:23 | 165.225.38.116 | |
| 85. | Organizational Announcement | Download | 2024-01-04 | 15:20:27 | 3.85.218.20 | Non-DraftKings |
| 86. | 2024 League Tentpole Events | Download | 2024-01-04 | 10:57:25 | 44.204.85.125 | Non-DraftKings |
| 87. | ▮▮▮▮▮ | View | 2024-01-02 | 17:55:04 | 2600:387:f:5a1a::b | |
| 88. | SB Event Survey Responses | View | 2024-01-02 | 14:55:19 | 136.226.80.207 | |
| 89. | VIP Texting iPhones Decision - 10/27/23 | View | 2024-01-02 | 14:12:03 | 136.226.80.207 | |
| 90. | VIP SB Staffing & Tickets | View | 2024-01-02 | 13:50:08 | 136.226.80.207 | |
| 91. | Super Bowl Invite Copy.pptx | View | 2024-01-02 | 12:24:24 | 165.225.220.176 | |