# EXHIBIT A

PUBLIC VERSION

**To:** Michael Hermalyn[█████@gmail.com]; █████@gmail.com[█████@gmail.com]
**From:** Michael Hermalyn[o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b5735fc5362f4d6f8f5c58d187e6298e-Michael Her]
**Sent:** Fri 3/17/2023 2:11:18 PM (UTC)
**Subject:** FW: Future.
HermalynResults_March2023.pdf

---

From: Michael Hermalyn <​█████​@draftkings.com>
Date: Thursday, March 16, 2023 at 5:12 PM
To: Shawn Henley <​█████​@draftkings.com>, Matthew █████ <​█████​@draftkings.com>
Subject: Future.

Shawn,
I say this to you often, I appreciate the partnership we have… energized by what we are building together. Thank you for the talk earlier today.

Matt,
Appreciate you diving into this with Shawn. Thank you for taking the time to essentially focus on my future… speaks volumes.

---
I put together a quick one sheet (attached and **HERE**) of my time in this role. Without the trust you both have in me; I would not be able to run as fast. Not slowing down.

Future is very bright,
Mike

--
**Michael Hermalyn**
SVP, Growth
DraftKings, Inc.
+1 (201) ████