# EXHIBIT B

PUBLIC VERSION

# Request for Michael Hermalyn : Computer Asset Return & Tracking  #SR-251731

by **Michael Hermalyn** ▇▇▇▇@draftkings.com) on **Thu, 2 Nov, 2023 12:57 PM** via **Phone**    APPROVED

Requested for : **Michael Hermalyn** ▇▇▇▇@draftkings.com)

## TICKET PROPERTIES

| Urgency | Impact | Priority | Status |
|---|---|---|---|
| Medium | Medium | Low | Closed |

| Source | Type | Group | Agent |
|---|---|---|---|
| Phone | Service Request | IT NA - Asset Management | John ▇▇▇ |

| Department | Major incident type | Business impact | Impacted locations |
|---|---|---|---|
| Customer Services | -- | -- | -- |

| No. of customers impacted | Category | Sub-Category | Item |
|---|---|---|---|
| -- | Computer | Replacement Return | -- |

| HR Subcategory | Resolution provided | Location | Number of reminders |
|---|---|---|---|
| -- | SR-272711 | -- | -- |

| Date of last reminder | Equipment Return Date | TerminationPersonalEmail | Pause Asset Notifications |
|---|---|---|---|
| -- | -- | -- | -- |

**Due by**
Mon, 6 Nov, 2023 6:57 PM

## DESCRIPTION

**REQUESTED ITEMS (1)**

**Computer Replacement Request**

**DESCRIPTION**

Who can request: Users with broken or non-functional laptops, or users who need to change the type of their computers due to job requirements, etc.

Approval: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Policy: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

| **Stage** | | **Current Computer Model** | **Please specify model** |
|---|---|---|---|
| Requested | | Other | Macbook |

| **Computer Asset Tag/Serial Number (On bottom of computer)** | **Reason for replacement:** | **Select New Device Type:** | **Have you been provided a loaner by IT?** |
|---|---|---|---|
| w05047 | Traveling a lot and need something lighter/newer | Mac | -- |
| | I am requesting a 14" Macbook Pro https://www.apple.com/shop/buy-mac/macbook-pro/14-inch-m3-pro | **Employee Location** North America | **Method of Delivery** Deliver to home address |
| | | **Shipping Address** ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ | **Phone number** 201▇▇▇▇▇▇▇ |

**ASSETS**

- MacBook Pro 16''     **Used by:** Michael Hermalyn

**APPROVAL LOGS**

**Following has to approve**

Shawn Henley                         Approved on: Thu, 2 Nov, 2023 1:02 PM

**Majority has to approve**

Craig ▇▇▇▇                          Approved on: Thu, 2 Nov, 2023 2:57 PM

Jack ▇▇▇▇                           Approved on: Mon, 6 Nov, 2023 4:40 AM

**COMMENTS**

From **Alfred** ▇▇▇▇▇▇▇▇▇▇ @draftkings.com) on **Thu, 2 Nov, 2023 12:59 PM** as **Private note**

This is a unique request.  I worked with Mike (the requestor) and input this SR on his behalf.  He mentioned he had worked with Paul ▇▇▇▇▇▇ for pre-approval.

Al

From **Craig** ▇▇▇▇ ▇▇▇▇▇▇ @draftkings.com) on **Thu, 2 Nov, 2023 3:36 PM** as **Private note**

He is approved ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

From **Alejandro** ▇▇▇▇ ▇▇▇▇▇ @draftkings.com) on **Tue, 28 Nov, 2023 1:35 PM** as **Outbound email**



Hi Michael

Your MacBook replacement is being shipped today and can be tracked using ███████.
Once the computer is received you'll login ████████████████████████████████████.
When you're comfortable in the computer you'll package up the old one in the same box which will also have a return shipping label to place on the outside and send back out via FedEx.
Any questions regarding this process don't hesitate to reach back out!


Ticket ID: SR-251731
Ticket URL: ████████████████████████████████████████████████████████████████████████


Alejandro ████
Desktop Services Engineer
DraftKings Inc.

From **Michael Hermalyn** ████████@draftkings.com) on **Fri, 1 Dec, 2023 5:36 PM** as **Incoming email**
Thank you!!
I am away for a week but will set up on Monday…
Just received it / opened it yesterday


How does ██████ work?


From **FreshService Agent** ████████@draftkings.com) on **Mon, 4 Dec, 2023 10:03 AM** as **Public note**
A reminder has been sent to the user as part of the Automated Asset Recovery process

From **FreshService Agent** ████████t@draftkings.com) on **Mon, 4 Dec, 2023 10:03 AM** as **Public note**
A reminder has been sent to the user as part of the Automated Asset Recovery process

From **FreshService Agent** ████████@draftkings.com) on **Tue, 5 Dec, 2023 10:02 AM** as **Public note**
A reminder has been sent to the user as part of the Automated Asset Recovery process

From **FreshService Agent** ████████@draftkings.com) on **Tue, 5 Dec, 2023 10:03 AM** as **Public note**
A reminder has been sent to the user as part of the Automated Asset Recovery process

From **FreshService Agent** ████████@draftkings.com) on **Wed, 6 Dec, 2023 3:01 AM** as **Public note**
A reminder has been sent to the user as part of the Automated Asset Recovery process

From **FreshService Agent** ████████@draftkings.com) on **Wed, 6 Dec, 2023 4:03 AM** as **Public note**
A reminder has been sent to the user as part of the Automated Asset Recovery process

From ████████ ████████@draftkings.com) on **Mon, 11 Dec, 2023 5:45 PM** as **Incoming email**

@▮▮▮▮▮, ▮▮▮▮▮ @draftkings.com) Do you know what Mike's ▮▮▮▮▮

Let us know.

