# EXHIBIT C

## PUBLIC VERSION

Direct Messages between Michael Hermalyn on **2024-01-16**

**MH** **m.hermalyn (Michael Hermalyn)** 2024-01-16 08:26 PM


**Rob Ferrara Letter_07_18_2023.docx.pdf**
PDF · 61.8 KB
https://draftkings.enterprise.slack.com/files/W01B3GPLW72/F06EKM0KAG1/rob_ferrara_letter_07_18_2023.docx.pdf

**Robert Ferrara - 2022 Long-Term Equity Award.pdf**
PDF · 136 KB
https://draftkings.enterprise.slack.com/files/W01B3GPLW72/F06E72CH9J6/robert_ferrara_-_2022_long-term_equity_award.pdf

**Screen Shot 2023-06-29 at 8.17.14 AM.png**
PNG · 139 KB
https://draftkings.enterprise.slack.com/files/W01B3GPLW72/F06E0CXC7B8/screen_shot_2023-06-29_at_8.17.14_am.png

**SEO Group Onsite - Larracey Slides.pdf**
PDF · 1.51 MB
https://draftkings.enterprise.slack.com/files/W01B3GPLW72/F06E0CXF370/seo_group_onsite_-_larracey_slides.pdf

**MH** **m.hermalyn (Michael Hermalyn)** 2024-01-16 08:26 PM


**HermalynResults_March2023.pdf**
PDF · 48.1 KB
https://draftkings.enterprise.slack.com/files/W01B3GPLW72/F06E6UH24HH/hermalynresults_march2023.pdf

**FoDK __ LOOK BOOK.pdf**
PDF · 33.5 MB
https://draftkings.enterprise.slack.com/files/W01B3GPLW72/F06EKM1M873/fodk____look_book.pdf

**MH** **m.hermalyn (Michael Hermalyn)** 2024-01-16 08:26 PM


**DK-CINCORO-BOTTLES-V2-10_18.pdf**
PDF · 3.23 MB
https://draftkings.enterprise.slack.com/files/W01B3GPLW72/F06EVRBBVNC/dk-cincoro-bottles-v2-10_18.pdf


**DraftKings & Scene.pdf**
PDF · 221 KB
https://draftkings.enterprise.slack.com/files/W01B3GPLW72/F06E72EPC9G/draftkings___scene.pdf


**(July2023)VitalTalent_CompAdjustments.xlsx**
XLSX · 1.4 MB
https://draftkings.enterprise.slack.com/files/W01B3GPLW72/F06E72ERRC2/_july2023_vitaltalent_compadjustments.xlsx


**(Confidential)VIPFinancialsReview_030323.pdf**
PDF · 1.31 MB
https://draftkings.enterprise.slack.com/files/W01B3GPLW72/F06EKM39MG9/_confidential_vipfinancialsreview_030323.pdf

**MH** **m.hermalyn (Michael Hermalyn)** 2024-01-16 08:26 PM


**MZH_ExecView.xlsx**
XLSX · 1.17 MB
https://draftkings.enterprise.slack.com/files/W01B3GPLW72/F06E72FA2P4/mzh_execview.xlsx

**MH** **m.hermalyn (Michael Hermalyn)** 2024-01-16 08:27 PM


**alan_kicker.png**
PNG · 31.1 KB
https://draftkings.enterprise.slack.com/files/W01B3GPLW72/F06E9FRU0H2/alan_kicker.png


**Screen Shot 2023-09-06 at 10.37.51 AM.png**
PNG · 69.5 KB
https://draftkings.enterprise.slack.com/files/W01B3GPLW72/F06EKM3PXRP/screen_shot_2023-09-06_at_10.37.51_am.png


**Screen Shot 2023-09-15 at 3.59.23 PM.png**
PNG · 724 KB
https://draftkings.enterprise.slack.com/files/W01B3GPLW72/F06DSFPL2FR/screen_shot_2023-09-15_at_3.59.23_pm.png

**Screen Shot 2023-11-15 at 4.39.48 PM.png**

**PNG · 223 KB**
https://draftkings.enterprise.slack.com/files/W01B3GPLW72/F06E0D0JULE/screen_shot_2023-11-15_at_4.39.48_pm.png

**Screen Shot 2023-11-15 at 4.42.37 PM.png**
PNG · 642 KB
https://draftkings.enterprise.slack.com/files/W01B3GPLW72/F06DSFPT2Q7/screen_shot_2023-11-15_at_4.42.37_pm.png

**Screen Shot 2023-11-30 at 10.39.48 AM.png**
PNG · 308 KB
https://draftkings.enterprise.slack.com/files/W01B3GPLW72/F06E44KV22Z/screen_shot_2023-11-30_at_10.39.48_am.png

**Stream of Consciousness.docx**
DOCX · 18.4 KB
https://draftkings.enterprise.slack.com/files/W01B3GPLW72/F06E6UKP9LK/stream_of_consciousness.docx

MH   **m.hermalyn (Michael Hermalyn)** 2024-01-16 08:27 PM

**(Confidential)VIPFinancialsReview_030323.pdf**
PDF · 1.31 MB
https://draftkings.enterprise.slack.com/files/W01B3GPLW72/F06E6UL00N7/_confidential_vipfinancialsreview_030323.pdf