# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DRAFTKINGS INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL HERMALYN,<br><br>        Defendant. | Civil Action No. 1:24-cv-10299-JEK<br>PUBLIC VERSION |

## AFFIDAVIT OF BRITTNEY GOODMAN IN SUPPORT OF PLAINTIFF'S MOTION
## FOR PRELIMINARY INJUNCTION

I, Brittney Goodman, upon being duly sworn, do hereby testify under oath as follows:

1. I make this affidavit in support of Plaintiff DraftKings Inc.'s ("DraftKings" or the "Company") Motion for Preliminary Injunction. I am over the age of eighteen.

2. I am the Senior Director for Events at DraftKings, where I have worked since November 2023. In that role, I oversee all of DraftKings' events, hospitality, and gifting operations. My responsibilities include ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Before Michael Hermalyn's departure from DraftKings in February 2024, I reported directly to Mr. Hermalyn.

3. I have reviewed the Declaration of Defendant Michael Z. Hermalyn in Support of Defendant's Opposition to Plaintiff's Motion for Temporary Restraining Order, which is attached hereto as **Exhibit A**. In that declaration, Mr. Hermalyn states:

> I accessed the "(Master) SB 2024" spreadsheet on January 30, 2024. I did so because a DraftKings employee named Brittany [sic] Goodman contacted me. Ms. Goodman worked on the DraftKings team that was running the upcoming Super Bowl events. She communicated to me that there were certain VIPs who had not yet been sent invitations to Super Bowl events DraftKings was hosting. I accessed the "(Master) SB 2024" spreadsheet to review the list of VIP customer names and direct Ms. Goodman and other DraftKings employees on which customers still needed invitations and how to contact them.

Ex. A ¶ 60.

4. I respectfully submit that all of Mr. Hermalyn's representations regarding his reasons for accessing the "(Master) SB 2024" spreadsheet in the above paragraph are false, with one exception: it is true that I "worked on the DraftKings team that was running the upcoming Super Bowl events."

5. *First*, Mr. Hermalyn's explanation that he "accessed the '(Master) SB 2024' spreadsheet on January 30, 2024 . . . . because a DraftKings employee named Brittany [sic] Goodman contacted me" and that "she communicated to me that there were certain VIPs who had

1

not yet been sent invitations to Super Bowl events DraftKings was hosting" is false. I did not contact Mr. Hermalyn about VIP customer invitations to Super Bowl events in January 2024. Rather, on January 24, 2024, I emailed Mr. Hermalyn to follow up on ███████████ ███████████████████████████████████████████████████████████████.

6. *Second*, Mr. Hermalyn's representation that he accessed the "(Master) SB 2024" spreadsheet to "review the list of VIP customer names and direct [me] and other DraftKings employees on which customers still needed invitations and how to contact them" does not make sense. Mr. Hermalyn was not involved in ████████████████████████████████ And in any event, ███████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████.

7. *Third*, there was no reason for Mr. Hermalyn to access the "(Master) SB 2024" spreadsheet to facilitate the VIP customer invitation process on January 30, 2024, just two days before he tendered his resignation and joined Fanatics. ██████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████ As such, ██████████████████ ███████████████████████████████████████. ██████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████. In fact, ███████████████████████████████████████████████████████████ ███████████████████████████████████ In any event, Mr. Hermalyn was not involved in ███████████████████████████████████████████████████.

8. *Fourth*, Mr. Hermalyn did not contact me regarding VIP customers, let alone "direct" me to do anything regarding "which customers still needed invitations and how to contact

2

them," from January 30, the day he accessed the spreadsheet, through February 1, the day he resigned.

      I declare under the penalty of perjury that the foregoing facts are true and correct based on my personal knowledge.

Signed this 14th date of March 2024 under the pains and penalties of perjury.

                                                                                  *B. Goodman*
                                                                                  Brittney Goodman