# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| |  |
|---|---|
| DRAFTKINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL HERMALYN <br><br> Defendant. | Civil Action No. 1:24-cv-10299-JEK <br> PUBLIC VERSION |

## AFFIDAVIT OF JORDAN WHALL IN SUPPORT OF PLAINTIFF'S MOTION
## FOR PRELIMINARY INJUNCTION

I, Jordan Whall, upon being duly sworn, do hereby testify under oath as follows:

1. I am a Senior Manager, VIP at DraftKings Inc. ("DraftKings" or "the Company"). I have worked at the Company for approximately two-and-a-half years. I am over the age of eighteen. I submit this affidavit in support of DraftKings' motion for a preliminary injunction.

2. I know Michael Hermalyn and worked with him in the VIP group until he resigned on February 1, 2024. In my role as Senior Manager, VIP at DraftKings, ███████████████ ███████████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████████████ █████████████████████████████████████.

3. ███████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████████████ ████████████ Based on those conversations I understand the following:

4. Mr. Hermalyn approached this ███████████████████████████████████ ███████████████████████████████████████████████████████████████████████████ ██. Mr. Hermalyn ██████████████████████████████████████████████████████ ████████████████ then introduced him to a Fanatics employee named ███████████. I understand that ███████████ is in Mr. Hermalyn's VIP group at Fanatics.

5. ███████████ has contacted this DraftKings VIP customer repeatedly since the Fanatics Super Bowl event about joining or partnering with Fanatics. In at least one of those instances, ███████████ said that he works with Mr. Hermalyn at Fanatics.

I declare under the penalty of perjury that the foregoing facts are true and correct based on my personal knowledge.

Signed this 14th day of March 2024 under the pains and penalties of perjury.

                                                                                                 _____
                                                                                                    Jordan Whall