UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DRAFTKINGS INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL HERMALYN,<br><br>      Defendant. | Civil Action No. 1:24-cv-10299-JEK |

**AFFIDAVIT OF BRIAN HARRIS IN OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY**

I, Brian Harris, upon being duly sworn, do hereby testify under oath as follows:

1. I previously submitted affidavits in support of Plaintiff DraftKings Inc.'s ("DraftKings" or the "Company") Motion for Temporary Restraining Order ("TRO"), in opposition to Defendant Michael Hermalyn's ("Hermalyn") Motion for Clarification and Refinement, and in support of DraftKings' Motion for Preliminary Injunction. I also verified DraftKings' Responses to Interrogatories 1-3 propounded by Hermalyn in this action.

2. I submit this fourth affidavit in opposition to Hermalyn's Motion to Dismiss.

3. I joined DraftKings as its Director of IT in December 2014, and have managed the Company's information technology and security program continuously since then. Today, I hold the title of Chief Information Security Officer and Senior Vice President of Technical Operations. I am responsible for all aspects of DraftKings' information technology and security.

4. DraftKings has recovered a draft email from Hermalyn's DraftKings email account, with a date and time of January 28, 2024 at 10:10:46 PM (UTC). There is no subject line. The text of the email lists the following words: "Vote Apt Lease Doctor." A screenshot of that email is included below. A true and correct copy of the draft email recovered from Mr. Hermalyn's DraftKings email account is attached hereto as Exhibit A.



5. I have reviewed this specific draft email from the personal storage table ("PST") file containing Hermalyn's email communications sent or received using his DraftKings email account. A PST file is a file format used by Microsoft Exchange to store items such as email

messages, calendar events, and contacts. Based on my review of the email from the PST file, I was able to confirm that this email is a draft email because the email contained the Microsoft "Drafts" icon and it was not sent.

6. Based on my review of the email from the PST file, I also identified efforts undertaken by Hermalyn to permanently delete the draft email. First, Hermalyn deleted the draft from his mailbox, which caused it to be moved to the "Deleted Items" folder. Moving an email to the "Deleted Items" folder does not permanently delete the email as it can still be viewed in the "Deleted Items" folder and moved to a different folder.[1] Second, Hermalyn manually deleted the item from the "Deleted Items" folder. Upon deletion from the "Deleted Items" folder, the draft would be retained in Outlook's "Recoverable Items" folder.[2] Third, Hermalyn "purged" the draft from the "Recoverable Items" folder; this is also known as a "store hard delete."[3]

7. Because DraftKings' default retention policy, which applied to Hermalyn's DraftKings email account, does not allow for any permanent deletion actions by users, Outlook items (including drafts) that are purged from the "Recoverable Items" folder are saved in a separate "purges" folder, which is not visible to the user.[4] Thus, though the draft would have appeared to Hermalyn to be permanently deleted, DraftKings retained the draft in the PST file for Hermalyn's email pursuant to its retention policy.

---

[1] *See* Microsoft, *Recoverable Items folder in Exchange Online*, Feb. 21, 2023 (https://learn.microsoft.com/en-us/exchange/security-and-compliance/recoverable-items-folder/recoverable-items-folder).
[2] *Id.*
[3] *Id.*
[4] *Id.*

I declare under the penalty of perjury that the foregoing facts are true and correct based on my personal knowledge and/or to the best of my knowledge and belief based on information that was provided to me from DraftKings' records.

Signed this 20th day of March 2024 under the pains and penalties of perjury.

_____
Brian Harris