# EXHIBIT A

**Sent:** Sun 1/28/2024 10:10:46 PM (UTC)

Vote
Apt
Lease
Doctor