## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DRAFTKINGS, INC.,

*Plaintiff,*

v.

MICHAEL Z. HERMALYN,

*Defendant.*

Civil Action No. 1:24-cv-10299-JEK

---

### DEFENDANT'S UNOPPOSED MOTION TO SEAL

Defendant Michael Z. Hermalyn, without objection from Plaintiff DraftKings, Inc. ("DraftKings"), respectfully requests leave to file under seal: (1) portions of the forthcoming Declaration of Michael Hermalyn; (2) Declaration of Taylor Gwiazdon; (3) Exhibit A to the forthcoming Declaration of Taylor Gwiazdon; and (4) Exhibits A, B and F to the forthcoming Declaration of Russell Beck.

- Exhibit A to the forthcoming Declaration of Taylor Gwiazdon consists of photographs as described in Mr. Gwiazdon's Declaration ¶ 6;

- Exhibit A to the forthcoming Declaration of Russell Beck consists of a true and correct copy of the transcript of Hermalyn's March 6, 2024 deposition;

- Exhibit B to the forthcoming Declaration of Russell Beck consists of a true and correct copy of the transcript of Brian Harris' March 5, 2024 deposition; and

- Exhibit F to the forthcoming Declaration of Russell Beck consists of a true and correct copy of Hermalyn's February 20, 2024 Responses and Objections to Plaintiff DraftKings, Inc.'s Amended First Set of Interrogatories.

Hermalyn's forthcoming Opposition is supported by declarations containing or referencing materials from DraftKings' redacted filings. Given these references to redacted materials, Hermalyn seeks to file the foregoing materials under seal.

1

Dated: March 21, 2024

Respectfully submitted,

*Attorneys for Defendant Michael Z. Hermalyn*

/s/   *Russell Beck*
Russell Beck (BBO# 561031)
Stephen D. Riden (BBO# 644451)
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Tel.: (617) 500-8660
Fax: (617) 500-8665
rbeck@beckreed.com
sriden@beckreed.com

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that Defendants have complied with the provisions of Local Rule 7.1(a)(2) by conferring with counsel for Plaintiff regarding this motion on March 21, 2024.  Plaintiff will not oppose this motion.

/s/   *Stephen Riden*
Stephen Riden

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed on March 21, 2024, through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  March 21, 2024                    /s/   *Russell Beck*
Russell Beck