## APPENDIX A

## Summary of Hermalyn's Responses to DK's False Allegations

| What DK Tells The Court | What DK Omits/Mischaracterizes |
|---|---|
| DK claims that Hermalyn used a "***non-DK device***." PI Mem. at 3 (emphasis in original unless otherwise indicated; underline added); *see also id.* at 1, 3, 6, 9-11, 18-19. | The "non-DK device" was Hermalyn's personal phone that he always used for DK work during his employment there—just like every other employee is authorized to do at DK because DK does not issue company phones. MH TRO Dec. ¶¶ 48-49. DK's own Chief Information Security Officer, Harris, admitted that he uses his personal phone to conduct his work for DK. BH Tr. at 193:24-194:11. |
| DK claims that Hermalyn "***download[ed] highly sensitive DK documents***." PI Mem. at 3 (underline added); *see also id.* at 1, 3, 6, 9-11, 13-14, 17-19. | DK uses "download" incorrectly. For Google Workspace and Slack reports, which DK relies on, "download" does not mean that Hermalyn retained a copy of any document on his phone—it generally connotes that he viewed them. Google Help, Drive Log Events, https://support.google.com/a/answer/4579696?hl=en (accessed Mar. 15, 2024); *see also* Goeke Decl., Ex. C (DK 2nd Am. ROG Resp. No. 1), at 14 (Dkt. No. 86-10). Hermalyn was still a DK employee who was authorized to access these documents on his phone for DK work, including through DK's Google Workspace document repository and Slack. Harris Dec. ¶ 11; *see also* MH TRO Dec. ¶ 54. |
| DK claims that Hermalyn removed and "***deleted* files from his company-issued devices.**" PI Mem. at 20 (emphasis added); *see also id.* at 4, 10-11, 13. | DK's own internal documents confirm that Hermalyn's removal and transfer of files on January 16, 2024 related solely to migrating files from his old DK 16-inch laptop to his new DK 14-inch laptop. Hernandez Dec. ¶¶ 2-3; Harris Dec. ¶¶ 25-26; MH Tr. 99:12-17, 138:21-139:6, 146:3-11, 156:21-157:6, 159:22-160:3, 163:7-14. After January 16, 2024, Hermalyn was removing purely personal information from his old computer before its planned return to DK, and he did the same prior to his resignation. MH Tr. 99:12-17, 159:22-160:3, 161:17-24. |
| DK claims that Hermalyn "***exfiltrated***" and "***retained*** DK documents, including documents on the numerous devices (at least 2 phones and 2 iPads)" and a Dropbox account "not disclosed to the Court." PI Mem. at 4, 6, 16-17 (emphasis added); *see also id.* at 3, 20, 27. | Hermalyn has returned to DK his DK-issued devices and gave his counsel his accounts and personal phone prior to his resignation from DK on January 31, 2024. He has no access to DK's confidential information. Hermalyn is unequivocal that he has not used, disclosed, or provided any of DK's confidential information to Fanatics. *See e.g.*, MH TRO Dec. ¶¶ 52-53, 61; MH Tr. 133:5-7, 139:8-9, 147:15-17, 161:23-24, 183:20-21. And, as Hermalyn testified, "***Anything that was in my possession when I worked at DK is in. I have handed [it] over***." MH Tr. 133:23-25. |

| What DK Tells The Court | What DK Omits/Mischaracterizes |
|---|---|
| DK claims that Hermalyn "**solicited key DK ... customers**…." PI Mem. at 1; *see also id.* at 4, 12, 15, 23-24, 28-30. | DK's allegations focus on Hermalyn "introducing" one alleged DK customer to a Fanatics employee.  But the customer had been a years' long Fanatics customer—since 2018—well before Hermalyn joined Fanatics, attended a dinner with Fanatics CEO Michael Rubin back in October 2023, and attended a Fanatics Super Bowl event where he needed no introduction to the Fanatics team by Hermalyn.  *See* Gwiazdon Dec. ¶¶ 6-10. |
| DK claims that Hermalyn "**solicited key DK employees**…."  PI Mem. at 1; *see also id.* at 2-3, 5, 14, 23-25, 28. | The two DK employees DK identifies repeatedly **reached out to Hermalyn**, not the other way around, less than 24-hours after Hermalyn had started at Fanatics.  Larracey Dec. ¶¶ 4, 6; Metz Dec. ¶¶ 4, 6.  Only one of them applied for a job with Fanatics, but has not been extended an offer, and he had also previously applied for a job at Fanatics back ***in 2022***.  Brandon Dec. ¶ 6(a).  The other did not apply for a job with Fanatics, nor has he received an offer from Fanatics.  *Id.* ¶ 5.  Both remain at DK.  *See* Larracey Dec. ¶ 1; Metz Dec. ¶ 1.  Fanatics walled off Hermalyn from Andrew Larrecy's application process, and generally from *all* DK employee interviews and recruitment since he started on February 1.  Brandon Dec. ¶¶ 7-8. |

2