## APPENDIX B

### Key Accounts and Devices Allegedly Containing DK Documents/Information Referenced by DK

| Device or Account | Turned Over to Counsel | Date Hermalyn Turned Over to Counsel and/or Last Accessed | Description | References in DK's PI Mem. and/or Supp. Decls. |
|---|---|---|---|---|
| MacBook Pro (16-inch, 2021), serial no. WRLHQV76XG ("Laptop 1") | Yes | Turned over to counsel on January 31, 2024 | This was the old 16-inch DK-issued laptop that Hermalyn finished moving files from (to his new DK-issued laptop) and stopped using on January 16, 2024. *See* MH TRO Dec. ¶ 45; *see also* Harris Dec. ¶ 25. | PI Mem. at 2-4, 3, 9-11, 20; Green Dec. ¶¶ 7-9, 11, 13-19, 20, 22-34, 42, 45, 48, 51-53; Henley Dec. ¶¶ 32, 35; Harris PI Dec. ¶¶ 25-26, 30-31, 33; Hernandez Dec. ¶¶ 2-4. |
| MacBook Pro (14-inch, 2023), serial no. HTXY6960MH ("Laptop 2") | Yes | Turned over to counsel on January 31, 2024 | This was the new 14-inch DK-issued laptop that Hermalyn used for DK work from January 17 to January 31, 2024. *See* MH TRO Dec. ¶ 45; *see also* Harris Dec. ¶ 25. | PI Mem. at 2, 9-11, 13; Green Dec. ¶¶ 7-9, 11, 20, 22-24, 35-42, 45, 51-54; Harris PI Dec. ¶¶ 25-26; Hernandez Dec. ¶¶ 2-4. |
| MacBook Pro (16-inch, 2019), serial no. C02CG0VWMD6P ("Laptop 3") | Yes | Turned over to counsel on February 6, 2024<br><br>Last accessed, at latest, before February 2024 | This is an old laptop that Hermalyn located after moving to California, that he had not used or accessed for several months. MH TRO Dec. ¶ 47; *see also* Harris Dec. ¶ 25. He did not know whether it belonged to DraftKings, but turned it over to counsel out of abundance of caution. | Green Dec. ¶¶ 7-10; Harris PI Dec. ¶ 25. |

| Device or Account | Turned Over to Counsel | Date Hermalyn Turned Over to Counsel and/or Last Accessed | Description | References in DK's PI Mem. and/or Supp. Decls. |
|---|---|---|---|---|
| iPhone 15 Pro Max, serial no. GQMH5WT41F ("non-DK device," "personal device," or "personal iPhone") | Yes | Turned over to counsel on January 31, 2024 | This was the personal phone that Hermalyn used for DK work during the relevant period. *See* MH TRO Dec. ¶ 45.  DK did not typically supply employees with DK-issued phones, nor did it provide one to Hermalyn.  *See* BH Tr. 63:14-19; 65:2-19 75:2-23. | PI Mem. at 1, 3, 9-14, 17-20, 24, 26; Green Dec. ¶¶ 15-16, 19, 45-46; Henley Dec. ¶¶ 32, 34, 35, 37-38; Harris PI Dec. ¶¶ 30, 32, 36, 41-43. |
| iPhone 14 Pro Max, serial no. T0XR477FVK[1] | N/A | Last accessed in September 2023 | This was the personal phone that Hermalyn used for DK work until he traded it in.  MH PI Dec. ¶ 5.  It was last synced with DK's Google Workspace on September 26, 2023.  Green Dec. ¶ 46. | PI Mem. at 6; Green Dec. ¶¶ 45-46. |
| iPhone 11 | N/A | Last accessed in August 2022 | This was the personal phone that Hermalyn used for DK work until he traded it in.  MH PI Dec. ¶ 5.  It was last synced with DK's Google Workspace on August 2, 2022. Green Dec. ¶ 46. | PI Mem. at 6; Green Dec. ¶ 46. |
| iPad Pro 11-inch (Wi-Fi + Cellular), serial no. DMPXL1P5KD8C | Yes | Turned over to counsel on March 4, 2024

Last accessed, at latest, before February 2024 | Hermalyn does not recall using this device for DK work.  MH Tr. 192:3-5.  Nevertheless, he turned it over to counsel out of abundance of caution.  It was last synced with DK's Google Workspace on January 7, 2024.  Green Dec. ¶ 46. | PI Mem. at 6, 16; Green Dec. ¶¶ 45-46. |
| iPad Pro 10.5-inch (Wi-Fi Only), serial no. | N/A | N/A | Hermalyn advised DK on March 12, 2024 that he is not familiar with this device, and to the best of his knowledge, he does not own another iPad. | PI Mem. at 6; Green Dec. ¶¶ 45. |

---

[1] Although the Affidavit of Mitchell Green lists "iPhone 14" in two separate bullet points, Green Dec. ¶ 46, to the best of his knowledge, Hermalyn believes that he only ever possessed one iPhone 14.  MH PI Dec. ¶ 5.

| Device or Account | Turned Over to Counsel | Date Hermalyn Turned Over to Counsel and/or Last Accessed | Description | References in DK's PI Mem. and/or Supp. Decls. |
|---|---|---|---|---|
| DLXV20NFHP83 | | | Beck Dec., Ex. D.  DK claims this was connected to Hermalyn's old 16-inch laptop in December 2023.  Green Dec. ¶ 45. DK does not allege that this iPad was ever synced with DK's Google Workspace.  *See id.* | |
| Primary Gmail account | Yes | Turned over to counsel on January 31, 2024 | Hermalyn attempted to segregate his personal information from DK's information before turning this account and all information over to counsel.  Hermalyn TRO Dec. ¶ 45; *see also* Beck Dec., Ex. C. | Harris PI Dec. ¶ 36. |
| Old Gmail accounts | No | Last accessed, at latest, before February 2024 | Hermalyn does not believe these rarely used personal email accounts, which he has not accessed since resigning from DK, contain any DK information.  MH Tr. 199:16-21, 200:19-22. | PI Mem. at 6, 16; Harris PI Dec. ¶ 21. |
| iCloud account | Yes | Turned over to counsel on January 31, 2024 | Hermalyn provided his personal iCloud account to counsel and has not synced it with his new phone.  Hermalyn TRO Dec. ¶ 45. | PI Mem. at 10; Green Dec. ¶¶ 49, 55. |
| Dropbox account | Yes | Turned over to counsel on March 1, 2024<br><br>Last accessed, at latest, before February 2024 | This was an account that Hermalyn does not recall using after joining DK's VIP team, that is, after 2022.  *See* Hermalyn's PI Opp'n at 11 n.12.  He turned it over to counsel out of abundance of caution.  MH Tr. 192:3-5. | PI Mem. at 6, 11, 16; Green Dec. at 4 n.3, ¶ 48; Henley Dec. ¶ 36; Harris PI Dec. ¶ 36. |

3