DocuSign Envelope ID: 77B4B7FA-D54B-4BE2-9ABB-5CA20BC06638

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DRAFTKINGS, INC., *Plaintiff*, v. MICHAEL Z. HERMALYN, *Defendant.* | Civil Action No. 1:24-cv-10299 |

**DECLARATION OF RUSSELL BECK IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

DocuSign Envelope ID: 77B4B7FA-D54B-4BE2-9ABB-5CA20BC06638

## DECLARATION OF RUSSELL BECK

I, Russell Beck, hereby declare under penalty of perjury, pursuant to 29 U.S.C. § 1746:

1. I am an attorney admitted to practice before this Court, and a member in good standing of the bar of the Commonwealth of Massachusetts.

2. I am a name Partner at the law firm of Beck Reed Riden LLP in Boston, Massachusetts, and counsel for Defendant Michael Z. Hermalyn ("Hermalyn").

3. I entered my Notice of Appearance as counsel for Hermalyn in the above-captioned action on February 6, 2024 (ECF No. 15).

4. I submit this declaration in support of Defendant's Opposition (the "Opposition") to Plaintiff's Motion for Preliminary Injunction (the "Motion"), filed concurrently herewith.

5. I have personal knowledge of the facts presented in this declaration, and personal familiarity with the documents and filings at issue in the Opposition and the Motion.

6. A true and correct copy of the transcript of Hermalyn's March 6, 2024 deposition is attached hereto as <u>Exhibit A.</u>

7. A true and correct copy of the transcript of Brian Harris' March 5, 2024 deposition is attached hereto as <u>Exhibit B.</u>

8. A true and correct copy of the Certification of Defendant Michael Z. Hermalyn of Compliance with Court Order dated February 12, 2024 is attached hereto as <u>Exhibit C</u>.

9. A true and correct copy of Letter from Russell Beck, Esq. of Beck Reed Riden LLP to Harris M. Mufson, Esq. of Gibson, Dunn & Crutcher LLP (Mar. 12, 2024) is attached hereto as <u>Exhibit D</u>.

10. A true and correct copy of Letter from Russell Beck, Esq. of Beck Reed Riden LLP to Harris M. Mufson, Esq. of Gibson, Dunn & Crutcher LLP (Feb. 21, 2024) is attached hereto as

DocuSign Envelope ID: 77B4B7FA-D54B-4BE2-9ABB-5CA20BC06638

Exhibit E.

11.     A true and correct copy of Hermalyn's February 20, 2024 Responses and Objections to Plaintiff DraftKings, Inc.'s Amended First Set of Interrogatories is attached hereto as Exhibit F.

12.     A true and correct copy of California Senate Bill 699 from the 2023–2024 Regular Session is attached hereto as Exhibit G.

13.     A true and correct copy of the Specially Appearing Defendant DraftKings Inc.'s Notice of Motion and Motion to Quash Service of Summons for Lack of Personal Jurisdiction and Memorandum in Support filed in the California Superior Court in Los Angeles County, Central District on February 29, 2024, styled *Michael Z. Hermalyn et al. v. DraftKings, Inc.*, No. 24STCV02694 is attached hereto as Exhibit H.

14.     A true and correct copy of the webpage Legal Sports Betting in the United States published by DraftKings Sportsbook available at https://sportsbook.draftkings.com/help/sports-betting/where-is-sports-betting-legal?_ga=2.174681058.1723692992.1710968948-911722006.1710968948&_gl=1*4y8ah7*_ga*OTExNzIyMDA2LjE3MTA5Njg5NDg.*_ga_QG8WHJSQMJ*MTcxMDk2ODk0OC4xLjEuMTcxMDk2ODk3Ni4zMi4wLjA (accessed Mar. 21, 2024), and a true and correct copy of the webpage Legal Online Gambling in the United States published by DraftKings Casino available at https://casino.draftkings.com/where-is-online-gambling-legal (accessed Mar. 21, 2024), are attached hereto as Exhibit I.

15.     A true and correct copy of the Form 10-K for DraftKings, Inc. for the fiscal year ending December 31, 2023 filed with the United States Securities and Exchange Commission available at https://draftkings.gcs-web.com/static-files/359784ba-66a0-4b4c-9e41-1ec1aa21e9ed (accessed Mar. 20, 2024), is attached hereto as Exhibit J.

DocuSign Envelope ID: 77B4B7FA-D54B-4BE2-9ABB-5CA20BC06638

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed: March 21, 2024

By: *Russell Beck*
Russell Beck (BBO# 561031)
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Tel.: (617) 500-8660
Fax: (617) 500-8665
rbeck@beckreed.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on Plaintiff's counsel on the date below via email and will be filed through the ECF System and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 21, 2024

/s/ *Russell Beck*
Russell Beck