# EXHIBIT I

| DAILY FANTASY | SPORTSBOOK | CASINO | PICK6 | MARKETPLACE | REIGNMAKERS | DK SHOP |  Responsible Gaming |

Home    Games    Promos    Dynasty    Casino Credits    How to Play    VIP                LOG IN | SIGN UP

# LEGAL ONLINE GAMBLING IN THE UNITED STATES



Legal, DraftKings Online and Mobile App Live

Legal, DraftKings Not Live

Not Legal

# Play DraftKings Casino today.

SIGN UP

## Where can you legally gamble online?

Online gambling differs from state to state. Once it's legalized in a state, casino operators like DraftKings Casino must meet regulations and licensing requirements specific to that state. Therefore, DraftKings Casino in one state may have different offerings than it does in a different state. Check below for states where online gambling is legal — and an outline of what types of games you can play.

### Connecticut

Mobile and online gambling has been legalized and are live in Connecticut. The DraftKings Casino app is available on mobile and online.

Learn more on our Connecticut state page.

**PLAY NOW**

### Michigan

Mobile and online gambling has been legalized and are live in Michigan. Games legalized through the legislation include poker, slots, and other table games. DraftKings Casino is available in Michigan through the DraftKings Casino app and the DraftKings Casino website. Learn more about DraftKings Michigan online casino.

**PLAY NOW**

### New Jersey

### Pennsylvania

Mobile and online gambling has been legalized and are live in New Jersey. Games legalized through the legislation include poker, slots, live dealer and other table games. DraftKings Casino is available in New Jersey through the DraftKings Casino app and the DraftKings Casino website. Learn more about DraftKings New Jersey online casino.

Mobile and online gambling has been legalized and are live in Pennsylvania. Games legalized through the legislation include poker, slots, live dealer and other table games. DraftKings Casino is available in Pennsylvania through the DraftKings Casino app and the DraftKings Casino website. Learn more about DraftKings Pennsylvania online casino.

**Play Now**

**Play Now**

### West Virginia

Mobile and online gambling has been legalized and are live in West Virginia. Games legalized through the legislation include slots, and other table games. DraftKings Casino is available in West Virginia through the DraftKings Casino app and the DraftKings Casino website. Learn more about DraftKings West Virginia online casino.

**Play Now**

## Play Casino games while outside the U.S.

### Ontario, Canada

Online casino games have been legalized and are live in Ontario, Canada. DraftKings Casino is available in Ontario through the DraftKings Casino app and the DraftKings Casino website.

Check out our <u>Ontario Online Casino</u> page to learn more.

# Looking for where daily fantasy sports is legal?

Daily Fantasy Sports are available in many places across the United States. Check out our page on **where Daily Fantasy Sports is legal** to find the most up to date information on where you can play.

# Looking for where sports betting is legal?

Sports betting is available in a growing number of places across the United States. Check out our page on **where sports betting is legal** to find the most up to date information on where you can bet on sports.



# Play DraftKings Casino today.

About DraftKings   Careers   Mobile Apps   Affiliates   Refer a Friend   Contact Us   Terms Of Use   Privacy Policy   Casino Partners

Retail Sportsbook Locations   Fair & Regulated Terms   DK Nation Sports News   Casino Education Hub   Accessibility   Where Is Online Gambling Legal

Get Help   Do Not Sell or Share My Personal Information

Online Slots   Online Blackjack   Online Roulette   Craps Online   Video Poker

How to Play Slots     How to Play Blackjack     How to Play Roulette     How to Play Rocket     How to Play Baccarat     How to Play Video Poker     How to Play Craps

How to Play Spanish 21     How to Play Live Dealer Games     What is a Casino Deposit Bonus?

## DraftKings Inc.

Boston, MA

We are licensed and regulated by the New Jersey Division of Gaming Enforcement as an Internet gaming operator in accordance with the Casino Control Act N.J.S.A. 5:12-1 and its implementing regulations. Our games are tested by the New Jersey Division of Gaming Enforcement to provide games that are fair and operate correctly. Only customers 21 and over are permitted to play our games. If you or someone you know has a gambling problem and wants help, call 1-800-GAMBLER

US Office: 222 Berkeley Street Boston, MA 02116

UK Office: 15 Ingestre Place Suite 265 Soho, London W1F OJH

New Jersey Office: 221 River St. 9th Floor Hoboken, NJ 07030

© 2012-2024 DraftKings All Rights Reserved.

DAILY FANTASY    **SPORTSBOOK**    CASINO    MORE ⌄    Responsible Gaming

Home    My Bets    Live In-Game    Promos    ⌄    Log In

WHERE IS SPORTS BETTING LEGAL?

