# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

DRAFTKINGS, INC.,

    *Plaintiff,*

v.

MICHAEL Z. HERMALYN,

    *Defendant.*

Civil Action No. 1:24-cv-10299

## DECLARATION OF NILES BRANDON IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

# DECLARATION OF NILES BRANDON

I, Niles Brandon, hereby declare under penalty of perjury, the following:

1. I am the Vice President, Human Resources at Fanatics Holdings, Inc. ("Fanatics"). I have been with Fanatics since September 2016, and I have served in my current role since December 2020. In this capacity, I am regularly involved in recruitment and hiring at Fanatics.

2. Fanatics keeps records of the job applications it receives in the ordinary course of business. These records provide information on, among other things, the company a job applicant was working for at the time she or he applied to work for Fanatics. I am also familiar with employee recruitment at Fanatics, including individuals to whom Fanatics has extended offers of employment.

3. I have reviewed Fanatics' job application records with respect to DraftKings, Inc. ("DraftKings") employees, including in particular, Andrew Larracey and Hayden Metz.

4. It is common for DraftKings employees to apply for open positions at Fanatics. For example, since 2021, at least 186 DraftKings employees have applied for positions with Fanatics and its affiliates.

5. Fanatics records indicate that Mr. Metz has never applied for a position with Fanatics. Fanatics has also never extended a job offer to Mr. Metz.

6. Fanatics records indicate that Mr. Larracey has applied for positions with Fanatics on more than one occasion. Specifically, while employed at DraftKings, Mr. Larracey applied for jobs at Fanatics as follows:

   a. In 2022, Mr. Larracey applied for a Senior Manager, Strategy and Business Development position in Fanatics' betting & gaming business by submitting an online application through Fanatics' website. Fanatics did not interview Mr. Larracey at that time.

2

Fanatics did not extend a job offer to Mr. Larracey as a result of this application.

b. On February 1, 2024, Mr. Larracey applied for a Director, VIP Customer Development position that was posted publicly on Fanatics' website. Fanatics interviewed Mr. Larracey on February 4, 2024. Fanatics has not extended a job offer to Mr. Larracey as a result of this application.

7. To my knowledge, as Vice President, Human Resources, with regard to Mr. Larracey's 2024 application, Mr. Hermalyn did not participate in Fanatics' interview process.

8. More generally, since Mr. Hermalyn started working at Fanatics on February 1, 2024, my department has been instructed to exclude Mr. Hermalyn from the interview, recruitment, and hiring process with respect to DraftKings employees, and has done so. My department will continue to do so until I am advised otherwise.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed: March 21, 2024

By: _____
Niles Brandon

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served on Plaintiff's counsel on the date below via email and will be filed through the ECF System and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 21, 2024

                                                  /s/ *Russell Beck*
                                                  Russell Beck