# Declaration (Under Seal)