UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DRAFTKINGS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MICHAEL Z. HERMALYN, <br><br> *Defendant.* | Civil Action No. 1:24-cv-10299-JEK |

## DEFENDANT'S UNOPPOSED MOTION TO SEAL

Defendant Michael Z. Hermalyn, without objection from Plaintiff DraftKings, Inc. ("DraftKings"), respectfully requests leave to file under seal portions of the forthcoming Motion to Compel George Hernandez's Testimony or in the Alternative to Strike. Given that the Motion contains confidential medical information regarding Mr. Hernandez, Mr. Hermalyn seeks to file the Motion under seal.

Dated: April 15, 2024

Respectfully submitted,

*Attorneys for Defendant Michael Z. Hermalyn*

/s/  Russell Beck
Russell Beck (BBO# 561031)
Stephen D. Riden (BBO# 644451)
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Tel.: (617) 500-8660
Fax: (617) 500-8665
rbeck@beckreed.com
sriden@beckreed.com

1

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that Defendant has complied with the provisions of Local Rule 7.1(a)(2) by conferring with Plaintiff's counsel on April 14, 2025, concerning the confidentiality of information concerning Mr. Hernandez, and conferring via email with counsel for Plaintiff regarding this motion on April 15, 2024.  It is my understanding that Plaintiff will not oppose this motion.

/s/ *Stephen Riden*
Stephen Riden

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed on April 15, 2024, through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  April 15, 2024                    /s/ *Russell Beck*
Russell Beck