# EXHIBIT A

From: **Goeke, Justine** <JGoeke@gibsondunn.com>
Date: Thu, Apr 11, 2024 at 9:00 AM
Subject: RE: DraftKings v. Hermalyn, D. Mass 24-cv-10299
To: Russell Beck <rbeck@beckreed.com>, Stephen D. Riden <sriden@beckreed.com>
Cc: Spencer, Jacob T. <JSpencer@gibsondunn.com>, Andrew S. Dulberg <Andrew.Dulberg@wilmerhale.com>, Michael Crafts <Michael.Crafts@wilmerhale.com>, Demana, Christine <CDemana@gibsondunn.com>, DiGennaro, Justin M. <JDiGennaro@gibsondunn.com>, Mufson, Harris M. <HMufson@gibsondunn.com>, Snyder, Orin <OSnyder@gibsondunn.com>, White, Sarah <SWhite@gibsondunn.com>, White, Sophie <SWhite2@gibsondunn.com>

Counsel,

DraftKings provides the following witness list for the upcoming April 16 evidentiary hearing:

**Will Call:**

Brittney Goodman

Mitchell Green

Brian Harris

Michael Hermalyn

Andrew Larracey

Hayden Metz

**May Call:**

Shawn Henley

George Hernandez

Samuel Russell

DraftKings reserves the right to call any witness Defendant identifies on his witness list.

Regards,

Justine Goeke

**Justine Goeke**
Partner

T: +1 212.351.5372 | M: +1 347.835.9155
JGoeke@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193