# EXHIBIT B

**From:** Stephen Riden <sriden@beckreed.com>
**Sent:** Thursday, April 11, 2024 8:00 AM
**To:** Goeke, Justine <JGoeke@gibsondunn.com>
**Cc:** Russell Beck <rbeck@beckreed.com>; Spencer, Jacob T. <JSpencer@gibsondunn.com>; Andrew S. Dulberg <Andrew.Dulberg@wilmerhale.com>; Michael Crafts <Michael.Crafts@wilmerhale.com>; Demana, Christine <CDemana@gibsondunn.com>; DiGennaro, Justin M. <JDiGennaro@gibsondunn.com>; Mufson, Harris M. <HMufson@gibsondunn.com>; Snyder, Orin <OSnyder@gibsondunn.com>; White, Sarah <SWhite@gibsondunn.com>; White, Sophie <SWhite2@gibsondunn.com>
**Subject:** DraftKings v. Hermalyn, D. Mass 24-cv-10299: Witness List

Counsel:  Pursuant to our agreement to exchange witness lists, on behalf of Defendant Michael Z. Hermalyn, we hereby disclose that we expect to call the following witness at the continued preliminary injunction hearing in this action on Tuesday, April 16, 2024:

- Michael Z. Hermalyn

Mr. Hermalyn reserves the right to supplement or modify this list as needed and in good faith, including in response to testimony adduced by Plaintiff at the hearing.  Mr. Hermalyn also reserves the right to call as a witness or examine at the hearing any witnesses listed by Plaintiff.

Sincerely,

Steve Riden
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Direct: (617) 500-8672

CONFIDENTIALITY NOTICE:  This email message and any attachments are confidential and may be protected by the attorney-client privilege or attorney work product doctrine. If you are not the intended recipient, please destroy and do not save this email, any attachments or copies thereof.  Please notify the sender immediately by reply email or telephone. Please note that we do not provide tax advice, and this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties or in connection with marketing or promotional materials.