# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DRAFTKINGS, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-10299-JEK |
| ) | |
| MICHAEL Z. HERMALYN, ) | |
| ) | |
| *Defendant*. ) | |

## MOTION TO ADMIT KIMBERLY E. CARSON *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned, Alexander del Nido, a member in good standing of the bar of the United States District Court for the District of Massachusetts, respectfully moves to admit Kimberly E. Carson, member of the bar of New York (Bar No. 5120258), pro hac vice on behalf of Defendant Michael Z. Hermalyn.

Attached as Exhibit 1 to this motion, pursuant to Local Rules 83.5.3(b) and 83.5.3(e)(3), is the certificate of Kimberly E. Carson affirming that: (1) she is a member of the bar in good standing in every jurisdiction in which she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; (3) she has not previously had a pro hac vice admission to this court revoked for misconduct; and (4) she has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts. Payment in the amount of $125.00 is being submitted electronically concurrent with the filing of this motion.

WHEREFORE, for these reasons, the undersigned requests that Kimberly E. Carson be admitted pro hac vice on behalf of Defendant in the above-captioned action.

Respectfully submitted,

Dated: April 16, 2024

/s/ Alexander del Nido
Alexander del Nido (BBO #711857)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
Fax: (617) 712-7200
alexdelnido@quinnemanuel.com

*Attorney for Defendant Michael Z. Hermalyn*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was filed on April 16, 2024 through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  April 16, 2024                          */s/ Alexander del Nido*
                                                            Alexander del Nido