UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DRAFTKINGS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MICHAEL Z. HERMALYN, <br><br> *Defendant*. | Civil Action No. 1:24-cv-10299-JEK |

**NOTICE OF APPEAL**

Notice is hereby given that, pursuant to 28 U.S.C. § 1292(a)(1), defendant Michael Z. Hermalyn appeals to the United States Court of Appeals for the First Circuit from the Memorandum and Order and Order of Preliminary Injunction, both entered April 30, 2024 (ECF Nos. 132-133), and each and every part thereof.

Dated: May 2, 2024
Respectfully submitted:

/s/ *Russell Beck*
Russell Beck (BBO# 561031)
Stephen D. Riden (BBO# 644451)
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Tel.: (617) 500-8660
Fax: (617) 500-8665
rbeck@beckreed.com
sriden@beckreed.com

/s/ *Aliki Sofis*
Aliki Sofis (BBO #675777)
Alexander S. del Nido (BBO #711857)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA  02199-3600
Tel.:   (617) 712-7100
Fax:   (617) 712-7200
alikisofis@quinnemanuel.com
alexdelnido@quinnemanuel.com

Kimberly E. Carson (*pro hac vice*)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100

Christopher G. Michel (*pro hac vice application forthcoming*)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
Fax: (202) 538-8100

*Attorneys for Defendant Michael Z. Hermalyn*

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: May 2, 2024

/s/ *Alexander S. del Nido*
Alexander S. del Nido