IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DRAFTKINGS INC.,

          *Plaintiff,*

v.

MICHAEL HERMALYN,

          *Defendant.*

Civil Action No. 1:24-cv-10299 (JEK)

**PLAINTIFF'S MOTION
FOR A SCHEDULING CONFERENCE**

    Pursuant to Federal Rule of Civil Procedure 16(a) and Local Rule 16.1(a), DraftKings Inc. ("DraftKings" or "Plaintiff") respectfully requests that the Court convene a scheduling conference at the Court's earliest convenience.

    1.    On February 5, 2024, DraftKings filed a verified complaint, ECF 1, and motion for a temporary restraining order. ECF 3. The verified complaint pleads eight causes of action including breach of contract by misappropriation, breach of contract by employee solicitation, breach of contract by competition, misappropriation of trade secrets and confidential information under federal and Massachusetts law, breach of duty of loyalty, and conversion. ECF 1 ¶¶ 105-73.

    2.    On February 6, 2024, Plaintiff served the verified complaint on Defendant. ECF 32.

    3.    On February 6, 2024, Defendant appeared in the case. ECF 16-17.

    4.    On February 8, 2024, the Court entered a temporary restraining order. ECF 44.

    5.    On March 14, 2024, DraftKings filed a motion for preliminary injunction. ECF 72.

    6.    On March 14, 2024, Defendant moved to dismiss or, alternatively, to stay this action. ECF 68.

7.     On April 30, 2024, the Court entered a preliminary injunction and denied Defendant's motion to dismiss.  ECF 132, 133.

8.     On May 24, 2024, Defendant is due to file a responsive pleading.  ECF 140.

9.     Local Rule 16.1(a) requires the convening of a scheduling conference "as soon as practicable, but in any event within 60 days after the appearance of a defendant and within 90 days after the complaint has been served on a defendant."

10.    Therefore, Plaintiff respectfully requests that the Court convene a scheduling conference at the Court's earliest convenience.

Dated: May 17, 2024

        Respectfully submitted,

        DRAFTKINGS INC.

        By its attorneys,

        */s/  Andrew S. Dulberg*
        William F. Lee (BBO #291960)
        Andrew S. Dulberg (BBO #675405)
        WILMER CUTLER PICKERING HALE AND DORR LLP
        60 State Street
        Boston, MA 02109
        william.lee@wilmerhale.com
        andrew.dulberg@wilmerhale.com

        Orin Snyder (*pro hac vice*)
        Harris Mufson (*pro hac vice*)
        Justine Goeke (*pro hac vice*)
        Christine Demana (*pro hac vice*)
        Justin M. DiGennaro (*pro hac vice*)
        GIBSON, DUNN & CRUTCHER LLP
        200 Park Ave
        New York, NY 10166-0193
        osnyder@gibsondunn.com
        hmufson@gibsondunn.com
        jgoeke@gibsondunn.com
        cdemana@gibsondunn.com
        jdigennaro@gibsondunn.com

        Jason C. Schwartz (*pro hac vice*)
        Jacob T. Spencer (*pro hac vice*)
        GIBSON, DUNN & CRUTCHER LLP
        1050 Connecticut Avenue, N.W.
        Washington, D.C. 20036
        jschwartz@gibsondunn.com
        jspencer@gibsondunn.com

        *Attorneys for Plaintiff DraftKings Inc.*

## CERTIFICATE OF SERVICE

I, Andrew Dulberg, certify that, on this date, the foregoing document was served by filing it on the Court's CM/ECF system, which will automatically send a notification of such filing to all counsel of record via electronic mail.

Dated: May 17, 2024                                       */s/ Andrew S. Dulberg*
                                                                              Andrew S. Dulberg


## RULE 7.1(A)(2) CERTIFICATE

I, Andrew Dulberg, certify that counsel for DraftKings conferred in good faith with counsel for the Defendant, who stated that Defendant does not take a position regarding this motion.

Dated: May 17, 2024                                       */s/ Andrew S. Dulberg*
                                                                              Andrew S. Dulberg