UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DRAFTKINGS INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:24-CV-10299-JEK |
| MICHAEL Z. HERMALYN, | ) |
| Defendant. | ) |

**DEFENDANT MICHAEL Z. HERMALYN'S
CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)**

Pursuant to Local Rule 16.1(d)(3), Defendant Michael Z. Hermalyn and his counsel hereby affirm that they have conferred (1) with a view to establishing a budget for the costs of conducting the full course and alternative courses of this litigation, and (2) to consider the resolution of this litigation through the use of alternative dispute resolution programs.

Dated: May 31, 2024

/s/ *Michael Z. Hermalyn*
Michael Z. Hermalyn

/s/ *Russell Beck*
Russell Beck (BBO# 561031)
Stephen D. Riden (BBO# 644451)
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Tel.: (617) 500-8660
Fax: (617) 500-8665
rbeck@beckreed.com
sriden@beckreed.com

/s/ *Aliki Sofis*
Aliki Sofis (BBO #675777)
Alexander S. del Nido (BBO #711857)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA  02199-3600
Tel.:  (617) 712-7100
Fax:  (617) 712-7200
alikisofis@quinnemanuel.com
alexdelnido@quinnemanuel.com

1

Kimberly E. Carson (*pro hac vice*)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100
kimberlycarson@quinnemanuel.com

Christopher G. Michel (*pro hac vice*)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
Fax: (202) 538-8100
christophermichel@quinnemanuel.com

*Attorneys for Defendant Michael Z. Hermalyn*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was filed on May 31, 2024, through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  May 31, 2024

/s/ *Aliki Sofis*
Aliki Sofis