# EXHIBIT 4

1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
2                    COUNTY OF LOS ANGELES
3
4      Michael Z. Hermalyn and  )
       FVP, LLC,                 )CASE NO. 24STCV02694
5                                )
                 Plaintiffs,     )
6                                )
           v.                    )
7                                )
       DraftKings, Inc.          )
8                                )
                 Defendant.      )
9      -------------------------------)
10
11                          - - -
12                   Friday, May 24, 2024
13                          - - -
14
15               REMOTE PROCEEDINGS OF THE
16        VIDEOTAPED DEPOSITION OF MICHAEL HERMALYN
17                 FRIDAY, MAY 24, 2024
18
19
20
21
22
23     REPORTED BY NANCY J. MARTIN
24     CSR. NO. 9504, RMR, RPR
25     PAGES 1 - 109

                                          Page 1

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                      COUNTY OF LOS ANGELES
 3
 4      Michael Z. Hermalyn and  )
        FVP, LLC,                 )CASE NO. 24STCV02694
 5                                )
                 Plaintiffs,      )
 6                                )
            v.                    )
 7                                )
        DraftKings, Inc.          )
 8                                )
                 Defendant.       )
 9      -----------------------------)
10
11
12                           - - -
13                    Friday, May 24, 2024
14                           - - -
15          Remote Videotaped Deposition of MICHAEL HERMALYN,
16      beginning at 11:01 a.m., before Nancy J. Martin, a
17      Registered Merit Reporter, Certified Shorthand
18      Reporter.  All parties appeared remotely.
19
20
21
22
23
24
25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1     A P P E A R A N C E S :
 2
       JAMES FOGELMAN, ESQ.
 3     BRAD HAMBURGER, ESQ.
       ALAYNA MONROE, ATTORNEY AT LAW
 4     KATHERINE SMITH, ATTORNEY AT LAW
       JUSTINE GOEKE, ATTORNEY AT LAW
 5     GIBSON DUNN & CRUTCHER, LLP
       333 S Grand Avenue
 6     47th Floor
       Los Angeles, California  90071
 7     (213) 229-7000
       jfogelman@gibsondunn.com
 8     Counsel for DraftKings
 9
       BRAD D. BRIAN, ESQ.
10     MARIAH MASTRODIMES, ATTORNEY AT LAW
       RUSSELL BECK, ESQ.
11     MUNGER TOLLES & OLSON LLP
       350 South Grand Avenue
12     50th Floor
       Los Angeles, California  90071
13     (213) 683-9280
       Brad.Brian@mto.com
14     Counsel for Michael Hermalyn
15
       KIMBERLY E. CARSON, ATTORNEY AT LAW
16     ALIKI SOFIS, ATTORNEY AT LAW
       ROBERT LONGTIN, ESQ.
17     DAVID ARMILLEI, ESQ.
       QUINN EMANUEL URQUHART & SULLIVAN, LLP
18     51 Madison Avenue
       22nd Floor
19     New York, New York  10010
       kimberlycarson@quinnemanuel.com
20     Counsel for FVP
21
22     ALSO PRESENT:
23     ANDREW SHIRO
24     STANTON DODGE
25     JEFF NICHOLS, LEGAL VIDEOGRAPHER
```

                                              Page  3

```
 1                    I N D E X

 2
       TESTIMONY OF MICHAEL HERMALYN              PAGE

 3
       BY MR. FOGELMAN                            7

 4

 5                  E X H I B I T S

 6     NUMBER              DESCRIPTION            PAGE

 7     Exhibit 1           iStar text messages,   21
                           MZH000117

 8
       Exhibit 2           Swipe Sheet            28

 9
       Exhibit 3           Email dated Sun 1/28/2024   45

10                         10:10:46 PM (UTC)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                           Page  4
```

| | | |
|---|---|---|
| 1 | NEW YORK, NEW YORK, FRIDAY, MAY 24, 2024; 11:01 A.M. | 11:02:54 |
| 2 | -OoO- | 10:43:13 |
| 3 | THE VIDEOGRAPHER:  Good morning.  We are | 10:55:06 |
| 4 | going on the record at 11:01 a.m. on May 24, 2024. | 11:01:53 |
| 5 | This is Media Unit 1 of the video recorded | 11:02:00 |
| 6 | deposition of Michael J. Hermalyn taken -- Michael Z., | 11:02:02 |
| 7 | excuse me, taken by counsel for defendant in the | 11:02:07 |
| 8 | matter of Michael Z. Hermalyn, et al., vs. | 11:02:09 |
| 9 | DraftKings Inc., et al., filed in Los Angeles County | 11:02:12 |
| 10 | Superior Court.  The case number is 24STCV02694. | 11:02:16 |
| 11 | This deposition is being conducted remotely | 11:02:19 |
| 12 | using virtual technology.  My name is Jeff Nichols, | 11:02:28 |
| 13 | representing Veritext Legal Solutions, and I'm the | 11:02:31 |
| 14 | videographer.  The court reporter is Nancy Martin from | 11:02:34 |
| 15 | the firm Veritext Legal Solutions. | 11:02:38 |
| 16 | Counsel will now please state their | 11:02:41 |
| 17 | appearances and affiliations for the record, starting | 11:02:42 |
| 18 | with the noticing attorney. | 11:02:45 |
| 19 | MR. FOGELMAN:  James Fogelman of Gibson Dunn, | 11:02:47 |
| 20 | specially appearing on behalf of defendant, | 11:02:50 |
| 21 | DraftKings.  With me are my colleagues Brad Hamburger, | 11:02:54 |
| 22 | Alayna Monroe, and also on my line, I believe, is | 11:02:55 |
| 23 | Katherine Smith. | 11:02:59 |
| 24 | MR. BRIAN:  Brad Brian of Munger Tolles & | 11:03:01 |
| 25 | Olson for Mr. Hermalyn, the witness, and I think also | 11:03:03 |

Page 5

| | | |
|---|---|---|
| 1 | on the line, though I can't tell, my colleague  Mariah | 11:03:06 |
| 2 | Mastrodimes is on the line.  I think Russell Beck is | 11:03:09 |
| 3 | on the line as well. | 11:03:14 |
| 4 | THE VIDEOGRAPHER:  Thank you.  Is there a | 11:03:17 |
| 5 | Ms. Carson? | 11:03:19 |
| 6 | MS. CARSON:  Kimberly Carson from Quinn | 11:03:22 |
| 7 | Emanuel for FVP (inaudible). | 11:03:24 |
| 8 | (The Reporter requested clarification.) | 11:03:36 |
| 9 | MS. CARSON:  For the FVP plaintiff, and with | 11:03:36 |
| 10 | me on the line is my partner, Aliki Sofis, and also in | 11:03:37 |
| 11 | the room is our associate, Robert Longtin. | 11:03:42 |
| 12 | THE VIDEOGRAPHER:  And how about | 11:03:48 |
| 13 | Mr. Hamburger? | 11:03:48 |
| 14 | MR. FOGELMAN:  Yes, I mentioned Brad | 11:03:52 |
| 15 | Hamburger. | 11:03:52 |
| 16 | THE VIDEOGRAPHER:  My apologies.  There's a | 11:03:57 |
| 17 | lot of people on. | 11:03:57 |
| 18 | All right.  Thank you. | 11:03:57 |
| 19 | Will the court reporter please swear in the | 11:03:57 |
| 20 | witness, and then Counsel, you may proceed. | 11:03:59 |
| 21 | | 11:04:28 |
| 22 | MICHAEL HERMALYN, | 11:04:28 |
| 23 | having been sworn/affirmed, | 11:04:31 |
| 24 | was examined and testified as follows: | 11:04:31 |
| 25 | /// | 11:04:31 |

Page 6

```
 1                    EXAMINATION                   11:04:31

 2    BY MR. FOGELMAN:                              11:04:31

 3        Q.  You understand the oath that you've just    11:04:31

 4    taken is the same oath that you'd take in a court of    11:04:31

 5    law; correct?                                 11:04:31

 6        A.  Correct.                              11:04:31

 7        Q.  And you've been deposed before; right?    11:04:32

 8        A.  Yes.                                  11:04:34

 9        Q.  Where are you today?  Physically, where are    11:04:34

10    you?                                          11:04:36

11        A.  I'm in New York City.                  11:04:39

12        Q.  Okay.  When was the last time you were in any    11:04:40

13    Fanatics office?                              11:04:44

14        A.  April 30.                             11:04:46

15        Q.  Which office was that?                 11:04:48

16        A.  The New York City office.             11:04:50

17        Q.  Since you joined Fanatics, about how many    11:04:55

18    times have you been to the New York office of    11:04:58

19    Fanatics?                                     11:05:01

20        A.  A handful.  It was for -- either I came in    11:05:04

21    town for a board meeting, which I didn't participate    11:05:08

22    in, or on-sites that were scheduled or something    11:05:11

23    scheduled to meet the team.                   11:05:17

24        Q.  When you say, "meet the team," you mean the    11:05:19

25    VIP team?                                     11:05:23
```

Page 7

```
 1          A.  No.  It could be the rest of the exec team.    11:05:24

 2   It could be other members of Fanatics Holdings.          11:05:28

 3          Q.  When was the board meeting you attended?      11:05:32

 4          A.  I didn't attend a board meeting.  I attended  11:05:34

 5   a dinner after.  The board meeting, I'm not sure          11:05:38

 6   exactly when.                                             11:05:46

 7          Q.  Do you remember the month?                     11:05:47

 8          A.  I think it was after my first deposition, but 11:05:52

 9   I don't know.  It's all kind of blurry.  I want to say   11:05:54

10   March.                                                    11:05:59

11          MR. BRIAN:  Jim, maybe it's me.  I'm having a     11:06:01

12   little trouble hearing you.  Can you just raise your     11:06:03

13   voice a little bit?                                       11:06:07

14          MR. FOGELMAN:  Yeah.  How about that?             11:06:10

15          Q.  Mr. Hermalyn, are you having any trouble      11:06:13

16   hearing me?                                               11:06:16

17          A.  No, I hear you okay.                           11:06:16

18          MR. BRIAN:  Maybe it's my ears.                    11:06:16

19          MR. FOGELMAN:  I know the feeling.  I do it.      11:06:16

20          All right.  I'll do my best for you, Brian --     11:06:16

21   Brad, sorry.                                              11:06:20

22          Q.  Okay.  So let me go back to my questioning.   11:06:21

23          How many offices of Fanatics have you been in     11:06:23

24   physically?                                               11:06:26

25          A.  I've been in -- well, obviously, the          11:06:28
```

Page 8

| | | |
|---|---|---|
| 1 | Los Angeles office and the New York office. | 11:06:31 |
| 2 | Q.  Okay.  And how many members of the VIP team | 11:06:37 |
| 3 | are in New York? | 11:06:43 |
| 4 | A.  It's a pretty distributed team.  I would say | 11:06:47 |
| 5 | one -- the VIP team -- like what I was building, or | 11:06:56 |
| 6 | sought to build with FVP was to build the team under | 11:07:02 |
| 7 | one room that spanned across the Fanatics portfolio. | 11:07:09 |
| 8 | I haven't been able to do that.  But the VIP team | 11:07:12 |
| 9 | under FBG that's in New York is about -- I don't know. | 11:07:16 |
| 10 | Maybe 10 people.  8, 10 people. | 11:07:23 |
| 11 | Q.  How many VIP team members are in other cities | 11:07:31 |
| 12 | besides the 8 to 10 in New York? | 11:07:34 |
| 13 | A.  On FBG side, there's probably 30 people | 11:07:39 |
| 14 | total, 35.  I don't have the exact number. | 11:07:42 |
| 15 | Q.  And what cities are they located in? | 11:07:47 |
| 16 | A.  California -- the cities, Los Angeles, | 11:07:53 |
| 17 | New York, Denver, Chicago, D.C.  It's pretty spread | 11:07:57 |
| 18 | out. | 11:08:07 |
| 19 | Q.  And that business, the VIP existed at | 11:08:10 |
| 20 | Fanatics before you joined the company; right? | 11:08:13 |
| 21 | A.  Not in the capacity that I was hired to -- or | 11:08:16 |
| 22 | why I was hired.  There's VIP, like the idea of the | 11:08:20 |
| 23 | VIP existed within one of the -- there's three core | 11:08:25 |
| 24 | businesses at Fanatics.  So Fanatics Gambling and | 11:08:31 |
| 25 | Gaming and Commerce.  They each touch VIP in some | 11:08:34 |

Page 9

| | | |
|---|---|---|
| 1 | capacity.  I think one of the misnomers of this case | 11:08:41 |
| 2 | is that "VIP" equals just gamblers, and that's just | 11:08:44 |
| 3 | not the case. | 11:08:49 |
| 4 | Q.  Did you attend the Formula One event in | 11:08:52 |
| 5 | Miami? | 11:08:56 |
| 6 | A.  No, I did not.  I wanted to. | 11:08:57 |
| 7 | Q.  We got produced to us, about 15 minutes ago, | 11:09:03 |
| 8 | a spreadsheet with a bunch of cities on it and two | 11:09:06 |
| 9 | versions of the spreadsheet. | 11:09:12 |
| 10 | Do you know what that spreadsheet is? | 11:09:13 |
| 11 | A.  Yeah.  I haven't -- that spreadsheet was | 11:09:17 |
| 12 | created for my accountant, and it's controlled by my | 11:09:20 |
| 13 | assistant.  So directionally I know what it is. | 11:09:25 |
| 14 | Q.  Okay.  One of them says that you were in | 11:09:30 |
| 15 | Miami May 2 to May 5; is that correct? | 11:09:33 |
| 16 | A.  I believe that's what the spreadsheet says, | 11:09:38 |
| 17 | but I was not in Miami.  That was a trip that -- that | 11:09:40 |
| 18 | F1 trip I was planning on going.  It would have been | 11:09:42 |
| 19 | something I would go to personally, but in an | 11:09:47 |
| 20 | abundance of caution, especially after the order on | 11:09:51 |
| 21 | the 30th, I canceled that. | 11:09:53 |
| 22 | Q.  When was the last time you spoke to Michael | 11:09:56 |
| 23 | Rubin? | 11:09:59 |
| 24 | A.  Yesterday. | 11:09:59 |
| 25 | Q.  And how long was that call? | 11:10:00 |

Page 10

| | | |
|---|---|---|
| 1 | A.   Probably like 10 minutes, 15 minutes. | 11:10:04 |
| 2 | Q.   I shouldn't have assumed it was a call. | 11:10:07 |
| 3 | Was it a call? | 11:10:09 |
| 4 | A.   It was -- it was a call, yes. | 11:10:10 |
| 5 | Q.   What was it about? | 11:10:17 |
| 6 | A.   Excuse me?  Where was it? | 11:10:18 |
| 7 | Q.   What was the call about? | 11:10:19 |
| 8 | MS. CARSON:  Objection.  Goes beyond the | 11:10:24 |
| 9 | scope of his testimony. | 11:10:25 |
| 10 | MR. BRIAN:  Could we have an agreement that | 11:10:28 |
| 11 | one objection by either side, the other side joins in | 11:10:29 |
| 12 | without having to say, "joinder"? | 11:10:32 |
| 13 | MR. FOGELMAN:  Yeah.  I'm going to offer that | 11:10:34 |
| 14 | for sure, and also if you want to say, "Objection to | 11:10:38 |
| 15 | form," it will cover all your form objections.  I | 11:10:38 |
| 16 | agree to that to keep the objections shorter. | 11:10:38 |
| 17 | MR. BRIAN:  I don't know about joining the | 11:10:42 |
| 18 | objection, but let me think about the latter point. | 11:10:44 |
| 19 | MR. FOGELMAN:  Okay. | 11:10:46 |
| 20 | Q.  Mr. Hermalyn, what was the call with | 11:10:46 |
| 21 | Mr. Rubin about yesterday? | 11:10:49 |
| 22 | MS. CARSON:  Same objections. | 11:10:52 |
| 23 | THE WITNESS:  I answer? | 11:10:53 |
| 24 | MR. BRIAN:  Yeah. | 11:10:55 |
| 25 | THE WITNESS:  It was just checking in.  We | 11:10:57 |

Page 11

| | | |
|---|---|---|
| 1 | have a weekly one-on-one.  We've been able to pretty | 11:10:58 |
| 2 | much like keep those, and it's just checking in on | 11:11:02 |
| 3 | like making sure I'm doing okay because I haven't been | 11:11:09 |
| 4 | able to work. | 11:11:12 |
| 5 | BY MR. FOGELMAN: | 11:11:14 |
| 6 | Q.  Well, we talked to Orlando this week, and he | 11:11:14 |
| 7 | said that you were meeting with others to discuss your | 11:11:22 |
| 8 | continuing role with the company. | 11:11:25 |
| 9 | Was that accurate? | 11:11:26 |
| 10 | A.  Yes.  I met with a couple others exploring | 11:11:27 |
| 11 | what I could do for the time between now and | 11:11:30 |
| 12 | February 1. | 11:11:34 |
| 13 | Q.  Mr. Ashford said that those discussions | 11:11:36 |
| 14 | included you, Mr. Rubin and Mr. Kane; is that correct? | 11:11:40 |
| 15 | A.  Correct. | 11:11:44 |
| 16 | Q.  Anyone else involved in the discussions about | 11:11:45 |
| 17 | your continuing work at the company? | 11:11:47 |
| 18 | A.  I had a call with -- or I had a meeting -- I | 11:11:51 |
| 19 | met with Mike Mahan the CEO of collectables.  It was | 11:11:55 |
| 20 | not necessarily focused on what I was doing, more just | 11:12:02 |
| 21 | checking in.  Lives in L.A., and we got together at a | 11:12:04 |
| 22 | coffee shop. | 11:12:11 |
| 23 | Q.  And Mr. Ashford said that those discussions | 11:12:12 |
| 24 | are ongoing, that you're still considering the roles | 11:12:15 |
| 25 | that you can play at the company; is that correct? | 11:12:17 |

Page 12

| | | |
|---|---|---|
| 1 | A.  I mean correct.  I desperately want to work, | 11:12:19 |
| 2 | and I haven't been able -- or we haven't been able to | 11:12:23 |
| 3 | find something that makes sense for me. | 11:12:26 |
| 4 | Q.  You're still employed with the company; | 11:12:28 |
| 5 | right? | 11:12:31 |
| 6 | A.  Big difference though.  I'm employed, but I'm | 11:12:31 |
| 7 | unable to work. | 11:12:35 |
| 8 | MR. FOGELMAN:  Move to strike as | 11:12:38 |
| 9 | nonresponsive. | 11:12:40 |
| 10 | Q.  I just want to know, are you still employed, | 11:12:40 |
| 11 | "yes" or "no"? | 11:12:42 |
| 12 | A.  Yes, I'm still employed. | 11:12:43 |
| 13 | Q.  Still getting the same salary? | 11:12:44 |
| 14 | A.  Yes. | 11:12:45 |
| 15 | Q.  Still the same title? | 11:12:46 |
| 16 | A.  No. | 11:12:47 |
| 17 | Q.  Has there been a change on a website or | 11:12:49 |
| 18 | something that changed your title? | 11:12:51 |
| 19 | A.  Yes. | 11:12:52 |
| 20 | Q.  Okay.  What was it and what is it now? | 11:12:53 |
| 21 | A.  On April 30, when the order came down, I was | 11:12:57 |
| 22 | instructed to -- I was in the New York office for an | 11:13:01 |
| 23 | on-site where we had a couple people from different | 11:13:06 |
| 24 | cities come in to meet.  I was instructed to shut my | 11:13:08 |
| 25 | laptop and leave the office, which I did. | 11:13:13 |

Page 13

| | | |
|---|---|---|
| 1 | On the same day, my title on the website went | 11:13:15 |
| 2 | from president of VIP -- | 11:13:19 |
| 3 | (The Reporter requested clarification.) | 11:13:21 |
| 4 | THE WITNESS:  Sorry about that. | 11:13:34 |
| 5 | On that same day it went from president of | 11:13:34 |
| 6 | VIP and head of the Los Angeles office, and it changed | 11:13:37 |
| 7 | to what it is today, which it just said head of the | 11:13:42 |
| 8 | L.A. office.  My bio also changed on-line.  I also | 11:13:46 |
| 9 | changed -- I also edited -- I took out the word "VIP" | 11:13:50 |
| 10 | on my LinkedIn profile.  I added an "Out of Office" | 11:13:57 |
| 11 | where I removed my signature. | 11:14:02 |
| 12 | So, yes, it's changed. | 11:14:03 |
| 13 | BY MR. FOGELMAN: | 11:14:07 |
| 14 | Q.  And is it your testimony that it changed | 11:14:07 |
| 15 | because of the injunction issued by the federal court | 11:14:10 |
| 16 | in Massachusetts on April 30? | 11:14:13 |
| 17 | A.  Yes.  Abundance of caution, just want to make | 11:14:16 |
| 18 | sure we're doing this right. | 11:14:20 |
| 19 | Q.  And to the extent that you've made any | 11:14:23 |
| 20 | changes of your work habits at all at Fanatics, is | 11:14:25 |
| 21 | that because of the April 30 federal court injunction | 11:14:30 |
| 22 | in Massachusetts? | 11:14:33 |
| 23 | A.  Since April 30 I've literally not worked.  I | 11:14:35 |
| 24 | haven't been in the office.  I've been either with my | 11:14:38 |
| 25 | family at our beach house in New Jersey or in | 11:14:42 |

Page 14

| | | |
|---|---|---|
| 1 | Los Angeles preparing for the move of my family in the | 11:14:46 |
| 2 | summer.  So yes. | 11:14:50 |
| 3 | Q.  Right.  But just to clarify, the reason that | 11:14:54 |
| 4 | you've made any changes at all to your work habits is | 11:14:57 |
| 5 | because of the federal court injunction issued on | 11:15:01 |
| 6 | April 30; right? | 11:15:03 |
| 7 | A.  Yes. | 11:15:05 |
| 8 | Q.  And is it your intention to continue to | 11:15:08 |
| 9 | comply with that injunction? | 11:15:11 |
| 10 | A.  Of course, yes. | 11:15:14 |
| 11 | Q.  And regardless of what happens with the Court | 11:15:16 |
| 12 | in Los Angeles, is it your intention to continue to | 11:15:18 |
| 13 | comply with the order in Massachusetts? | 11:15:21 |
| 14 | MS. CARSON:  Objection.  Calls for | 11:15:25 |
| 15 | speculation. | 11:15:26 |
| 16 | THE WITNESS:  I can't speak for legally what | 11:15:27 |
| 17 | that means, but as of today, yes, I'm complying. | 11:15:29 |
| 18 | BY MR. FOGELMAN: | 11:15:35 |
| 19 | Q.  I'll just ask you again.  Regardless of what | 11:15:35 |
| 20 | happens in Los Angeles, is it your intention to | 11:15:37 |
| 21 | continue to comply with the federal court order issued | 11:15:39 |
| 22 | on April 30? | 11:15:41 |
| 23 | MS. CARSON:  Asked and answered. | 11:15:53 |
| 24 | (The Reporter requested clarification.) | 11:15:54 |
| 25 | MS. CARSON:  Asked and answered. | 11:15:54 |

Page 15

```
 1              MR. BRIAN:  I will also interpose an         11:15:54

 2    objection on the ground of privilege.                 11:15:56

 3              I don't want you to reveal any conversations 11:15:58

 4    with counsel.                                         11:15:59

 5    BY MR. FOGELMAN:                                      11:16:01

 6         Q.  You may answer.                              11:16:01

 7         A.  I don't know how to answer that without      11:16:05

 8    talking to our counsel.                               11:16:07

 9         Q.  Just to be clear, I'm not asking about your  11:16:10

10    counsel's advice.  I just want to know your intention. 11:16:11

11              Is it your intention to continue to comply  11:16:14

12    with the federal court order issued on April 30 no    11:16:16

13    matter what happens in Los Angeles, "yes" or "no,"    11:16:18

14    sir?                                                  11:16:20

15              MS. CARSON:  Same objection.                11:16:24

16              MR. BRIAN:  Same objection.                 11:16:25

17              THE WITNESS:  I don't know how to answer     11:16:25

18    that.  I would need to have a discussion with my      11:16:26

19    counsel.  But as of today, it's absolutely complying  11:16:30

20    with the order, and I have no idea what would change   11:16:32

21    that.                                                 11:16:35

22    BY MR. FOGELMAN:                                      11:16:37

23         Q.  And other than the order issued by the       11:16:40

24    federal court in Massachusetts on April 30, are you   11:16:41

25    aware of anything else that you think is impacting you 11:16:45
```

Page 16

| 1 | in any way at Fanatics? | 11:16:47 |
| 2 | A. Yes. And, yes, to be like understated. I | 11:16:49 |
| 3 | can't -- I don't know how to live my life. The job | 11:16:58 |
| 4 | that I have today is not -- I'm not a -- like a | 11:17:01 |
| 5 | specialist. The job that I have is fluid and overlaps | 11:17:07 |
| 6 | with how I live my life. It's not a -- it's not | 11:17:12 |
| 7 | confidential or proprietary. It's a skill set of | 11:17:17 |
| 8 | connecting with people and like going to events and | 11:17:22 |
| 9 | seeing friends. | 11:17:23 |
| 10 | Like I haven't been able to be myself. You | 11:17:24 |
| 11 | mentioned Formula One earlier. That's something if I | 11:17:26 |
| 12 | did not work at Fanatics or didn't work at DraftKings, | 11:17:29 |
| 13 | I would have attended because my friends were there. | 11:17:33 |
| 14 | I would have attended the Masters. I would have | 11:17:35 |
| 15 | attended or gone to restaurant openings or different | 11:17:38 |
| 16 | events. Like that's just part of me living. That's | 11:17:42 |
| 17 | Part 1. | 11:17:44 |
| 18 | And then Part 2 would be my reputation is | 11:17:46 |
| 19 | like destroyed. I mean the work that that's going to | 11:17:49 |
| 20 | take is incredible. You Google my name or you read | 11:17:54 |
| 21 | the New York Post, like the allegations that were made | 11:17:59 |
| 22 | that kicked off this back in February of like | 11:18:05 |
| 23 | non-DraftKings issued device which nobody has a | 11:18:09 |
| 24 | DraftKings issued device. Everyone has their personal | 11:18:13 |
| 25 | cell phone, or there was an E-mail that was shown to | 11:18:16 |

Page 17

| | | |
|---|---|---|
| 1 | Rob Ferrera, insinuating that I was a double agent. | 11:18:20 |
| 2 | I don't know how else to answer the harm | 11:18:27 |
| 3 | question other than if you Google my name, it's a -- | 11:18:29 |
| 4 | I'm starting from a position of if I don't know | 11:18:34 |
| 5 | somebody and they're meeting me for the first time, I | 11:18:38 |
| 6 | would imagine they're thinking, "Who is this guy?" | 11:18:40 |
| 7 | And that is -- | 11:18:45 |
| 8 | Q. I'm trying to keep my time limited to | 11:18:48 |
| 9 | accommodate the request of your counsel. So I need | 11:18:50 |
| 10 | you to focus on my questions. I only asked you | 11:18:53 |
| 11 | something very specific. | 11:18:55 |
| 12 | Other than -- | 11:18:58 |
| 13 | MR. BRIAN: I appreciate that. I know you're | 11:18:58 |
| 14 | limited on time, but I don't think that's what you | 11:19:00 |
| 15 | asked. You asked an open-ended question, and he | 11:19:02 |
| 16 | answered. | 11:19:04 |
| 17 | MR. FOGELMAN: I don't think so. | 11:19:05 |
| 18 | Q. Just to be clear, I'm not asking what impact | 11:19:07 |
| 19 | you think the order is having on your life. I'm going | 11:19:09 |
| 20 | to ask you questions about what you think is your | 11:19:12 |
| 21 | harm. I just want to ask you about what you believe | 11:19:14 |
| 22 | is causing you the harm you just described. | 11:19:16 |
| 23 | Is it your opinion -- strike that. Is it | 11:19:19 |
| 24 | your understanding -- strike that. | 11:19:22 |
| 25 | Isn't it true, sir, that the only reason you | 11:19:24 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | claim to suffer harm of the type you just described is | 11:19:27 |
| 2 | because there was a federal court injunction against | 11:19:29 |
| 3 | you issued on April 30? | 11:19:33 |
| 4 | MR. BRIAN:  Objection.  Form. | 11:19:35 |
| 5 | THE WITNESS:  Answer. | 11:19:37 |
| 6 | MR. BRIAN:  You can answer. | 11:19:39 |
| 7 | THE WITNESS:  The only reason that I'm | 11:19:40 |
| 8 | suffering harm is because of the April 30 order.  I | 11:19:42 |
| 9 | just want to make sure I understood the question. | 11:19:45 |
| 10 | BY MR. FOGELMAN: | 11:19:48 |
| 11 | Q.  Yes, sir. | 11:19:48 |
| 12 | A.  No.  That adds to it, but no.  I've been | 11:19:48 |
| 13 | harmed since the second I took this job. | 11:19:53 |
| 14 | Q.  Why did you take the job? | 11:20:00 |
| 15 | A.  "Why" you said? | 11:20:02 |
| 16 | Q.  When? | 11:20:03 |
| 17 | A.  I started on February 1. | 11:20:03 |
| 18 | Q.  When did you accept employment there? | 11:20:06 |
| 19 | A.  Sorry.  One more time. | 11:20:09 |
| 20 | Q.  When did you accept employment at Fanatics? | 11:20:10 |
| 21 | A.  That day.  I signed my offer letter that day. | 11:20:15 |
| 22 | Q.  You signed the offer letter, but when did you | 11:20:18 |
| 23 | say, "Yes, I will work there"? | 11:20:20 |
| 24 | A.  It was literally that day. | 11:20:23 |
| 25 | Q.  It's in writing, your offer letter? | 11:20:30 |

Page 19

