# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DRAFTKINGS INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL HERMALYN, <br><br> Defendant. | Case No. 1:24-CV-10299 <br><br> Oral Argument Requested |

## PLAINTIFF'S MOTION TO STRIKE
## ACCUSATIONS AND AFFIRMATIVE DEFENSES

Plaintiff hereby moves to strike certain accusations and affirmative defenses from Defendant Michael Hermalyn's Answer and Affirmative Defenses (ECF 149) under Federal Rule of Civil Procedure 12(f).

The accusations and affirmative defenses which Plaintiff moves to strike are identified in the highlighted text in **Exhibit A** to the Declaration of Christine Demana filed in support of this motion.

The grounds for Plaintiff's Motion to Strike Accusations and Affirmative Defenses, which are explained in detail in the accompanying Memorandum of Law, include the following:

    1.    Certain accusations in the Introduction and Affirmative Defenses in Defendant's Answer are "redundant, immaterial, impertinent, and/or scandalous" under Rule 12(f), including that—

        a.    Accusations regarding DraftKings' alleged competition with nonparty Fanatics, Inc. have no bearing on the issues in question and are otherwise impertinent or scandalous;

        b.    Accusations regarding DraftKings "financials" are immaterial; and

      c.      The Court should strike impertinent and scandalous references to DraftKings' CEO.

2.      Defendants' Second and Fifth Affirmative Defenses are "insufficient defenses" under Rule 12(f).

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law and the Declaration of Christine Demana.

WHEREFORE, Plaintiff respectfully requests that the Court grant its motion and strike certain accusations and affirmative defenses from Defendant Michael Hermalyn's Answer and Affirmative Defenses.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendant respectfully requests oral argument of this motion.

DATED: June 14, 2024

        Respectfully Submitted,

        DRAFTKINGS INC.

        By its attorneys,

        */s/ Andrew S. Dulberg*
        William F. Lee (BBO #291960)
        Andrew S. Dulberg (BBO #675405)
        WILMER CUTLER PICKERING HALE AND DORR LLP
        60 State Street
        Boston, MA 02109
        william.lee@wilmerhale.com
        andrew.dulberg@wilmerhale.com

        Orin Snyder (*pro hac vice*)
        Harris Mufson (*pro hac vice*)
        Justine Goeke (*pro hac vice*)
        Christine Demana (*pro hac vice*)
        Justin M. DiGennaro (*pro hac vice*)
        GIBSON, DUNN & CRUTCHER LLP
        200 Park Ave
        New York, NY 10166-0193
        OSnyder@gibsondunn.com
        HMufson@gibsondunn.com
        JGoeke@gibsondunn.com
        CDemana@gibsondunn.com
        JDigennaro@gibsondunn.com

        Jason C. Schwartz (*pro hac vice*)
        Jacob T. Spencer (*pro hac vice*)
        GIBSON, DUNN & CRUTCHER LLP
        1050 Connecticut Avenue, N.W.
        Washington, D.C. 20036
        JSchwartz@gibsondunn.com
        JSpencer@gibsondunn.com

        *Attorneys for Plaintiff DraftKings Inc.*

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that on June 13, 2024, counsel for DraftKings conferred with Defendant's counsel in a good faith attempt to resolve or narrow the issues involved in this motion, and that the parties did not reach an agreement.

*/s/ Justine Goeke*
Justine Goeke

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2024, I caused this document to be filed through the CM/ECF system, where it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Andrew S. Dulberg*
Andrew S. Dulberg