IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DRAFTKINGS INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL HERMALYN, <br><br> Defendant. | Case No. 1:24-CV-10299-JEK |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE ACCUSATIONS AND AFFIRMATIVE DEFENSES

**KOBICK, J.**

The Court has considered Plaintiff's Motion to Strike Accusations and Affirmative Defenses from Defendant Michael Hermalyn's Answer, ECF ___. After considering that Motion and Defendant's opposition, and hearing argument from the parties on ____, __, 2024,

IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure 12(f), that Plaintiff's Motion to Strike is GRANTED. Certain accusations, along with Defendant's Second and Fifth "Affirmative Defenses" shall be stricken from Defendant's Answer at ECF 149, consistent with **Exhibit A** to the Declaration of Christine Demana in support of Plaintiff's motion, ECF ___.

SO ORDERED.

Dated: _____          _____
                                         Julia E. Kobick
                                         United States District Judge