# United States Court of Appeals
## For the First Circuit

No. 24-1443

DRAFTKINGS INC.,

Plaintiff - Appellee,

v.

MICHAEL HERMALYN,

Defendant - Appellant.

**MANDATE**

Entered: October 18, 2024

      In accordance with the judgment of September 26, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Gregg M. Badichek
Russell Beck
Alexander Sixto Del Nido
Christine Demana
Justin DiGennaro
Andrew S. Dulberg
Thomas Henderson Dupree Jr.
Mark Christopher Fleming
Justine Goeke
William F. Lee
Christopher G. Michel
Harris Mufson
Stephen D. Riden
Isaac Saidel-Goley
Jason Craig Schwartz
Orin Samuel Snyder
Aliki Sofis
Jacob T. Spencer