UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DRAFTKINGS INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>MICHAEL HERMALYN,<br><br>                              Defendant. | Civil Action No. 1:24-cv-10299-JEK |

**<u>STIPULATION AND [PROPOSED] ORDER STAYING THIS ACTION</u>**

WHEREAS, the Court issued a Scheduling Order in this Action on June 17, 2024 (ECF 159);

WHEREAS, Plaintiff DraftKings Inc. and Defendant Michael Z. Hermalyn (together, the "Parties") are negotiating a potential resolution of this Action, subject to a mutually agreeable and executed settlement agreement;

WHEREAS, to conserve party and judicial resources during this period of negotiation, the Parties have agreed to a stay of all proceedings in this Action, including but not limited to any discovery-related deadlines, for a period of thirty (30) days, until November 20, 2024, and to request that the Court extend the deadlines in the Scheduling Order for a period of thirty (30) days; and

WHEREAS, by entering this Stipulation, the Parties agree that (1) they are waiving no rights, including but not limited to Plaintiff's rights to a speedy trial and Defendant's rights to oppose the commencement of any such trial; and (2) they will not use this Stipulation in any future proceedings in this Action or any other action as evidence of a waiver of any rights;

NOW, THEREFORE, the parties hereby stipulate and agree, by and through their respective counsel, that:

1. This Action, including any discovery deadlines, shall be stayed for a period of thirty (30) days, through November 20, 2024;

2. The deadlines in the Scheduling Order shall be extended by a period of thirty (30) days; and

3. The Parties may agree to further extend this Stay, subject to the Court's approval, beyond the period provided herein.

Dated: October 21, 2024

Respectfully submitted,

*/s/ Andrew Dulberg*
William F. Lee (BBO #291960)
Andrew S. Dulberg (BBO #675405)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
william.lee@wilmerhale.com
andrew.dulberg@wilmerhale.com

*/s/ Orin Snyder*
Orin Snyder (*pro hac vice*)
Harris Mufson (*pro hac vice*)
Justine Goeke (*pro hac vice*)
Christine Demana (*pro hac vice*)
Justin M. DiGennaro (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Ave
New York, NY 10166-0193
Tel: (212) 351-4000
osnyder@gibsondunn.com

*/s/ Russell Beck*
Russell Beck (BBO# 561031)
Stephen D. Riden (BBO# 644451)
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Tel.: (617) 500-8660
Fax: (617) 500-8665
rbeck@beckreed.com
sriden@beckreed.com

*/s/ Aliki Sofis*
Aliki Sofis (BBO #675777)
Alexander S. del Nido (BBO #711857)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA  02199-3600
Tel.:   (617) 712-7100
Fax:   (617) 712-7200
alikisofis@quinnemanuel.com
alexdelnido@quinnemanuel.com

| | |
|---|---|
| hmufson@gibsondunn.com<br>jgoeke@gibsondunn.com<br>cdemana@gibsondunn.com<br>jdigennaro@gibsondunn.com<br><br>Jason C. Schwartz (*pro hac vice*)<br>Jacob T. Spencer (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M Street, N.W., Suite 700<br>Washington, D.C. 20036<br>Tel: (202) 955-8500<br>jschwartz@gibsondunn.com<br>jspencer@gibsondunn.com<br><br>*Counsel for Plaintiff* | Kimberly E. Carson (*pro hac vice*)<br>QUINN EMANUEL URQUHART<br> & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel.: (212) 849-7000<br>Fax: (212) 849-7100<br><br>Christopher G. Michel (*pro hac vice*)<br>QUINN EMANUEL URQUHART<br> & SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Tel.: (202) 538-8000<br>Fax: (202) 538-8100<br><br>*Counsel for Defendant* |

**IT IS SO ORDERED.**

_____   _____
Dated                                                                          The Hon. Julia E. Kobick
Boston, Massachusetts                                           United States District Court Judge

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was filed on October 22, 2024, through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  October 22, 2024                             *s/ Andrew Dulberg*