UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DRAFTKINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL HERMALYN, <br><br> Defendant. | Civil Action No. 1:24-cv-10299-JEK |

### JOINT MOTION FOR EXTENSION OF STAY

WHEREAS, the Court issued a Scheduling Order in this Action on June 17, 2024 (ECF 159);

WHEREAS, Plaintiff DraftKings Inc. and Defendant Michael Z. Hermalyn (together, the "Parties") requested a 30-day stay of this Action and a 30-day extension of all discovery deadlines in the Scheduling Order on October 22, 2024 (ECF 171);

WHEREAS, the Court granted those requests on October 22, 2024 (ECF 172-73);

WHEREAS, the Parties continue to negotiate a potential resolution of this Action, subject to a mutually agreeable and executed settlement agreement;

WHEREAS, to conserve party and judicial resources during this period of negotiation, the Parties jointly move for a stay of all proceedings in this Action, including but not limited to any discovery-related deadlines, for a period of sixteen (16) days, until December 6, 2024, and that the Court extend the deadlines in the Scheduling Order for a period of sixteen (16) days; and

WHEREAS, by making this joint motion, the Parties agree that (1) they are waiving no rights, including but not limited to Plaintiff's rights to a speedy trial and Defendant's rights to

1

oppose the commencement of any such trial; and (2) they will not use this joint motion in any future proceedings in this Action or any other action as evidence of a waiver of any rights;

NOW, THEREFORE, the parties hereby jointly move, by and through their respective counsel, for an order stating that:

1. This Action, including any discovery deadlines, shall be stayed for a period of sixteen (16) days, through December 6, 2024;

2. The current discovery deadlines (as extended by the Court's October 22, 2024 orders (ECF 172-73)) shall be extended by another period of sixteen (16) days; and

3. The Parties may jointly move to further extend this Stay, subject to the Court's approval, beyond the period provided herein.

Dated: November 20, 2024

Respectfully submitted,

*/s/ Andrew Dulberg*
William F. Lee (BBO #291960)
Andrew S. Dulberg (BBO #675405)
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
william.lee@wilmerhale.com
andrew.dulberg@wilmerhale.com


*/s/ Orin Snyder*
Orin Snyder (*pro hac vice*)
Harris Mufson (*pro hac vice*)
Justine Goeke (*pro hac vice*)
Christine Demana (*pro hac vice*)
Justin M. DiGennaro (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Ave

*/s/ Russell Beck*
Russell Beck (BBO# 561031)
Stephen D. Riden (BBO# 644451)
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Tel.: (617) 500-8660
Fax: (617) 500-8665
rbeck@beckreed.com
sriden@beckreed.com

*/s/ Aliki Sofis*
Aliki Sofis (BBO #675777)
Alexander S. del Nido (BBO #711857)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA  02199-3600
Tel.:   (617) 712-7100
Fax:   (617) 712-7200

2

New York, NY 10166-0193
Tel: (212) 351-4000
osnyder@gibsondunn.com
hmufson@gibsondunn.com
jgoeke@gibsondunn.com
cdemana@gibsondunn.com
jdigennaro@gibsondunn.com

Jason C. Schwartz (*pro hac vice*)
Jacob T. Spencer (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W., Suite 700
Washington, D.C. 20036
Tel: (202) 955-8500
jschwartz@gibsondunn.com
jspencer@gibsondunn.com

*Counsel for Plaintiff*

alikisofis@quinnemanuel.com
alexdelnido@quinnemanuel.com

Kimberly E. Carson (*pro hac vice*)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100
kimberlycarson@quinnemanuel.com

Christopher G. Michel (*pro hac vice*)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
Fax: (202) 538-8100
christophermichel@quinnemanuel.com

*Counsel for Defendant*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for the parties conferred and agree on the relief requested in this motion.

Dated:  November 20, 2024                              /s/ *Alexander S. del Nido*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed on November 20, 2024, through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  November 20, 2024                              /s/ *Alexander S. del Nido*