UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DRAFTKINGS INC.,<br><br>                              Plaintiff,<br><br>      v.<br><br>MICHAEL Z. HERMALYN,<br><br>                              Defendant. | Civil Action No. 1:24-cv-10299-JEK |

**JOINT MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, on December 22, 2024, Plaintiff DraftKings Inc. (together with, and on behalf of, all of its past and present, direct and indirect parents, subsidiaries, affiliates, and the predecessors, successors, and assigns of all of the foregoing persons and entities, "DraftKings"), on the one hand, and Defendant Michael Z. Hermalyn (together with, and on behalf of, his heirs, family members, successors, executors, estates, and assigns of all of the foregoing persons and entities, "Hermalyn") and non-parties FVP, LLC and Fanatics Holdings. Inc. (together with, and on behalf of, all of their respective past and present, direct and indirect parents, subsidiaries, affiliates, and the predecessors, successors, and assigns of all of the foregoing persons and entities, "Fanatics"), on the other hand, entered into a Confidential Settlement Agreement and Release (the "Settlement Agreement"), whereby the foregoing parties agreed to settle this Action and their claims pursuant to the terms set forth in the Settlement Agreement; and

WHEREAS, in accordance with the Settlement Agreement, the parties to the Settlement Agreement desire that this Action be dismissed with prejudice, contingent upon the Court retaining continued exclusive jurisdiction over the Settlement Agreement for four (4) years for the limited

purpose of interpreting, enforcing, and/or resolving any disputes arising out of, relating to, in connection with, concerning, or based upon the Settlement Agreement.

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(2), and by joint motion, the parties to this Action hereby move, by and through their respective counsel, that:

1. This Action shall be dismissed with prejudice immediately, with each party to bear their own costs and attorneys' fees; and

2. The Court shall retain continued exclusive jurisdiction over the Settlement Agreement for four (4) years for the limited purpose of interpreting, enforcing, and/or resolving any disputes arising out of, relating to, in connection with, concerning, or based upon the Settlement Agreement.

Dated: December 23, 2024

Respectfully submitted,

*/s/ Andrew S. Dulberg*
William F. Lee (BBO #291960)
Andrew S. Dulberg (BBO #675405)
Wilmer Cutler Pickering Hale And Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
william.lee@wilmerhale.com
andrew.dulberg@wilmerhale.com

*/s/ Russell Beck*
Russell Beck (BBO# 561031)
Stephen D. Riden (BBO# 644451)
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Tel.: (617) 500-8660
Fax: (617) 500-8665
rbeck@beckreed.com
sriden@beckreed.com

*/s/ Orin Snyder*
Orin Snyder (*pro hac vice*)
Harris Mufson (*pro hac vice*)
Justine Goeke (*pro hac vice*)
Christine Demana (*pro hac vice*)
Justin M. DiGennaro (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
200 Park Ave
New York, NY 10166-0193
Tel: (212) 351-4000

*/s/ Aliki Sofis*
Aliki Sofis (BBO #675777)
Alexander S. del Nido (BBO #711857)
Quinn Emanuel Urquhart
 & Sullivan, LLP
111 Huntington Avenue, Suite 520
Boston, MA  02199-3600
Tel.: (617) 712-7100
Fax: (617) 712-7200
alikisofis@quinnemanuel.com

osnyder@gibsondunn.com
hmufson@gibsondunn.com
jgoeke@gibsondunn.com
cdemana@gibsondunn.com
jdigennaro@gibsondunn.com

Jason C. Schwartz (*pro hac vice*)
Jacob T. Spencer (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W., Suite 700
Washington, D.C. 20036
Tel: (202) 955-8500
jschwartz@gibsondunn.com
jspencer@gibsondunn.com


*Counsel for Plaintiff*

alexdelnido@quinnemanuel.com

Kimberly E. Carson (*pro hac vice*)
Quinn Emanuel Urquhart
 & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100

Christopher G. Michel (*pro hac vice*)
Quinn Emanuel Urquhart
 & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel.: (202) 538-8000
Fax: (202) 538-8100

*Counsel for Defendant*

**IT IS SO ORDERED.**

_____
Dated
Boston, Massachusetts

_____
The Hon. Julia E. Kobick
United States District Court Judge

## **LOCAL RULE 7.1 CERTIFICATION**

      Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for the parties conferred and agree on the relief requested in this motion.

Dated:  December 23, 2024                      */s/ Andrew S. Dulberg*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was filed on December 23, 2024, through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  December 23, 2024                  */s/ Andrew S. Dulberg*