Thanks!





DraftKings, Inc.

+1 (516) ▮▮▮▮▮

---

From **Remi Goldfarb** ▮▮▮▮▮@draftkings.com) on **Mon, 11 Dec, 2023 10:18 PM** as **Incoming email**

Can someone help him with it tomorrow at 12:30pm EST if possible?

Thanks so much!





DraftKings, Inc.

+1 (516) ▮▮▮▮▮

---

From **John** ▮▮▮▮ ▮▮▮▮@draftkings.com) on **Fri, 22 Dec, 2023 12:29 PM** as **Private note**

George helped him with this request from ▮▮▮

From **John Currao** ▮▮▮▮@draftkings.com) on **Fri, 22 Dec, 2023 12:42 PM** as **Private note**

ill follow up after the new year

From **John Currao** ▮▮▮▮@draftkings.com) on **Fri, 12 Jan 1:19 PM** as **Private note**

let me know when

From **John Currao** ▮▮▮▮@draftkings.com) on **Thu, 1 Feb 6:04 PM** as **Private note**

device not received but noted in term asset tracking ticket, closing out

# Request for Michael Hermalyn : Computer Replacement    #SR-251732    NOT REQUESTED

by **System** ▇▇▇▇▇@draftkings.freshservice.com) on **Thu, 2 Nov, 2023 12:57 PM** via **Portal**

Requested for : **Michael Hermalyn** ▇▇▇▇▇@draftkings.com)

## TICKET PROPERTIES

| Urgency | Impact | Priority | Status |
|---|---|---|---|
| Low | Low | Medium | Closed |

| Source | Type | Group | Agent |
|---|---|---|---|
| Portal | Service Request | IT US - Computer Replacement | Alejandro ▇▇▇ |

**Department**
Customer Services

| Major incident type | Business impact | Impacted locations | No. of customers impacted |
|---|---|---|---|
| -- | -- | -- | -- |

| Category | Sub-Category | Item | HR Subcategory |
|---|---|---|---|
| Computer | Mac | -- | -- |

| Resolution provided | Location | Number of reminders | Date of last reminder |
|---|---|---|---|
| Replacement computer built and shipped. | -- | -- | -- |

| | Equipment Return Date | TerminationPersonalEmail | Pause Asset Notifications |
|---|---|---|---|
| | -- | -- | -- |

**Due by**
Fri, 3 Nov, 2023 5:57 PM

## DESCRIPTION

IT - DO NOT DELETE OR TURN OFF. This is needed for our computer replacement process to work

## REQUESTED ITEMS (1)

**\*\*\*\*\*PART OF SR BUNDLE\*\*\*\*\* Computer Replacement (Child ticket to asset return)**

### DESCRIPTION

IT - DO NOT DELETE OR TURN OFF. This is needed for our computer replacement process to work

| Stage | Current Computer Model | Computer Asset Tag/Serial Number (On bottom of computer) | Reason for replacement: |
|---|---|---|---|
| Requested | Mac | w05047 | Traveling a lot and need something lighter/newer<br><br>I am requesting a 14" Macbook Pro https://www.apple.com/shop/buy-mac/macbook-pro/14-inch-m3-pro |

| Select New Device Type: | Have you been provided a loaner by IT? | Employee Location | Method of Delivery |
|---|---|---|---|
| Mac | -- | North America | Deliver to home address |
| | | **Shipping Address** | **Phone number** |

201█████

## ASSETS

- m.hermalyn-HTXY6960MH     **Used by:** Michael Hermalyn

## APPROVAL LOGS

## COMMENTS

From **Alfred** ██████ ██████ @draftkings.com) on **Thu, 2 Nov, 2023 1:00 PM** as **Private note**

This is a unique request. I worked with Mike (the requestor) and input this SR on his behalf. He mentioned he had worked with Paul ████████ for pre-approval.

Al

From **Alfred** ██████ ██████ @draftkings.com) on **Thu, 2 Nov, 2023 1:17 PM** as **Private note**

Posted in ███████████ to confirm if we had any of these ████████████████████████████████████████ ████████████████ .

Looped in Brian/Jack for any preferred response/direction.

Al

From **Alejandro** ████ ████ @draftkings.com) on **Tue, 28 Nov, 2023 1:36 PM** as **Private note**

████████
████████