# LEGAL SPORTS BETTING IN THE UNITED STATES



Legal, DraftKings Online and Mobile App Live

Not Legal

Legal, DraftKings Retail Only

Legal, DraftKings Not Live

# Bet with DraftKings Sportsbook today.

SIGN UP

## Where can you legally bet on sports?

The states below offer sports betting or have passed legislation to allow sports betting, either in a casino or online via web or mobile app. You do not need to be a resident of one of these states to place a bet, but you must be located in the state at the time you bet. That means placing a bet while on vacation is fair game. Don't miss the chance to place a bet with DraftKings Sportsbook while you're visiting a state where DraftKings is live!

### Arizona

Mobile and online sports betting are legal in Arizona. DraftKings is live with sports betting in the state. Download DraftKings Sportsbook today.

Check out our Arizona Sports Betting page to learn more.

**BET NOW**

### Colorado

Retail, mobile, and online sports betting are legal in Colorado. DraftKings is live with sports betting in the state online and with our retail partner Mardi Gras Casino in Black Hawk. Download DraftKings Sportsbook today.

Check out our Colorado Sports Betting page to learn more.

**BET NOW**

### Connecticut

### Illinois

Retail, mobile, and online sports betting are legal in Connecticut. DraftKings, together with Foxwoods, is live with sports betting in the state online and at DraftKings Sportsbook at Foxwoods.

Check out our Connecticut Sports Betting page to learn more.

**BET NOW**

DraftKings at Casino Queen Sportsbook is now live in the state of Illinois. Download the DraftKings at Casino Queen Sportsbook app to start placing bets.

Check out our Illinois Sports Betting page to learn more.

**CONTACT YOUR LAWMAKERS**

## Indiana

Retail, mobile, and online sports betting are legal in Indiana. DraftKings is live with sports betting in the state online and with our retail partner Ameristar Casino. Download DraftKings Sportsbook today.

Check out our Indiana Sports Betting page to learn more.

**BET NOW**

## Iowa

Retail, mobile, and online sports betting are legal in Iowa. DraftKings is live with sports betting in the state online and with our retail partner Wild Rose. Download DraftKings Sportsbook today.

Check out our Iowa Sports Betting page to learn more.

**BET NOW**

## Kansas

## Kentucky

3/20/24, 5:35 PM

Where is Sports Betting Legal? Full List of States | DraftKings Sportsbook

Mobile and online sports betting are now live in the state of Kansas. Download DraftKings Sportsbook to place a bet today.

Check out our Kansas Sports Betting page to learn more.

Retail and mobile sports betting is live in Kentucky.

Check out our Kentucky Sports Betting page to learn more.

**BET NOW**

**BET NOW**

## Louisiana

Retail, mobile, and online sports betting is live in Louisiana. DraftKings is live with sports betting in the state online and with our retail partner Golden Nugget Casino Lake Charles. Download DraftKings Sportsbook today. Availability varies by Parish.

Check out our Louisiana Sports Betting page to learn more.

## Maine

Mobile and online sports betting is live in Maine. Download DraftKings Sportsbook to place a bet today.

Check out our Maine Sports Betting page to learn more.

**BET NOW**

**BET NOW**

## Maryland

Mobile and online sports betting is live in the state of Maryland. Download DraftKings Sportsbook to place a bet today.

## Massachusetts

Mobile and online sports betting is live in the state of Massachusetts. Download DraftKings Sportsbook to place a bet today.

Check out our Maryland Sports Betting page to learn more.

**BET NOW**

Check out our Massachusetts Sports Betting page to learn more.

**BET NOW**

## Michigan

Mobile sports betting is now live in the state of Michigan. Download DraftKings Sportsbook to place a bet today. Check out our Michigan Sports Betting page to learn more.

**BET NOW**

## New Hampshire

Mobile and retail sports betting are legal in New Hampshire. DraftKings is live with sports betting in the state online and with our retail partners The Brook (DraftKings Sportsbook at the Brook) and Filotimo Casino (DraftKings Sportsbook at Manchester).

Check out our New Hampshire Sports Betting page to learn more.

**BET NOW**

## New Jersey

Both mobile and retail sports betting are legal in New Jersey. DraftKings offers its mobile sportsbook in New Jersey as well as retail sports betting in partnership with Resorts Casino. Download DraftKings Sportsbook today.

## New York

Retail, mobile, and online sports betting are legal in New York. DraftKings is live with sports betting in the state online and with our retail partner at DraftKings Sportsbook at Del Lago Resort.