```
 1          A.  Yes.                                        11:20:33

 2          Q.  Okay.  And is it the only agreement in      11:20:34

 3   writing between you and Fanatics regarding employment? 11:20:36

 4          A.  You're asking is my letter of employment in 11:20:44

 5   writing, yes.                                          11:20:47

 6          Q.  I'm asking whether it's the only agreement  11:20:48

 7   between you and Fanatics regarding your employment, or 11:20:50

 8   is there some other agreement in writing between you   11:20:52

 9   and the company?                                       11:20:54

10          A.  No.  That's the agreement.                  11:20:55

11          Q.  Okay.  And you signed that agreement on     11:20:58

12   February 1; is that right?                             11:21:00

13          A.  Correct.                                    11:21:01

14          Q.  And prior to signing that agreement, you had 11:21:04

15   discussed it; right?                                   11:21:07

16          A.  I was disgusted?                            11:21:09

17          Q.  You had discussed the agreement with        11:21:12

18   Mr. Rubin before you signed an agreement, you say on   11:21:15

19   February 1; right?                                     11:21:18

20          A.  The first time we talked even what -- what an 11:21:20

21   opportunity would look like was that Saturday before,  11:21:23

22   the 27th is when I met him at his house but didn't see 11:21:28

23   anything in writing until, I believe, that Monday.     11:21:32

24          MR. FOGELMAN:  I'm going to mark a couple of    11:21:41

25   exhibits, load them up.  We'll show them on the        11:21:42
```

Page 20

| | | |
|---|---|---|
| 1 | screen.  We'll talk about them occasionally throughout | 11:21:45 |
| 2 | the next couple of hours. | 11:21:47 |
| 3 | Can we bring up the exhibit we mentioned. | 11:21:48 |
| 4 | We're going to mark as Exhibit 1 a text that | 11:21:51 |
| 5 | you sent. | 11:21:53 |
| 6 | (Deposition Exhibit 1 was marked for | 11:22:07 |
| 7 | identification.) | 11:22:07 |
| 8 | MR. FOGELMAN:  Tell me when you can see | 11:22:08 |
| 9 | Exhibit 1. | 11:22:09 |
| 10 | THE WITNESS:  It's loading. | 11:22:22 |
| 11 | (Pause in proceedings.) | 11:22:29 |
| 12 | MR. BRIAN:  We got it now.  Thank you. | 11:22:30 |
| 13 | BY MR. FOGELMAN: | 11:22:35 |
| 14 | Q.  Exhibit 1 is a text.  Who sent this text?  It | 11:22:35 |
| 15 | says, "Hi Simon.  My wife (Tiffani) and I are moving | 11:22:37 |
| 16 | to LA this summer." | 11:22:40 |
| 17 | Who sent that text? | 11:22:41 |
| 18 | A.  I did. | 11:22:42 |
| 19 | Q.  And you sent it on March 9? | 11:22:43 |
| 20 | A.  Yes. | 11:22:45 |
| 21 | Q.  Okay.  And it was true that you intended to | 11:22:46 |
| 22 | move to L.A. with your wife on the summer of 2024? | 11:22:48 |
| 23 | MS. CARSON:  Objection.  Form. | 11:22:54 |
| 24 | MR. BRIAN:  Form. | 11:22:55 |
| 25 | THE WITNESS:  Yeah.  I'm a dad.  I have two | 11:23:00 |

Page 21

| | | |
|---|---|---|
| 1 | young daughters who are -- they're currently in | 11:23:01 |
| 2 | school.  So I moved out first, and it was always the | 11:23:04 |
| 3 | plan to have the family follow and come out after the | 11:23:12 |
| 4 | school year.  So yes. | 11:23:15 |
| 5 | BY MR. FOGELMAN: | 11:23:18 |
| 6 |      Q.  Now, I saw a lease was provided to us by your | 11:23:18 |
| 7 | counsel last night at the Avenue of the Stars address. | 11:23:24 |
| 8 |      Do you remember signing that lease in late | 11:23:28 |
| 9 | January of 2000? | 11:23:30 |
| 10 |      A.  Yes, I do. | 11:23:32 |
| 11 |      MR. FOGELMAN:  Okay. | 11:23:34 |
| 12 |      (Pause in proceedings.) | 11:23:58 |
| 13 | BY MR. FOGELMAN: | 11:23:59 |
| 14 |      Q.  All right.  So before you signed the lease | 11:23:59 |
| 15 | with the Avenue of the Stars address, had you seen it? | 11:24:00 |
| 16 |      Had you seen the unit? | 11:24:03 |
| 17 |      A.  It doesn't show as marked exhibits, but I do | 11:24:08 |
| 18 | know I signed the lease there. | 11:24:10 |
| 19 |      Q.  Right.  Before you signed the lease, had you | 11:24:12 |
| 20 | seen the apartment? | 11:24:14 |
| 21 |      A.  Yes. | 11:24:18 |
| 22 |      Q.  When did you see the apartment? | 11:24:19 |
| 23 |      A.  That Monday morning.  So 29th, maybe. | 11:24:21 |
| 24 |      Q.  Okay.  And you signed a lease what, same day? | 11:24:23 |
| 25 |      A.  Yes. | 11:24:32 |

Page 22

| | | |
|---|---|---|
| 1 | Q.  And then that same day you registered to | 11:24:32 |
| 2 | vote? | 11:24:34 |
| 3 | A.  I think that characterization is right, but | 11:24:38 |
| 4 | the same day I went to the DMV to get my license.  I | 11:24:40 |
| 5 | went to the DMV on that Tuesday to get my license, and | 11:24:50 |
| 6 | as part of the license process there's a -- you click | 11:24:54 |
| 7 | a bunch of buttons like organ donor or voting | 11:24:56 |
| 8 | registration, and I clicked that button. | 11:25:00 |
| 9 | Q.  Okay.  So within a day or two of signing the | 11:25:02 |
| 10 | lease, you went to the DMV and you applied for the | 11:25:06 |
| 11 | driver's license and you registered to vote; right? | 11:25:09 |
| 12 | A.  I was trying to get it -- yes, I was trying | 11:25:11 |
| 13 | to get it all done before I was potentially starting | 11:25:13 |
| 14 | this job. | 11:25:17 |
| 15 | Q.  Okay.  Now, Mr. Ashford said you were one of | 11:25:18 |
| 16 | 150 or so candidates that they interviewed for the | 11:25:23 |
| 17 | job. | 11:25:27 |
| 18 | Did you know that? | 11:25:27 |
| 19 | A.  I didn't know -- I don't know the actual | 11:25:32 |
| 20 | number though. | 11:25:34 |
| 21 | Q.  Was there a job posting describing the job | 11:25:36 |
| 22 | that you applied for before you took it? | 11:25:38 |
| 23 | A.  No, there was not.  Nothing posted on-line or | 11:25:40 |
| 24 | anything. | 11:25:43 |
| 25 | Q.  Was the job description in writing somewhere | 11:25:44 |

Page 23

| | | |
|---|---|---|
| 1 | at all, whether it was in writing or otherwise? | 11:25:46 |
| 2 | A.  No.  It was verbally articulated in the first | 11:25:49 |
| 3 | meeting I had. | 11:25:53 |
| 4 | Q.  The first meeting you had on January 27 at | 11:25:54 |
| 5 | Mr. Rubin's house? | 11:25:56 |
| 6 | A.  No.  It was on January 23, Tuesday. | 11:25:57 |
| 7 | Q.  And who described it to you? | 11:26:01 |
| 8 | A.  Both Michael and Orlando.  The first time I | 11:26:05 |
| 9 | knew that discussion was actually about an actual | 11:26:09 |
| 10 | role, the first time Michael and I talked about there | 11:26:12 |
| 11 | actually being a position, was the day before when he | 11:26:17 |
| 12 | called me and said Orlando would be joining our first | 11:26:19 |
| 13 | meeting. | 11:26:22 |
| 14 | Q.  So that would be January 22? | 11:26:23 |
| 15 | A.  22nd, yes. | 11:26:26 |
| 16 | Q.  Okay.  And had the issue -- had California | 11:26:28 |
| 17 | come up at all on the 22nd? | 11:26:32 |
| 18 | A.  No. | 11:26:34 |
| 19 | Q.  And did California come up at all on the | 11:26:36 |
| 20 | 23rd? | 11:26:38 |
| 21 | A.  It was -- I don't recall exactly, but it | 11:26:43 |
| 22 | definitely was a topic along the way of, you know, | 11:26:44 |
| 23 | consolidating offices in California.  There's two CEOs | 11:26:51 |
| 24 | there.  So it definitely was brought up.  I don't know | 11:26:56 |
| 25 | exactly when it was. | 11:26:58 |

Page 24

```
1              Okay.  So you're not sure today whether        11:26:59

2     California was brought up at all on the 22nd when you   11:27:01

3     spoke to Mr. Rubin or on the 23rd of January when you  11:27:03

4     spoke to Mr. Rubin and Mr. Ashford; is that right?     11:27:06

5              MR. BRIAN:  Compound.  Misstates his          11:27:10

6     testimony.                                             11:27:13

7              THE WITNESS:  I think I just answered that.   11:27:14

8     BY MR. FOGELMAN:                                       11:27:15

9         Q.  I just want to clarify the record.            11:27:15

10             You're not sure, as you sit here today,       11:27:17

11    whether California came up on either the January 22    11:27:19

12    call or the January 23 meeting; correct?               11:27:22

13             MS. CARSON:  Same objection.                  11:27:25

14             MR. BRIAN:  Same objections.                  11:27:27

15             THE WITNESS:  It definitely came out          11:27:28

16    throughout -- at some point throughout the week, but I 11:27:29

17    can't tell you the exact date.                         11:27:31

18    BY MR. FOGELMAN:                                       11:27:38

19        Q.  Did you request to move to California?         11:27:38

20        A.  I'd say a couple things to that answer.  One,  11:27:45

21    the job is based in California.  So the opportunity,   11:27:48

22    like the scope of it includes a couple different       11:27:50

23    pieces that are material for me to move to California, 11:27:54

24    but where we were living or where my parents -- not my 11:27:58

25    parents.  Where my family is currently staying at our  11:28:03
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | beach house, that was as a result of Covid.  Like we | 11:28:06 |
| 2 | moved out of New York City.  We moved to a beach town. | 11:28:10 |
| 3 | We were staying there. | 11:28:13 |
| 4 | Our plan was to probably move back to | 11:28:13 |
| 5 | New York City in the fall, and then -- so we always | 11:28:16 |
| 6 | thought about what it would be like to live in | 11:28:20 |
| 7 | California.  So this is an opportunity and a little | 11:28:23 |
| 8 | adventure for our family to go explore. | 11:28:26 |
| 9 | Q.  Okay.  I just want to find out, did you bring | 11:28:30 |
| 10 | up California or did someone else bring up California? | 11:28:32 |
| 11 | A.  I don't exactly remember.  This is what the | 11:28:40 |
| 12 | job was.  So it was running VIP, and the big | 11:28:42 |
| 13 | opportunity is being the head of the L.A. office.  So | 11:28:46 |
| 14 | I don't want to speculate, but there was -- | 11:28:49 |
| 15 | Q.  Is there a title of "Head of Office" of any | 11:28:56 |
| 16 | other office of Fanatics? | 11:28:59 |
| 17 | MS. CARSON:  Objection.  Calls for | 11:29:02 |
| 18 | speculation. | 11:29:03 |
| 19 | THE WITNESS:  I'm not sure. | 11:29:03 |
| 20 | BY MR. FOGELMAN: | 11:29:05 |
| 21 | Q.  There's no head of New York, is there? | 11:29:05 |
| 22 | A.  Again, not -- not sure. | 11:29:07 |
| 23 | Q.  Okay.  As you sit here today, you're not | 11:29:10 |
| 24 | aware of any other position called "Head of Office" at | 11:29:12 |
| 25 | any other Fanatics office; right? | 11:29:15 |

Page 26

```
 1          A.  Again, I'm not -- I'm not sure.              11:29:19

 2          Q.  Going back to your employment agreement, you   11:29:22

 3     said you signed on February 1.  Did you sign a         11:29:25

 4     non-compete agreement?                                 11:29:28

 5              MS. CARSON:  Objection.  Beyond the scope of   11:29:31

 6     his testimony.                                         11:29:32

 7              MR. BRIAN:  Join.                             11:29:34

 8     BY MR. FOGELMAN:                                       11:29:35

 9          Q.  You may answer.                              11:29:35

10              THE WITNESS:  Answer?                        11:29:39

11              MR. BRIAN:  You can answer.                  11:29:40

12              THE WITNESS:  No, I did not.                 11:29:41

13     BY MR. FOGELMAN:                                       11:29:42

14          Q.  Did you sign an NDA?                         11:29:42

15              MS. CARSON:  Same objection.                 11:29:45

16              THE WITNESS:  I don't want to speculate, but  11:29:46

17     I don't know.  I assume so.  I'm not sure.  I have no  11:29:47

18     idea.                                                  11:29:50

19     BY MR. FOGELMAN:                                       11:29:50

20          Q.  You have a copy of your employment agreement  11:29:50

21     though; right?                                         11:29:55

22          A.  Yes.                                          11:29:55

23          Q.  Does your employment agreement specify that   11:29:56

24     you have to work in any particular location?          11:29:58

25          A.  I haven't reviewed the contract since like    11:30:03
```

Page 27

```
 1    that day.  I'm not sure.  The -- the offer letter does    11:30:06

 2    say very clearly, though, that my role is head of the     11:30:12

 3    L.A. office.                                              11:30:16

 4        Q.  I'm asking something different.                   11:30:18

 5            Does your employment agreement require you to     11:30:19

 6    physically be in any particular location?                 11:30:21

 7        A.  I'm not -- I haven't reviewed the contract        11:30:24

 8    since then.  So I'm not sure.                             11:30:27

 9        Q.  You have an access card to the building in        11:30:29

10    Los Angeles; right?                                       11:30:31

11        A.  Yes, I do.                                        11:30:33

12            (Deposition Exhibit 2 was marked for              11:51:03

13            identification.)                                  11:30:34

14    BY MR. FOGELMAN:                                          11:30:34

15        Q.  Okay.  And we were provided some, what we         11:30:34

16    call "swipe card information" from your counsel a         11:30:39

17    couple days ago which shows you using that swipe card     11:30:43

18    in 11 days out of the last 121 days before the           11:30:46

19    document was produced.                                    11:30:51

20            Is that an accurate description of the number     11:30:52

21    of times you've been in the L.A. office?                  11:30:54

22        A.  No.  That's not an accurate -- I'm sure the       11:30:56

23    key card data is correct, but that's not an accurate     11:30:59

24    description of how many times I've been in the office.    11:31:02

25    The spreadsheet that you referred to earlier shows       11:31:04
```

Page 28

| | | |
|---|---|---|
| 1 | like, at least directionally, when I've been in L.A., | 11:31:06 |
| 2 | and I think every day that I've been in L.A. I've been | 11:31:12 |
| 3 | in the office. | 11:31:17 |
| 4 | The way that I either -- the way to get into | 11:31:18 |
| 5 | the office, I know the front desk guys.  They | 11:31:21 |
| 6 | occasionally will swipe me into the elevator, and when | 11:31:25 |
| 7 | I get up to the floor of our office, it's during the | 11:31:27 |
| 8 | day, it's open, and it leads right to the | 11:31:30 |
| 9 | receptionist, which is why that swipe log is not | 11:31:33 |
| 10 | representative of the actual time in the office.  Plus | 11:31:38 |
| 11 | I have lost my key card or left it in my car or left | 11:31:41 |
| 12 | it in my apartment more than once. | 11:31:46 |
| 13 | Q.  So give me an approximation.  That -- that | 11:31:49 |
| 14 | information that was provided to us had mid-February | 11:31:53 |
| 15 | to mid-March as the time frame that you were in the | 11:31:57 |
| 16 | office. | 11:32:02 |
| 17 | Is that an accurate time frame of when you | 11:32:02 |
| 18 | were in the office, the mid-February to mid-March? | 11:32:05 |
| 19 | A.  No.  I was in the office up until -- any time | 11:32:08 |
| 20 | I was in Los Angeles, I was in the office.  So when I | 11:32:10 |
| 21 | was in Los Angeles in April, I went to the office. | 11:32:13 |
| 22 | Q.  How many times? | 11:32:16 |
| 23 | A.  I don't have that in front of me, but when I | 11:32:18 |
| 24 | was there, I worked out of the office. | 11:32:22 |
| 25 | Q.  Again, that list that was provided last night | 11:32:25 |

Page 29

| | | |
|---|---|---|
| 1 | suggests you were in L.A. about three days in April. | 11:32:28 |
| 2 | Does that sound right to you? | 11:32:31 |
| 3 | A.  Yes, it does.  Three or four. | 11:32:33 |
| 4 | Q.  Okay.  So when was the last time you were in | 11:32:37 |
| 5 | the L.A. office?  Early April? | 11:32:40 |
| 6 | A.  It would be whenever that is.  April, I had | 11:32:44 |
| 7 | family vacation.  I visited my family in New Jersey | 11:32:48 |
| 8 | for Jewish holiday, and I was also in Boston for this | 11:32:52 |
| 9 | case.  So that's when I spent a couple days in L.A. | 11:32:59 |
| 10 | Q.  And you were in the Galapagos Islands, it | 11:33:07 |
| 11 | looks like; is that right? | 11:33:10 |
| 12 | A.  Yes. | 11:33:10 |
| 13 | Q.  So it looks like, according to the | 11:33:11 |
| 14 | spreadsheet, you were in L.A. during the month of | 11:33:14 |
| 15 | April from the 17th to the 19th of April. | 11:33:17 |
| 16 | Does that sound right to you, those three | 11:33:20 |
| 17 | days? | 11:33:25 |
| 18 | A.  I don't have the log in front of me, but I | 11:33:25 |
| 19 | know I was in L.A. for, you know, three to five days. | 11:33:29 |
| 20 | Whatever that says, I would need to double-check my | 11:33:34 |
| 21 | calendar, but directionally, yes. | 11:33:36 |
| 22 | Q.  But you had not been in the L.A. office for a | 11:33:39 |
| 23 | couple of weeks before the injunction was issued by | 11:33:42 |
| 24 | the federal court in Boston on April 30; right? | 11:33:44 |
| 25 | A.  Well, I guess it was the 17th.  That means a | 11:33:51 |

Page 30

| | | |
|---|---|---|
| 1 | week before the -- a week or two before the | 11:33:54 |
| 2 | injunction, which in between was -- was the Jewish | 11:33:55 |
| 3 | holiday, whether it was on-sites in New York or some | 11:34:03 |
| 4 | executive team meeting. | 11:34:08 |
| 5 | Q.  Have you ever called a meeting of the L.A. | 11:34:11 |
| 6 | office at Fanatics? | 11:34:13 |
| 7 | A.  Yes. | 11:34:15 |
| 8 | Q.  How many times? | 11:34:15 |
| 9 | A.  Once or twice.  We did a -- I scheduled a | 11:34:20 |
| 10 | happy hour with some pizza that was not very good and | 11:34:23 |
| 11 | did that in -- I don't know -- maybe a month into me | 11:34:28 |
| 12 | joining.  And then -- I can't.  Outside of that, I | 11:34:37 |
| 13 | played company softball once, but I think I did that | 11:34:43 |
| 14 | happy hour twice. | 11:34:47 |
| 15 | Q.  Have you deleted any texts on any device that | 11:34:48 |
| 16 | you own related to Fanatics? | 11:34:52 |
| 17 | MS. CARSON:  Objection.  Beyond the scope of | 11:34:55 |
| 18 | his testimony. | 11:34:57 |
| 19 | MR. BRIAN:  Same objection. | 11:34:57 |
| 20 | BY MR. FOGELMAN: | 11:35:03 |
| 21 | Q.  I'm sorry.  What was the answer? | 11:35:03 |
| 22 | A.  No.  Under -- I've been told not to delete | 11:35:05 |
| 23 | anything.  So it's all there. | 11:35:06 |
| 24 | Q.  When was the last time you spoke with anyone | 11:35:08 |
| 25 | that you believe was a VIP customer of Fanatics?  And | 11:35:09 |

Page 31

```
 1    when I say, "spoke," I mean communicate in any way,      11:35:13
 2    orally, in person, electronically, whatever.            11:35:16
 3         MS. CARSON:  Objection.  Beyond the scope of       11:35:19
 4    his testimony.                                          11:35:20
 5         THE WITNESS:  I have no idea.  I think I --         11:35:26
 6    the thing that pops out of my head right now is --      11:35:29
 7    which I think in my last deposition I talk about how I   11:35:38
 8    saw a VIP that I recognize at the Fanatics Super Bowl    11:35:42
 9    party that was also a Fanatics VIP, and I gave him a     11:35:47
10    hug.  But outside of that, I can't think of anybody in   11:35:51
11    particular.  I haven't really been out much.  So I       11:35:57
12    haven't ran into anybody.                               11:35:59
13    BY MR. FOGELMAN:                                        11:36:00
14         Q.  I'm just trying to find out whether you've      11:36:00
15    texted or messaged in some way or met with anyone that   11:36:02
16    you believe is a or has been a VIP customer of           11:36:05
17    Fanatics.                                               11:36:08
18         A.  No, I haven't.  Sorry.                          11:36:10
19         MS. CARSON:  Objection.  Beyond the scope.          11:36:10
20         MR. BRIAN:  Same.                                   11:36:13
21    BY MR. FOGELMAN:                                        11:36:13
22         Q.  I'm just trying to find out what you're doing   11:36:13
23    at the company right now.                               11:36:16
24         When was the last time you sent a text, a           11:36:17
25    message, anything at all with someone you believe was    11:36:19
```

Page 32

| 1 | a VIP customer for Fanatics, the date, the last time | 11:36:22 |
| 2 | you did it? | 11:36:24 |
| 3 | MS. CARSON:  Objection.  This is beyond the | 11:36:25 |
| 4 | scope, which is limited to residence and harm. | 11:36:27 |
| 5 | MR. BRIAN:  Same. | 11:36:29 |
| 6 | BY MR. FOGELMAN: | 11:36:32 |
| 7 | Q.  So you may answer the question. | 11:36:32 |
| 8 | When was the last time you sent a text or a | 11:36:33 |
| 9 | WhatsApp or anything at all to anyone you believe is a | 11:36:35 |
| 10 | customer of Fanatics? | 11:36:38 |
| 11 | MS. CARSON:  Same objection. | 11:36:40 |
| 12 | MR. BRIAN:  Join. | 11:36:42 |
| 13 | THE WITNESS:  The way I answer that would be | 11:36:44 |
| 14 | I don't have the bulk of my contacts in my phone.  I | 11:36:46 |
| 15 | have a new iCloud account, and I would get texts | 11:36:49 |
| 16 | without a number, and I would ask like, "Who is this," | 11:36:55 |
| 17 | or sometimes I didn't even respond.  But there's | 11:36:58 |
| 18 | nothing in there of a text conversation with a, you | 11:37:03 |
| 19 | know, DraftKings VIP customer that's not a Fanatics | 11:37:08 |
| 20 | customer, but also, I don't think I would have any -- | 11:37:17 |
| 21 | the short answer is months ago. | 11:37:20 |
| 22 | BY MR. FOGELMAN: | 11:37:24 |
| 23 | Q.  Okay.  There's a confusion here for some | 11:37:24 |
| 24 | reason. | 11:37:28 |
| 25 | MR. BRIAN:  Counsel, you just talked over | 11:37:28 |

Page 33

| | | |
|---|---|---|
| 1 | each other.  I want to make sure we got that. | 11:37:29 |
| 2 | MR. FOGELMAN:  Look, I'm trying to find out a | 11:37:34 |
| 3 | completely different question.  That's what I'm | 11:37:34 |
| 4 | looking for. | 11:37:34 |
| 5 | Q.  I'm not asking you whether you talked to | 11:37:34 |
| 6 | someone you believed was a customer of the DraftKings. | 11:37:35 |
| 7 | I'm trying to find out what work you're doing at | 11:37:38 |
| 8 | Fanatics and how long you've been doing it.  I'm | 11:37:40 |
| 9 | asking about Fanatics VIPs, people you think are VIPs | 11:37:42 |
| 10 | of the company you work for now. | 11:37:45 |
| 11 | When was the last time you sent any kind of | 11:37:47 |
| 12 | message or text or communicated in any way with | 11:37:48 |
| 13 | someone you believe is a VIP of Fanatics? | 11:37:52 |
| 14 | MS. CARSON:  Objection.  Beyond the scope, | 11:37:56 |
| 15 | and vague. | 11:37:57 |
| 16 | THE WITNESS:  I don't -- I don't recall | 11:37:59 |
| 17 | texting any from VIP.  Like it's not only from | 11:38:03 |
| 18 | April 30, but in an abundance of caution, I've stayed | 11:38:06 |
| 19 | away from customers -- Fanatics VIP customers because | 11:38:09 |
| 20 | before April 30, the tier that I was under was broad | 11:38:15 |
| 21 | in that it said, "any DraftKings VIP." | 11:38:20 |
| 22 | DraftKings probably talks about how there's | 11:38:24 |
| 23 | 20 million customers.  So that's a wire I didn't want | 11:38:26 |
| 24 | to trip.  So I stayed away from all customers, | 11:38:33 |
| 25 | including Fanatics VIP customers, for the entirety of | 11:38:35 |

Page 34

```
 1    my time employed at Fanatics.                       11:38:40

 2    BY MR. FOGELMAN:                                    11:38:43

 3        Q.  The entirety of your time, so even before the  11:38:43

 4    TRO was issued?                                     11:38:46

 5            MS. CARSON:  Objection.  Asked and answered.  11:38:48

 6            MR. BRIAN:  Objection.  I think that is      11:38:50

 7    beyond the scope.                                   11:38:51

 8    BY MR. FOGELMAN:                                    11:38:52

 9        Q.  You may answer.                             11:38:52

10        A.  Yes.  I have stayed away from customers      11:38:54

11    completely.                                         11:38:59

12        Q.  All right.  Let's ask this next question:    11:38:59

13    People you think could be a VIP customer at Fanatics,  11:39:01

14    a potential VIP customer, when was the last time you  11:39:05

15    messaged or texted or communicated in any way with   11:39:08

16    someone you believe could be a VIP customer of       11:39:10

17    Fanatics?                                           11:39:13

18            MR. BRIAN:  I'm going to object to that as   11:39:15

19    improper form, calls for speculation, no foundation.  11:39:17

20            I don't want you to guess.  If you have a    11:39:19

21    reasonable belief, you can answer, but don't guess.  11:39:21

22            THE WITNESS:  Sure.  I think this            11:39:23

23    demonstrates the misunderstanding of what it means to  11:39:25

24    be a VIP.  So, for example, you, sir, could be a     11:39:27

25    potential VIP.  Anybody could be.  So the way to     11:39:31
```

Page 35

| | | |
|---|---|---|
| 1 | answer that would be -- kind of goes back to I have no | 11:39:39 |
| 2 | idea how to live my life, but in an abundance of | 11:39:41 |
| 3 | caution, I have not spoken to -- I definitely have not | 11:39:44 |
| 4 | proactively reached out to any customers, including | 11:39:47 |
| 5 | Fanatics customers, and if a Fanatics customer has | 11:39:49 |
| 6 | messaged me, I don't believe I even responded outside | 11:39:53 |
| 7 | of saying, like "I can't talk" or probably didn't | 11:39:56 |
| 8 | respond at all. | 11:40:00 |
| 9 | But potential, that's the problem with this. | 11:40:02 |
| 10 | Potential is literally everybody on this call. | 11:40:04 |
| 11 | Everybody on this call has a potential to be a VIP of | 11:40:08 |
| 12 | Fanatics because a VIP of Fanatics does not mean that | 11:40:11 |
| 13 | it needs to be a gambler.  It could, but it doesn't | 11:40:16 |
| 14 | have to. | 11:40:19 |
| 15 | BY MR. FOGELMAN: | 11:40:21 |
| 16 | Q.  Is there any circumstance you can think of | 11:40:21 |
| 17 | under which you would knowingly violate the federal | 11:40:23 |
| 18 | court order issued on April 30? | 11:40:26 |
| 19 | MS. CARSON:  Objection.  Calls for | 11:40:29 |
| 20 | speculation and asked and answered previously. | 11:40:30 |
| 21 | THE WITNESS:  You asked is there anything | 11:40:37 |
| 22 | that you think I tripped from April 30 on -- | 11:40:38 |
| 23 | (Indiscernible crosstalk.) | 11:40:44 |
| 24 | MR. BRIAN:  Is there any circumstance you can | 11:40:44 |
| 25 | think of under which you would knowingly violate the | 11:40:45 |

Page 36

| | | |
|---|---|---|
| 1 | federal court order issued on April 30.  I would ask | 11:40:48 |
| 2 | you not to reveal any communications with counsel. | 11:40:54 |
| 3 | Subject to that, you can answer. | 11:40:57 |
| 4 | THE WITNESS:  Outside of this deposition, | 11:40:59 |
| 5 | this is the only formal meeting I've had.  So | 11:41:05 |
| 6 | absolutely not.  I haven't been working. | 11:41:08 |
| 7 | BY MR. FOGELMAN: | 11:41:11 |
| 8 | Q.  So what are you asking the Court to do | 11:41:11 |
| 9 | exactly?  To overrule the injunction in federal court | 11:41:14 |
| 10 | in Boston? | 11:41:17 |
| 11 | MR. BRIAN:  I'm going to object to that as | 11:41:19 |
| 12 | calling for attorney-client privilege and work | 11:41:20 |
| 13 | product, and I will instruct him not to answer that. | 11:41:21 |
| 14 | BY MR. FOGELMAN: | 11:41:23 |
| 15 | Q.  Do you personally have any goals at all of | 11:41:23 |
| 16 | what you want the Court to do in Los Angeles?  You, | 11:41:25 |
| 17 | sir, not your lawyer.  You. | 11:41:28 |
| 18 | MS. CARSON:  Objection.  Calls for a legal | 11:41:31 |
| 19 | conclusion. | 11:41:33 |
| 20 | MR. BRIAN:  Same objection.  You can answer | 11:41:33 |
| 21 | that to the extent you can reveal it without | 11:41:34 |
| 22 | disclosing any conversation with counsel, if that's | 11:41:37 |
| 23 | possible. | 11:41:40 |
| 24 | THE WITNESS:  Sure.  I can't talk to the | 11:41:40 |
| 25 | legal side of this, obviously, but you asked | 11:41:42 |

Page 37

```
 1    personally.  All I want to do is be able to work.  I        11:41:46

 2    want to be able to do the job that I was hired to do.       11:41:49

 3    It's an amazing opportunity, and it's something that I      11:41:52

 4    can't do right now.  I'd also like to be able to live       11:41:54

 5    my life normally too.                                       11:41:57

 6    BY MR. FOGELMAN:                                            11:42:00

 7        Q.  But the order in Boston is the reason that          11:42:00

 8    you're not doing the work you say you're not doing          11:42:03

 9    right now.  How is that going to change by anything         11:42:05

10    that will happen in a court in Los Angeles?  That's         11:42:07

11    what I'm trying to find out.  How do you see that           11:42:10

12    changing at all?                                            11:42:12

13        MR. BRIAN:  Jim, I'm sorry.  That question,             11:42:13

14    as framed, calls for attorney-client privilege,            11:42:15

15    attorney work product, and I will instruct him not to       11:42:17

16    answer that question.                                       11:42:19

17        MS. CARSON:  Also calls for a legal                     11:42:20

18    conclusion.                                                 11:42:22

19    BY MR. FOGELMAN:                                            11:42:22

20        Q.  So just, I'm asking you, sir, if you tell me        11:42:22

21    you have no opinions on this subject, you're just           11:42:23

22    going to tell me what your lawyer said, I'm not going       11:42:27

23    to have you do that.  Don't repeat lawyer talk.             11:42:29

24        I'm asking you, as the plaintiff in this                11:42:31

25    lawsuit and subject to a court order in Boston, how,        11:42:33
```

Page 38

| | | |
|---|---|---|
| 1 | if at all, can you envision the court in Los Angeles | 11:42:35 |
| 2 | helping you in any way when there's an order in | 11:42:38 |
| 3 | Boston.  That's what I'm asking. | 11:42:40 |
| 4 | MR. BRIAN:  Yeah, I don't want you to reveal | 11:42:43 |
| 5 | any communications with counsel.  If you have a | 11:42:44 |
| 6 | personal view on that, you can answer, but if you | 11:42:46 |
| 7 | can't answer without revealing our communications, you | 11:42:48 |
| 8 | should decline to answer. | 11:42:49 |
| 9 | MS. CARSON:  Asked and answered. | 11:42:52 |
| 10 | THE WITNESS:  I answered that before, but I | 10:43:12 |
| 11 | can't speak to the -- the legal side because I don't | 11:42:57 |
| 12 | know.  I would leave that to counsel, but you're | 11:43:00 |
| 13 | asking what I'm looking for.  I'm looking to be able | 11:43:03 |
| 14 | to do my job, the one I was hired to do. | 11:43:09 |
| 15 | BY MR. FOGELMAN: | 11:43:12 |
| 16 | Q.  Are you asking the court in Los Angeles to | 11:43:12 |
| 17 | order DraftKings to drop its lawsuit in Boston? | 11:43:15 |
| 18 | MR. BRIAN:  Same objection.  Now I'm going to | 11:43:19 |
| 19 | instruct him not to answer that question.  That calls | 11:43:20 |
| 20 | for privileged information and work product. | 11:43:22 |
| 21 | BY MR. FOGELMAN: | 11:43:26 |
| 22 | Q.  Do you know at all what you're asking the | 11:43:26 |
| 23 | Court to order DraftKings to do or not do? | 11:43:28 |
| 24 | MR. BRIAN:  You can answer that question. | 11:43:31 |
| 25 | THE WITNESS:  I'm sorry.  I'll go back to my | 11:43:39 |

Page 39

```
 1    same answer.  I don't know how to answer your        11:43:41

 2    question.  All I'm looking to do is be able to put   11:43:44

 3    this behind me and get to work.                      11:43:50

 4    BY MR. FOGELMAN:                                     11:43:52

 5        Q.  I'm asking something else.                   11:43:52

 6            I'm asking what you, the plaintiff, are      11:43:54

 7    asking the Court in Los Angeles to order DraftKings to  11:43:57

 8    either do or not do.                                 11:44:01

 9            Do you know what you're asking the Court to  11:44:03

10    do or not -- to order DraftKings to do or not do?    11:44:05

11            MR. BRIAN:  Same objection.                  11:44:08

12            (Indiscernible cross-talk.)                  11:44:15

13            (The Reporter requested clarification.)      11:44:15

14            MS. CARSON:  Objection.  Asked and answered  11:44:15

15    many times.                                          11:44:17

16            MR. BRIAN:  Jim, why don't we take a         11:44:20

17    two-minute break.  I want to discuss this privilege  11:44:21

18    issue with my client.                                11:44:24

19            MR. FOGELMAN:  I hear your point about       11:44:25

20    privilege.  If you can give an instruction somehow.  I  11:44:27

21    just want to get an answer to my question.  Can I -- 11:44:29

22            MR. BRIAN:  Let me take a three-minute break,  11:44:32

23    and then we can cut through this.  Okay?  It's about 11:44:33

24    time.                                                11:44:36

25            MR. FOGELMAN:  Off record.                   11:44:38
```