Download DraftKings Sportsbook today. Check out our NY Sports Betting page to learn more

Check out our New Jersey Sports Betting page to learn more.

**BET NOW**

**BET NOW**

## North Carolina

Online sports betting is live in North Carolina. Download DraftKings Sportsbook to place a bet today.

Check out our North Carolina Sports Betting page to learn more.

**BET NOW**

## Ohio

Mobile and online sports betting is live in the state of Ohio. Download DraftKings Sportsbook to place a bet today.

Check out our Ohio Sports Betting page to learn more.

**BET NOW**

## Oregon

Mobile and online sports betting are now live in the state of Oregon through DraftKings Sportsbook – Official Provider of the Oregon Lottery. Download the DraftKings Sportsbook app or place a bet online now.

Check out our Oregon Sports Betting page to learn more.

**BET NOW**

## Pennsylvania

Retail, mobile, and online sports betting are legal in Pennsylvania. DraftKings is live with sports betting in the state. Download DraftKings Sportsbook today.

Check out our Pennsylvania Sports Betting page to learn more.

**BET NOW**

## Tennessee

Mobile and online sports betting are live in the state of Tennessee. Download DraftKings Sportsbook today.

Check out our [Tennessee Sports Betting](#) page to learn more.

**[BET NOW](#)**

## Vermont

Mobile sports betting is live in Vermont. Download DraftKings Sportsbook to place a bet today.

Check out our [Vermont Sports Betting](#) page to learn more.

**[BET NOW](#)**

## Virginia

Mobile and online sports betting are live in the state of Virginia. Download DraftKings Sportsbook today.

Check out our [Virginia Sports Betting](#) page to learn more.

**[BET NOW](#)**

## West Virginia

Retail, mobile, and online sports betting are legal in West Virginia. DraftKings is live with sports betting in the state. Download DraftKings Sportsbook today.

Check out our [West Virginia Sports Betting](#) page to learn more.

**[BET NOW](#)**

## Wyoming

Mobile and online sports betting are legal in Wyoming. DraftKings is live with sports betting in the state. Download DraftKings Sportsbook today.

Check out our Wyoming Sports Betting page to learn more.

**BET NOW**

# Bet on sports while outside the U.S.

## Ontario, Canada

Mobile sports betting with DraftKings Sportsbook is live in Ontario, Canada. Download the DraftKings Sportsbook app to start placing bets.

Check out our **Ontario Sports Betting** page to learn more.

## Puerto Rico

Sports betting is legal in Puerto Rico. DraftKings does not currently offer sports betting in the territory.

# Looking for where daily fantasy sports is legal?

Daily Fantasy Sports are available in many places across the United States. Check out our page on **where Daily Fantasy Sports is legal** to find the most up to date information on where you can play.

## Looking for where online gambling is legal?

Online Gambling is available in a growing number of places across the United States. Check out our page on **where Online Gambling is legal** to find the most up to date information on where you can play.



# Bet with DraftKings Sportsbook today.

If you or someone you know has a gambling problem, crisis counseling and referral services can be accessed by calling 1-800-GAMBLER (1-800-426-2537) (IL). Gambling problem? Call 1-800-GAMBLER (NJ/WV/P ...Read More

---

## DraftKings Inc.
Boston, MA

**COMPANY**
About DraftKings

**SPORTSBOOK ODDS**
NFL Odds

**LOCATIONS**
US Office

Must be 21+ and physically present in New York to place wagers. If you or someone you

Careers

Mobile Apps

Affiliates

Refer a Friend

Get Help

Terms Of Use

Privacy Policy

Responsible Gaming

Retail Sportsbook Locations

Accessibility

Reignmakers

DKNation Sports News

Do Not Sell or Share My Personal Information

NBA Odds

MLB Odds

UFC Odds

NHL Odds

PGA Odds

Soccer Odds

Tennis Odds

College Basketball Odds

College Football Odds

Live Odds

Super Bowl Odds

NFL Playoffs Odds

**BETTING GUIDES**

How To Bet

How to Bet on Football

How to Bet on Basketball

How to Bet on UFC

How to Bet on Baseball

How to Bet on Hockey

How to Bet on Golf

How to Bet on Soccer

How to Bet on Tennis

222 Berkeley Street

Boston, MA

02116

**New Jersey Office**

PO Box 399

Hoboken, NJ

07030

**UK Office**

15 Ingestre Place

Suite 265

Soho, London

W1F 0JH

know has a gambling problem, text HOPENY (467369) or call 877-846-7369. Subject to regulatory licensing requirements.

© 2012-2024 DraftKings All Rights Reserved.