Page 40

```
 1              THE VIDEOGRAPHER:  We are going off the        11:44:39
 2    record.  The time is 11:44.                             11:44:39
 3              (A recess was taken from 11:4 a.m.            11:45:49
 4              to 11:47 a.m.)                                11:45:49
 5              THE VIDEOGRAPHER:  We are back on the record.  11:45:49
 6    The time is 11:47.                                      11:47:17
 7    BY MR. FOGELMAN:                                        11:47:19
 8       Q.  What are you asking the Court in Los Angeles     11:47:19
 9    to order DraftKings to do or not do, sir?               11:47:20
10              MR. BRIAN:  I don't want you to reveal any    11:47:28
11    conversations with counsel.  You can give your          11:47:29
12    understanding of that without revealing                 11:47:31
13    communications.  If you can, you're permitted to        11:47:34
14    answer.                                                 11:47:35
15              THE WITNESS:  I'll try.                       11:47:37
16              It's what I said earlier.  I'm just trying to 11:47:39
17    do the job I was hired to do.  My understanding,        11:47:41
18    though, is -- or the way I've explained it to, you      11:47:43
19    know, my wife would be I'm a California resident, and   11:47:46
20    what I signed in Massachusetts shouldn't apply there    11:47:52
21    because the laws are different.  So like anything       11:47:56
22    beyond that, I don't know.  I would leave that to my    11:47:58
23    lawyers.                                                11:48:02
24    BY MR. FOGELMAN:                                        11:48:03
25       Q.  I'm asking something different.                  11:48:03
```

Page 41

```
 1              There's an injunction motion pending that you      11:48:04

 2     have filed.  It was filed on your behalf, asking the        11:48:08

 3     Court to issue an injunction of some kind against           11:48:10

 4     DraftKings.  What exactly are you asking the Court to        11:48:14

 5     order DraftKings to do or not do?                           11:48:16

 6              MS. CARSON:  Same objection.                        11:48:20

 7              MR. BRIAN:  Same objection.  You can answer         11:48:21

 8     to the extent you understand.                               11:48:22

 9              THE WITNESS:  I don't -- I'm sorry.  I don't        11:48:24

10     know how to answer that question outside of what I          11:48:25

11     just did.  I'm going to end up repeating myself again.      11:48:27

12     BY MR. FOGELMAN:                                            11:48:33

13        Q.  Are you asking the Court to tell DraftKings          11:48:33

14     they have to drop their lawsuit in Boston?                  11:48:35

15              MS. CARSON:  Objection.  Asked and answered.       11:48:39

16              MR. BRIAN:  If you know that, you can answer        11:48:41

17     it.  I will instruct you not to reveal any                  11:48:42

18     communications you had with counsel.                        11:48:44

19              THE WITNESS:  I don't know that, but what I        11:48:48

20     do understand is that I am a California resident, and       11:48:50

21     these non-restrictive covenants don't apply here.  So      11:48:54

22     from there, I don't know what the next steps are.          11:48:59

23     Again, I'm just trying to do the job I was hired to         11:49:02

24     do.                                                         11:49:06

25     BY MR. FOGELMAN:                                            11:49:06
```

Page  42

```
 1          Q.  Other than pursuing a lawsuit in Boston, are    11:49:06

 2     you aware of DraftKings doing anything else that you     11:49:10

 3     are asking the Court to consider?                        11:49:12

 4          MS. CARSON:  Objection.  Asked and answered         11:49:15

 5     previously.                                              11:49:17

 6          MR. BRIAN:  Join.                                   11:49:18

 7     BY MR. FOGELMAN:                                         11:49:19

 8          Q.  You may answer.                                 11:49:19

 9          A.  I don't know -- actually, I don't understand    11:49:22

10     the question and don't know how to answer it.  I'm       11:49:22

11     sorry.                                                   11:49:26

12          Q.  You know that DraftKings has filed a lawsuit    11:49:29

13     against you in Boston; right?                            11:49:31

14          A.  Yes.                                            11:49:32

15          Q.  You know they've obtained an injunction         11:49:33

16     against you in Boston; right?                            11:49:35

17          A.  Yes, I do.                                      11:49:37

18          Other than filing a lawsuit and getting an         11:49:39

19     injunction in that lawsuit, what else, if anything, do   11:49:42

20     you contend DraftKings has done to you and your          11:49:45

21     employment?                                              11:49:51

22          MS. CARSON:  Same objection.                        11:49:52

23          MR. BRIAN:  I think you've asked that and           11:49:53

24     he's answered it previously.                             11:49:54

25          But you can answer it again if you like.            11:49:55
```

Page 43

```
 1              THE WITNESS:  I just want to clarify.         11:49:59

 2         So you're asking outside of those two pieces,      11:50:00

 3    legally what has DraftKings done to affect my           11:50:02

 4    employment at Fanatics?                                 11:50:05

 5    BY MR. FOGELMAN:                                        11:50:08

 6         Q.  I'm asking you what you're asking the Court    11:50:08

 7    to consider.  They've got a lawsuit against you --      11:50:09

 8              (Indiscernible cross-talk.)                   11:50:14

 9    BY MR. FOGELMAN:                                        11:50:15

10         Q.  -- contending that DraftKings did that you     11:50:15

11    want the Court to consider?  That's my question.        11:50:17

12              MR. BRIAN:  That's a different question.      11:50:21

13              But go ahead, you can answer that.            11:50:21

14              MS. CARSON:  Asked and answered previously.   11:50:23

15              You can answer.                               11:50:24

16              THE WITNESS:  I don't know how to answer      11:50:25

17    that.  I want to do the job I was hired to do, and      11:50:26

18    right now, with regard to California, I'm a resident    11:50:31

19    there.  I'm moving my family there.  We're excited      11:50:35

20    about that.  And my understanding is these covenants    11:50:39

21    that I signed in Massachusetts don't apply in           11:50:44

22    California.                                             11:50:47

23              But from there, I don't know.  I'm not a      11:50:48

24    lawyer, and I leave that to counsel.                    11:50:50

25              MR. FOGELMAN:  Let's pull the next exhibit,   11:50:53
```

Page 44

```
 1    Tab 8.  What exhibit number is it going to be?        11:50:56

 2            Okay.  Look at what's marked as Exhibit 3.     11:51:01

 3            (Deposition Exhibit 3 was marked for           11:51:03

 4            identification.)                               11:51:04

 5            MR. BRIAN:  What was 2?                         11:51:04

 6            MR. FOGELMAN:  2 was the swipe sheet which     11:51:05

 7    was put up, but I don't think it had to be marked.     11:51:07

 8            So 3 will be the next exhibit we'll talk       11:51:11

 9    about.                                                 11:51:14

10            Take a look at that and tell me when you've    11:51:16

11    got it open.                                           11:51:18

12            MR. BRIAN:  Give me one second.                11:51:20

13            THE WITNESS:  This is the one that says,       11:51:35

14            "Vote, Apartment, Lease, Doctor"?              11:51:37

15    BY MR. FOGELMAN:                                       11:51:39

16        Q.  That's right.  You got that in front of you?   11:51:39

17        A.  Yes, I do.  I see it.                           11:51:42

18        Q.  Right.  You wrote those E-mails to yourself    11:51:42

19    on June 28, 2024?                                      11:51:44

20        A.  I remember seeing this in the -- I think it    11:51:48

21    was Mr. Harris' testimony.  I don't recall sending it, 11:51:50

22    but I don't doubt it was something I did.              11:51:53

23        Q.  Okay.  And this is something you deleted;      11:51:57

24    right?                                                 11:52:01

25        A.  Excuse me?                                     11:52:01
```

Page 45

1        Q.  This is something you deleted after you sent        11:52:02

2    it; right?                                                  11:52:04

3            MS. CARSON:  Objection.  Lacks foundation.          11:52:06

4    Beyond the scope of his testimony.                          11:52:06

5            THE WITNESS:  I don't know how to answer that       11:52:10

6    because I don't know why I would have deleted.  If          11:52:11

7    this was on my DraftKings work computer, then I was         11:52:15

8    looking to take off anything that was personal from         11:52:18

9    that computer, but I don't recall deleting that, or         11:52:21

10    I'm not sure why I would.                                   11:52:25

11    BY MR. FOGELMAN:                                            11:52:27

12        Q.  Who told you to write those word down,             11:52:27

13            "Vote, Apartment, Lease, Doctor"?                   11:52:30

14            MS. CARSON:  Objection.                             11:52:33

15            MR. BRIAN:  Objection.  To the extent that          11:52:33

16    calls for any privileged information, you should not        11:52:34

17    answer.  If you got instructions to do this from           11:52:36

18    somebody else other than a lawyer, you can answer that     11:52:41

19    question.                                                   11:52:42

20            MS. CARSON:  And objecting as beyond the            11:52:43

21    scope of his deposition.                                    11:52:44

22            MR. BRIAN:  I'll join in that.                      11:52:46

23            THE WITNESS:  Still answer?                         11:52:48

24            MR. BRIAN:  Yes.                                    11:52:50

25            THE WITNESS:  Nobody instructed me to write         11:52:51

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    these.  I don't remember exactly writing them.  I        11:52:52

 2    would think, though, if you were showing me something     11:52:57

 3    that I wrote that night, this list would be not 4         11:52:59

 4    items but 14 or 20.  I had a bunch of stuff going         11:53:02

 5    through my head of what I wanted to do in order to get    11:53:07

 6    to work, and this looks like it outlines a couple of      11:53:11

 7    them.                                                     11:53:13

 8    BY MR. FOGELMAN:                                          11:53:14

 9        Q.  The first thing you wanted to do when you got     11:53:14

10    to work was vote?                                         11:53:16

11        A.  The answer to your question is no, it was         11:53:20

12    definitely not the first thing.  It's the first thing    11:53:22

13    on this list.  I'm not -- I don't recall what was         11:53:24

14    going through my head at the time other than what I       11:53:31

15    just said.                                                11:53:33

16        Q.  Well, did this list come from you, or did         11:53:34

17    someone give you this list?  That's my first question.    11:53:35

18            Did you get this list from someone else?          11:53:37

19            MR. BRIAN:  I think that's answered.              11:53:40

20            But go ahead.                                     11:53:41

21            THE WITNESS:  This didn't come from anybody        11:53:42

22    else.                                                     11:53:43

23    BY MR. FOGELMAN:                                          11:53:44

24        Q.  On January 28 of 2024, had you hired counsel?     11:53:44

25        A.  Yes, I did.                                       11:53:50
```

Page 47

```
 1        Q.  Who did you hire?                          11:53:52

 2        A.  I hired Jon Amoona from Winston Strawn.    11:53:53

 3        Q.  When did you hire him?                     11:53:59

 4        A.  Why?                                       11:54:02

 5        Q.  When?                                      11:54:02

 6        A.  I think it was Sunday.  Yeah.  I don't think  11:54:06

 7   it would be that Saturday.  So I think it was Sunday  11:54:11

 8   or Monday.                                          11:54:13

 9        Q.  So the day you wrote this E-mail is the day  11:54:16

10   you hired counsel?                                  11:54:18

11        A.  I don't know if -- was this an E-mail?  I  11:54:24

12   guess that's irrelevant.  Yes.  That was -- that time,  11:54:26

13   I don't know what "UTC" is, but if that's eastern, at  11:54:32

14   that time I was on a plane going to Los Angeles, which  11:54:36

15   is why I would think this list would be a lot longer  11:54:41

16   than what you're showing.                           11:54:44

17        Q.  Do you have a written retainer agreement with  11:54:51

18   your lawyer, like something you've signed?          11:54:56

19        MS. CARSON:  Objection.  Beyond the scope of   11:55:01

20   his testimony.                                      11:55:02

21        MR. BRIAN:  Join.                              11:55:03

22        THE WITNESS:  I don't remember.  I don't       11:55:03

23   remember.                                           11:55:05

24   BY MR. FOGELMAN:                                    11:55:05

25        Q.  So the next day, after writing this E-mail,  11:55:05
```

Page 48

```
 1    according to the records that your counsel produced      11:55:10

 2    last night, you signed a lease for a condo at the        11:55:13

 3    Fairmont Century Plaza on Avenue of the Stars; is that   11:55:19

 4    right?                                                   11:55:22

 5         A.  Yes.  2025.                                     11:55:22

 6         Q.  And that's the address you used on the same     11:55:25

 7    day or the next day when you went to the DMV?            11:55:27

 8         A.  Yes.  That's the address on my license.         11:55:29

 9         Q.  Had you spent a night in that apartment         11:55:34

10    before you used that address at the DMV for your         11:55:37

11    driver's license?                                        11:55:41

12         A.  I signed it on Monday, and it was -- it's a     11:55:42

13    new building.  They just started leasing it.  So there   11:55:46

14    wasn't -- they needed to install shades.  They needed    11:55:50

15    to clean it.  They needed to do all those different      11:55:53

16    pieces to get it ready.  So, no, I did not stay there.   11:55:56

17         Q.  Okay.  So you hadn't stayed there.              11:55:59

18              Have you ever stayed there, in that            11:56:01

19    apartment?                                               11:56:02

20         A.  I signed that on that Monday, and on Tuesday    11:56:04

21    I woke up.  I went to go see it again and had a little   11:56:06

22    bit of a "Wow, this -- I don't think I want to live      11:56:14

23    here," and I found a different apartment that I'm        11:56:20

24    currently in like that day.  So, no, I didn't sign --    11:56:23

25    or I had that lease.  I did not stay there.  It wasn't   11:56:27
```

Page 49

| | | |
|---|---|---|
| 1 | ready for me to stay there, and I found a different | 11:56:30 |
| 2 | apartment that I'm currently living in. | 11:56:33 |
| 3 | Q.  So you never stayed a night in the apartment | 11:56:35 |
| 4 | on Avenue of the Stars; right? | 11:56:39 |
| 5 | MS. CARSON:  Objection.  Form. | 11:56:42 |
| 6 | THE WITNESS:  No.  I signed it and I realized | 11:56:44 |
| 7 | the next day that I wouldn't be happy there.  So I | 11:56:49 |
| 8 | changed apartments and got out of that lease. | 11:56:52 |
| 9 | BY MR. FOGELMAN: | 11:56:55 |
| 10 | Q.  But you never updated the DMV of a change of | 11:56:55 |
| 11 | address; is that right? | 11:56:58 |
| 12 | A.  I didn't do that because I'm moving to a | 11:57:00 |
| 13 | house.  So when I move to a house, I don't want like | 11:57:03 |
| 14 | new mail to go to this apartment.  I have this | 11:57:07 |
| 15 | apartment for another month or two, and then when we | 11:57:09 |
| 16 | move to the house we're renting, I'll make sure I | 11:57:12 |
| 17 | change my address there, and my wife will obviously | 11:57:17 |
| 18 | get her license with that address. | 11:57:19 |
| 19 | Q.  And just to be clear, you never updated the | 11:57:22 |
| 20 | DMV that you didn't actually live at that address; | 11:57:26 |
| 21 | right? | 11:57:29 |
| 22 | MS. CARSON:  Objection.  Asked and answered. | 11:57:29 |
| 23 | THE WITNESS:  I -- no.  But I updated | 11:57:32 |
| 24 | everything else.  Like I updated my like financial -- | 11:57:35 |
| 25 | I have an account with AllianceBernstein.  I updated | 11:57:40 |

Page 50

```
 1     my address there.  So no.                          11:57:45

 2     BY MR. FOGELMAN:                                    11:57:47

 3          Q.  Did you update the voter registration records   11:57:47

 4     in California that you don't live at that address?  11:57:49

 5          A.  No.  Again, I am doing that when I move into   11:57:51

 6     the house.  When you update an address, you end up  11:57:57

 7     getting a flood of new mail.  But I'll still go back   11:57:59

 8     to that apartment address that I first signed on that   11:58:04

 9     Monday, and I'll pick up mail from there, and they  11:58:06

10     have -- they've made note, I believe, to the mailman   11:58:11

11     or mail woman that I live -- it's pretty much around   11:58:16

12     the corner, at the building that I'm in right now.  11:58:20

13          Q.  Did you ever submit a forwarding address form   11:58:23

14     to the post office where you live in New Jersey?   11:58:25

15          A.  Well, I don't live there anymore, but my --   11:58:29

16     but no, I did not.  I'm not doing that because, again,   11:58:34

17     I don't know where I'd forward the address.  I knew   11:58:38

18     this apartment was likely going to be temporary, until   11:58:41

19     my family came out, but when the family comes out in   11:58:43

20     July or August, the forwarding address will have to go   11:58:47

21     on because we won't be in New Jersey.              11:58:50

22          Q.  As I said, you've never filed a formal form   11:58:52

23     with the post office changing address from New Jersey   11:58:55

24     to anything California; right?                      11:58:58

25          A.  With the post office in New Jersey, no.  I'll   11:59:02
```

Page 51

```
 1     be doing that when we lock down the house that we're        11:59:05

 2     renting.                                                     11:59:08

 3          Q.  And with respect to the driver's license, do       11:59:10

 4     you have a driver's license in New Jersey?                   11:59:12

 5          A.  I did, but changed states.                          11:59:15

 6          Q.  So you notified New Jersey that you're no           11:59:18

 7     longer a resident of the DMV in New Jersey?                  11:59:20

 8          A.  I think -- I think the way that works is when       11:59:24

 9     I apply for a license in California, it talks about          11:59:26

10     changing states, and that's what happened.  Like I          11:59:29

11     don't have that license anymore.                            11:59:34

12          Q.  Did you -- did you file a form in New Jersey        11:59:36

13     saying you're no longer registered to vote there?           11:59:38

14          A.  Again, I think that's when -- when I click         11:59:43

15     that box in California where I'm moving states, I           11:59:45

16     believe that's all handled.  I don't think that's           11:59:49

17     something I do.                                              11:59:50

18          Q.  You didn't notify New Jersey to either cancel      11:59:52

19     your driver's license or unregister to vote in              11:59:57

20     New Jersey -- right? -- you personally?                      12:00:01

21          MR. BRIAN:  Asked and answered.  Objection.            12:00:03

22          THE WITNESS:  My answer would be the same.             12:00:07

23     I -- my understanding is that when you apply to move        12:00:09

24     states and residency, that because you're having a new      12:00:12

25     license and registering to vote, you can't vote in two      12:00:18
```

Page 52

| | | |
|---|---|---|
| 1 | places and you can't have a license in two states.  So | 12:00:20 |
| 2 | that was my understanding. | 12:00:23 |
| 3 | BY MR. FOGELMAN: | 12:00:28 |
| 4 | Q.  Now, I know you went to Galapagos.  Did you | 12:00:28 |
| 5 | need a passport to go to Galapagos? | 12:00:30 |
| 6 | MR. BRIAN:  I'm sorry.  Can you repeat that? | 12:00:33 |
| 7 | Somebody coughed. | 12:00:35 |
| 8 | BY MR. FOGELMAN: | 12:00:36 |
| 9 | Q.  Did you use a passport when you went to | 12:00:36 |
| 10 | Galapagos? | 12:00:37 |
| 11 | A.  Yes.  It's a foreign country. | 12:00:38 |
| 12 | Q.  Did you inform anyone in the passport office, | 12:00:40 |
| 13 | whatever you want to call that office, that you don't | 12:00:44 |
| 14 | live in New Jersey anymore? | 12:00:47 |
| 15 | A.  I don't even know if your passport has your | 12:00:53 |
| 16 | address.  Is that something you do?  I didn't know | 12:00:56 |
| 17 | that's something you do. | 12:00:58 |
| 18 | Q.  I'm just asking if you did it, sir.  That's | 12:00:59 |
| 19 | all.  Did you do it? | 12:01:01 |
| 20 | A.  No.  I didn't think to do that. | 12:01:03 |
| 21 | MR. BRIAN:  Assumes a fact not in evidence. | 12:01:06 |
| 22 | BY MR. FOGELMAN: | 12:01:08 |
| 23 | Q.  So I'm looking at this other lease that was | 12:01:08 |
| 24 | submitted by your counsel last night with the 10,000 | 12:01:10 |
| 25 | building.  Is that a furnished apartment? | 12:01:14 |

Page 53

```
 1          A.  It is now.                              12:01:18

 2          Q.  When was it furnished?                  12:01:19

 3          A.  Sometime in early February.  Like -- not  12:01:24

 4    "like."  But that Tuesday I went to go visit it, and I  12:01:27

 5    knew that was a better place for me.  It had more   12:01:31

 6    people.  Like the 2025 Avenue of the Stars address  12:01:34

 7    didn't have people living there yet.  So it was really  12:01:39

 8    lonely.  10,000 building is a happening building with  12:01:43

 9    a great setup and everything.                      12:01:47

10          And when I went in, I asked for measurements  12:01:49

11    and then furniture came -- I don't know -- a week   12:01:51

12    later.                                             12:01:57

13          Q.  So the lease is dated, according to the  12:01:58

14    document your counsel provided, February 4, 2024.  So  12:02:01

15    the 10,000 building, you signed that lease on       12:02:04

16    February 4, 2024; is that right?                   12:02:05

17          A.  If that's what the lease says.  I think I  12:02:11

18    signed it -- I thought I signed it before.  I was   12:02:13

19    trying to delay the -- the signing.  When the signing  12:02:14

20    happened -- like I was going to Super Bowl and      12:02:18

21    visiting my family who lives in New Jersey, and I was  12:02:23

22    trying to get that lease to start a little bit later  12:02:26

23    in the month so I could have more of a buffer to move  12:02:29

24    out when my family moved out.  But the latest they  12:02:31

25    could do was the 4th.                              12:02:36
```

Page 54

```
 1          Q.  Okay.  It says the 4th.  Is that consistent     12:02:38

 2    with your recollection that you signed a lease on the    12:02:40

 3    4th of February 2024?                                    12:02:42

 4          A.  I thought I signed it earlier that week.  I    12:02:44

 5    think they started the lease on the 4th, but            12:02:47

 6    regardless, my lease started on the 4th.                12:02:50

 7          Q.  And that was after you filed the lawsuit;      12:02:52

 8    right?                                                   12:02:54

 9          A.  Yes.  It was after I started at Fanatics.      12:02:56

10          Q.  Now, how did you get out of the first lease?   12:03:00

11    What happened there?  I don't see any document saying    12:03:05

12    it's canceled or terminated.  What happened there?       12:03:07

13          A.  A friend owns that building and allowed me to  12:03:10

14    get out of the lease.  It also -- it was something       12:03:14

15    that they weren't -- it wasn't ready for me.  So I       12:03:17

16    talked about how they needed to install shades.  They    12:03:21

17    needed to clean it.  I think it just started going on    12:03:25

18    the market to lease out those apartments.                12:03:27

19          So they did it, basically, in just like being      12:03:32

20    a good -- in good faith.  They're just like, "We         12:03:36

21    understand."                                             12:03:43

22          Q.  Okay.  So -- but the apartment you currently   12:03:44

23    have a lease for, that lease was signed after you        12:03:45

24    filed the lawsuit; right?                                12:03:48

25          MR. BRIAN:  Objection.  Asked and answered.        12:03:49
```

Page 55

```
 1              THE WITNESS:  I knew I wanted to live there    12:03:50

 2      the next day.  So I thought it was earlier that week,   12:03:52

 3      but I'm not negating anything that's in that lease.     12:03:54

 4      If it started on the 4th, then that's when I -- that's  12:03:59

 5      when the lease started.                                 12:04:01

 6      BY MR. FOGELMAN:                                        12:04:03

 7          Q.  You're saying it was furnished a week later.   12:04:03

 8      So around February 11 you had furniture?               12:04:05

 9          A.  I think it was maybe two weeks after.  It      12:04:08

10      took a little while for the furniture to arrive.       12:04:10

11          Q.  And the reason you didn't tell anyone about    12:04:15

12      that new address is because you didn't really intend   12:04:18

13      to move until your family came out in July; is that    12:04:20

14      right?                                                 12:04:23

15              MS. CARSON:  Objection.  Misstates testimony.  12:04:24

16              MR. BRIAN:  It's asked and answered.           12:04:26

17      Argumentative.                                         12:04:27

18      BY MR. FOGELMAN:                                        12:04:29

19          Q.  You may answer.                                12:04:29

20          A.  No.  There's no reason.  I signed an          12:04:30

21      apartment lease on that one day.  I went back the next 12:04:34

22      day.  I realized that I would be happier -- I might be 12:04:38

23      happier somewhere else.  I took a tour of that other  12:04:43

24      place that I have friends that live in the 10,000     12:04:45

25      building -- it's a great building -- and sought to     12:04:48
```

Page 56

```
 1    move there knowing that I wouldn't be able to move in      12:04:53

 2    right away to 2025.  That's it.  It was that -- as         12:04:57

 3    simple as that.                                            12:05:04

 4          But no -- I definitively did.  I moved there         12:05:05

 5    that week.                                                 12:05:10

 6          Q.  You didn't vote in California in March;          12:05:12

 7    right?                                                     12:05:15

 8          A.  I did not, no.                                   12:05:15

 9          Q.  Did you vote in New Jersey this year?            12:05:16

10          A.  No, I did not.                                   12:05:19

11          Q.  Do you get a paycheck, a physical check?         12:05:24

12          A.  It's direct deposit.                             12:05:28

13          Q.  And where does the money come from?  Does it     12:05:29

14    say a name on the slip that comes with the electronic      12:05:33

15    deposit of who's paying you?                               12:05:36

16          A.  I haven't looked at it recently, but, you        12:05:39

17    know, I assume yes, it would have my name and it would     12:05:41

18    have FVP on it.                                            12:05:46

19          Q.  When you say, "would have," are you saying       12:05:50

20    your paycheck literally says, "FVP" on it?                 12:05:52

21          A.  Sorry.  I just answered I have not looked at     12:05:57

22    a pay stub, but I'm employed by FVP.  So I'm assuming      12:06:01

23    my name is on it, and the "from" is from FVP.             12:06:04

24          Q.  Well, FVP wasn't formed until January 31.  So    12:06:07

25    it didn't exist when you had the discussions with          12:06:11
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1     Mr. Rubin on the 22nd, 23rd of January; right?        12:06:14

 2             MS. CARSON:  Objection.  Form.                12:06:20

 3             THE WITNESS:  Sorry.  What's the question?    12:06:23

 4     BY MR. FOGELMAN:                                      12:06:26

 5         Q.  FVP didn't exist when you had your meetings   12:06:26

 6     with Mr. Rubin on January 22 and January 23; correct? 12:06:28

 7             MS. CARSON:  Same objection.                  12:06:33

 8             MR. BRIAN:  Join.                             12:06:34

 9             THE WITNESS:  I don't know when it was set    12:06:35

10     up.  I know the plan -- I know what the plan was for  12:06:36

11     VIP in their eyes.                                    12:06:41

12     BY MR. FOGELMAN:                                      12:06:43

13         Q.  Okay.  Do you know that it was formed on      12:06:43

14     January 31, 2024, the day before the lawsuit was      12:06:45

15     filed?                                                12:06:49

16             MR. BRIAN:  Only if you know.                 12:06:51

17             THE WITNESS:  No, I didn't know it was that   12:06:52

18     day.                                                  12:06:54

19     BY MR. FOGELMAN:                                      12:06:55

20         Q.  FVP doesn't have a bank account, does it,     12:06:55

21     sir?                                                  12:06:57

22             MR. BRIAN:  Objection.  Calls for             12:06:59

23     speculation.  No foundation.                          12:07:00

24             MS. CARSON:  Object to form.                  12:07:01

25             THE WITNESS:  I don't know.  I don't know.  I 12:07:02
```

Page 58

```
 1    don't know how to answer that.                    12:07:03
 2    BY MR. FOGELMAN:                                  12:07:04
 3        Q.  Do you have a title with FVP, the company you  12:07:04
 4    claim exists?                                     12:07:07
 5            MS. CARSON:  Objection --                 12:07:11
 6            MR. BRIAN:  Objection.  Form.  Argumentative.  12:07:12
 7            (Indiscernible cross-talk.)               12:07:18
 8            THE WITNESS:  Let's break that down in a  12:07:18
 9    couple pieces.  One, the entity absolutely exists.  12:07:19
10            (Indiscernible cross-talk.)               12:07:23
11            MR. BRIAN:  Let him finish the answer,    12:07:23
12    please.                                           12:07:24
13            THE WITNESS:  My job was to build that.   12:07:25
14    BY MR. FOGELMAN:                                  12:07:31
15        Q.  I just want to know if you have a title,  12:07:31
16    "yes" or "no"?                                    12:07:33
17            MR. BRIAN:  Let him finish his answer and  12:07:34
18    then you can do what you want to do.              12:07:35
19            Please, go ahead and answer.              12:07:38
20            THE WITNESS:  So my job is to build that, and  12:07:39
21    I'm employed by that entity.  So I don't -- I haven't  12:07:40
22    been able to build that because of what's happening  12:07:42
23    legally, but I intend to one day.                 12:07:48
24    BY MR. FOGELMAN:                                  12:07:50
25        Q.  I just want to know if you have a title, sir.  12:07:50
```

Page 59

| | | |
|---|---|---|
| 1 | Do you have a title at this company called "FVP" or | 12:07:52 |
| 2 | not? | 12:07:56 |
| 3 | A.  My title that I was hired for is president of | 12:07:56 |
| 4 | VIP and head of the L.A. office.  My title currently | 12:08:00 |
| 5 | is head of the L.A. office and employed by FVP.  So -- | 12:08:03 |
| 6 | Q.  But it's the L.A. office of Fanatics | 12:08:06 |
| 7 | Holdings.  It's not the L.A. office of FVP; right? | 12:08:09 |
| 8 | A.  I don't know.  I'm -- I'm employed by FVP. | 12:08:14 |
| 9 | So you asked if I have a title under FVP, "yes" | 12:08:17 |
| 10 | because that's my employer. | 12:08:20 |
| 11 | Q.  Okay.  What's your title under FVP?  You're | 12:08:22 |
| 12 | saying the title you described earlier is the FVP | 12:08:24 |
| 13 | title, head of the L.A. office? | 12:08:27 |
| 14 | MR. BRIAN:  Objection.  Asked and answered. | 12:08:30 |
| 15 | MS. CARSON:  That misstates testimony. | 12:08:37 |
| 16 | BY MR. FOGELMAN: | 12:08:38 |
| 17 | Q.  Are you the president of FVP?  I'm just | 12:08:38 |
| 18 | trying to figure out what is your title at this | 12:08:41 |
| 19 | company, FVP, if you have one? | 12:08:43 |
| 20 | MS. CARSON:  Asked and answered. | 12:08:48 |
| 21 | MR. BRIAN:  Join. | 12:08:49 |
| 22 | THE WITNESS:  My title right now is head of | 12:08:50 |
| 23 | the L.A. office.  My title that I was hired for was | 12:08:52 |
| 24 | president of VIP and head of the L.A. office, and | 12:08:55 |
| 25 | yes -- | 12:08:58 |

Page 60

```
 1    BY MR. FOGELMAN:                              12:09:01

 2        Q.  Of what company?                      12:09:01

 3        A.  FVP.                                  12:09:02

 4        Q.  But FVP doesn't have an office, does it?   12:09:03

 5        A.  Well, that was something we were building  12:09:05

 6    out, but the offices are intermixed.  They're across  12:09:08

 7    the whole holding company.  So in New York --  12:09:12

 8        Q.  I'm trying to keep my time limited.   12:09:15

 9            MR. BRIAN:  Counsel, please.          12:09:18

10            (Indiscernible cross-talk.)           12:09:21

11            MR. FOGELMAN:  At the request of your  12:09:21

12    counsel, I've agreed to limit my time today.  I need  12:09:21

13    you to answer my questions.                   12:09:24

14        Q.  FVP does haven't an office, does it?  12:09:26

15            MR. BRIAN:  No.  No.                  12:09:28

16            You can continue to answer the question.   12:09:29

17            Then you can follow up.               12:09:30

18            Were you done with your answer, sir?  12:09:32

19            THE WITNESS:  No.                     12:09:35

20            MR. BRIAN:  Please finish, and then counsel  12:09:36

21    can follow up.                                12:09:37

22            THE WITNESS:  Can someone read back the  12:09:38

23    original question?                            12:09:39

24            (Record read.)                        12:10:23

25            MR. BRIAN:  Had you completed your answer,  12:10:23
```

Page 61

```
1     sir?                                              12:10:24

2            THE WITNESS:  No.                           12:10:27

3            MR. BRIAN:  Would you do so.                12:10:29

4            THE WITNESS:  Sure.                         12:10:29

5            The -- the characterization in that question  12:10:30

6     is just not right.  It's not -- there's not speci- --a  12:10:30

7     part of my role as the head of the L.A. office was  12:10:31

8     consolidating offices.  So example, (inaudible) has an  12:10:34

9     office in Irvine.  My job was to bring it under one  12:10:36

10    roof, which is likely going to be in Brentwood,    12:10:40

11    California.  FVP, I'm currently the only employee of  12:10:44

12    FVP.  My job was to hire out a team, and anybody that  12:10:49

13    works across VIP would likely would fall under that,  12:10:54

14    but we didn't get there.                           12:10:57

15           So in terms of where is the FVP office, I sit  12:10:59

16    in the L.A. office currently, and I would be looking  12:11:02

17    to build out that office in the broader L.A. office  12:11:09

18    whenever I'm able to get back to work -- or get to  12:11:13

19    work, period.                                       12:11:15

20    BY MR. FOGELMAN:                                    12:11:17

21       Q.  Just to be clear though, I'm asking about   12:11:17

22    FVP.                                                12:11:18

23           FVP itself does not have an office; correct?  12:11:19

24           MS. CARSON:  Objection.                      12:11:22

25           MR. BRIAN:  Asked and answered.              12:11:22
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | THE WITNESS:  I have an office.  It's in | 12:11:24 |
| 2 | Los Angeles. | 12:11:25 |
| 3 | BY MR. FOGELMAN: | 12:11:28 |
| 4 | Q.  So wherever you sit, that's where FVP is? | 12:11:28 |
| 5 | MR. BRIAN:  Objection.  That's argumentative. | 12:11:34 |
| 6 | Also improper form. | 12:11:36 |
| 7 | THE WITNESS:  I thought I answered this | 12:11:39 |
| 8 | before.  So I want to make sure I'm getting the answer | 12:11:41 |
| 9 | that you want, or I answer the question.  The L.A. | 12:11:43 |
| 10 | office currently has a bunch of different business | 12:11:47 |
| 11 | units based there.  There's a lot of different people, | 12:11:50 |
| 12 | like collectibles group is there.  There's some | 12:11:53 |
| 13 | members from FPG there.  There's some members from | 12:11:57 |
| 14 | Fanatics Holding Co., and there's one member of FVP. | 12:12:02 |
| 15 | Me. | 12:12:05 |
| 16 | I sit in the L.A. office.  That is my office. | 12:12:05 |
| 17 | So that currently is the FVP office. | 12:12:09 |
| 18 | BY MR. FOGELMAN: | 12:12:12 |
| 19 | Q.  So as the only employee of FVP -- you should | 12:12:12 |
| 20 | know -- does it have a lease? | 12:12:17 |
| 21 | MR. BRIAN:  I'm going to object to that. | 12:12:23 |
| 22 | BY MR. FOGELMAN: | 12:12:27 |
| 23 | Q.  Does FVP have a lease? | 12:12:27 |
| 24 | A.  As the head of the L.A. office, I've gotten | 12:12:30 |
| 25 | into figuring out where we're going to consolidate. | 12:12:32 |

Page 63

```
 1    So I have a little knowledge of leases.  My        12:12:35
 2    understanding is the leases are controlled by our real  12:12:37
 3    estate division of the broader Fanatic portfolio, and   12:12:42
 4    it's not broken down by individual business unit.  12:12:45
 5         Q.  Does FVP have a bank account, "yes" or "no"?  12:12:47
 6              MS. CARSON:  Objection.  Asked and answered.  12:12:52
 7    Lack of foundation.                                12:12:55
 8              THE WITNESS:  I'm getting paid by them.  12:12:56
 9    So --                                              12:12:57
10    BY MR. FOGELMAN:                                   12:13:01
11         Q.  Does FVP have a bank account is the question.  12:13:01
12              MS. CARSON:  Same objection.             12:13:06
13              THE WITNESS:  I don't know.  I do know I'm  12:13:07
14    getting paid by them.                              12:13:08
15    BY MR. FOGELMAN:                                   12:13:09
16         Q.  Does FVP have a board?                    12:13:09
17         A.  I think you're making it seem like it's   12:13:15
18    outside of the Fanatics Holding world or Fanatics  12:13:17
19    portfolio.  Similar to any business unit of Fanatics,  12:13:22
20    whether it's commerce or collectables or Fanatics  12:13:25
21    betting and gaming, there's one board that sits over  12:13:31
22    Fanatics overall, and that is the same board that my  12:13:35
23    division sits over.                                12:13:38
24         Q.  I'm just asking you about FVP.  Does FVP  12:13:39
25    itself have a board, "yes" or "no"?                12:13:42
```

Page 64

```
 1            MR. BRIAN:  That's beyond the scope of the        12:13:44

 2   agreed-upon subjects of this deposition and also asked     12:13:45

 3   and answered.                                              12:13:50

 4   BY MR. FOGELMAN:                                           12:13:50

 5       Q.  You may answer, sir.  Does FVP itself have a       12:13:50

 6   board, "yes" or "no"?                                      12:13:54

 7       A.  I think I just answered it.  It's the same         12:13:55

 8   board that looks over every different business unit of     12:13:56

 9   Fanatics.                                                  12:14:02

10       Q.  So you believe FVP is essentially just             12:14:03

11   Fanatics Holdings?                                         12:14:06

12            MR. BRIAN:  Objection.  Argumentative.  Form.     12:14:07

13            MS. CARSON:  Misstates testimony.                 12:14:09

14            THE WITNESS:  Absolutely not.  No.                12:14:12

15   BY MR. FOGELMAN:                                           12:14:13

16       Q.  Okay.  Well, so it doesn't have an                 12:14:13

17   independent board as far as you're aware; right?           12:14:14

18            MR. BRIAN:  Asked and answered.                   12:14:17

19            THE WITNESS:  Well, I'm aware of it, I'm          12:14:18

20   aware of what the board looks like.  The company, like     12:14:19

21   the Fanatics company, the entire world of Fanatics has     12:14:23

22   three different business units.  Collectibles,             12:14:29

23   commerce, betting and gaming.  The fourth one is going     12:14:30

24   to be FVP.                                                 12:14:33

25            All of us look up to the same board.  So we       12:14:36
```

Page 65

```
 1    do have a board.  It's just the same that looks over      12:14:41

 2    all of Fanatics.                                          12:14:44

 3    BY MR. FOGELMAN:                                          12:14:46

 4         Q.  It's the same overall Fanatics Holdings board    12:14:46

 5    is what you're referring to; right?                       12:14:48

 6         A.  You keep saying, "Fanatics Holding."  It's       12:14:50

 7    just "Fanatics."  Like Michael Rubin is the chairman.     12:14:52

 8         Q.  Did you interview Dan Barzenttini?               12:14:55

 9         A.  Excuse me?                                       12:15:00

10         Q.  Did you interview Dan Barzenttini?               12:15:01

11              MS. CARSON:  Objection.  Beyond the scope.      12:15:04

12              Is this in any way tied to harm or residency?   12:15:06

13    BY MR. FOGELMAN:                                          12:15:11

14         Q.  Sir, did you interview Dan Barzenttini, "yes"    12:15:11

15    or "no"?                                                  12:15:13

16              MR. BRIAN:  What is the relevance of this in    12:15:14

17    the scope agreed upon, Jim?                               12:15:15

18              MR. FOGELMAN:  It's completely within the       12:15:15

19    scope.  Just let him answer the question.                 12:15:16

20         Q.  Did you interview Dan Barzenttini, "yes" or      12:15:18

21    "no"?                                                     12:15:20

22              MS. CARSON:  Objection.  Vague.  Beyond the     12:15:21

23    scope.                                                    12:15:22

24    BY MR. FOGELMAN:                                          12:15:23

25         Q.  You may answer, sir.                             12:15:23
```

Page 66

```
 1        A.  No.                                        12:15:24

 2        Q.  Do you know who he is?                     12:15:24

 3        A.  Yes.                                       12:15:25

 4        Q.  He's a VIP; right?                         12:15:28

 5        A.  He work for Fanatics betting and gaming, yes.  12:15:33

 6        Q.  He works with VIPs at Fanatics; right?     12:15:35

 7            MS. CARSON:  Objection.  Beyond the scope. 12:15:38

 8   Lack of foundation.                                 12:15:40

 9            THE WITNESS:  He started right before the  12:15:43

10   April 30 -- sometime in April.  I'm not exactly sure  12:15:47

11   what the role is, but he's on the VIP team, on the  12:15:50

12   betting and gaming team.                            12:15:53

13   BY MR. FOGELMAN:                                    12:15:55

14        Q.  But he was hired in April of this year to  12:15:55

15   work on VIPs at Fanatics; right?                    12:15:57

16        A.  I'm not sure when he was hired.  I know he  12:16:00

17   started in April, yes.                              12:16:02

18        Q.  And he's in New York; right?               12:16:03

19            MS. CARSON:  Same objections.              12:16:08

20            THE WITNESS:  I don't know where he currently  12:16:08

21   lives.                                              12:16:10

22   BY MR. FOGELMAN:                                    12:16:10

23        Q.  You don't know that he's in the New York   12:16:10

24   office of Fanatics?                                 12:16:12

25            MR. BRIAN:  Objection.  Asked and answered.  12:16:13
```

Page 67

```
 1              MS. CARSON:  Join.                      12:16:19

 2              THE WITNESS:  He lived in Boston when I knew   12:16:20

 3      him, and I haven't spoken to him since April when he   12:16:21

 4      started, where I was surprised and excited he was on   12:16:24

 5      the team.                                      12:16:30

 6      BY MR. FOGELMAN:                               12:16:31

 7          Q.  Did you interview any candidates to hire in   12:16:31

 8      the L.A. office?                               12:16:32

 9              MS. CARSON:  Objection.  Beyond the scope and   12:16:38

10      vague as to time period.                       12:16:40

11              THE WITNESS:  Answer it?               12:16:44

12              MR. BRIAN:  Yes.                       12:16:44

13              And vague as to time period.           12:16:46

14              THE WITNESS:  Did you say Vegas or L.A.?   12:16:50

15      BY MR. FOGELMAN:                               12:16:53

16          Q.  Let me ask it again so you make sure you hear   12:16:53

17      and understand it, and if you don't hear and   12:16:54

18      understand it, let me know.                    12:16:55

19          A.  Okay.                                  12:16:57

20          Q.  Have you interviewed any candidate to work at   12:16:57

21      the L.A. office of Fanatics, "yes" or "no"?    12:16:59

22          A.  Yes, I have.                           12:17:01

23          Q.  How many have you interviewed?         12:17:02

24              MS. CARSON:  Objection.  Beyond the scope.   12:17:07

25              THE WITNESS:  I would say like under 10.   12:17:11
```

                                              Page 68

```
 1    BY MR. FOGELMAN:                                  12:17:13

 2         Q.  How many have you hired to work at Fanatics    12:17:13

 3    in Los Angeles, if any?                           12:17:15

 4              MS. CARSON:  Objection to scope and form.    12:17:18

 5              THE WITNESS:  Just one.                 12:17:21

 6    BY MR. FOGELMAN:                                  12:17:25

 7         Q.  Who is that?                             12:17:25

 8              MS. CARSON:  Same objections.           12:17:29

 9              THE WITNESS:  It's my assistant.        12:17:32

10    BY MR. FOGELMAN:                                  12:17:35

11         Q.  Who is that?                             12:17:35

12         A.  His name is KB.                          12:17:35

13         Q.  But he's not employed by FVP?            12:17:37

14              MS. CARSON:  Objection, form.           12:17:40

15              THE WITNESS:  My understanding is he would    12:17:42

16    be.  He was the office manager of Los Angeles.  He    12:17:44

17    made an impression on me pretty fast, posted a role    12:17:50

18    for hiring an assistant.  Got many applications.  He    12:17:54

19    applied, and he's currently in a trial period for the    12:17:59

20    first 90 days or 120 days.                        12:18:04

21         That trial period currently is pretty weird    12:18:07

22    because I'm not working.  He's doing great.  I would    12:18:11

23    imagine when he comes over full time, he would be    12:18:14

24    under Fanatics VIP or FVP, but I'm not sure.      12:18:16

25    BY MR. FOGELMAN:                                  12:18:20
```

Page 69

```
 1           Q.   Okay.  But to be clear, he was already        12:18:20

 2    working as the office manager at Fanatics when you met    12:18:22

 3    him; right?                                               12:18:28

 4           A.   He was -- he was a contractor, not employed   12:18:29

 5    by Fanatics, but employed by the building, I think.       12:18:31

 6    Not Fanatics.                                             12:18:35

 7           Q.   He was working at the building and you hired  12:18:37

 8    him, but he doesn't work for FVP; right?                  12:18:40

 9              MS. CARSON:  Objection.  Form and beyond the    12:18:45

10    scope.                                                    12:18:46

11              MR. BRIAN:  Same objections.                    12:18:47

12              THE WITNESS:  I also answered that, but I'm     12:18:48

13    happy to answer it again.                                 12:18:50

14              He's currently -- he's paid -- he's not paid    12:18:53

15    by Fanatics.  He's the L.A. office coordinator,           12:18:56

16    receptionist.  When I posted the role to hire an          12:19:02

17    assistant, that needs to be based in L.A. because I'm     12:19:05

18    living there.  We got a ton of different applications.    12:19:09

19              He came to me and wanted to put his hat in      12:19:13

20    the ring, which I was excited about, seeing that          12:19:16

21    initiative.  Interviewed.  He has not like done this      12:19:20

22    exact role before.  So as a result, he's in an interim    12:19:24

23    basis where he's still getting paid not by Fanatics,      12:19:28

24    but he's figuring out if this is the right role for       12:19:32

25    him, if he wants it, if we would kind of work well        12:19:35
```

Page 70

| | | |
|---|---|---|
| 1 | together, and then following that period of time, then | 12:19:37 |
| 2 | my understanding, because he would work directly for | 12:19:40 |
| 3 | me, he would be an FVP, but we didn't get there yet. | 12:19:44 |
| 4 | So I'm not sure. | 12:19:47 |
| 5 | BY MR. FOGELMAN: | 12:19:56 |
| 6 | Q.  Did you ask any member of the Fanatics VIP | 12:19:56 |
| 7 | team, working on the other Fanatics entities, to | 12:20:00 |
| 8 | transfer to FVP? | 12:20:02 |
| 9 | MS. CARSON:  Objection.  Beyond the scope. | 12:20:05 |
| 10 | Vague. | 12:20:07 |
| 11 | THE WITNESS:  I didn't get there yet, but | 12:20:09 |
| 12 | absolutely, that would be part of the plan if I was | 12:20:11 |
| 13 | able to work today.  That's just not -- that's not -- | 12:20:13 |
| 14 | that didn't happen yet because I can't do the job I | 12:20:18 |
| 15 | was hired to do. | 12:20:20 |
| 16 | BY MR. FOGELMAN: | 12:20:22 |
| 17 | Q.  As of today, you never did it.  You never | 12:20:22 |
| 18 | asked anyone to transfer from the other Fanatics | 12:20:24 |
| 19 | entities to FVP; right? | 12:20:26 |
| 20 | MS. CARSON:  Objection.  Asked and answered. | 12:20:28 |
| 21 | THE WITNESS:  It's not really -- it wouldn't | 12:20:31 |
| 22 | necessarily be an ask.  It's a consolidation of a | 12:20:33 |
| 23 | business unit and then building out the division. | 12:20:36 |
| 24 | So like I said earlier in the deposition, | 12:20:42 |
| 25 | that VIP does not equal just gamblers.  It equals | 12:20:44 |

Page 71

```
1      anybody that is important to our business or friends    12:20:48

2      of ours or a celebrity or whoever, and that function    12:20:53

3      lives across all of Fanatics portfolio.                 12:20:57

4            So the plan for FVP, the job I was hired to        12:21:01

5      do, was galvanize that team, operationalize it and      12:21:04

6      then tell a story.  I haven't been able to do that      12:21:09

7      yet.                                                    12:21:11

8            But when I'm able to, I absolutely will be        12:21:12

9      consolidating team members from different business      12:21:16

10     units to all work in the same function of FVP.          12:21:18

11   BY MR. FOGELMAN:                                          12:21:23

12       Q.  But before there was any injunction at all,       12:21:23

13     you never asked anyone to transfer from another entity  12:21:25

14     in Fanatics to FVP; right?                              12:21:29

15           MS. CARSON:  Objection.  Asked and answered.      12:21:32

16           MR. BRIAN:  Same objection.                       12:21:33

17           THE WITNESS:  Same answer.                        12:21:34

18   BY MR. FOGELMAN:                                          12:21:38

19       Q.  You never did it; right?  Before there was an     12:21:38

20     injunction, you still never asked anyone to transfer    12:21:40

21     to FVP; correct?                                        12:21:42

22           MR. BRIAN:  I think he answered it, but he        12:21:45

23     can answer it again, I guess.                           12:21:47

24           MS. CARSON:  Same objection.                      12:21:50

25           THE WITNESS:  Do you want me to repeat the        12:21:51
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1    same answer I gave?                              12:21:52

 2    BY MR. FOGELMAN:                                 12:21:54

 3        Q.  Sir, I just want you to answer my question.  12:21:54

 4            Before there was any injunction at all, you  12:21:57

 5    had not asked anyone to transfer from any other  12:21:59

 6    Fanatics entity to FVP; correct?                 12:22:03

 7            MR. BRIAN:  Objection.  Asked and answered.  12:22:07

 8            MS. CARSON:  (Inaudible.)                 12:22:11

 9            THE WITNESS:  It's not a "yes" or "no."  So  12:22:12

10    I'm happy to help with the question.             12:22:14

11    BY MR. FOGELMAN:                                 12:22:15

12        Q.  I'm not looking for any help with my     12:22:15

13    question, sir.  If you don't want to answer my   12:22:18

14    questions, we'll move on to another question and  12:22:19

15    you'll answer that one.                          12:22:21

16        A.  I can answer --                          12:22:23

17        Q.  I don't have time for speeches.  I just want  12:22:25

18    answers to my questions.                         12:22:28

19            (Indiscernible cross-talk.)              12:22:30

20            MR. BRIAN:  Counsel, just ask your questions,  12:22:30

21    please.                                          12:22:31

22            MR. FOGELMAN:  Let me move on to my question.  12:22:32

23        Q.  So with regard to your ongoing discussions  12:22:34

24    with others at Fanatics, including Mr. Rubin or  12:22:35

25    Mr. Kane, what are the roles you have considered that  12:22:38
```

Page 73

```
1    you are playing now or would play in the future?          12:22:42

2         A.  "Considered" is not the word for this because    12:22:45

3    there's nothing to consider right now.  It's -- what      12:22:48

4    I've been doing is exploring what -- what business        12:22:53

5    priorities we have at Fanatics and then where I could     12:22:58

6    plug in over the next eight-plus months to add value      12:23:02

7    appropriate with my experience level, et cetera.  And     12:23:07

8    we have yet to find anything that makes sense yet.        12:23:13

9    Yes.  That's it.                                          12:23:17

10        Q.  Okay.  Well, you're still evaluating.  I get     12:23:19

11   that, but I'm asking you what are the ones you were       12:23:20

12   talking about?  Like give us some examples of ones        12:23:22

13   you'd consider but haven't yet performed on.              12:23:26

14            MS. CARSON:  Objection.  Asked and answered.     12:23:30

15            MR. BRIAN:  Same objection.                      12:23:31

16            MS. CARSON:  And misstates testimony.            12:23:32

17            MR. BRIAN:  Also beyond the scope.               12:23:34

18            THE WITNESS:  It's the same answer.              12:23:37

19   BY MR. FOGELMAN:                                          12:23:41

20        Q.  Are there any job descriptions, job postings     12:23:41

21   you've looked at where you said, "Let's talk about        12:23:47

22   that one" with Mr. Rubin or Mr. Kane or someone else?     12:23:49

23        A.  No, I have not.                                  12:23:52

24        Q.  When was the last time you submitted an          12:23:56

25   expense report to Fanatics?                               12:23:58
```

Page 74

```
 1            MS. CARSON:  Objection.  Beyond the scope.      12:24:00
 2            THE WITNESS:  I -- my assistant handles that.   12:24:04
 3    So I don't know.  But I would say that I don't know     12:24:06
 4    what my expenses would be in the last couple months     12:24:09
 5    outside of a flight here for this deposition.           12:24:13
 6    BY MR. FOGELMAN:                                        12:24:19
 7        Q.  When you say your assistant would know,         12:24:19
 8    that's because you ask your assistant to submit         12:24:22
 9    something; right?  So tell me what you've asked your    12:24:25
10    assistant to submit in the way of expense reports       12:24:28
11    since April 30.  Let's start there.                     12:24:29
12            MS. CARSON:  Objection.                         12:24:31
13            (Indiscernible crosstalk.)                      12:24:31
14            MR. BRIAN:  Objection to form.  I don't know    12:24:31
15    what that questions means.                              12:24:32
16    BY MR. FOGELMAN:                                        12:24:35
17        Q.  You may answer.                                 12:24:35
18        A.  I don't ask my assistant to put in expenses.    12:24:37
19    It's just part of the job.  The way it works is I have  12:24:39
20    a corporate card, and if I swipe the corporate card on  12:24:42
21    something or use the corporate card on something, then  12:24:48
22    it goes into the process, and he then knows what it's   12:24:51
23    for and types to the notes or whatever details there    12:24:57
24    are, includes a receipt, and then submits it, I think,  12:25:04
25    or it's automatically submitted.  I'm not -- I don't    12:25:07
```

Page 75

| | | |
|---|---|---|
| 1 | ask him to submit expenses though.  It's just part of | 12:25:11 |
| 2 | the role. | 12:25:14 |
| 3 | Q.  You still have your corporate card; right? | 12:25:16 |
| 4 | A.  You mean did I cancel the corporate card? | 12:25:18 |
| 5 | Q.  You still have your corporate card; correct? | 12:25:20 |
| 6 | A.  It's in my -- it's currently in my work bag | 12:25:23 |
| 7 | in the front pocket waiting to get back to work, but | 12:25:28 |
| 8 | yes, I still have it. | 12:25:31 |
| 9 | Q.  When was the last time you used it? | 12:25:33 |
| 10 | A.  The last time I remember like taking it out | 12:25:38 |
| 11 | and using it was -- I don't know -- a breakfast that | 12:25:40 |
| 12 | was on April 30 when I was meeting the team that was | 12:25:50 |
| 13 | there.  But I did -- I know it's been used for flights | 12:25:53 |
| 14 | in the interim between April 30 and today.  I didn't | 12:25:58 |
| 15 | refresh my memory or look at what was charged on that | 12:26:04 |
| 16 | account since then, no. | 12:26:07 |
| 17 | Q.  What flights did you charge the card to | 12:26:09 |
| 18 | between -- | 12:26:13 |
| 19 | MR. BRIAN:  Objection.  No foundation.  Calls | 12:26:14 |
| 20 | for speculation. | 12:26:16 |
| 21 | Unless you know. | 12:26:16 |
| 22 | MS. CARSON:  And beyond the scope. | 12:26:17 |
| 23 | BY MR. FOGELMAN: | 12:26:20 |
| 24 | Q.  What flights? | 12:26:20 |
| 25 | A.  I would imagine the flight -- | 12:26:21 |

Page 76

```
 1              MR. BRIAN:  I don't want you to imagine.  Do    12:26:23
 2     you know what card was used?                             12:26:25
 3              THE WITNESS:  No.                                12:26:27
 4     BY MR. FOGELMAN:                                         12:26:28
 5         Q.  What flights have you taken between April 30     12:26:28
 6     and today?                                               12:26:30
 7         A.  Just back and forth to Los Angeles, I think,     12:26:33
 8     I believe.                                               12:26:37
 9         Q.  From where, your Jersey -- your home in          12:26:42
10     New Jersey?                                              12:26:43
11         A.  It's not -- it's not my home.  It's a            12:26:45
12     vacation home now, but yes, between Newark and           12:26:47
13     Los Angeles, likely.                                     12:26:52
14         Q.  You haven't listed your house in New Jersey      12:26:55
15     for sale or lease; right?                                12:26:58
16         A.  No.  I -- we have no intention ever of           12:27:00
17     selling that house.  It's like a family home.  It's      12:27:05
18     right across from the ocean.  It's definitively          12:27:08
19     something we want to keep in our family forever if       12:27:12
20     we're able to.                                           12:27:15
21         Q.  Okay.  And when you say you've been flying       12:27:16
22     back and forth between L.A. and New Jersey, when         12:27:18
23     you're in L.A., you've been working on Fanatics stuff;   12:27:22
24     right?                                                   12:27:32
25         A.  Maybe we can bucket this.  Anything after        12:27:32
```

Page 77

| | |
|---|---|
| 1 | April 30, nothing Fanatics. The only thing I've done | 12:27:35 |
| 2 | that even resembles work is having exploratory | 12:27:37 |
| 3 | conversations that are yet to be fruitful. | 12:27:42 |
| 4 | When I went to L.A. -- I did go to L.A. I | 12:27:45 |
| 5 | just got back Wednesday. I was going to get back | 12:27:49 |
| 6 | yesterday but came in for this a day earlier. That | 12:27:52 |
| 7 | was to really just like get my stuff together, | 12:27:56 |
| 8 | finalizing a house, looking at different areas, making | 12:28:01 |
| 9 | sure that like this is where we want to raise our | 12:28:05 |
| 10 | kids. | 12:28:08 |
| 11 | So that was the purpose of that trip. | 12:28:13 |
| 12 | Q. And you charged your corporate card for those | 12:28:14 |
| 13 | trips; right? | 12:28:17 |
| 14 | MS. CARSON: Objection. Lack of foundation. | 12:28:19 |
| 15 | Calls for speculation. | 12:28:20 |
| 16 | MR. BRIAN: Same. And asked and answered. | 12:28:22 |
| 17 | But go ahead. | 12:28:23 |
| 18 | THE WITNESS: I'm not sure if those trips | 12:28:25 |
| 19 | were on my corporate card or not. It's either that or | 12:28:27 |
| 20 | I used a flight credit that was in my wallet. | 12:28:30 |
| 21 | BY MR. FOGELMAN: | 12:28:34 |
| 22 | Q. Your access to Fanatics' E-mail has not been | 12:28:35 |
| 23 | suspended; right? | 12:28:37 |
| 24 | MS. CARSON: Objection. Lacks foundation. | 12:28:39 |
| 25 | THE WITNESS: No, it has not. On the 30th, | 12:28:41 |

Page 78

| | | |
|---|---|---|
| 1 | though, when I left the office, I put up an "out of | 12:28:43 |
| 2 | office" that makes it crystal clear that I will not be | 12:28:47 |
| 3 | available.  I think it says something along the lines | 12:28:51 |
| 4 | of "No E-mail access" or "Not responsive." | 12:28:54 |
| 5 | BY MR. FOGELMAN: | 12:28:59 |
| 6 |     Q.  I think it says that you won't respond to | 12:28:59 |
| 7 | E-mails.  We can pull it up if we need to, but it | 12:29:01 |
| 8 | doesn't say you're not checking E-mails. | 12:29:04 |
| 9 |         Have you been checking E-mails, sir? | 12:29:07 |
| 10 |         MS. CARSON:  Objection.  Beyond the scope. | 12:29:09 |
| 11 | Vague. | 12:29:14 |
| 12 |         THE WITNESS:  I would -- I'll occasionally | 12:29:16 |
| 13 | like scroll through.  It's not what I normally would | 12:29:17 |
| 14 | do.  It's like every other day. | 12:29:19 |
| 15 | BY MR. FOGELMAN: | 12:29:19 |
| 16 |     Q.  Okay.  So every other day or so you're | 12:29:21 |
| 17 | checking your Fanatics E-mail; right? | 12:29:22 |
| 18 |         MS. CARSON:  Objection.  Misstates testimony. | 12:29:24 |
| 19 | Vague. | 12:29:26 |
| 20 |         MR. BRIAN:  Asked and answered. | 12:29:28 |
| 21 |         THE WITNESS:  It would be -- "checking," I | 12:29:30 |
| 22 | think, is an overstatement.  It would be like a glance | 12:29:31 |
| 23 | to make sure that Michael's assistant didn't E-mail me | 12:29:34 |
| 24 | a new time for a one-on-one or -- or that's it. | 12:29:37 |
| 25 | Flight change E-mail or -- no idea. | 12:29:43 |

Page 79

```
 1    BY MR. FOGELMAN:                                    12:29:45

 2         Q.  Well, did you check your E-mails today?    12:29:45

 3         A.  No.                                        12:29:50

 4             MS. CARSON:  Objection.  Beyond the form.  12:29:52

 5             THE WITNESS:  No.                           12:29:53

 6    BY MR. FOGELMAN:                                    12:29:55

 7         Q.  Did you check E-mails yesterday?           12:29:55

 8             MR. BRIAN:  Objection.  This is beyond the 12:29:57

 9    scope, Jim.                                         12:29:58

10             You can answer.                            12:29:59

11             THE WITNESS:  Not that I recall.  Definitely 12:30:02

12    this week at some point.                            12:30:03

13    BY MR. FOGELMAN:                                    12:30:05

14         Q.  Okay.  So this week when you looked at your 12:30:05

15    E-mails, how many E-mails were in your in box?      12:30:07

16             MS. CARSON:  Objection.  Beyond the scope. 12:30:11

17             MR. BRIAN:  That's beyond the scope, Jim.  12:30:12

18             THE WITNESS:  I don't know.                 12:30:15

19    BY MR. FOGELMAN:                                    12:30:15

20         Q.  Was it 100?                                12:30:15

21             MR. BRIAN:  Objection.  He just said he    12:30:18

22    didn't know.                                        12:30:19

23             MS. CARSON:  Beyond the scope.             12:30:21

24             THE WITNESS:  I don't know.  I will say if 12:30:22

25    somebody E-mails me and they get that response, they 12:30:25
```

Page 80

```
 1    know pretty clearly that I'm likely not going to be          12:30:27

 2    responding, and also, the public nature of this case         12:30:30

 3    has definitely -- has definitely chilled anybody from        12:30:33

 4    getting that involved in my E-mail.  So I don't know         12:30:37

 5    an exact number though.                                      12:30:41

 6    BY MR. FOGELMAN:                                             12:30:43

 7         Q.  But is it your testimony you haven't deleted        12:30:43

 8    any of your E-mails in your Fanatics E-mail account?         12:30:46

 9              MR. BRIAN:  Objection.  Beyond the scope.          12:30:51

10              (Indiscernible cross-talk.)                        12:30:53

11              MS. CARSON:  And no way tied to harm or            12:30:54

12    residency.                                                   12:30:58

13              THE WITNESS:  I never delete E-mails.  I           12:30:58

14    always -- I would archive them, but they're not             12:31:01

15    deleted, but I -- but no, I haven't got involved in         12:31:03

16    my -- I haven't done that.  I haven't archived             12:31:05

17    recently.                                                    12:31:09

18    BY MR. FOGELMAN:                                             12:31:10

19         Q.  Do you have a Fanatics issued phone?               12:31:10

20              MS. CARSON:  Objection.  Beyond the scope.         12:31:16

21    Again, no way tied to harm or residency.                    12:31:17

22    BY MR. FOGELMAN:                                             12:31:21

23         Q.  Do you have a Fanatics-issued phone, sir?          12:31:21

24              MS. CARSON:  Objection.                            12:31:26

25              MR. BRIAN:  Join.                                  12:31:27
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1              THE WITNESS:  No.  My understanding is that    12:31:28

 2    nobody at Fanatics has a Fanatics-issued phone.          12:31:28

 3    BY MR. FOGELMAN:                                         12:31:32

 4         Q.  Do you submit your phone record to Fanatics     12:31:32

 5    for reimbursement?                                       12:31:34

 6         A.  I do not.                                       12:31:38

 7         Q.  What messaging services do you use on your      12:31:39

 8    phone or your computer?                                  12:31:41

 9              MR. BRIAN:  Objection.  It's beyond the        12:31:44

10    scope.                                                   12:31:47

11              MS. CARSON:  Objection.  Beyond the scope.     12:31:47

12    Not tied to harm or residency.                           12:31:48

13    BY MR. FOGELMAN:                                         12:31:49

14         Q.  Sir, I'm asking you what messaging service      12:31:53

15    you use on your phone or your computer.  Just give me    12:31:55

16    the list of messaging services that you use.             12:31:55

17              MS. CARSON:  Same objection, and vague.        12:31:55

18              THE WITNESS:  Do I have to answer that?        12:32:00

19              MR. BRIAN:  Yes.                               12:32:02

20              THE WITNESS:  Okay.                            12:32:04

21              iMessage.  I think that's -- I think that's    12:32:05

22    it.                                                      12:32:13

23              (Indiscernible cross-talk.)                    12:32:18

24    BY MR. FOGELMAN:                                         12:32:18

25         Q.  What about WhatsApp, WeChat, Telegram,          12:32:18
```

Page 82

| | | |
|---|---|---|
| 1 | Signal, anything like that?  Any service of some kind | 12:32:23 |
| 2 | in which you communicate messages or receive messages. | 12:32:27 |
| 3 | MS. CARSON:  Objection.  Beyond the scope. | 12:32:31 |
| 4 | Vague as to time.  Vague as to for what purpose. | 12:32:32 |
| 5 | MR. BRIAN:  What time period, Jim, are you | 12:32:35 |
| 6 | talking about?  Can you clarify that? | 12:32:37 |
| 7 | MR. FOGELMAN:  Well, I'm talking about | 12:32:39 |
| 8 | currently, right now. | 12:32:40 |
| 9 | Q.  What messaging services do you currently have | 12:32:41 |
| 10 | on your phone or your computer that you use? | 12:32:43 |
| 11 | MR. BRIAN:  Beyond the scope. | 12:32:46 |
| 12 | But you can answer. | 12:32:47 |
| 13 | THE WITNESS:  I've never used -- I don't have | 12:32:51 |
| 14 | Telegram, WeChat, or Signal.  I do -- I used WhatsApp | 12:32:53 |
| 15 | last week to get in touch with a potential home I | 12:33:02 |
| 16 | wanted to rent, but I would say 99.9 percent of any | 12:33:07 |
| 17 | communication is on iMessage. | 12:33:12 |
| 18 | BY MR. FOGELMAN: | 12:33:15 |
| 19 | Q.  Have you deleted any iMessages since you've | 12:33:15 |
| 20 | filed your lawsuit on February 1? | 12:33:17 |
| 21 | MS. CARSON:  Objection.  Asked and answered. | 12:33:21 |
| 22 | Beyond the scope. | 12:33:22 |
| 23 | MR. BRIAN:  Join those. | 12:33:24 |
| 24 | THE WITNESS:  No.  I've been under -- I've | 12:33:26 |
| 25 | been instructed not to do anything like that. | 12:33:27 |

Page 83

```
 1   BY MR. FOGELMAN:                                    12:33:29

 2       Q.  On WhatsApp, do you keep a record of your   12:33:29

 3   communications on WhatsApp?                         12:33:31

 4           MR. BRIAN:  Same objections.  It's beyond the  12:33:34

 5   scope.                                              12:33:35

 6           THE WITNESS:  I don't -- I'm not overly     12:33:40

 7   familiar with how WhatsApp works.  I would imagine  12:33:40

 8   that everything is there, but the only person I     12:33:45

 9   remember ever communicating with on WhatsApp is on the  12:33:51

10   phone -- via phone call would be this guy named Yan  12:33:54

11   who owns a house I wanted to rent.                  12:33:59

12   BY MR. FOGELMAN:                                    12:34:03

13       Q.  Have you used WhatsApp for any Fanatics     12:34:03

14   business or potential business?                     12:34:05

15           MS. CARSON:  Objection.  Vague.  Beyond the  12:34:08

16   scope.                                              12:34:09

17           Mr. Fogelman, DraftKings agreed to keep the  12:34:10

18   deposition to 90 minutes, if possible, and asking  12:34:13

19   questions about discovery are far beyond the scope.  12:34:15

20           MR. FOGELMAN:  Counsel, stop taking my time  12:34:20

21   away from me.  I don't have a lot of it.            12:34:22

22       Q.  Sir, just asking you, do you do any kind of  12:34:24

23   communications related to Fanatics on WhatsApp?  It's  12:34:26

24   a "yes" or "no" question.                           12:34:29

25       A.  No, I do not.                               12:34:31
```

Page 84

| | | |
|---|---|---|
| 1 | MS. CARSON:  Objection.  Beyond the scope. | 12:34:37 |
| 2 | MR. BRIAN:  Why don't we take a few-minute | 12:34:39 |
| 3 | break. | 12:34:39 |
| 4 | Jim, you've used about an hour and a half. | 12:34:39 |
| 5 | Counsel is right.  You guys did say you would use your | 12:34:39 |
| 6 | best efforts to finish in 90 minutes with an | 12:34:39 |
| 7 | absolute -- | 12:34:42 |
| 8 | MR. FOGELMAN:  Half of this day so far has | 12:34:43 |
| 9 | been objections, Counsel.  So I think -- plus a break | 12:34:45 |
| 10 | or two.  So I don't think it's been 90 minutes, and I | 12:34:47 |
| 11 | don't think it's true that I have been not trying to | 12:34:54 |
| 12 | commit to that, but I've not committed to 90 minutes. | 12:34:54 |
| 13 | I committed to try. | 12:34:56 |
| 14 | One more question before taking a break. | 12:34:57 |
| 15 | Just about the same topic. | 12:35:01 |
| 16 | Q.  Do you use Slack -- | 12:35:06 |
| 17 | (Indiscernible cross-talk.) | 12:35:07 |
| 18 | MR. FOGELMAN:  Brad, you got to let me finish | 12:35:08 |
| 19 | this line of questions. | 12:35:10 |
| 20 | MR. BRIAN:  It's beyond the scope.  Finish it | 12:35:12 |
| 21 | quickly. | 12:35:13 |
| 22 | BY MR. FOGELMAN: | 12:35:15 |
| 23 | Q.  Do you use any kind of instant communication | 12:35:15 |
| 24 | device for Fanatics at your job or in connection with | 12:35:18 |
| 25 | your job.  Slack or Jabber or any kind of internal | 12:35:21 |

Page 85

```
 1    messaging at Fanatics?                          12:35:26

 2            MR. BRIAN:  Beyond the scope.           12:35:29

 3            MS. CARSON:  And vague and compound.    12:35:34

 4            THE WITNESS:  The company uses Slack.   12:35:35

 5    BY MR. FOGELMAN:                                12:35:37

 6        Q.  Okay.  And you use slack at the company; 12:35:37

 7    right?                                          12:35:38

 8        A.  I did.  Yeah.  Yes, I would.            12:35:38

 9        Q.  Have you deleted anything from slack?   12:35:41

10            MS. CARSON:  Objection.  Beyond the scope. 12:35:44

11    Vague.                                          12:35:45

12            MR. BRIAN:  Join.                        12:35:47

13            THE WITNESS:  No.  I haven't deleted anything 12:35:48

14    that I'm aware of.                              12:35:51

15    BY MR. FOGELMAN:                                12:35:53

16        Q.  When was the last time you accessed Slack for 12:35:53

17    Fanatics?                                       12:35:56

18            MS. CARSON:  Objection.  Beyond the scope. 12:35:58

19            THE WITNESS:  It's -- I don't know.  I would 12:36:01

20    imagine before the 30th.                        12:36:02

21            MR. FOGELMAN:  All right.  Brad, we'll take 12:36:05

22    your break now.                                 12:36:07

23            MR. BRIAN:  Thank you.                   12:36:08

24            THE VIDEOGRAPHER:  We are going off the  12:36:09

25    record.  The time is 12:36.                     12:36:09
```

Page 86

```
1              (A recess was taken from 12:36 p.m.        12:43:09

2              to 12:43 p.m.)                             12:43:09

3              THE VIDEOGRAPHER:  We are back on the record.  12:43:12

4     The time is 12:43 p.m.                              12:43:15

5     BY MR. FOGELMAN:                                    12:43:17

6         Q.  What was the last sporting event you went to?  12:43:19

7              MS. CARSON:  Objection.  Vague.            12:43:25

8              THE WITNESS:  I went to a Rangers playoff  12:43:28

9     game.  I forget -- I think the first -- not think.  12:43:33

10             It was the first round of the playoffs.    12:43:42

11    BY MR. FOGELMAN:                                    12:43:45

12        Q.  What date approximately?                    12:43:45

13        A.  I don't know.  It was a home game during the  12:43:46

14    playoffs.                                           12:43:49

15        Q.  What month?                                 12:43:49

16        A.  Probably May.                               12:43:55

17        Q.  Who did you go with?                        12:43:57

18             MS. CARSON:  Objection.  Beyond the scope.  12:44:00

19             THE WITNESS:  A friend of mine.            12:44:02

20    BY MR. FOGELMAN:                                    12:44:03

21        Q.  Who?                                        12:44:03

22             MS. CARSON:  Objection.  Beyond the scope.  12:44:04

23             THE WITNESS:  Justin Tuck.                 12:44:11

24    BY MR. FOGELMAN:                                    12:44:12

25        Q.  I'm sorry.  Can you say that again?         12:44:12
```

Page 87

```
 1          A.  His name is Justin Tuck.                12:44:14

 2          Q.  And you haven't been to another sporting  12:44:18

 3    event since that Rangers game with Justin Tuck in this  12:44:20

 4    month?                                         12:44:24

 5          MS. CARSON:  Same objection.              12:44:25

 6          MR. BRIAN:  Also asked and answered.      12:44:26

 7          THE WITNESS:  That's probably my biggest  12:44:28

 8    drought of sporting events in my life, but no.  12:44:32

 9    Outside of that, that's it.                    12:44:34

10    BY MR. FOGELMAN:                               12:44:38

11          Q.  Do you have tickets to sporting events after  12:44:38

12    today?                                         12:44:42

13          MS. CARSON:  Objection.  Beyond the scope.  12:44:44

14    Not tied to harm.                              12:44:46

15          (Indiscernible crosstalk.)               12:44:48

16          THE WITNESS:  No, I do not.              12:44:49

17    BY MR. FOGELMAN:                               12:44:52

18          Q.  Are you planning to attend sporting events  12:44:52

19    after today?                                   12:44:54

20          MR. BRIAN:  Objection.  That's asked and  12:44:56

21    answered.  Irrelevant.  Beyond the scope.      12:44:56

22          MS. CARSON:  Vague.                       12:45:00

23          THE WITNESS:  I'll answer it the way I did  12:45:00

24    earlier.  I -- if I wasn't -- if this legal matter  12:45:02

25    wasn't in front of me, I'd be going to several  12:45:10
```

Page 88

| | | |
|---|---|---|
| 1 | sporting events.  I would have gone to Knicks games or | 12:45:12 |
| 2 | Lakers games or Dodgers games or NBA playoff games. | 12:45:15 |
| 3 | It's the first year that I can remember that I haven't | 12:45:20 |
| 4 | been to an NBA playoff game. | 12:45:24 |
| 5 | But, no, I have no plans to go to a sporting | 12:45:26 |
| 6 | event going forward.  I would probably like to take my | 12:45:30 |
| 7 | girls to their first Dodgers game, and before I move | 12:45:34 |
| 8 | out, probably a Yankees game, but nothing on the | 12:45:38 |
| 9 | docket yet. | 12:45:41 |
| 10 | BY MR. FOGELMAN: | 12:45:43 |
| 11 | Q.  Are you aware of any reason why you can't go | 12:45:43 |
| 12 | to a sporting event? | 12:45:44 |
| 13 | MS. CARSON:  Objection.  Vague.  Beyond the | 12:45:47 |
| 14 | scope. | 12:45:49 |
| 15 | MR. BRIAN:  Do not answer -- don't reveal, in | 12:45:50 |
| 16 | answering that question, any privileged conversations, | 12:45:52 |
| 17 | but other than that you can answer subject to the | 12:45:54 |
| 18 | objection being beyond the scope. | 12:45:57 |
| 19 | THE WITNESS:  Sure. | 12:45:59 |
| 20 | I don't know how else to answer this other | 12:46:00 |
| 21 | than I don't know how to live my life currently.  My | 12:46:02 |
| 22 | life has been turned upside down since February in a | 12:46:05 |
| 23 | way that's hard to actually express.  I don't have | 12:46:08 |
| 24 | access to my photos.  It's my 10-year wedding | 12:46:11 |
| 25 | anniversary next week.  I make an anniversary book | 12:46:14 |

Page 89

| | |
|---|---|
| 1 | every month -- every year.  I don't have access to | 12:46:18 |
| 2 | memories. | 12:46:20 |
| 3 |         I don't know if I could go to a sporting | 12:46:21 |
| 4 | event.  Do I know that I went to that Rangers game, | 12:46:24 |
| 5 | yes.  In an abundance of caution, I went there.  I | 12:46:27 |
| 6 | went with a friend.  I kept my head down.  I tried to | 12:46:29 |
| 7 | avoid anybody that I recognized that even was remotely | 12:46:32 |
| 8 | connected with my time at DraftKings, and it's just | 12:46:37 |
| 9 | not that fun.  If I go there and I'm not having fun as | 12:46:39 |
| 10 | a fan and I feel like I have to constantly be watching | 12:46:43 |
| 11 | myself with who would come up to say hi or what is | 12:46:46 |
| 12 | DraftKings going to allege happened when it didn't | 12:46:51 |
| 13 | happen.  Like it's just not worth it. | 12:46:55 |
| 14 |         So that's the answer.  Am I able to go to a | 12:46:58 |
| 15 | sporting event?  Like can I take my kids to a Yankee | 12:47:01 |
| 16 | game?  Of course.  But do I really want to right now | 12:47:04 |
| 17 | because of this, no. | 12:47:08 |
| 18 | BY MR. FOGELMAN: | 12:47:09 |
| 19 |     Q.  And when you say, "because of this," you're | 12:47:10 |
| 20 | talking about the injunction issued by the federal | 12:47:11 |
| 21 | court; right? | 12:47:14 |
| 22 |         MS. CARSON:  Objection.  Misstates testimony. | 12:47:16 |
| 23 |         THE WITNESS:  I'm talking from the TRO on, I | 12:47:19 |
| 24 | don't know how to live my life. | 12:47:23 |
| 25 | BY MR. FOGELMAN: | 12:47:28 |

Page 90

```
 1         Q.  When was the last Fanatics event you         12:47:28

 2    attended?  I don't want to define "event."  Any event  12:47:32

 3    of any kind.  A dinner, a party.  Just some kind of     12:47:34

 4    event.                                                  12:47:38

 5         MS. CARSON:  Objection.  Vague, and beyond         12:47:39

 6    the scope.                                              12:47:41

 7         MR. BRIAN:  I'll join.  Vague.  Beyond the         12:47:43

 8    scope.  Irrelevant.                                     12:47:44

 9         THE WITNESS:  Rookie premiere is a big event       12:47:49

10    for the collectibles business.  They had a jersey       12:47:51

11    reveal on Friday with the L.A. Coliseum, and then on    12:47:55

12    Sunday there was a brunch at Michael Rubin's            12:48:00

13    apartment.  I withdrew going to either of them because  12:48:02

14    of this order.                                          12:48:07

15         I did go to a party for a couple hours on          12:48:09

16    Saturday night at Michael's house.  I don't know if I   12:48:13

17    would consider that a Fanatics event, but it was at     12:48:18

18    Michael's house.  So that's it.                         12:48:21

19    BY MR. FOGELMAN:                                        12:48:25

20         Q.  This past Saturday?                            12:48:26

21         MR. BRIAN:  I'm sorry.  What?  Okay.               12:48:29

22         THE WITNESS:  Yeah, I think it was the 18th.       12:48:32

23    BY MR. FOGELMAN:                                        12:48:34

24         Q.  May 18?                                        12:48:34

25         A.  Yes.                                           12:48:35
```

Page 91

```
 1          Q.  At Mr. Rubin's apartment in New York?          12:48:38
 2          A.  No.  It was in his place in Los Angeles.  A    12:48:40
 3    good friend of mine was in town from New York, and I     12:48:45
 4    stopped by and said hi.  I was literally a guest.  I     12:48:48
 5    wouldn't classify myself as an employee there.           12:48:53
 6          Q.  But you are an employee there; right?          12:48:57
 7              MR. BRIAN:  Objection.  That's argumentative.   12:49:00
 8    Form.                                                    12:49:01
 9              MS. CARSON:  Beyond the scope.                  12:49:02
10              THE WITNESS:  You asked specifically about      12:49:03
11    like a Fanatics events.  I avoided the actual event      12:49:05
12    and went to a party at Michael's house as a guest.       12:49:08
13    BY MR. FOGELMAN:                                         12:49:15
14          Q.  And what friends did you bring with you?       12:49:15
15              MS. CARSON:  Objection.  Beyond the scope.      12:49:18
16              MR. BRIAN:  Same objection.                     12:49:21
17              THE WITNESS:  I didn't bring any friends with   12:49:22
18    me.  A friend of mine was in town and he was there.      12:49:24
19    So I wanted to make sure.  I wanted to say hi to him.    12:49:26
20    BY MR. FOGELMAN:                                         12:49:32
21          Q.  Who?                                           12:49:32
22              MS. CARSON:  Same objection.                    12:49:33
23              THE WITNESS:  His name is Will Mathis.          12:49:34
24    BY MR. FOGELMAN:                                         12:49:39
25          Q.  And what other people associated with          12:49:39
```

Page 92

| | | |
|---|---|---|
| 1 | Fanatics were at the party? | 12:49:40 |
| 2 | MS. CARSON:  Objection.  Beyond the scope. | 12:49:43 |
| 3 | Not related to harm or residency. | 12:49:44 |
| 4 | MR. BRIAN:  I'll join in that. | 12:49:47 |
| 5 | MS. CARSON:  And vague. | 12:49:48 |
| 6 | BY MR. FOGELMAN: | 12:49:50 |
| 7 | Q.  You may answer. | 12:49:50 |
| 8 | A.  There were an assistant of Michael's, a -- | 12:49:55 |
| 9 | two other executives were there.  Some people on the | 12:50:04 |
| 10 | marketing team.  A handful, at least, that I | 12:50:11 |
| 11 | recognized. | 12:50:19 |
| 12 | Q.  Did the party have a stated purpose, like | 12:50:19 |
| 13 | birthday or client gathering or, you know, disco day? | 12:50:24 |
| 14 | What was the stated purpose of the party, if there was | 12:50:29 |
| 15 | one? | 12:50:31 |
| 16 | MR. BRIAN:  Calls for speculation.  No | 12:50:33 |
| 17 | foundation unless you know. | 12:50:34 |
| 18 | MS. CARSON:  And beyond the scope. | 12:50:35 |
| 19 | THE WITNESS:  I don't -- it wasn't formal. | 12:50:38 |
| 20 | It's not like there was like a toast.  It was just a | 12:50:42 |
| 21 | bunch of people together having some food and drinks | 12:50:44 |
| 22 | on a night.  It was around the rookie premiere | 12:50:47 |
| 23 | weekend.  Like it was sandwiched in between the two | 12:50:54 |
| 24 | major events that I avoided deliberately. | 12:50:56 |
| 25 | BY MR. FOGELMAN: | 12:51:01 |

Page 93

1         Q.  You talked about those events though with        12:51:01

2    others at the party; right?                               12:51:03

3            MS. CARSON:  Objection.  Form.                    12:51:06

4            MR. BRIAN:  Argumentative.  Form.                 12:51:07

5            THE WITNESS:  I actually stayed away from         12:51:09

6    talking about business in general.  Like I didn't ask     12:51:10

7    how it was or what was it like, or like "That looked      12:51:12

8    awesome."  I'm trying to keep my head down and avoid      12:51:16

9    places like that or opportunities like that.  So          12:51:21

10   didn't talk -- I saw whatever was public on-line on       12:51:26

11   social media from those two events.                       12:51:29

12           The brunch, in particular, was something I        12:51:33

13   would have loved to attend, but didn't.                   12:51:35

14   BY MR. FOGELMAN:                                          12:51:41

15        Q.  But you discussed Fanatics related stuff of      12:51:41

16   some sort with Mr. Rubin and other Fanatics executives    12:51:43

17   when you met them at that party last Saturday, on         12:51:48

18   May 18; correct?                                          12:51:50

19           MR. BRIAN:  Objection.  Vague.                    12:51:52

20           MS. CARSON:  Objection.  Misstates testimony.     12:51:53

21           MR. BRIAN:  Beyond the scope and vague.           12:51:53

22           THE WITNESS:  No.  The conversation with me       12:51:56

23   is that there's nothing of any substance that we're       12:51:58

24   talking about outside of I'm exploring roles and we're    12:52:01

25   trying to figure it out.                                  12:52:04

Page 94

| | | |
|---|---|---|
| 1 | The conversations that I had with Fanatics | 12:52:05 |
| 2 | employee was a genuine -- any Fanatics employee was | 12:52:07 |
| 3 | genuine in that they're asking me, "How you doing? | 12:52:11 |
| 4 | Like are you okay?  Like what have you been doing with | 12:52:17 |
| 5 | your time?  How is your family?"  Like it's a human | 12:52:19 |
| 6 | conversation, not a business one, because frankly, I | 12:52:22 |
| 7 | don't even know what we would talk about from a | 12:52:25 |
| 8 | business perspective. | 12:52:27 |
| 9 | BY MR. FOGELMAN: | 12:52:29 |
| 10 | Q.  How did your work effects change in the | 12:52:30 |
| 11 | period -- let me -- two parts. | 12:52:34 |
| 12 | You worked at Fanatics from February 1 to | 12:52:38 |
| 13 | February 8 before there was a TRO issued by the | 12:52:41 |
| 14 | federal court in Boston; right? | 12:52:44 |
| 15 | A.  Yes.  I think "work" is -- it's not as simple | 12:52:48 |
| 16 | as that, but yes, I was employed by Fanatics during | 12:52:53 |
| 17 | that time, yes. | 12:52:54 |
| 18 | Q.  And then there was a TRO issued on | 12:52:56 |
| 19 | February 8, and that was in effect until April 30; | 12:53:01 |
| 20 | right? | 12:53:06 |
| 21 | A.  Correct. | 12:53:06 |
| 22 | Q.  How did you change your work habits from that | 12:53:07 |
| 23 | first period, the February 1 to 8 period to the second | 12:53:09 |
| 24 | period, when the TRO was issued on February 8 to | 12:53:16 |
| 25 | April 30?  Just tell me the differences between those | 12:53:19 |

Page 95

```
 1    two periods for your work at Fanatics.              12:53:22

 2           MS. CARSON:  Objection.  Form.              12:53:25

 3           THE WITNESS:  There wasn't much of a        12:53:27

 4    difference.  From the 1st to the 8th it was a lot of  12:53:28

 5    legal things, like I was in the throes of me leaving,  12:53:34

 6    and an amazing amount of mostly false accusations from  12:53:42

 7    DraftKings that hit the press cycle.  So from the 1st  12:53:48

 8    to the 8th it was more about me just, frankly, taking  12:53:52

 9    this all in.                                        12:53:55

10           On the 8th when it happened, I was -- when  12:53:57

11    the order came through, I was in -- I was in Las Vegas  12:54:00

12    already for the Super Bowl, and I was already        12:54:02

13    operating in the extreme abundance of caution.      12:54:05

14           If that order came in on the 8th and I wasn't  12:54:08

15    in Las Vegas already, I would have just stayed in    12:54:11

16    Los Angeles.  But I was there already and attended a  12:54:15

17    couple of Fanatics events, like as a guest, yes,    12:54:19

18    employed, but with limited understanding of what I'm  12:54:24

19    able to do.  Or maybe not a limited understanding, but  12:54:30

20    in an extreme caution of what I am actually able to  12:54:33

21    do.                                                 12:54:37

22           And then after the -- from the 8th to the    12:54:39

23    30th, same.  I was trying to learn as much as I can  12:54:40

24    about the company, about the executives, about the  12:54:47

25    other leaders' vision and strategy and where the    12:54:50
```

Page 96

| | | |
|---|---|---|
| 1 | company is going.  I was trying to get as much | 12:54:55 |
| 2 | historical data as I can to like ramp myself up | 12:54:58 |
| 3 | quickly.  Get set up with systems. | 12:55:02 |
| 4 | And then April 30, when April 30 happened, | 12:55:07 |
| 5 | I -- like I said, I shut off my laptop and left the | 12:55:11 |
| 6 | office and haven't been back. | 12:55:16 |
| 7 | BY MR. FOGELMAN: | 12:55:19 |
| 8 | Q.  So how many sporting events do you think you | 12:55:19 |
| 9 | went to between February 8 and April 30? | 12:55:22 |
| 10 | MS. CARSON:  Objection.  Beyond the scope. | 12:55:29 |
| 11 | MR. BRIAN:  Same. | 12:55:33 |
| 12 | THE WITNESS:  I went to the Super Bowl with a | 12:55:35 |
| 13 | friend of mine, not even in Fanatics' seats.  I think | 13:09:17 |
| 14 | that outside of that and the one Rangers playoff game, | 13:09:33 |
| 15 | I think I shut it -- I am as close to 100 percent as | 13:09:39 |
| 16 | possible, but I think that's it.  Which is on a normal | 13:09:46 |
| 17 | course of action, like I avoided -- I wanted to go to | 13:09:50 |
| 18 | a Lakers game badly.  I was invited by friends. | 13:09:53 |
| 19 | Didn't go to that.  Didn't go to the masters.  Didn't | 13:09:56 |
| 20 | go to F1. | 13:09:59 |
| 21 | I haven't been to a single Dodgers game. | 13:10:00 |
| 22 | Didn't go to a single Knicks playoff game.  I usually | 13:10:03 |
| 23 | go to opening day for the Yankees, didn't do that.  I | 13:10:08 |
| 24 | have avoided all of it, like back to the answer | 13:10:11 |
| 25 | earlier today where this is affecting my life in a big | 13:10:16 |

Page 97

```
 1    way.                                          13:10:18

 2    BY MR. FOGELMAN:                              12:56:40

 3        Q.  Then from April 30 to today, how did you   12:56:40

 4    change your work habits, if at all?          12:56:42

 5            MS. CARSON:  Objection.  Asked and answered  12:56:48

 6    many times.                                  12:56:49

 7            MR. BRIAN:  Same objections.          12:56:51

 8            THE WITNESS:  I mean I can't -- there's no   12:56:53

 9    other way to explain it other than it's a complete   12:56:55

10    paradigm shift in how I approach work.  I am employed,   12:56:59

11    but I am not working.  I don't -- I've been gardening   12:57:01

12    a lot, and in L.A. I've been searching neighborhoods   12:57:09

13    and trying areas and driving around and seeing houses,   12:57:12

14    and we found one this week.  So I'm happy about that.   12:57:15

15            Like my life has been pretty weird.  I've   12:57:22

16    been reading books.                          12:57:24

17    BY MR. FOGELMAN:                              12:57:28

18        Q.  But the reason that change has taken place,   12:57:28

19    if it has taken place, is because on April 30 there   12:57:30

20    was this federal injunction; right?          12:57:33

21            MR. BRIAN:  Asked and answered.       12:57:36

22            THE WITNESS:  I know I answered that before,   12:57:43

23    but I'll repeat it.  The reason why, yes, the 30th --   12:57:45

24    the order that came down on the 30th prompted me to   12:57:51

25    shut off my laptop and leave the office, yes.  But in   12:57:55
```

Page 98

| | |
|---|---|
| 1 | terms of where we are today, it's keeping that order | 12:57:57 |
| 2 | in mind, it's where do I plug into the company in a | 12:58:01 |
| 3 | way that works in the next eight months, and we have | 12:58:05 |
| 4 | yet to find a spot for me that just makes sense. | 12:58:11 |
| 5 | BY MR. FOGELMAN: | 12:58:15 |
| 6 | Q.  I'm going to ask you about Justin Tuck.  You | 12:58:15 |
| 7 | mentioned he's a friend.  You went to this party with | 12:58:18 |
| 8 | him, but is he the NFL player, Justin Tuck? | 12:58:18 |
| 9 | A.  Yes. | 12:58:22 |
| 10 | Q.  And were there NFL rookies at the party you | 12:58:23 |
| 11 | went to? | 12:58:25 |
| 12 | MS. CARSON:  Objection.  Beyond the scope. | 12:58:26 |
| 13 | MR. BRIAN:  Also vague. | 12:58:28 |
| 14 | (Indiscernible crosstalk.) | 12:58:30 |
| 15 | THE WITNESS:  I can answer; right? | 12:58:32 |
| 16 | MR. BRIAN:  Yes. | 12:58:33 |
| 17 | THE WITNESS:  Two separate things.  You're | 12:58:34 |
| 18 | talking about Justin Tuck, the NFL player -- former | 12:58:35 |
| 19 | NFL player I went to the Rangers game with, yes.  And | 12:58:38 |
| 20 | you're asking were there any NFL rookies there, no. | 12:58:41 |
| 21 | BY MR. FOGELMAN: | 12:58:45 |
| 22 | Q.  Okay.  And then you went to this party last | 12:58:45 |
| 23 | Saturday.  Were there -- were there NFL rookies at | 12:58:48 |
| 24 | that party? | 12:58:50 |
| 25 | MS. CARSON:  Objection.  Beyond the scope and | 12:58:52 |

Page 99

```
 1    vague.                                                12:58:54

 2            MR. BRIAN:  Vague.                             12:58:54

 3            THE WITNESS:  Yes, there were.                 12:58:54

 4    BY MR. FOGELMAN:                                       12:58:56

 5        Q.  And were there people that you understood to   12:58:56

 6    be VIPs at this party?                                 12:58:58

 7            MR. BRIAN:  I missed it.                        12:59:00

 8    BY MR. FOGELMAN:                                       12:59:01

 9        Q.  So at this party last Saturday night, were     12:59:01

10    there people you understood to be Fanatics VIPs at     12:59:03

11    this party, "yes" or "no"?                             12:59:07

12            MR. BRIAN:  Beyond the scope.                   12:59:08

13            MS. CARSON:  Objection.  Beyond the scope and   12:59:08

14    vague.                                                 12:59:10

15            THE WITNESS:  I'll answer that in two parts.    12:59:10

16    Like one, the way you're defining "VIP" means gambler. 12:59:14

17    I didn't recognize anybody, nor do I think anybody was 12:59:17

18    there.  I don't know.  But "VIP," the way I define it, 12:59:20

19    and the way the role is looked at is just like an      12:59:26

20    important person, then yes, there were several people  12:59:30

21    there who were of importance, but are they gamblers,   12:59:33

22    no, not that I know of.                                12:59:36

23    BY MR. FOGELMAN:                                       12:59:39

24        Q.  Were there DraftKings VIPs at that parties,    12:59:39

25    sir?                                                   12:59:45
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

| | | |
|---|---|---|
| 1 | MR. BRIAN:  That you know of. | 12:59:46 |
| 2 | Let me just object.  Calls for speculation. | 12:59:47 |
| 3 | No foundation. | 12:59:49 |
| 4 | If you know, you can answer that, although it | 12:59:49 |
| 5 | is beyond the scope. | 12:59:51 |
| 6 | MS. CARSON:  And asked and answered. | 12:59:52 |
| 7 | THE WITNESS:  So I'll give it to you in a | 12:59:55 |
| 8 | couple parts.  It's like one is no, I don't -- I | 12:59:58 |
| 9 | wasn't aware of any DraftKings VIPs or customers | 13:00:02 |
| 10 | there.  I didn't recognize anybody there.  I stuck to | 13:00:07 |
| 11 | speaking with Fanatics employees and friends of mine | 13:00:10 |
| 12 | that I knew prior to being at DraftKings. | 13:00:13 |
| 13 | I -- but I would say that the reason my -- | 13:00:19 |
| 14 | back to the living my life thing and the reason why | 13:00:22 |
| 15 | I've been so cautious over the last "X" number of | 13:00:26 |
| 16 | months, since February, has been there are -- there's | 13:00:28 |
| 17 | a public number, but DraftKings has 20 million | 13:00:33 |
| 18 | customers. | 13:00:36 |
| 19 | So that means -- I'll point to the group on | 13:00:37 |
| 20 | this Zoom today.  Likely somebody on this Zoom has a | 13:00:39 |
| 21 | DraftKings account, which makes you a DraftKings | 13:00:43 |
| 22 | customer, which makes me in violation of something if | 13:00:46 |
| 23 | I speak to them and I'm unaware of it.  That's what | 13:00:48 |
| 24 | makes this so hard to operate.  And when I say, | 13:00:51 |
| 25 | "operate," I mean live my life. | 13:00:55 |

Page 101

| | | |
|---|---|---|
| 1 | MR. FOGELMAN:  Okay.  I haven't taken two | 13:01:00 |
| 2 | hours.  I think it's closer to 90 minutes.  I did | 13:01:03 |
| 3 | promise to keep it to two hours on the record, but | 13:01:06 |
| 4 | it's been two hours in total.  I'm going to try to | 13:01:09 |
| 5 | honor my agreement.  So I'm going to stop for the day. | 13:01:13 |
| 6 | I appreciate your time for today. | 13:01:16 |
| 7 | Obviously we reserve all rights, and I think | 13:01:18 |
| 8 | we're going to end it now. | 13:01:20 |
| 9 | MR. BRIAN:  Okay.  Thank you. | 13:01:24 |
| 10 | Did you, Jim, discuss any sort of | 13:01:27 |
| 11 | stipulations as to how we're handling the transcript | 13:01:29 |
| 12 | the other day? | 13:01:31 |
| 13 | MR. FOGELMAN:  We didn't. | 13:01:34 |
| 14 | MR. BRIAN:  Why don't we do that off-line, | 13:01:35 |
| 15 | and we'll figure it out and we can work out some | 13:01:36 |
| 16 | agreement given the hearing coming up on June 4. | 13:01:39 |
| 17 | MR. FOGELMAN:  Okay.  We'll talk. | 13:01:42 |
| 18 | THE WITNESS:  Nice to meet you, Jim. | 13:01:44 |
| 19 | THE VIDEOGRAPHER:  We are going off the | 13:01:46 |
| 20 | record at 1:01 p.m., and this concludes today's | 13:01:46 |
| 21 | testimony given by Michael Z. Hermalyn.  The total | 13:01:51 |
| 22 | number of media units used was three, and will be | 13:01:54 |
| 23 | retained by Veritext Legal Solutions. | 13:01:57 |
| 24 | (Witness excused.) | 10:54:36 |
| 25 | (Deposition concluded at 1:01 p.m.) | 13:10:19 |

Page 102

```
 1                C E R T I F I C A T E

 2        I do hereby certify that the aforesaid testimony

 3    was taken before me, pursuant to notice, at the time

 4    and place indicated; that said deponent was by me duly

 5    sworn to tell the truth, the whole truth, and nothing

 6    but the truth; that the testimony of said deponent was

 7    correctly recorded in machine shorthand by me and

 8    thereafter transcribed under my supervision with

 9    computer-aided transcription; that the deposition is a

10    true and correct record of the testimony given by the

11    witness; and that I am neither of counsel nor kin to

12    any party in said action, nor interested in the

13    outcome thereof.

14

15                    Nancy J. Martin, RMR, CSR

16

17    Dated:  May 25, 2024

18

19

20

21    (The foregoing certification of this transcript does

22    not apply to any reproduction of the same by any

23    means, unless under the direct control and/or

24    supervision of the certifying shorthand reporter.)

25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1                INSTRUCTIONS TO WITNESS

 2

 3           Please read your deposition over carefully

 4      and make any necessary corrections. You should state

 5      the reason in the appropriate space on the errata

 6      sheet for any corrections that are made.

 7           After doing so, please sign the errata sheet

 8      and date it.  You are signing same subject to the

 9      changes you have noted on the errata sheet, which will

10      be attached to your deposition.  It is imperative that

11      you return the original errata sheet to the deposing

12      attorney within thirty (30) days of receipt of the

13      deposition transcript by you.  If you fail to do so,

14      the deposition transcript may be deemed to be accurate

15      and may be used in court.

16

17

18

19

20

21

22

23

24

25
```

Page 104

```
1                       - - - - - - - -

2                   E R R A T A

3                       - - - - - - - -

4       PAGE      LINE        CHANGE

5       _____     _____    _____

6       _____     _____    _____

7       _____     _____    _____

8       _____     _____    _____

9       _____     _____    _____

10      _____     _____    _____

11      _____     _____    _____

12      _____     _____    _____

13      _____     _____    _____

14      _____     _____    _____

15      _____     _____    _____

16      _____     _____    _____

17      _____     _____    _____

18      _____     _____    _____

19      _____     _____    _____

20      _____     _____    _____

21      _____     _____    _____

22      _____     _____    _____

23      _____     _____    _____

24      _____     _____    _____

25      _____     _____    _____
```

Page 105

1                    ACKNOWLEDGMENT OF DEPONENT

2

3           I, MICHAEL Z. HERMALYN, do hereby certify

4     that I have read the foregoing pages, _____ to

5     _____, and that the same is a correct transcription

6     of the answers given by me to the questions therein

7     propounded, except for the corrections or changes in

8     form or substance, if any, noted in the attached

9     Errata Sheet.

10

11     _____

12     DATE                    SIGNATURE

13

14

15

16     Subscribed and sworn to before me this _____ day

17     of _____, 20__.

18

19

20     My commission expires:  _____.

21

22     _____

23     Notary Public

24

25

                                        Page 106

1    BRAD D. BRIAN, ESQ.

2    Brad.Brian@mto.com

3                                    May 25, 2024

4    RE: Michael Z. Hermalyn And FVP, LLC  v. Draftkings, Inc.

5    5/24/2024, Michael  Hermalyn, (#6719817).

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12   _x_ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20       Contact Veritext when the sealed original is required.

21   __ Waiving the CA Code of Civil Procedure per Stipulation of

22       Counsel - Original transcript to be released for signature

23       as determined at the deposition.

24   __ Signature Waived - Reading & Signature was waived at the

25       time of the deposition.

                                                    Page 107

1   __ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF

2       Transcript - The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, notating the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9   __ Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
1   Michael Z. Hermalyn And FVP, LLC  v. Draftkings, Inc.

2   Michael  Hermalyn (#6719817)

3                    E R R A T A   S H E E T

4   PAGE_____ LINE_____ CHANGE_____

5   _____

6   REASON_____

7   PAGE_____ LINE_____ CHANGE_____

8   _____

9   REASON_____

10  PAGE_____ LINE_____ CHANGE_____

11  _____

12  REASON_____

13  PAGE_____ LINE_____ CHANGE_____

14  _____

15  REASON_____

16  PAGE_____ LINE_____ CHANGE_____

17  _____

18  REASON_____

19  PAGE_____ LINE_____ CHANGE_____

20  _____

21  REASON_____

22

23  _____    _____

24      (Michael  Hermalyn)                            Date

25
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[& - 90071]**

| & |
|---|
| **&**   3:5,11,17 5:24 107:24 108:9 |

| 1 |
|---|
| **1**   1:25 4:7 5:5 12:12 17:17 19:17 20:12,19 21:4,6,9,14 27:3 83:20 95:12,23 108:1 |
| **1/28/2024**   4:9 |
| **10**   9:10,10,12 11:1 68:25 89:24 |
| **10,000**   53:24 54:8,15 56:24 |
| **100**   80:20 97:15 |
| **10010**   3:19 |
| **109**   1:25 |
| **10:10:46**   4:10 |
| **11**   28:18 56:8 |
| **11:01**   2:16 5:1 5:4 |
| **11:4**   41:3 |
| **11:44**   41:2 |
| **11:47**   41:4,6 |
| **120**   69:20 |
| **121**   28:18 |
| **12:36**   86:25 87:1 |
| **12:43**   87:2,4 |
| **14**   47:4 |

| 15 |
|---|
| **15**   10:7 11:1 |
| **150**   23:16 |
| **17th**   30:15,25 |
| **18**   91:24 94:18 |
| **18th**   91:22 |
| **19th**   30:15 |
| **1:01**   102:20,25 |
| **1st**   96:4,7 |

| 2 |
|---|
| **2**   4:8 10:15 17:18 28:12 45:5,6 |
| **20**   34:23 47:4 101:17 106:17 |
| **2000**   22:9 |
| **2024**   1:12,17 2:13 5:1,4 21:22 45:19 47:24 54:14,16 55:3 58:14 103:17 107:3 |
| **2025**   49:5 54:6 57:2 |
| **2025.520**   107:9 107:12 |
| **21**   4:7 |
| **213**   3:7,13 |
| **22**   24:14 25:11 58:6 |
| **229-7000**   3:7 |
| **22nd**   3:18 24:15,17 25:2 58:1 |
| **23**   24:6 25:12 58:6 |

| 23rd |
|---|
| **23rd**   24:20 25:3 58:1 |
| **24**   1:12,17 2:13 5:1,4 |
| **24stcv02694**   1:4 2:4 5:10 |
| **25**   103:17 107:3 |
| **27**   24:4 |
| **27th**   20:22 |
| **28**   4:8 45:19 47:24 |
| **29th**   22:23 |

| 3 |
|---|
| **3**   4:9 45:2,3,8 |
| **30**   7:14 9:13 13:21 14:16,21 14:23 15:6,22 16:12,24 19:3 19:8 30:24 34:18,20 36:18 36:22 37:1 67:10 75:11 76:12,14 77:5 78:1 95:19,25 97:4,4,9 98:3 98:19 104:12 108:1 |
| **30th**   10:21 78:25 86:20 96:23 98:23,24 |
| **31**   57:24 58:14 |
| **333**   3:5 |
| **35**   9:14 |

| 350 |
|---|
| **350**   3:11 |

| 4 |
|---|
| **4**   47:3 54:14,16 102:16 |
| **45**   4:9 |
| **47th**   3:6 |
| **4th**   54:25 55:1 55:3,5,6 56:4 |

| 5 |
|---|
| **5**   10:15 |
| **5/24/2024** 107:5 |
| **50th**   3:12 |
| **51**   3:18 |

| 6 |
|---|
| **6719817**   107:5 109:2 |
| **683-9280**   3:13 |

| 7 |
|---|
| **7**   4:3 |

| 8 |
|---|
| **8**   9:10,12 45:1 95:13,19,23,24 97:9 |
| **8th**   96:4,8,10 96:14,22 |

| 9 |
|---|
| **9**   21:19 |
| **90**   69:20 84:18 85:6,10,12 102:2 |
| **90071**   3:6,12 |

Page 1

**[9504 - answer]**

| | | | |
|---|---|---|---|
| **9504**  1:24 | **accountant** | **affirmed**  6:23 | 9:16 14:6 15:1 |
| **975**  103:15 | 10:12 | **aforesaid**  103:2 | 15:12,20 16:13 |
| **99.9**  83:16 | **accurate**  12:9 | **agent**  18:1 | 28:10 29:20,21 |
| **a** | 28:20,22,23 | **ago**  10:7 28:17 | 37:16 38:10 |
| **a.m.**  2:16 5:1,4 | 29:17 104:14 | 33:21 | 39:1,16 40:7 |
| 41:3,4 | **accusations** | **agree**  11:16 | 41:8 48:14 |
| **able**  9:8 12:1,4 | 96:6 | **agreed**  61:12 | 63:2 69:3,16 |
| 13:2,2 17:10 | **acknowledg...** | 65:2 66:17 | 77:7,13 92:2 |
| 38:1,2,4 39:13 | 106:1 | 84:17 | 96:16 |
| 40:2 57:1 | **action**  97:17 | **agreement** | **anniversary** |
| 59:22 62:18 | 103:12 | 11:10 20:2,6,8 | 89:25,25 |
| 71:13 72:6,8 | **actual**  23:19 | 20:10,11,14,17 | **answer**  11:23 |
| 77:20 90:14 | 24:9 29:10 | 20:18 27:2,4 | 16:6,7,17 18:2 |
| 96:19,20 | 92:11 | 27:20,23 28:5 | 19:5,6 25:20 |
| **above**  107:6 | **actually**  24:9 | 48:17 102:5,16 | 27:9,10,11 |
| **absolute**  85:7 | 24:11 43:9 | **ahead**  44:13 | 31:21 33:7,13 |
| **absolutely** | 50:20 89:23 | 47:20 59:19 | 33:21 35:9,21 |
| 16:19 37:6 | 94:5 96:20 | 78:17 | 36:1 37:3,13 |
| 59:9 65:14 | **add**  74:6 | **aided**  103:9 | 37:20 38:16 |
| 71:12 72:8 | **added**  14:10 | **al**  5:8,9 | 39:6,7,8,19,24 |
| **abundance** | **address**  22:7,15 | **alayna**  3:3 5:22 | 40:1,1,21 |
| 10:20 14:17 | 49:6,8,10 | **aliki**  3:16 6:10 | 41:14 42:7,10 |
| 34:18 36:2 | 50:11,17,18,20 | **allegations** | 42:16 43:8,10 |
| 90:5 96:13 | 51:1,4,6,8,13 | 17:21 | 43:25 44:13,15 |
| **accept**  19:18,20 | 51:17,20,23 | **allege**  90:12 | 44:16 46:5,17 |
| **access**  28:9 | 53:16 54:6 | **allianceberns...** | 46:18,23 47:11 |
| 78:22 79:4 | 56:12 | 50:25 | 52:22 56:19 |
| 89:24 90:1 | **adds**  19:12 | **allowed**  55:13 | 59:1,11,17,19 |
| **accessed**  86:16 | **adventure**  26:8 | **amazing**  38:3 | 61:13,16,18,25 |
| **accommodate** | **advice**  16:10 | 96:6 | 63:8,9 65:5 |
| 18:9 | **affect**  44:3 | **amoona**  48:2 | 66:19,25 68:11 |
| **account**  33:15 | **affecting**  97:25 | **amount**  96:6 | 70:13 72:17,23 |
| 50:25 58:20 | **affiliations** | **andrew**  3:23 | 73:1,3,13,15,16 |
| 64:5,11 76:16 | 5:17 | **angeles**  1:2 2:2 | 74:18 75:17 |
| 81:8 101:21 | | 3:6,12 5:9 9:1 | 80:10 82:18 |

**[answer - assumes]**

| | | | |
|---|---|---|---|
| 83:12 88:23 | **apartment** | 14:23 15:6,22 | 56:16 60:9,14 |
| 89:15,17,20 | 22:20,22 29:12 | 16:12,24 19:3 | 60:20 62:25 |
| 90:14 93:7 | 45:14 46:13 | 19:8 29:21 | 64:6 65:2,18 |
| 97:24 99:15 | 49:9,19,23 | 30:1,5,6,15,15 | 67:25 71:18,20 |
| 100:15 101:4 | 50:2,3,14,15 | 30:24 34:18,20 | 72:13,15,20 |
| **answered** | 51:8,18 53:25 | 36:18,22 37:1 | 73:5,7 74:14 |
| 15:23,25 18:16 | 55:22 56:21 | 67:10,10,14,17 | 75:9 78:16 |
| 25:7 35:5 | 91:13 92:1 | 68:3 75:11 | 79:20 83:21 |
| 36:20 39:9,10 | **apartments** | 76:12,14 77:5 | 88:6,20 92:10 |
| 40:14 42:15 | 50:8 55:18 | 78:1 95:19,25 | 98:5,21 101:6 |
| 43:4,24 44:14 | **apologies** 6:16 | 97:4,4,9 98:3 | **asking** 16:9 |
| 47:19 50:22 | **appearances** | 98:19 | 18:18 20:4,6 |
| 52:21 55:25 | 5:17 | **archive** 81:14 | 28:4 34:5,9 |
| 56:16 57:21 | **appeared** 2:18 | **archived** 81:16 | 37:8 38:20,24 |
| 60:14,20 62:25 | **appearing** 5:20 | **areas** 78:8 | 39:3,13,16,22 |
| 63:7 64:6 65:3 | 107:18 108:7 | 98:13 | 40:5,6,7,9 41:8 |
| 65:7,18 67:25 | **applications** | **argumentative** | 41:25 42:2,4 |
| 70:12 71:20 | 69:18 70:18 | 56:17 59:6 | 42:13 43:3 |
| 72:15,22 73:7 | **applied** 23:10 | 63:5 65:12 | 44:2,6,6 53:18 |
| 74:14 78:16 | 23:22 69:19 | 92:7 94:4 | 62:21 64:24 |
| 79:20 83:21 | **apply** 41:20 | **armillei** 3:17 | 74:11 82:14 |
| 88:6,21 98:5 | 42:21 44:21 | **arrive** 56:10 | 84:18,22 95:3 |
| 98:21,22 101:6 | 52:9,23 103:22 | **articulated** | 99:20 |
| **answering** | **appreciate** | 24:2 | **assistant** 10:13 |
| 89:16 | 18:13 102:6 | **ashford** 12:13 | 69:9,18 70:17 |
| **answers** 73:18 | **approach** | 12:23 23:15 | 75:2,7,8,10,18 |
| 106:6 | 98:10 | 25:4 | 79:23 93:8 |
| **anybody** 32:10 | **appropriate** | **asked** 15:23,25 | **associate** 6:11 |
| 32:12 35:25 | 74:7 104:5 | 18:10,15,15 | **associated** |
| 47:21 62:12 | **approximately** | 35:5 36:20,21 | 92:25 |
| 72:1 81:3 90:7 | 87:12 | 37:25 39:9 | **assume** 27:17 |
| 100:17,17 | **approximation** | 40:14 42:15 | 57:17 |
| 101:10 | 29:13 | 43:4,23 44:14 | **assumed** 11:2 |
| **anymore** 51:15 | **april** 7:14 | 50:22 52:21 | **assumes** 53:21 |
| 52:11 53:14 | 13:21 14:16,21 | 54:10 55:25 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[assuming - brian]**

| | | | |
|---|---|---|---|
| **assuming** 57:22 | 51:7 56:21 | **beyond** 11:8 | 65:8,17,20,25 |
| **attached** | 61:22 62:18 | 27:5 31:17 | 66:1,4 |
| 104:10 106:8 | 76:7 77:7,22 | 32:3,19 33:3 | **book** 89:25 |
| **attend** 8:4 10:4 | 78:5,5 87:3 | 34:14 35:7 | **books** 98:16 |
| 88:18 94:13 | 97:6,24 101:14 | 41:22 46:4,20 | **boston** 30:8,24 |
| **attended** 8:3,4 | **badly** 97:18 | 48:19 65:1 | 37:10 38:7,25 |
| 17:13,14,15 | **bag** 76:6 | 66:11,22 67:7 | 39:3,17 42:14 |
| 91:2 96:16 | **bank** 58:20 | 68:9,24 70:9 | 43:1,13,16 |
| **attorney** 3:3,4 | 64:5,11 | 71:9 74:17 | 68:2 95:14 |
| 3:4,10,15,16 | **barzenttini** | 75:1 76:22 | **bowl** 32:8 |
| 5:18 37:12 | 66:8,10,14,20 | 79:10 80:4,8 | 54:20 96:12 |
| 38:14,15 | **based** 25:21 | 80:16,17,23 | 97:12 |
| 104:12 | 63:11 70:17 | 81:9,20 82:9 | **box** 52:15 |
| **august** 51:20 | **basically** 55:19 | 82:11 83:3,11 | 80:15 |
| **automatically** | **basis** 70:23 | 83:22 84:4,15 | **brad** 3:3,9 5:21 |
| 75:25 | **beach** 14:25 | 84:19 85:1,20 | 5:24 6:14 8:21 |
| **available** 79:3 | 26:1,2 | 86:2,10,18 | 85:18 86:21 |
| **avenue** 3:5,11 | **beck** 3:10 6:2 | 87:18,22 88:13 | 107:1 |
| 3:18 22:7,15 | **beginning** 2:16 | 88:21 89:13,18 | **brad.brian** |
| 49:3 50:4 54:6 | **behalf** 5:20 | 91:5,7 92:9,15 | 3:13 107:2 |
| **avoid** 90:7 94:8 | 42:2 | 93:2,18 94:21 | **break** 40:17,22 |
| **avoided** 92:11 | **belief** 35:21 | 97:10 99:12,25 | 59:8 85:3,9,14 |
| 93:24 97:17,24 | **believe** 5:22 | 100:12,13 | 86:22 |
| **aware** 16:25 | 10:16 18:21 | 101:5 | **breakfast** |
| 26:24 43:2 | 20:23 31:25 | **big** 13:6 26:12 | 76:11 |
| 65:17,19,20 | 32:16,25 33:9 | 91:9 97:25 | **brentwood** |
| 86:14 89:11 | 34:13 35:16 | **biggest** 88:7 | 62:10 |
| 101:9 | 36:6 51:10 | **bio** 14:8 | **brian** 3:9 5:24 |
| **awesome** 94:8 | 52:16 65:10 | **birthday** 93:13 | 5:24 8:11,18 |
| **b** | 77:8 | **bit** 8:13 49:22 | 8:20 11:10,17 |
| **b** 4:5 108:1 | **believed** 34:6 | 54:22 | 11:24 16:1,16 |
| **back** 8:22 | **best** 8:20 85:6 | **blurry** 8:9 | 18:13 19:4,6 |
| 17:22 26:4 | **better** 54:5 | **board** 7:21 8:3 | 21:12,24 25:5 |
| 27:2 36:1 | **betting** 64:21 | 8:4,5 64:16,21 | 25:14 27:7,11 |
| 39:25 41:5 | 65:23 67:5,12 | 64:22,25 65:6 | 31:19 32:20 |

Page 4

**[brian - carson]**

33:5,12,25
35:6,18 36:24
37:11,20 38:13
39:4,18,24
40:11,16,22
41:10 42:7,16
43:6,23 44:12
45:5,12 46:15
46:22,24 47:19
48:21 52:21
53:6,21 55:25
56:16 58:8,16
58:22 59:6,11
59:17 60:14,21
61:9,15,20,25
62:3,25 63:5
63:21 65:1,12
65:18 66:16
67:25 68:12
70:11 72:16,22
73:7,20 74:15
74:17 75:14
76:19 77:1
78:16 79:20
80:8,17,21
81:9,25 82:9
82:19 83:5,11
83:23 84:4
85:2,20 86:2
86:12,23 88:6
88:20 89:15
91:7,21 92:7
92:16 93:4,16
94:4,19,21
97:11 98:7,21

99:13,16 100:2
100:7,12 101:1
102:9,14 107:1
**bring** 21:3 26:9
26:10 62:9
92:14,17
**broad** 34:20
**broader** 62:17
64:3
**broken** 64:4
**brought** 24:24
25:2
**brunch** 91:12
94:12
**bucket** 77:25
**buffer** 54:23
**build** 9:6,6
59:13,20,22
62:17
**building** 9:5
28:9 49:13
51:12 53:25
54:8,8,15
55:13 56:25,25
61:5 70:5,7
71:23
**bulk** 33:14
**bunch** 10:8
23:7 47:4
63:10 93:21
**business** 9:19
63:10 64:4,19
65:8,22 71:23
72:1,9 74:4
84:14,14 91:10

94:6 95:6,8
**businesses** 9:24
**button** 23:8
**buttons** 23:7

---

**c**

**c** 3:1 103:1,1
**ca** 107:9,12,21
**calendar** 30:21
**california** 1:1
2:1 3:6,12 9:16
24:16,19,23
25:2,11,19,21
25:23 26:7,10
26:10 41:19
42:20 44:18,22
51:4,24 52:9
52:15 57:6
62:11
**call** 10:25 11:2
11:3,4,7,20
12:18 25:12
28:16 36:10,11
53:13 84:10
**called** 24:12
26:24 31:5
60:1
**calling** 37:12
**calls** 15:14
26:17 35:19
36:19 37:18
38:14,17 39:19
46:16 58:22
76:19 78:15
93:16 101:2

**cancel** 52:18
76:4
**canceled** 10:21
55:12
**candidate**
68:20
**candidates**
23:16 68:7
**capacity** 9:21
10:1
**car** 29:11
**card** 28:9,16,17
28:23 29:11
75:20,20,21
76:3,4,5,17
77:2 78:12,19
**carefully** 104:3
**carson** 3:15 6:5
6:6,6,9 11:8,22
15:14,23,25
16:15 21:23
25:13 26:17
27:5,15 31:17
32:3,19 33:3
33:11 34:14
35:5 36:19
37:18 38:17
39:9 40:14
42:6,15 43:4
43:22 44:14
46:3,14,20
48:19 50:5,22
56:15 58:2,7
58:24 59:5
60:15,20 62:24

**[carson - communication]**

64:6,12 65:13
66:11,22 67:7
67:19 68:1,9
68:24 69:4,8
69:14 70:9
71:9,20 72:15
72:24 73:8
74:14,16 75:1
75:12 76:22
78:14,24 79:10
79:18 80:4,16
80:23 81:11,20
81:24 82:11,17
83:3,21 84:15
85:1 86:3,10
86:18 87:7,18
87:22 88:5,13
88:22 89:13
90:22 91:5
92:9,15,22
93:2,5,18 94:3
94:20 96:2
97:10 98:5
99:12,25
100:13 101:6
**case**   1:4 2:4
5:10 10:1,3
30:9 81:2
**causing**   18:22
**caution**   10:20
14:17 34:18
36:3 90:5
96:13,20
**cautious**
101:15

**ccp**   107:9,12
**celebrity**   72:2
**cell**   17:25
**century**   49:3
**ceo**   12:19
**ceos**   24:23
**certification**
103:21
**certified**   2:17
**certify**   103:2
106:3
**certifying**
103:24
**cetera**   74:7
**chairman**   66:7
**change**   13:17
16:20 38:9
50:10,17 79:25
95:10,22 98:4
98:18 105:4
109:4,7,10,13
109:16,19
**changed**   13:18
14:6,8,9,12,14
50:8 52:5
**changes**   14:20
15:4 104:9
106:7
**changing**   38:12
51:23 52:10
**characterizati...**
23:3 62:5
**charge**   76:17
**charged**   76:15
78:12

**check**   30:20
57:11 80:2,7
**checking**   11:25
12:2,21 79:8,9
79:17,21
**chicago**   9:17
**chilled**   81:3
**circumstance**
36:16,24
**cities**   9:11,15
9:16 10:8
13:24
**city**   7:11,16
26:2,5
**civil**   107:19,21
**claim**   19:1 59:4
**clarification**
6:8 14:3 15:24
40:13
**clarify**   15:3
25:9 44:1 83:6
**classify**   92:5
**clean**   49:15
55:17
**clear**   16:9
18:18 50:19
62:21 70:1
79:2
**clearly**   28:2
81:1
**click**   23:6 52:14
**clicked**   23:8
**client**   37:12
38:14 40:18
93:13

**close**   97:15
**closer**   102:2
**code**   107:9,12
107:19,21
**coffee**   12:22
**coliseum**   91:11
**colleague**   6:1
**colleagues**   5:21
**collectables**
12:19 64:20
**collectibles**
63:12 65:22
91:10
**come**   13:24
22:3 24:17,19
47:16,21 57:13
90:11
**comes**   51:19
57:14 69:23
**coming**   102:16
**commerce**   9:25
64:20 65:23
**commission**
106:20
**commit**   85:12
**committed**
85:12,13
**communicate**
32:1 83:2
**communicated**
34:12 35:15
**communicating**
84:9
**communication**
83:17 85:23

**[communications - couple]**

communicati... 37:2 39:5,7 41:13 42:18 84:3,23

company 9:20 12:8,17,25 13:4 20:9 31:13 32:23 34:10 59:3 60:1,19 61:2,7 65:20,21 86:4 86:6 96:24 97:1 99:2

compete 27:4
complete 98:9
completed 61:25 107:7,17 108:6

completely 34:3 35:11 66:18

completion 108:10

comply 15:9,13 15:21 16:11

complying 15:17 16:19

compound 25:5 86:3

computer 46:7 46:9 82:8,15 83:10 103:9

concluded 102:25

concludes 102:20

conclusion 37:19 38:18

condo 49:2
conducted 5:11
confidential 17:7

confusion 33:23

connected 90:8
connecting 17:8

connection 85:24

consider 43:3 44:7,11 74:3 74:13 91:17

considered 73:25 74:2

considering 12:24

consistent 55:1
consolidate 63:25

consolidating 24:23 62:8 72:9

consolidation 71:22

constantly 90:10

contact 107:9 107:20

contacts 33:14
contend 43:20
contending 44:10

continue 15:8 15:12,21 16:11 61:16

continuing 12:8,17

contract 27:25 28:7

contractor 70:4
control 103:23
controlled 10:12 64:2

conversation 33:18 37:22 94:22 95:6

conversations 16:3 41:11 78:3 89:16 95:1

coordinator 70:15

copy 27:20
core 9:23
corner 51:12
corporate 75:20,20,21 76:3,4,5 78:12 78:19

correct 7:5,6 10:15 12:14,15 12:25 13:1 20:13 25:12

28:23 58:6 62:23 72:21 73:6 76:5 94:18 95:21 103:10 106:5

corrections 104:4,6 106:7 107:14,15 108:3,4

correctly 103:7
coughed 53:7
counsel 3:8,14 3:20 5:7,16 6:20 16:4,8,19 18:9 22:7 28:16 33:25 37:2,22 39:5 39:12 41:11 42:18 44:24 47:24 48:10 49:1 53:24 54:14 61:9,12 61:20 73:20 84:20 85:5,9 103:11 107:18 107:22 108:7

counsel's 16:10
country 53:11
county 1:2 2:2 5:9

couple 12:10 13:23 20:24 21:2 25:20,22 28:17 30:9,23 47:6 59:9 75:4

**[couple - description]**

91:15 96:17
101:8
**course** 15:10
90:16 97:17
**court** 1:1 2:1
5:10,14 6:19
7:4 14:15,21
15:5,11,21
16:12,24 19:2
30:24 36:18
37:1,8,9,16
38:10,25 39:1
39:16,23 40:7
40:9 41:8 42:3
42:4,13 43:3
44:6,11 90:21
95:14 104:15
**covenants**
42:21 44:20
**cover** 11:15
**covid** 26:1
**created** 10:12
**credit** 78:20
**cross** 40:12
44:8 59:7,10
61:10 73:19
81:10 82:23
85:17
**crosstalk** 36:23
75:13 88:15
99:14
**crutcher** 3:5
**crystal** 79:2
**csr** 1:24 103:15

**currently** 22:1
25:25 49:24
50:2 55:22
60:4 62:11,16
63:10,17 67:20
69:19,21 70:14
76:6 83:8,9
89:21
**customer** 31:25
32:16 33:1,10
33:19,20 34:6
35:13,14,16
36:5 101:22
**customers**
34:19,19,23,24
34:25 35:10
36:4,5 101:9
101:18
**cut** 40:23
**cycle** 96:7

**d**

**d** 3:9 4:1 107:1
**d.c.** 9:17
**dad** 21:25
**dan** 66:8,10,14
66:20
**data** 28:23 97:2
**date** 25:17 33:1
87:12 104:8
106:12 107:16
108:5 109:24
**dated** 4:9 54:13
103:17
**daughters** 22:1

**david** 3:17
**day** 14:1,5
19:21,21,24
22:24 23:1,4,9
24:11 28:1
29:2,8 48:9,9
48:25 49:7,7
49:24 50:7
56:2,21,22
58:14,18 59:23
78:6 79:14,16
85:8 93:13
97:23 102:5,12
106:16
**days** 28:17,18
28:18 30:1,9
30:17,19 69:20
69:20 104:12
**decline** 39:8
**deemed** 104:14
**defendant** 1:8
2:8 5:7,20
**define** 91:2
100:18
**defining** 100:16
**definitely** 24:22
24:24 25:15
36:3 47:12
80:11 81:3,3
**definitively**
57:4 77:18
**delay** 54:19
**delete** 31:22
81:13

**deleted** 31:15
45:23 46:1,6
81:7,15 83:19
86:9,13
**deleting** 46:9
**deliberately**
93:24
**demonstrates**
35:23
**denver** 9:17
**deponent** 103:4
103:6 106:1
**deposed** 7:7
**deposing**
104:11
**deposit** 57:12
57:15
**deposition** 1:16
2:15 5:6,11 8:8
21:6 28:12
32:7 37:4 45:3
46:21 65:2
71:24 75:5
84:18 102:25
103:9 104:3,10
104:13,14
107:19,23,25
108:8,10
**described**
18:22 19:1
24:7 60:12
**describing**
23:21
**description** 4:6
23:25 28:20,24

**[descriptions - employed]**

descriptions
    74:20
desk    29:5
desperately
    13:1
destroyed
    17:19
details    75:23
determined
    107:18,23
    108:7
device    17:23,24
    31:15 85:24
difference    13:6
    96:4
differences
    95:25
different    13:23
    17:15 25:22
    28:4 34:3
    41:21,25 44:12
    49:15,23 50:1
    63:10,11 65:8
    65:22 70:18
    72:9 78:8
dinner    8:5 91:3
direct    57:12
    103:23
directionally
    10:13 29:1
    30:21
directly    71:2
disclosing
    37:22

disco    93:13
discovery
    84:19
discuss    12:7
    40:17 102:10
discussed    20:15
    20:17 94:15
discussion
    16:18 24:9
discussions
    12:13,16,23
    57:25 73:23
disgusted    20:16
distributed    9:4
division    64:3
    64:23 71:23
dmv    23:4,5,10
    49:7,10 50:10
    50:20 52:7
docket    89:9
doctor    45:14
    46:13
document
    28:19 54:14
    55:11
dodge    3:24
dodgers    89:2,7
    97:21
doing    12:3,20
    14:18 32:22
    34:7,8 38:8,8
    43:2 51:5,16
    52:1 69:22
    74:4 95:3,4
    104:7

donor    23:7
double    18:1
    30:20
doubt    45:22
draftkings    1:7
    2:7 3:8 5:9,21
    17:12,23,24
    33:19 34:6,21
    34:22 39:17,23
    40:7,10 41:9
    42:4,5,13 43:2
    43:12,20 44:3
    44:10 46:7
    84:17 90:8,12
    96:7 100:24
    101:9,12,17,21
    101:21 107:4
    109:1
drinks    93:21
driver's    23:11
    49:11 52:3,4
    52:19
driving    98:13
drop    39:17
    42:14
drought    88:8
duly    103:4
dunn    3:5 5:19

**e**

e    3:1,1,15 4:1,5
    17:25 45:18
    48:9,11,25
    78:22 79:4,7,8
    79:9,17,23,25
    80:2,7,15,15,25

81:4,8,8,13
    103:1,1 105:2
    107:9,12 108:1
    109:3,3,3
earlier    17:11
    28:25 41:16
    55:4 56:2
    60:12 71:24
    78:6 88:24
    97:25
early    30:5 54:3
ears    8:18
eastern    48:13
edited    14:9
effect    95:19
effects    95:10
efforts    85:6
eight    74:6 99:3
either    7:20
    11:11 14:24
    25:11 29:4
    40:8 52:18
    78:19 91:13
electronic
    57:14
electronically
    32:2
elevator    29:6
email    4:9
emanuel    3:17
    6:7
employed    13:4
    13:6,10,12
    35:1 57:22
    59:21 60:5,8

Page 9

**[employed - fanatics]**

| | | | |
|---|---|---|---|
| 69:13 70:4,5 | **estate** 64:3 | **excused** 102:24 | **eyes** 58:11 |
| 95:16 96:18 | **et** 5:8,9 74:7 | **exec** 8:1 | **f** |
| 98:10 | **evaluating** | **executive** 31:4 | **f** 103:1 |
| **employee** 62:11 | 74:10 | **executives** 93:9 | **f1** 10:18 97:20 |
| 63:19 92:5,6 | **event** 10:4 87:6 | 94:16 96:24 | **fact** 53:21 |
| 95:2,2 | 88:3 89:6,12 | **exhibit** 4:7,8,9 | **fail** 104:13 |
| **employees** | 90:4,15 91:1,2 | 21:3,4,6,9,14 | **fairmont** 49:3 |
| 101:11 | 91:2,4,9,17 | 28:12 44:25 | **faith** 55:20 |
| **employer** 60:10 | 92:11 | 45:1,2,3,8 | **fall** 26:5 62:13 |
| **employment** | **events** 17:8,16 | **exhibits** 20:25 | **false** 96:6 |
| 19:18,20 20:3 | 88:8,11,18 | 22:17 | **familiar** 84:7 |
| 20:4,7 27:2,20 | 89:1 92:11 | **exist** 57:25 58:5 | **family** 14:25 |
| 27:23 28:5 | 93:24 94:1,11 | **existed** 9:19,23 | 15:1 22:3 |
| 43:21 44:4 | 96:17 97:8 | **exists** 59:4,9 | 25:25 26:8 |
| **ended** 18:15 | **everybody** | **expense** 74:25 | 30:7,7 44:19 |
| **entire** 65:21 | 36:10,11 | 75:10 | 51:19,19 54:21 |
| **entirety** 34:25 | **evidence** 53:21 | **expenses** 75:4 | 54:24 56:13 |
| 35:3 | **exact** 9:14 | 75:18 76:1 | 77:17,19 95:5 |
| **entities** 71:7,19 | 25:17 70:22 | **experience** 74:7 | **fan** 90:10 |
| **entity** 59:9,21 | 81:5 | **expires** 106:20 | **fanatic** 64:3 |
| 72:13 73:6 | **exactly** 8:6 | **explain** 98:9 | **fanatics** 7:13 |
| **envision** 39:1 | 24:21,25 26:11 | **explained** | 7:17,19 8:2,23 |
| **equal** 71:25 | 37:9 42:4 47:1 | 41:18 | 9:7,20,24,24 |
| **equals** 10:2 | 67:10 | **exploratory** | 14:20 17:1,12 |
| 71:25 | **examination** | 78:2 | 19:20 20:3,7 |
| **errata** 104:5,7 | 7:1 | **explore** 26:8 | 26:16,25 31:6 |
| 104:9,11 106:9 | **examined** 6:24 | **exploring** | 31:16,25 32:8 |
| 107:14,16 | **example** 35:24 | 12:10 74:4 | 32:9,17 33:1 |
| 108:3,5 | 62:8 | 94:24 | 33:10,19 34:8 |
| **especially** | **examples** 74:12 | **express** 89:23 | 34:9,13,19,25 |
| 10:20 | **except** 106:7 | **extent** 14:19 | 35:1,13,17 |
| **esq** 3:2,3,9,10 | **excited** 44:19 | 37:21 42:8 | 36:5,5,12,12 |
| 3:16,17 107:1 | 68:4 70:20 | 46:15 | 44:4 55:9 60:6 |
| **essentially** | **excuse** 5:7 11:6 | **extreme** 96:13 | 63:14 64:18,18 |
| 65:10 | 45:25 66:9 | 96:20 | 64:19,20,22 |

**[fanatics - fogelman]**

65:9,11,21,21
66:2,4,6,7 67:5
67:6,15,24
68:21 69:2,24
70:2,5,6,15,23
71:6,7,18 72:3
72:14 73:6,24
74:5,25 77:23
78:1,22 79:17
81:8,19,23
82:2,2,4 84:13
84:23 85:24
86:1,17 91:1
91:17 92:11
93:1 94:15,16
95:1,2,12,16
96:1,17 97:13
100:10 101:11
**far**  65:17 84:19
85:8
**fast**  69:17
**fbg**  9:9,13
**february**  12:12
17:22 19:17
20:12,19 27:3
29:14,18 54:3
54:14,16 55:3
56:8 83:20
89:22 95:12,13
95:19,23,24
97:9 101:16
**federal**  14:15
14:21 15:5,21
16:12,24 19:2
30:24 36:17

37:1,9 90:20
95:14 98:20
108:1,8,9
**feel**  90:10
**feeling**  8:19
**ferrera**  18:1
**figure**  60:18
94:25 102:15
**figuring**  63:25
70:24
**file**  52:12
**filed**  5:9 42:2,2
43:12 51:22
55:7,24 58:15
83:20
**filing**  43:18
**finalizing**  78:8
**financial**  50:24
**find**  13:3 26:9
32:14,22 34:2
34:7 38:11
74:8 99:4
**finish**  59:11,17
61:20 85:6,18
85:20
**firm**  5:15
**first**  8:8 18:5
20:20 22:2
24:2,4,8,10,12
47:9,12,12,17
51:8 55:10
69:20 87:9,10
89:3,7 95:23
**five**  30:19

**flight**  75:5
76:25 78:20
79:25
**flights**  76:13,17
76:24 77:5
**flood**  51:7
**floor**  3:6,12,18
29:7
**fluid**  17:5
**flying**  77:21
**focus**  18:10
**focused**  12:20
**fogelman**  3:2
4:3 5:19,19
6:14 7:2 8:14
8:19 11:13,19
12:5 13:8
14:13 15:18
16:5,22 18:17
19:10 20:24
21:8,13 22:5
22:11,13 25:8
25:18 26:20
27:8,13,19
28:14 31:20
32:13,21 33:6
33:22 34:2
35:2,8 36:15
37:7,14 38:6
38:19 39:15,21
40:4,19,25
41:7,24 42:12
42:25 43:7
44:5,9,25 45:6
45:15 46:11

47:8,23 48:24
50:9 51:2 53:3
53:8,22 56:6
56:18 58:4,12
58:19 59:2,14
59:24 60:16
61:1,11 62:20
63:3,18,22
64:10,15 65:4
65:15 66:3,13
66:18,24 67:13
67:22 68:6,15
69:1,6,10,25
71:5,16 72:11
72:18 73:2,11
73:22 74:19
75:6,16 76:23
77:4 78:21
79:5,15 80:1,6
80:13,19 81:6
81:18,22 82:3
82:13,24 83:7
83:18 84:1,12
84:17,20 85:8
85:18,22 86:5
86:15,21 87:5
87:11,20,24
88:10,17 89:10
90:18,25 91:19
91:23 92:13,20
92:24 93:6,25
94:14 95:9
97:7 98:2,17
99:5,21 100:4
100:8,23 102:1

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[fogelman - go]**

102:13,17
**follow**  22:3
61:17,21
**following**  71:1
**follows**  6:24
107:8
**food**  93:21
**foregoing**
103:21 106:4
**foreign**  53:11
**forever**  77:19
**forget**  87:9
**form**  11:15,15
19:4 21:23,24
35:19 50:5
51:13,22 52:12
58:2,24 59:6
63:6 65:12
69:4,14 70:9
75:14 80:4
92:8 94:3,4
96:2 106:8
**formal**  37:5
51:22 93:19
**formed**  57:24
58:13
**former**  99:18
**formula**  10:4
17:11
**forth**  77:7,22
**forward**  51:17
89:6
**forwarding**
51:13,20

**found**  49:23
50:1 98:14
**foundation**
35:19 46:3
58:23 64:7
67:8 76:19
78:14,24 93:17
101:3
**four**  30:3
**fourth**  65:23
**fpg**  63:13
**frame**  29:15,17
**framed**  38:14
**frankly**  95:6
96:8
**frcp**  108:1
**friday**  1:12,17
2:13 5:1 91:11
**friend**  55:13
87:19 90:6
92:3,18 97:13
99:7
**friends**  17:9,13
56:24 72:1
92:14,17 97:18
101:11
**front**  29:5,23
30:18 45:16
76:7 88:25
**fruitful**  78:3
**full**  69:23
**fun**  90:9,9
**function**  72:2
72:10

**furnished**
53:25 54:2
56:7
**furniture**  54:11
56:8,10
**future**  74:1
**fvp**  1:4 2:4 3:20
6:7,9 9:6 57:18
57:20,22,23,24
58:5,20 59:3
60:1,5,7,8,9,11
60:12,17,19
61:3,4,14
62:11,12,15,22
62:23 63:4,14
63:17,19,23
64:5,11,16,24
64:24 65:5,10
65:24 69:13,24
70:8 71:3,8,19
72:4,10,14,21
73:6 107:4
109:1

**g**

**galapagos**
30:10 53:4,5
53:10
**galvanize**  72:5
**gambler**  36:13
100:16
**gamblers**  10:2
71:25 100:21
**gambling**  9:24
**game**  87:9,13
88:3 89:4,7,8

90:4,16 97:14
97:18,21,22
99:19
**games**  89:1,2,2
89:2
**gaming**  9:25
64:21 65:23
67:5,12
**gardening**
98:11
**gathering**
93:13
**general**  94:6
**genuine**  95:2,3
**getting**  13:13
43:18 51:7
63:8 64:8,14
70:23 81:4
**gibson**  3:5 5:19
**gibsondunn.c...**
3:7
**girls**  89:7
**give**  29:13
40:20 41:11
45:12 47:17
74:12 82:15
101:7
**given**  102:16
102:21 103:10
106:6
**glance**  79:22
**go**  8:22 10:19
26:8 39:25
44:13 47:20
49:21 50:14

[go - hour]

51:7,20 53:5
54:4 59:19
78:4,17 87:17
89:5,11 90:3,9
90:14 91:15
97:17,19,19,20
97:22,23
**goals** 37:15
**goeke** 3:4
**goes** 11:8 36:1
75:22
**going** 5:4 10:18
11:13 17:8,19
18:19 20:24
21:4 27:2
35:18 37:11
38:9,22,22
39:18 41:1
42:11 45:1
47:4,14 48:14
51:18 54:20
55:17 62:10
63:21,25 65:23
78:5 81:1
86:24 88:25
89:6 90:12
91:13 97:1
99:6 102:4,5,8
102:19
**good** 5:3 31:10
55:20,20 92:3
**google** 17:20
18:3
**gotten** 63:24

**grand** 3:5,11
**great** 54:9
56:25 69:22
**ground** 16:2
**group** 63:12
101:19
**guess** 30:25
35:20,21 48:12
72:23
**guest** 92:4,12
96:17
**guy** 18:6 84:10
**guys** 29:5 85:5

**h**

**h** 4:5 109:3
**habits** 14:20
15:4 95:22
98:4
**half** 85:4,8
**hamburger** 3:3
5:21 6:13,15
**handful** 7:20
93:10
**handled** 52:16
107:8
**handles** 75:2
**handling**
102:11
**happen** 38:10
71:14 90:13
**happened**
52:10 54:20
55:11,12 90:12
96:10 97:4

**happening** 54:8
59:22
**happens** 15:11
15:20 16:13
**happier** 56:22
56:23
**happy** 31:10,14
50:7 70:13
73:10 98:14
**hard** 89:23
101:24
**harm** 18:2,21
18:22 19:1,8
33:4 66:12
81:11,21 82:12
88:14 93:3
**harmed** 19:13
**harris** 45:21
**hat** 70:19
**head** 14:6,7
26:13,15,21,24
28:2 32:6 47:5
47:14 60:4,5
60:13,22,24
62:7 63:24
90:6 94:8
**hear** 8:17 40:19
68:16,17
**hearing** 8:12,16
102:16
**help** 73:10,12
**helping** 39:2
**hermalyn** 1:4
1:16 2:4,15
3:14 4:2 5:6,8

5:25 6:22 8:15
11:20 102:21
106:3 107:4,5
109:1,2,24
**hi** 21:15 90:11
92:4,19
**hire** 48:1,3
62:12 68:7
70:16
**hired** 9:21,22
38:2 39:14
41:17 42:23
44:17 47:24
48:2,10 60:3
60:23 67:14,16
69:2 70:7
71:15 72:4
**hiring** 69:18
**historical** 97:2
**hit** 96:7
**holding** 61:7
63:14 64:18
66:6
**holdings** 8:2
60:7 65:11
66:4
**holiday** 30:8
31:3
**home** 77:9,11
77:12,17 83:15
87:13
**honor** 102:5
**hour** 31:10,14
85:4

**[hours - january]**

| | | | |
|---|---|---|---|
| **hours** 21:2 | **importance** | **injunction** | **internal** 85:25 |
| 91:15 102:2,3 | 100:21 | 14:15,21 15:5 | **interpose** 16:1 |
| 102:4 | **important** 72:1 | 15:9 19:2 | **interview** 66:8 |
| **house** 14:25 | 100:20 | 30:23 31:2 | 66:10,14,20 |
| 20:22 24:5 | **impression** | 37:9 42:1,3 | 68:7 |
| 26:1 50:13,13 | 69:17 | 43:15,19 72:12 | **interviewed** |
| 50:16 51:6 | **improper** 35:19 | 72:20 73:4 | 23:16 68:20,23 |
| 52:1 77:14,17 | 63:6 | 90:20 98:20 | 70:21 |
| 78:8 84:11 | **inaudible** 6:7 | **insinuating** | **invited** 97:18 |
| 91:16,18 92:12 | 62:8 73:8 | 18:1 | **involved** 12:16 |
| **houses** 98:13 | **included** 12:14 | **install** 49:14 | 81:4,15 |
| **hug** 32:10 | 107:14 108:3 | 55:16 | **irrelevant** |
| **human** 95:5 | **includes** 25:22 | **instant** 85:23 | 48:12 88:21 |

**i**

| | | | |
|---|---|---|---|
| | 75:24 | **instruct** 37:13 | 91:8 |
| **icloud** 33:15 | **including** 34:25 | 38:15 39:19 | **irvine** 62:9 |
| **idea** 9:22 16:20 | 36:4 73:24 | 42:17 | **islands** 30:10 |
| 27:18 32:5 | **incredible** | **instructed** | **issue** 24:16 |
| 36:2 79:25 | 17:20 | 13:22,24 46:25 | 40:18 42:3 |
| **identification** | **independent** | 83:25 | **issued** 14:15 |
| 21:7 28:13 | 65:17 | **instruction** | 15:5,21 16:12 |
| 45:4 | **indicated** 103:4 | 40:20 | 16:23 17:23,24 |
| **imagine** 18:6 | **indiscernible** | **instructions** | 19:3 30:23 |
| 69:23 76:25 | 36:23 40:12 | 46:17 104:1 | 35:4 36:18 |
| 77:1 84:7 | 44:8 59:7,10 | **intend** 56:12 | 37:1 81:19,23 |
| 86:20 | 61:10 73:19 | 59:23 | 82:2 90:20 |
| **imessage** 82:21 | 75:13 81:10 | **intended** 21:21 | 95:13,18,24 |
| 83:17 | 82:23 85:17 | **intention** 15:8 | **istar** 4:7 |
| **imessages** | 88:15 99:14 | 15:12,20 16:10 | **items** 47:4 |
| 83:19 | **individual** 64:4 | 16:11 77:16 | |

**j**

| | | | |
|---|---|---|---|
| **impact** 18:18 | **inform** 53:12 | **interested** | **j** 1:23 2:16 5:6 |
| **impacting** | **information** | 103:12 | 103:15 |
| 16:25 | 28:16 29:14 | **interim** 70:22 | **jabber** 85:25 |
| **imperative** | 39:20 46:16 | 76:14 | **james** 3:2 5:19 |
| 104:10 | **initiative** 70:21 | **intermixed** | **january** 22:9 |
| | | 61:6 | 24:4,6,14 25:3 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[january - lack]**

25:11,12 47:24
57:24 58:1,6,6
58:14
**jeff**  3:25 5:12
**jersey**  14:25
30:7 51:14,21
51:23,25 52:4
52:6,7,12,18,20
53:14 54:21
57:9 77:9,10
77:14,22 91:10
**jewish**  30:8
31:2
**jfogelman**  3:7
**jim**  8:11 38:13
40:16 66:17
80:9,17 83:5
85:4 102:10,18
**job**  17:3,5
19:13,14 23:14
23:17,21,21,25
25:21 26:12
38:2 39:14
41:17 42:23
44:17 59:13,20
62:9,12 71:14
72:4 74:20,20
75:19 85:24,25
**join**  27:7 33:12
43:6 46:22
48:21 58:8
60:21 68:1
81:25 83:23
86:12 91:7
93:4

**joinder**  11:12
**joined**  7:17
9:20
**joining**  11:17
24:12 31:12
**joins**  11:11
**jon**  48:2
**july**  51:20
56:13
**june**  45:19
102:16
**justin**  87:23
88:1,3 99:6,8
99:18
**justine**  3:4

**k**

**kane**  12:14
73:25 74:22
**katherine**  3:4
5:23
**kb**  69:12
**keep**  11:16 12:2
18:8 61:8 66:6
77:19 84:2,17
94:8 102:3
**keeping**  99:1
**kept**  90:6
**key**  28:23 29:11
**kicked**  17:22
**kids**  78:10
90:15
**kimberly**  3:15
6:6
**kimberlycarson**
3:19

**kin**  103:11
**kind**  8:9 34:11
36:1 42:3
70:25 83:1
84:22 85:23,25
91:3,3
**knew**  24:9
51:17 54:5
56:1 68:2
101:12
**knicks**  89:1
97:22
**know**  8:9,19
9:9 10:10,13
11:17 13:10
16:7,10,17
17:3 18:2,4,13
22:18 23:18,19
23:19 24:22,24
27:17 29:5
30:19,19 31:11
33:19 39:12,22
40:1,9 41:19
41:22 42:10,16
42:19,22 43:9
43:10,12,15
44:16,23 46:5
46:6 48:11,13
51:17 53:4,15
53:16 54:11
57:17 58:9,10
58:10,13,16,17
58:25,25 59:1
59:15,25 60:8
63:20 64:13,13

67:2,16,20,23
68:18 75:3,3,7
75:14 76:11,13
76:21 77:2
80:18,22,24
81:1,4 86:19
87:13 89:20,21
90:3,4,24
91:16 93:13,17
95:7 98:22
100:18,22
101:1,4
**knowing**  57:1
**knowingly**
36:17,25
**knowledge**
64:1
**knows**  75:22

**l**

**l.a.**  12:21 14:8
21:22 26:13
28:3,21 29:1,2
30:1,5,9,14,19
30:22 31:5
60:4,5,6,7,13
60:23,24 62:7
62:16,17 63:9
63:16,24 68:8
68:14,21 70:15
70:17 77:22,23
78:4,4 91:11
98:12
**la**  21:16
**lack**  64:7 67:8
78:14

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[lacks - looking]**

lacks  46:3
  78:24
lakers  89:2
  97:18
laptop  13:25
  97:5 98:25
las  96:11,15
late  22:8
latest  54:24
law  3:3,4,4,10
  3:15,16 7:5
laws  41:21
lawsuit  38:25
  39:17 42:14
  43:1,12,18,19
  44:7 55:7,24
  58:14 83:20
lawyer  37:17
  38:22,23 44:24
  46:18 48:18
lawyers  41:23
leaders  96:25
leads  29:8
learn  96:23
lease  22:6,8,14
  22:18,19,24
  23:10 45:14
  46:13 49:2,25
  50:8 53:23
  54:13,15,17,22
  55:2,5,6,10,14
  55:18,23,23
  56:3,5,21
  63:20,23 77:15

leases  64:1,2
leasing  49:13
leave  13:25
  39:12 41:22
  44:24 98:25
leaving  96:5
left  29:11,11
  79:1 97:5
legal  3:25 5:13
  5:15 37:18,25
  38:17 39:11
  88:24 96:5
  102:23 107:7
legally  15:16
  44:3 59:23
letter  19:21,22
  19:25 20:4
  28:1
level  74:7
license  23:4,5,6
  23:11 49:8,11
  50:18 52:3,4,9
  52:11,19,25
  53:1
life  17:3,6
  18:19 36:2
  38:5 88:8
  89:21,22 90:24
  97:25 98:15
  101:14,25
likely  51:18
  62:10,13 77:13
  81:1 101:20
limit  61:12

limited  18:8,14
  33:4 61:8
  96:18,19
line  5:22 6:1,2
  6:3,10 14:8
  23:23 85:19
  94:10 102:14
  105:4 107:15
  108:4 109:4,7
  109:10,13,16
  109:19
lines  79:3
linkedin  14:10
list  29:25 47:3
  47:13,16,17,18
  48:15 82:16
listed  77:14
literally  14:23
  19:24 36:10
  57:20 92:4
little  8:12,13
  26:7 49:21
  54:22 56:10
  64:1
live  17:3,6 26:6
  36:2 38:4
  49:22 50:20
  51:4,11,14,15
  53:14 56:1,24
  89:21 90:24
  101:25
lived  68:2
lives  12:21
  54:21 67:21
  72:3

living  17:16
  25:24 50:2
  54:7 70:18
  101:14
llc  1:4 2:4
  107:4 109:1
llp  3:5,11,17
load  20:25
loading  21:10
located  9:15
location  27:24
  28:6
lock  52:1
locked  107:12
  108:1
log  29:9 30:18
lonely  54:8
long  10:25 34:8
longer  48:15
  52:7,13
longtin  3:16
  6:11
look  20:21 34:2
  45:2,10 65:25
  76:15
looked  57:16
  57:21 74:21
  80:14 94:7
  100:19
looking  34:4
  39:13,13 40:2
  46:8 53:23
  62:16 73:12
  78:8

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[looks - michael's]**

**looks**  30:11,13
  47:6 65:8,20
  66:1
**los**  1:2 2:2 3:6
  3:12 5:9 9:1,16
  14:6 15:1,12
  15:20 16:13
  28:10 29:20,21
  37:16 38:10
  39:1,16 40:7
  41:8 48:14
  63:2 69:3,16
  77:7,13 92:2
  96:16
**lost**  29:11
**lot**  6:17 48:15
  63:11 84:21
  96:4 98:12
**loved**  94:13

**m**

**machine**  103:7
**made**  14:19
  15:4 17:21
  51:10 69:17
  104:6
**madison**  3:18
**mahan**  12:19
**mail**  17:25 48:9
  48:11,25 50:14
  51:7,9,11
  78:22 79:4,17
  79:23,25 81:4
  81:8
**mailman**  51:10

**mails**  45:18
  79:7,8,9 80:2,7
  80:15,15,25
  81:8,13
**major**  93:24
**make**  14:17
  19:9 34:1
  50:16 63:8
  68:16 79:23
  89:25 92:19
  104:4 107:14
  108:3
**makes**  13:3
  74:8 79:2 99:4
  101:21,22,24
**making**  12:3
  64:17 78:8
**manager**  69:16
  70:2
**march**  8:10
  21:19 29:15,18
  57:6
**mariah**  3:10
  6:1
**mark**  20:24
  21:4
**marked**  21:6
  22:17 28:12
  45:2,3,7
**market**  55:18
**marketing**
  93:10
**martin**  1:23
  2:16 5:14
  103:15

**massachusetts**
  14:16,22 15:13
  16:24 41:20
  44:21
**masters**  17:14
  97:19
**mastrodimes**
  3:10 6:2
**material**  25:23
**mathis**  92:23
**matter**  5:8
  16:13 88:24
**mean**  7:24 13:1
  17:19 32:1
  36:12 76:4
  98:8 101:25
**means**  15:17
  30:25 35:23
  75:15 100:16
  101:19 103:23
**measurements**
  54:10
**media**  5:5
  94:11 102:22
**meet**  7:23,24
  13:24 102:18
**meeting**  7:21
  8:3,4,5 12:7,18
  18:5 24:3,4,13
  25:12 31:4,5
  37:5 76:12
**meetings**  58:5
**member**  63:14
  71:6

**members**  8:2
  9:2,11 63:13
  63:13 72:9
**memories**  90:2
**memory**  76:15
**mentioned**  6:14
  17:11 21:3
  99:7
**merit**  2:17
**message**  32:25
  34:12
**messaged**
  32:15 35:15
  36:6
**messages**  4:7
  83:2,2
**messaging**  82:7
  82:14,16 83:9
  86:1
**met**  12:10,19
  20:22 32:15
  70:2 94:17
**miami**  10:5,15
  10:17
**michael**  1:4,16
  2:4,15 3:14 4:2
  5:6,6,8 6:22
  10:22 24:8,10
  66:7 91:12
  102:21 106:3
  107:4,5 109:1
  109:2,24
**michael's**  79:23
  91:16,18 92:12
  93:8

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[mid - noticing]**

**mid**  29:14,15
  29:18,18
**mike**  12:19
**million**  34:23
  101:17
**mind**  99:2
**mine**  87:19
  92:3,18 97:13
  101:11
**minute**  40:17
  40:22 85:2
**minutes**  10:7
  11:1,1 84:18
  85:6,10,12
  102:2
**misnomers**
  10:1
**missed**  100:7
**misstates**  25:5
  56:15 60:15
  65:13 74:16
  79:18 90:22
  94:20
**misunderstan...**
  35:23
**monday**  20:23
  22:23 48:8
  49:12,20 51:9
**money**  57:13
**monroe**  3:3
  5:22
**month**  8:7
  30:14 31:11
  50:15 54:23
  87:15 88:4

90:1
**months**  33:21
  74:6 75:4 99:3
  101:16
**morning**  5:3
  22:23
**motion**  42:1
**move**  13:8 15:1
  21:22 25:19,23
  26:4 50:13,16
  51:5 52:23
  54:23 56:13
  57:1,1 73:14
  73:22 89:7
**moved**  22:2
  26:2,2 54:24
  57:4
**moving**  21:15
  44:19 50:12
  52:15
**mto.com**  3:13
  107:2
**munger**  3:11
  5:24
**mzh000117**  4:7

**n**

**n**  3:1 4:1
**name**  5:12
  17:20 18:3
  57:14,17,23
  69:12 88:1
  92:23
**named**  84:10
**nancy**  1:23
  2:16 5:14

103:15
**nature**  81:2
**nba**  89:2,4
**nda**  27:14
**necessarily**
  12:20 71:22
**necessary**
  104:4 107:14
  108:3
**need**  16:18 18:9
  30:20 53:5
  61:12 79:7
**needed**  49:14
  49:14,15 55:16
  55:17
**needs**  36:13
  70:17
**negating**  56:3
**neighborhoods**
  98:12
**neither**  103:11
**never**  50:3,10
  50:19 51:22
  71:17,17 72:13
  72:19,20 81:13
  83:13
**new**  3:19,19 5:1
  5:1 7:11,16,18
  9:1,3,9,12,17
  13:22 14:25
  17:21 26:2,5
  26:21 30:7
  31:3 33:15
  49:13 50:14
  51:7,14,21,23

51:25 52:4,6,7
  52:12,18,20,24
  53:14 54:21
  56:12 57:9
  61:7 67:18,23
  77:10,14,22
  79:24 92:1,3
**newark**  77:12
**nfl**  99:8,10,18
  99:19,20,23
**nice**  102:18
**nichols**  3:25
  5:12
**night**  22:7
  29:25 47:3
  49:2,9 50:3
  53:24 91:16
  93:22 100:9
**non**  17:23 27:4
  42:21
**nonresponsive**
  13:9
**normal**  97:16
**normally**  38:5
  79:13
**notary**  106:23
**notating**
  107:15 108:4
**note**  51:10
**noted**  104:9
  106:8
**notes**  75:23
**notice**  103:3
**noticing**  5:18

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[notified - opportunities]**

| | | | |
|---|---|---|---|
| **notified**  52:6 | 66:11,22 67:7 | **ocean**  77:18 | 25:1 26:9,23 |
| **notify**  52:18 | 67:25 68:9,24 | **offer**  11:13 | 28:15 30:4 |
| **number**  4:6 | 69:4,14 70:9 | 19:21,22,25 | 33:23 40:23 |
| 5:10 9:14 | 71:9,20 72:15 | 28:1 | 45:2,23 49:17 |
| 23:20 28:20 | 72:16,24 73:7 | **office**  7:13,15 | 55:1,22 58:13 |
| 33:16 45:1 | 74:14,15 75:1 | 7:16,18 9:1,1 | 60:11 65:16 |
| 81:5 101:15,17 | 75:12,14 76:19 | 13:22,25 14:6 | 68:19 70:1 |
| 102:22 107:15 | 78:14,24 79:10 | 14:8,10,24 | 74:10 77:21 |
| 108:4 | 79:18 80:4,8 | 26:13,15,16,24 | 79:16 80:14 |

| | |
|---|---|
| **o** | 80:16,21 81:9 |

| | | | |
|---|---|---|---|
| **oath**  7:3,4 | 81:20,24 82:9 | 26:25 28:3,21 | 82:20 86:6 |
| **object**  35:18 | 82:11,17 83:3 | 28:24 29:3,5,7 | 91:21 95:4 |
| 37:11 58:24 | 83:21 84:15 | 29:10,16,18,19 | 99:22 102:1,9 |
| 63:21 101:2 | 85:1 86:10,18 | 29:20,21,24 | 102:17 |
| **objecting**  46:20 | 87:7,18,22 | 30:5,22 31:6 | **olson**  3:11 5:25 |
| **objection**  11:8 | 88:5,13,20 | 51:14,23,25 | **once**  29:12 31:9 |
| 11:11,14,18 | 89:13,18 90:22 | 53:12,13 60:4 | 31:13 |
| 15:14 16:2,15 | 91:5 92:7,15 | 60:5,6,7,13,23 | **ones**  74:11,12 |
| 16:16 19:4 | 92:16,22 93:2 | 60:24 61:4,14 | **ongoing**  12:24 |
| 21:23 25:13 | 94:3,19,20 | 62:7,9,15,16,17 | 73:23 |
| 26:17 27:5,15 | 96:2 97:10 | 62:17,23 63:1 | **ooo**  5:2 |
| 31:17,19 32:3 | 98:5 99:12,25 | 63:10,16,16,17 | **open**  18:15 |
| 32:19 33:3,11 | 100:13 | 63:24 67:24 | 29:8 45:11 |
| 34:14 35:5,6 | **objections** | 68:8,21 69:16 | **opening**  97:23 |
| 36:19 37:18,20 | 11:15,16,22 | 70:2,15 79:1,2 | **openings**  17:15 |
| 39:18 40:11,14 | 25:14 67:19 | 97:6 98:25 | **operate**  101:24 |
| 42:6,7,15 43:4 | 69:8 70:11 | 107:11 | 101:25 |
| 43:22 46:3,14 | 84:4 85:9 98:7 | **offices**  8:23 | **operating** |
| 46:15 48:19 | **obtained**  43:15 | 24:23 61:6 | 96:13 |
| 50:5,22 52:21 | **obviously**  8:25 | 62:8 | **operationalize** |
| 55:25 56:15 | 37:25 50:17 | **okay**  7:12 8:17 | 72:5 |
| 58:2,7,22 59:5 | 102:7 | 8:22 9:2 10:14 | **opinion**  18:23 |
| 59:6 60:14 | **occasionally** | 11:19 12:3 | **opinions**  38:21 |
| 62:24 63:5 | 21:1 29:6 | 13:20 20:2,11 | **opportunities** |
| 64:6,12 65:12 | 79:12 | 21:21 22:11,24 | 94:9 |
| | | 23:9,15 24:16 | |

[opportunity - pieces]

**opportunity**
20:21 25:21
26:7,13 38:3
**orally** 32:2
**order** 10:20
13:21 15:13,21
16:12,20,23
18:19 19:8
36:18 37:1
38:7,25 39:2
39:17,23 40:7
40:10 41:9
42:5 47:5
91:14 96:11,14
98:24 99:1
**organ** 23:7
**original** 61:23
104:11 107:10
107:20,22
**orlando** 12:6
24:8,12
**outcome**
103:13
**outlines** 47:6
**outside** 31:12
32:10 36:6
37:4 42:10
44:2 64:18
75:5 88:9
94:24 97:14
**overall** 64:22
66:4
**overlaps** 17:5
**overly** 84:6

**overrule** 37:9
**overstatement**
79:22
**own** 31:16
**owns** 55:13
84:11

**p**

**p** 3:1,1
**p.m.** 87:1,2,4
102:20,25
**page** 4:2,6
105:4 107:15
108:4 109:4,7
109:10,13,16
109:19
**pages** 1:25
106:4 107:14
107:17,17
108:3,6,6
**paid** 64:8,14
70:14,14,23
**paradigm**
98:10
**parents** 25:24
25:25
**part** 17:16,17
17:18 23:6
62:7 71:12
75:19 76:1
**participate**
7:21
**particular**
27:24 28:6
32:11 94:12

**parties** 2:18
100:24
**partner** 6:10
**parts** 95:11
100:15 101:8
**party** 32:9 91:3
91:15 92:12
93:1,12,14
94:2,17 99:7
99:10,22,24
100:6,9,11
103:12
**passport** 53:5,9
53:12,15
**past** 91:20
**pause** 21:11
22:12
**pay** 57:22
**paycheck** 57:11
57:20
**paying** 57:15
**pdf** 107:12
108:1
**penalty** 107:16
108:5
**pending** 42:1
**people** 6:17
9:10,10,13
13:23 17:8
34:9 35:13
54:6,7 63:11
92:25 93:9,21
100:5,10,20
**percent** 83:16
97:15

**performed**
74:13
**period** 62:19
68:10,13 69:19
69:21 71:1
83:5 95:11,23
95:23,24
107:18 108:7
**periods** 96:1
**perjury** 107:17
108:6
**permitted**
41:13
**person** 32:2
84:8 100:20
**personal** 17:24
39:6 46:8
**personally**
10:19 37:15
38:1 52:20
**perspective**
95:8
**phone** 17:25
33:14 81:19,23
82:2,4,8,15
83:10 84:10,10
**photos** 89:24
**physical** 57:11
**physically** 7:9
8:24 28:6
**pick** 51:9
**pieces** 25:23
44:2 49:16
59:9

Page 20

**[pizza - question]**

**pizza** 31:10
**place** 54:5
  56:24 92:2
  98:18,19 103:4
**places** 53:1
  94:9
**plaintiff** 6:9
  38:24 40:6
**plaintiffs** 1:5
  2:5
**plan** 22:3 26:4
  58:10,10 71:12
  72:4
**plane** 48:14
**planning** 10:18
  88:18
**plans** 89:5
**play** 12:25 74:1
**played** 31:13
**player** 99:8,18
  99:19
**playing** 74:1
**playoff** 87:8
  89:2,4 97:14
  97:22
**playoffs** 87:10
  87:14
**plaza** 49:3
**please** 5:16
  6:19 59:12,19
  61:9,20 73:21
  104:3,7
**plug** 74:6 99:2
**plus** 29:10 74:6
  85:9

**pm** 4:10
**pocket** 76:7
**point** 11:18
  25:16 40:19
  80:12 101:19
**pops** 32:6
**portfolio** 9:7
  64:3,19 72:3
**position** 18:4
  24:11 26:24
**possible** 37:23
  84:18 97:16
**post** 17:21
  51:14,23,25
**posted** 23:23
  69:17 70:16
**posting** 23:21
**postings** 74:20
**potential** 35:14
  35:25 36:9,10
  36:11 83:15
  84:14
**potentially**
  23:13
**premiere** 91:9
  93:22
**preparing** 15:1
**present** 3:22
**president** 14:2
  14:5 60:3,17
  60:24
**press** 96:7
**pretty** 9:4,17
  12:1 51:11
  69:17,21 81:1

98:15
**previously**
  36:20 43:5,24
  44:14
**prior** 20:14
  101:12
**priorities** 74:5
**privilege** 16:2
  37:12 38:14
  40:17,20
**privileged**
  39:20 46:16
  89:16
**proactively**
  36:4
**probably** 9:13
  11:1 26:4
  34:22 36:7
  87:16 88:7
  89:6,8
**problem** 36:9
**procedure**
  107:19,21
**proceed** 6:20
**proceedings**
  1:15 21:11
  22:12
**process** 23:6
  75:22
**produced** 10:7
  28:19 49:1
**product** 37:13
  38:15 39:20
**profile** 14:10

**promise** 102:3
**prompted**
  98:24
**propounded**
  106:7
**proprietary**
  17:7
**provided** 22:6
  28:15 29:14,25
  54:14 107:19
  108:8
**public** 81:2
  94:10 101:17
  106:23
**pull** 44:25 79:7
**purpose** 78:11
  83:4 93:12,14
**pursuant** 103:3
**pursuing** 43:1
**put** 40:2 45:7
  70:19 75:18
  79:1

**q**

**question** 18:3
  18:15 19:9
  33:7 34:3
  35:12 38:13,16
  39:19,24 40:2
  40:21 42:10
  43:10 44:11,12
  46:19 47:11,17
  58:3 61:16,23
  62:5 63:9
  64:11 66:19
  73:3,10,13,14

**[question - representing]**

73:22 84:24
85:14 89:16
**questioning**
8:22
**questions** 18:10
18:20 61:13
73:14,18,20
75:15 84:19
85:19 106:6
**quickly** 85:21
97:3
**quinn** 3:17 6:6
**quinnemanue...**
3:19

---

**r**

**r** 3:1 103:1
105:2,2 109:3
109:3
**r&s** 108:1,9
**raise** 8:12 78:9
**ramp** 97:2
**ran** 32:12
**rangers** 87:8
88:3 90:4
97:14 99:19
**reached** 36:4
**read** 17:20
61:22,24 104:3
106:4
**reading** 98:16
107:24 108:9
**ready** 49:16
50:1 55:15
**real** 64:2

**realized** 50:6
56:22
**really** 32:11
54:7 56:12
71:21 78:7
90:16
**reason** 15:3
18:25 19:7
33:24 38:7
56:11,20 89:11
98:18,23
101:13,14
104:5 109:6,9
109:12,15,18
109:21
**reasonable**
35:21
**recall** 24:21
34:16 45:21
46:9 47:13
80:11
**receipt** 75:24
104:12
**receive** 83:2
**recently** 57:16
81:17
**receptionist**
29:9 70:16
**recess** 41:3
87:1
**recognize** 32:8
100:17 101:10
**recognized**
90:7 93:11

**recollection**
55:2
**record** 5:4,17
25:9 40:25
41:2,5 61:24
82:4 84:2
86:25 87:3
102:3,20
103:10
**recorded** 5:5
103:7
**records** 49:1
51:3
**referenced**
107:6
**referred** 28:25
**referring** 66:5
**refresh** 76:15
**regard** 44:18
73:23
**regarding** 20:3
20:7
**regardless**
15:11,19 55:6
**registered** 2:17
23:1,11 52:13
**registering**
52:25
**registration**
23:8 51:3
**reimbursement**
82:5
**related** 31:16
84:23 93:3
94:15

**released** 107:22
**relevance**
66:16
**remember** 8:7
22:8 26:11
45:20 47:1
48:22,23 76:10
84:9 89:3
**remote** 1:15
2:15
**remotely** 2:18
5:11 90:7
**removed** 14:11
**rent** 83:16
84:11
**renting** 50:16
52:2
**repeat** 38:23
53:6 72:25
98:23
**repeating**
42:11
**report** 74:25
**reported** 1:23
**reporter** 2:17
2:18 5:14 6:8
6:19 14:3
15:24 40:13
103:24
**reports** 75:10
**representative**
29:10
**representing**
5:13

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[reproduction - says]**

reproduction 103:22

reputation 17:18

request 18:9 25:19 61:11

requested 6:8 14:3 15:24 40:13 108:1,9 108:10

require 28:5

required 107:20

resembles 78:2

reserve 102:7

residence 33:4

residency 52:24 66:12 81:12,21 82:12 93:3

resident 41:19 42:20 44:18 52:7

respect 52:3

respond 33:17 36:8 79:6

responded 36:6

responding 81:2

response 80:25

responsive 79:4

rest 8:1

restaurant 17:15

restrictive 42:21

result 26:1 70:22

retained 102:23

retainer 48:17

return 104:11 107:17 108:6

reveal 16:3 37:2,21 39:4 41:10 42:17 89:15 91:11

revealing 39:7 41:12

review 107:8 107:10,13 108:2

reviewed 27:25 28:7

right 6:18 7:7 8:20 9:20 13:5 14:18 15:3,6 20:12,15,19 22:14,19 23:3 23:11 25:4 26:25 27:21 28:10 29:8 30:2,11,16,24 32:6,23 35:12 38:4,9 43:13 43:16 44:18 45:16,18,24 46:2 49:4 50:4 50:11,21 51:12

51:24 52:20 54:16 55:8,24 56:14 57:2,7 58:1 60:7,22 62:6 65:17 66:5 67:4,6,9 67:15,18 70:3 70:8,24 71:19 72:14,19 74:3 75:9 76:3 77:15,18,24 78:13,23 79:17 83:8 85:5 86:7 86:21 90:16,21 92:6 94:2 95:14,20 98:20 99:15

rights 102:7

ring 70:20

rmr 1:24 103:15

rob 18:1

robert 3:16 6:11

role 12:8 24:10 28:2 62:7 67:11 69:17 70:16,22,24 76:2 100:19

roles 12:24 73:25 94:24

roof 62:10

rookie 91:9 93:22

rookies 99:10 99:20,23

room 6:11 9:7

round 87:10

rpr 1:24

rubin 10:23 11:21 12:14 20:18 25:3,4 58:1,6 66:7 73:24 74:22 94:16

rubin's 24:5 91:12 92:1

rules 108:8

running 26:12

russell 3:10 6:2

**s**

s 3:1,5 4:5 109:3

salary 13:13

sale 77:15

sandwiched 93:23

saturday 20:21 48:7 91:16,20 94:17 99:23 100:9

saw 22:6 32:8 94:10

saying 36:7 52:13 55:11 56:7 57:19 60:12 66:6

says 10:14,16 21:15 30:20

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[says - smith]**

| | | | |
|---|---|---|---|
| 45:13 54:17 | **scroll** 79:13 | **shades** 49:14 | 44:21 48:18 |
| 55:1 57:20 | **sealed** 107:20 | 55:16 | 49:2,12,20 |
| 79:3,6 | **searching** | **sheet** 4:8 45:6 | 50:6 51:8 |
| **schedule** | 98:12 | 104:6,7,9,11 | 54:15,18,18 |
| 107:10 | **seats** 97:13 | 106:9 | 55:2,4,23 |
| **scheduled** 7:22 | **second** 19:13 | **shift** 98:10 | 56:20 |
| 7:23 31:9 | 45:12 95:23 | **shiro** 3:23 | **signing** 20:14 |
| **school** 22:2,4 | **see** 20:22 21:8 | **shop** 12:22 | 22:8 23:9 |
| **scope** 11:9 | 22:22 38:11 | **short** 33:21 | 54:19,19 104:8 |
| 25:22 27:5 | 45:17 49:21 | **shorter** 11:16 | **similar** 64:19 |
| 31:17 32:3,19 | 55:11 | **shorthand** 2:17 | **simon** 21:15 |
| 33:4 34:14 | **seeing** 17:9 | 103:7,24 | **simple** 57:3 |
| 35:7 46:4,21 | 45:20 70:20 | **show** 20:25 | 95:15 |
| 48:19 65:1 | 98:13 | 22:17 | **single** 97:21,22 |
| 66:11,17,19,23 | **seem** 64:17 | **showing** 47:2 | **sir** 16:14 18:25 |
| 67:7 68:9,24 | **seen** 22:15,16 | 48:16 | 19:11 35:24 |
| 69:4 70:10 | 22:20 | **shown** 17:25 | 37:17 38:20 |
| 71:9 74:17 | **selling** 77:17 | **shows** 28:17,25 | 41:9 53:18 |
| 75:1 76:22 | **sending** 45:21 | **shut** 13:24 97:5 | 58:21 59:25 |
| 79:10 80:9,16 | **sense** 13:3 74:8 | 97:15 98:25 | 61:18 62:1 |
| 80:17,23 81:9 | 99:4 | **side** 9:13 11:11 | 65:5 66:14,25 |
| 81:20 82:10,11 | **sent** 21:5,14,17 | 11:11 37:25 | 73:3,13 79:9 |
| 83:3,11,22 | 21:19 32:24 | 39:11 | 81:23 82:14 |
| 84:5,16,19 | 33:8 34:11 | **sign** 27:3,14 | 84:22 100:25 |
| 85:1,20 86:2 | 46:1 | 49:24 104:7 | **sit** 25:10 26:23 |
| 86:10,18 87:18 | **separate** 99:17 | 107:16 108:5 | 62:15 63:4,16 |
| 87:22 88:13,21 | **service** 82:14 | **signal** 83:1,14 | **site** 13:23 |
| 89:14,18 91:6 | 83:1 | **signature** 14:11 | **sites** 7:22 31:3 |
| 91:8 92:9,15 | **services** 82:7 | 103:15 106:12 | **sits** 64:21,23 |
| 93:2,18 94:21 | 82:16 83:9 | 107:22,24,24 | **skill** 17:7 |
| 97:10 99:12,25 | **set** 17:7 58:9 | 108:9 | **slack** 85:16,25 |
| 100:12,13 | 97:3 | **signed** 19:21,22 | 86:4,6,9,16 |
| 101:5 | **setup** 54:9 | 20:11,18 22:14 | **slip** 57:14 |
| **screen** 21:1 | **several** 88:25 | 22:18,19,24 | **smith** 3:4 5:23 |
| | 100:20 | 27:3 41:20 | |

Page 24

[social - sure]

social  94:11
sofis  3:16 6:10
softball  31:13
solutions  5:13
5:15 102:23
107:7
somebody  18:5
46:18 53:7
80:25 101:20
sorry  8:21 14:4
19:19 31:21
32:18 38:13
39:25 42:9
43:11 53:6
57:21 58:3
87:25 91:21
sort  94:16
102:10
sought  9:6
56:25
sound  30:2,16
south  3:11
space  104:5
spanned  9:7
speak  15:16
39:11 101:23
speaking
101:11
speci  62:6
specialist  17:5
specially  5:20
specific  18:11
specifically
92:10

specify  27:23
speculate  26:14
27:16
speculation
15:15 26:18
35:19 36:20
58:23 76:20
78:15 93:16
101:2
speeches  73:17
spent  30:9 49:9
spoke  10:22
25:3,4 31:24
32:1
spoken  36:3
68:3
sporting  87:6
88:2,8,11,18
89:1,5,12 90:3
90:15 97:8
spot  99:4
spread  9:17
spreadsheet
10:8,9,10,11,16
28:25 30:14
stanton  3:24
stars  22:7,15
49:3 50:4 54:6
start  54:22
75:11
started  19:17
49:13 55:5,6,9
55:17 56:4,5
67:9,17 68:4

starting  5:17
18:4 23:13
state  1:1 2:1
5:16 104:4
107:9,12
stated  93:12,14
states  52:5,10
52:15,24 53:1
stay  49:16,25
50:1
stayed  34:18,24
35:10 49:17,18
50:3 94:5
96:15
staying  25:25
26:3
steps  42:22
stipulation
107:21
stipulations
102:11
stop  84:20
102:5
stopped  92:4
story  72:6
strategy  96:25
strawn  48:2
strike  13:8
18:23,24
stub  57:22
stuck  101:10
stuff  47:4 77:23
78:7 94:15
subject  37:3
38:21,25 89:17

104:8
subjects  65:2
submit  51:13
75:8,10 76:1
82:4
submits  75:24
submitted
53:24 74:24
75:25
subscribed
106:16
substance
94:23 106:8
suffer  19:1
suffering  19:8
suggests  30:1
sullivan  3:17
summer  15:2
21:16,22
sun  4:9
sunday  48:6,7
91:12
super  32:8
54:20 96:12
97:12
superior  1:1
2:1 5:10
supervision
103:8,24
sure  8:5 11:14
12:3 14:18
19:9 25:1,10
26:19,22 27:1
27:17 28:1,8
28:22 34:1

**[sure - tied]**

35:22 37:24
46:10 50:16
62:4 63:8
67:10,16 68:16
69:24 71:4
78:9,18 79:23
89:19 92:19
**surprised** 68:4
**suspended**
78:23
**swear** 6:19
**swipe** 4:8 28:16
28:17 29:6,9
45:6 75:20
**sworn** 6:23
103:5 106:16
**systems** 97:3

**t**

**t** 4:5 103:1,1
105:2 109:3,3
**tab** 45:1
**take** 7:4 17:20
19:14 40:16,22
45:10 46:8
85:2 86:21
89:6 90:15
**taken** 5:6,7 7:4
41:3 77:5 87:1
98:18,19 102:1
103:3
**talk** 21:1 32:7
36:7 37:24
38:23 40:12
44:8 45:8 59:7
59:10 61:10

73:19 74:21
81:10 82:23
85:17 94:10
95:7 102:17
**talked** 12:6
20:20 24:10
33:25 34:5
55:16 94:1
**talking** 16:8
74:12 83:6,7
90:20,23 94:6
94:24 99:18
**talks** 34:22
52:9
**team** 7:23,24
7:25 8:1 9:2,4
9:5,6,8,11 31:4
62:12 67:11,12
68:5 71:7 72:5
72:9 76:12
93:10
**technology**
5:12
**telegram** 82:25
83:14
**tell** 6:1 21:8
25:17 38:20,22
42:13 45:10
56:11 72:6
75:9 95:25
103:5
**temporary**
51:18
**terminated**
55:12

**terms** 62:15
99:1
**testified** 6:24
**testimony** 4:2
11:9 14:14
25:6 27:6
31:18 32:4
45:21 46:4
48:20 56:15
60:15 65:13
74:16 79:18
81:7 90:22
94:20 102:21
103:2,6,10
**text** 4:7 21:4,14
21:14,17 32:24
33:8,18 34:12
**texted** 32:15
35:15
**texting** 34:17
**texts** 31:15
33:15
**thank** 6:4,18
21:12 86:23
102:9
**thereof** 103:13
**thing** 32:6 47:9
47:12,12 78:1
101:14
**things** 25:20
96:5 99:17
**think** 5:25 6:2
8:8 10:1 11:18
16:25 18:14,17
18:19,20 23:3

25:7 29:2
31:13 32:5,7
32:10 33:20
34:9 35:6,13
35:22 36:16,22
36:25 43:23
45:7,20 47:2
47:19 48:6,6,7
48:15 49:22
52:8,8,14,16
53:20 54:17
55:5,17 56:9
64:17 65:7
70:5 72:22
75:24 77:7
79:3,6,22
82:21,21 85:9
85:10,11 87:9
87:9 91:22
95:15 97:8,13
97:15,16
100:17 102:2,7
**thinking** 18:6
**thirty** 104:12
**thought** 26:6
54:18 55:4
56:2 63:7
**three** 9:23 30:1
30:3,16,19
40:22 65:22
102:22
**throes** 96:5
**tickets** 88:11
**tied** 66:12
81:11,21 82:12

Page 26

**[tied - understanding]**

| | | | |
|---|---|---|---|
| 88:14 | **toast** 93:20 | 107:13,22 | 54:4 |
| **tier** 34:20 | **today** 7:9 14:7 | 108:2,2 | **turned** 89:22 |
| **tiffani** 21:15 | 15:17 16:19 | **transcription** | **twice** 31:9,14 |
| **time** 7:12 10:22 | 17:4 25:1,10 | 103:9 106:5 | **two** 10:8 21:25 |
| 12:11 18:5,8 | 26:23 61:12 | **transfer** 71:8 | 23:9 24:23 |
| 18:14 19:19 | 71:13,17 76:14 | 71:18 72:13,20 | 31:1 40:17 |
| 20:20 24:8,10 | 77:6 80:2 | 73:5 | 44:2 50:15 |
| 29:10,15,17,19 | 88:12,19 97:25 | **trial** 69:19,21 | 52:25 53:1 |
| 30:4 31:24 | 98:3 99:1 | **tried** 90:6 | 56:9 85:10 |
| 32:24 33:1,8 | 101:20 102:6 | **trip** 10:17,18 | 93:9,23 94:11 |
| 34:11 35:1,3 | **today's** 102:20 | 34:24 78:11 | 95:11 96:1 |
| 35:14 40:24 | **together** 12:21 | **tripped** 36:22 | 99:17 100:15 |
| 41:2,6 47:14 | 71:1 78:7 | **trips** 78:13,18 | 102:1,3,4 |
| 48:12,14 61:8 | 93:21 | **tro** 35:4 90:23 | **type** 19:1 |
| 61:12 68:10,13 | **told** 31:22 | 95:13,18,24 | **types** 75:23 |
| 69:23 71:1 | 46:12 | **trouble** 8:12,15 | |
| 73:17 74:24 | **tolles** 3:11 5:24 | **true** 18:25 | **u** |
| 76:9,10 79:24 | **ton** 70:18 | 21:21 85:11 | **unable** 13:7 |
| 83:4,5 84:20 | **took** 14:9 19:13 | 103:10 | **unaware** |
| 86:16,25 87:4 | 23:22 56:10,23 | **truth** 103:5,5,6 | 101:23 |
| 90:8 95:5,17 | **topic** 24:22 | **try** 41:15 85:13 | **under** 9:6,9 |
| 102:6 103:3 | 85:15 | 102:4 | 31:22 34:20 |
| 107:10,18,25 | **total** 9:14 102:4 | **trying** 18:8 | 36:17,25 60:9 |
| 108:7 | 102:21 | 23:12,12 32:14 | 60:11 62:9,13 |
| **times** 7:18 | **touch** 9:25 | 32:22 34:2,7 | 68:25 69:24 |
| 28:21,24 29:22 | 83:15 | 38:11 41:16 | 83:24 103:8,23 |
| 31:8 40:15 | **tour** 56:23 | 42:23 54:19,22 | **understand** 7:3 |
| 98:6 | **town** 7:21 26:2 | 60:18 61:8 | 42:8,20 43:9 |
| **title** 13:15,18 | 92:3,18 | 85:11 94:8,25 | 55:21 68:17,18 |
| 14:1 26:15 | **transcribed** | 96:23 97:1 | **understanding** |
| 59:3,15,25 | 103:8 | 98:13 | 18:24 41:12,17 |
| 60:1,3,4,9,11 | **transcript** | **tuck** 87:23 88:1 | 44:20 52:23 |
| 60:12,13,18,22 | 102:11 103:21 | 88:3 99:6,8,18 | 53:2 64:2 |
| 60:23 | 104:13,14 | **tuesday** 23:5 | 69:15 71:2 |
| | 107:6,8,10,13 | 24:6 49:20 | 82:1 96:18,19 |

**[understated - way]**

| | | | |
|---|---|---|---|
| **understated** 17:2 | **vacation** 30:7 77:12 | 9:25 10:2 14:2 14:6,9 26:12 | **wallet** 78:20 **want** 8:9 11:14 |
| **understood** 19:9 100:5,10 | **vague** 34:15 66:22 68:10,13 | 31:25 32:8,9 32:16 33:1,19 | 13:1,10 14:17 16:3,10 18:21 |
| **unit** 5:5 22:16 64:4,19 65:8 71:23 | 71:10 79:11,19 82:17 83:4,4 84:15 86:3,11 | 34:13,17,19,21 34:25 35:13,14 35:16,24,25 | 19:9 25:9 26:9 26:14 27:16 34:1,23 35:20 |
| **units** 63:11 65:22 72:10 102:22 | 87:7 88:22 89:13 91:5,7 93:5 94:19,21 | 36:11,12 58:11 60:4,24 62:13 67:4,11 69:24 | 37:16 38:1,2 39:4 40:17,21 41:10 44:1,11 |
| **unregister** 52:19 | 99:13 100:1,2 100:14 | 71:6,25 100:16 100:18 | 44:17 49:22 50:13 53:13 |
| **update** 51:3,6 | **value** 74:6 | **vips** 34:9,9 67:6 | 59:15,18,25 |
| **updated** 50:10 50:19,23,24,25 | **vegas** 68:14 96:11,15 | 67:15 100:6,10 100:24 101:9 | 63:8,9 72:25 73:3,13,17 |
| **upside** 89:22 | **verbally** 24:2 | **virtual** 5:12 | 77:1,19 78:9 |
| **urquhart** 3:17 | **veritext** 5:13,15 | **vision** 96:25 | 90:16 91:2 |
| **use** 53:9 75:21 82:7,15,16 | 102:23 107:7,9 107:11,20 | **visit** 54:4 **visited** 30:7 | **wanted** 10:6 47:5,9 56:1 |
| 83:10 85:5,16 85:23 86:6 | **versions** 10:9 **video** 5:5 | **visiting** 54:21 **voice** 8:13 | 70:19 83:16 84:11 92:19,19 |
| **used** 49:6,10 76:9,13 77:2 | **videographer** 3:25 5:3,14 6:4 | **vote** 23:2,11 45:14 46:13 | 97:17 **wants** 70:25 |
| 78:20 83:13,14 84:13 85:4 | 6:12,16 41:1,5 86:24 87:3 | 47:10 52:13,19 52:25,25 57:6 | **watching** 90:10 **way** 17:1 24:22 |
| 102:22 104:15 | 102:19 | 57:9 | 29:4,4 32:1,15 |
| **uses** 86:4 | **videotaped** | **voter** 51:3 | 33:13 34:12 |
| **using** 5:12 28:17 76:11 | 1:16 2:15 **view** 39:6 | **voting** 23:7 **vs** 5:8 | 35:15,25 39:2 41:18 52:8 |
| **usually** 97:22 | **violate** 36:17 36:25 | **w** | 66:12 75:10,19 81:11,21 88:23 |
| **utc** 4:10 48:13 | **violation** 101:22 | **waiting** 76:7 **waived** 107:24 | 89:23 98:1,9 99:3 100:16,18 |
| **v** | **vip** 7:25 9:2,5,8 9:11,19,22,23 | 107:24 **waiving** 107:21 | 100:19 |
| **v** 1:6 2:6 107:4 109:1 | | | |

Page 28

**[we've - yeah]**

| | | | |
|---|---|---|---|
| **we've** 12:1 | **winston** 48:2 | 81:13 82:1,18 | 102:15 |
| **website** 13:17 | **wire** 34:23 | 82:20 83:13,24 | **worked** 14:23 |
| 14:1 | **withdrew** | 84:6 86:4,13 | 29:24 95:12 |
| **wechat** 82:25 | 91:13 | 86:19 87:8,19 | **working** 37:6 |
| 83:14 | **witness** 5:25 | 87:23 88:7,16 | 69:22 70:2,7 |
| **wedding** 89:24 | 6:20 11:23,25 | 88:23 89:19 | 71:7 77:23 |
| **wednesday** | 14:4 15:16 | 90:23 91:9,22 | 98:11 |
| 78:5 | 16:17 19:5,7 | 92:10,17,23 | **works** 52:8 |
| **week** 12:6 | 21:10,25 25:7 | 93:19 94:5,22 | 62:13 67:6 |
| 25:16 31:1,1 | 25:15 26:19 | 96:3 97:12 | 75:19 84:7 |
| 54:11 55:4 | 27:10,12,16 | 98:8,22 99:15 | 99:3 |
| 56:2,7 57:5 | 32:5 33:13 | 99:17 100:3,15 | **world** 64:18 |
| 80:12,14 83:15 | 34:16 35:22 | 101:7 102:18 | 65:21 |
| 89:25 98:14 | 36:21 37:4,24 | 102:24 103:11 | **worth** 90:13 |
| **weekend** 93:23 | 39:10,25 41:15 | 104:1 107:13 | **wow** 49:22 |
| **weekly** 12:1 | 42:9,19 44:1 | 107:16 108:2,5 | **write** 46:12,25 |
| **weeks** 30:23 | 44:16 45:13 | **woke** 49:21 | **writing** 19:25 |
| 56:9 | 46:5,23,25 | **woman** 51:11 | 20:3,5,8,23 |
| **weird** 69:21 | 47:21 48:22 | **word** 14:9 | 23:25 24:1 |
| 98:15 | 50:6,23 52:22 | 46:12 74:2 | 47:1 48:25 |
| **went** 14:1,5 | 56:1 58:3,9,17 | **work** 12:4,17 | **written** 48:17 |
| 23:4,5,10 | 58:25 59:8,13 | 13:1,7 14:20 | **wrote** 45:18 |
| 29:21 49:7,21 | 59:20 60:22 | 15:4 17:12,12 | 47:3 48:9 |
| 53:4,9 54:4,10 | 61:19,22 62:2 | 17:19 19:23 | |
| 56:21 78:4 | 62:4 63:1,7 | 27:24 34:7,10 | **x** |
| 87:6,8 90:4,5,6 | 64:8,13 65:14 | 37:12 38:1,8 | **x** 4:1,5 101:15 |
| 92:12 97:9,12 | 65:19 67:9,20 | 38:15 39:20 | 107:12 |
| 99:7,11,19,22 | 68:2,11,14,25 | 40:3 46:7 47:6 | |
| **whatsapp** 33:9 | 69:5,9,15 | 47:10 62:18,19 | **y** |
| 82:25 83:14 | 70:12 71:11,21 | 67:5,15 68:20 | **yan** 84:10 |
| 84:2,3,7,9,13 | 72:17,25 73:9 | 69:2 70:8,25 | **yankee** 90:15 |
| 84:23 | 74:18 75:2 | 71:2,13 72:10 | **yankees** 89:8 |
| **wife** 21:15,22 | 77:3 78:18,25 | 76:6,7 78:2 | 97:23 |
| 41:19 50:17 | 79:12,21 80:5 | 95:10,15,22 | **yeah** 8:14 |
| | 80:11,18,24 | 96:1 98:4,10 | 10:11 11:13,24 |
| | | | 21:25 39:4 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[yeah - zoom]**

48:6 86:8
91:22
**year**   22:4 57:9
67:14 89:3,24
90:1
**yesterday**
10:24 11:21
78:6 80:7
**york**   3:19,19
5:1,1 7:11,16
7:18 9:1,3,9,12
9:17 13:22
17:21 26:2,5
26:21 31:3
61:7 67:18,23
92:1,3
**young**   22:1

**z**

**z**   1:4 2:4 5:6,8
102:21 106:3
107:4 109:1
**zoom**   101:20,20

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

California Code of Civil Procedure

Article 5. Transcript or Recording

Section 2025.520

(a)  If the deposition testimony is stenographically recorded, the deposition officer shall send written notice to the deponent and to all parties attending the deposition when the Original transcript of the testimony for each session of the deposition is available for reading, correcting, and signing, unless the deponent and the attending parties agree on the record that the reading, correcting, and signing of the transcript of the testimony will be waived or that the reading, correcting, and signing of a transcript of the testimony will take place after the entire deposition has been concluded or at some other specific time.

(b)  For 30 days following each notice under subdivision (a), unless the attending parties and the deponent agree on the record or otherwise in writing to a longer or shorter time period, the deponent may change the form or the substance of the answer to a question, and may either approve the transcript of the deposition by signing it, or

refuse to approve the transcript by not signing it.

(c) Alternatively, within this same period, the deponent may change the form or the substance of the answer to any question and may approve or refuse to approve the transcript by means of a letter to the deposition officer signed by the deponent which is mailed by certified or registered mail with return receipt requested. A copy of that letter shall be sent by first-class mail to all parties attending the deposition.

(d) For good cause shown, the court may shorten the 30-day period for making changes, approving, or refusing to approve the transcript.

(e) The deposition officer shall indicate on the original of the transcript, if the deponent has not already done so at the office of the deposition officer, any action taken by the deponent and indicate on the original of the transcript, the deponent's approval of, or failure or refusal to approve, the transcript. The deposition officer shall also notify in writing the parties attending the deposition of any changes which the deponent timely made in person.

(f) If the deponent fails or refuses to approve the transcript within the allotted period, the

deposition shall be given the same effect as though it had been approved, subject to any changes timely made by the deponent.

(g) Notwithstanding subdivision (f), on a seasonable motion to suppress the deposition, accompanied by a meet and confer declaration under Section 2016.040, the court may determine that the reasons given for the failure or refusal to approve the transcript require rejection of the deposition in whole or in part.

(h) The court shall impose a monetary sanction under Chapter 7 (commencing with Section 2023.010) against any party, person, or attorney who unsuccessfully makes or opposes a motion to suppress a deposition under this section, unless the court finds that the one subject to the sanction acted with substantial justification or that other circumstances make the imposition of the sanction unjust.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the deposition officer. Veritext
Legal Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the deposition officer
and/or attorneys in relation to this deposition and
that the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in SSAE 16 certified facilities.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of deposition services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.